```
 1  Teresa M. Corbin (SBN 132360)
    Christopher Kelley (SBN 166608)
 2  Erik K. Moller (SBN 147674)
    HOWREY SIMON ARNOLD & WHITE, LLP
 3  301 Ravenswood Avenue
    Menlo Park, California 94025
 4  Telephone: (650) 463-8100
    Facsimile: (650) 463-8400
 5
    Attorneys for Plaintiff Synopsys, Inc.
 6
```

ORIGINAL FILED
MAY 15 2003

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> RICOH COMPANY, LTD., a Japanese corporation., <br><br> Defendant. | Case No. C03 02289 PVT <br><br> DISCLOSURE STATEMENT OF PLAINTIFF SYNOPSYS, INC. <br><br> DEMAND FOR JURY TRIAL |

Pursuant to Fed. R. Civ. P. 7.1(a), plaintiff Synopsys, Inc. ("Synopsys") files this statement that Synopsys does not have a parent corporation and that no publicly held corporation owns 10% or more of Synopsys' stock.

Dated: May 15, 2003

Respectfully submitted,

HOWREY SIMON ARNOLD & WHITE, LLP

By: _____
Teresa M. Corbin
Christopher Kelley
Erik K. Moller
Attorneys for Plaintiff
Synopsys, Inc.

Case No.
DISCLOSURE STATEMENT OF PLAINTIFF
SYNOPSYS, INC.