IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC<br><br>　　　　Plaintiff,<br><br>　v.<br><br>RICOH COMPANY, LTD<br>　　　　Defendant. | NO. CV 03-02289 PVT<br><br>**CLERK'S NOTICE RE: FAILURE TO FILE ELECTRONICALLY AND/OR REGISTER AS AN E-FILER** |

On May 15, 2003 , counsel Synopsys, Inc. for filed a Complaint and Disclosure State of Plaintiff Synopsys, Inc. Demand for Jury Trial manually, on paper. This case has been designated for electronic filing, pursuant to Local Rule 5-4 and General Order 45.

The above mentioned paper document has been filed and docketed. However, General Order 45 provides at Section III (B) that cases assigned to judges who participate in the e-filing program "shall be presumptively designated" as e-filing cases. Therefore, counsel for Synopsys, Inc. should submit the above documents, in PDF format, as an attachment to an e-mail message to ecf-cand@cand.uscourts.gov within 10 days. All subsequent papers should be filed electronically.

Further, General Order 45 provides at Section IV (A) that "Each attorney of record is obligated to become an ECF User and be assigned a user ID and password for access to the system upon designation of the action as being subject to ECF." Counsel in this case who have not yet registered as ECF Users must do so immediately. Forms and instructions for registering can be found on the Court's Web site at ecf.cand.uscourts.gov.

Dated: May 20, 2003                                         Betty Walton
                                                                              Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>RICOH COMPANY, LTD<br>　　　　　Defendant.　　　　　　／ | NO. CV 03-02289 PVT<br><br>**CLERK'S NOTICE RE: FAILURE TO FILE ELECTRONICALLY AND/OR REGISTER AS AN E-FILER** |

On May 15, 2003 , counsel Synopsys, Inc. for filed a Complaint and Disclosure State of Plaintiff Synopsys, Inc. Demand for Jury Trial manually, on paper. This case has been designated for electronic filing, pursuant to Local Rule 5-4 and General Order 45.

The above mentioned paper document has been filed and docketed. However, General Order 45 provides at Section III (B) that cases assigned to judges who participate in the e-filing program "shall be presumptively designated" as e-filing cases. Therefore, counsel for Synopsys, Inc. should submit the above documents, in PDF format, as an attachment to an e-mail message to ecf-cand@cand.uscourts.gov within 10 days. All subsequent papers should be filed electronically.

Further, General Order 45 provides at Section IV (A) that "Each attorney of record is obligated to become an ECF User and be assigned a user ID and password for access to the system upon designation of the action as being subject to ECF."  Counsel in this case who have not yet registered as ECF Users must do so immediately. Forms and instructions for registering can be found on the Court's Web site at ecf.cand.uscourts.gov.

Dated: May 20, 2003　　　　　　　　　　　　　　　Betty Walton
　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

*United States District Court*
*For the Northern District of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC<br><br>　　　　Plaintiff,<br><br>　v.<br><br>RICOH COMPANY, LTD<br>　　　　Defendant.　　　　　　　／ | NO. CV 03-02289 PVT<br><br>**CLERK'S NOTICE RE: FAILURE TO FILE ELECTRONICALLY AND/OR REGISTER AS AN E-FILER** |

On May 15, 2003 , counsel Synopsys, Inc. for filed a Complaint and Disclosure State of Plaintiff Synopsys, Inc. Demand for Jury Trial manually, on paper. This case has been designated for electronic filing, pursuant to Local Rule 5-4 and General Order 45.

The above mentioned paper document has been filed and docketed. However, General Order 45 provides at Section III (B) that cases assigned to judges who participate in the e-filing program "shall be presumptively designated" as e-filing cases. Therefore, counsel for Synopsys, Inc. should submit the above documents, in PDF format, as an attachment to an e-mail message to ecf-cand@cand.uscourts.gov within 10 days. All subsequent papers should be filed electronically.

Further, General Order 45 provides at Section IV (A) that "Each attorney of record is obligated to become an ECF User and be assigned a user ID and password for access to the system upon designation of the action as being subject to ECF."  Counsel in this case who have not yet registered as ECF Users must do so immediately. Forms and instructions for registering can be found on the Court's Web site at ecf.cand.uscourts.gov.

Dated: May 20, 2003　　　　　　　　　　　　　　　　　Betty Walton
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC<br><br>　　　　Plaintiff,<br><br>v.<br><br>RICOH COMPANY, LTD<br>　　　　Defendant.　　　　　　　／ | NO. CV 03-02289 PVT<br><br>**CLERK'S NOTICE RE: FAILURE TO FILE ELECTRONICALLY AND/OR REGISTER AS AN E-FILER** |

On May 15, 2003 , counsel Synopsys, Inc. for filed a Complaint and Disclosure State of Plaintiff Synopsys, Inc. Demand for Jury Trial manually, on paper. This case has been designated for electronic filing, pursuant to Local Rule 5-4 and General Order 45.

The above mentioned paper document has been filed and docketed. However, General Order 45 provides at Section III (B) that cases assigned to judges who participate in the e-filing program "shall be presumptively designated" as e-filing cases. Therefore, counsel for Synopsys, Inc. should submit the above documents, in PDF format, as an attachment to an e-mail message to ecf-cand@cand.uscourts.gov within 10 days. All subsequent papers should be filed electronically.

Further, General Order 45 provides at Section IV (A) that "Each attorney of record is obligated to become an ECF User and be assigned a user ID and password for access to the system upon designation of the action as being subject to ECF." Counsel in this case who have not yet registered as ECF Users must do so immediately. Forms and instructions for registering can be found on the Court's Web site at ecf.cand.uscourts.gov.

Dated: May 20, 2003　　　　　　　　　　　　　　　　Betty Walton
　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk