AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Synopsys, Inc.

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: C03 02289 PVT

Ricoh Company, Ltd., a Japanese corporation.

TO:
Ricoh Company, Ltd.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

Teresa M. Corbin
Christopher Kelley
Erik K. Moller
Howrey Simon Arnold & White LLP
301 Ravenswood Avenue
Menlo Park, CA  94025

an answer to the complaint which is herewith served upon you, within  20   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING                                MAY 1 6 2003
CLERK                                              DATE

(BY) DEPUTY CLERK RITA DIXON

NDCAO440

| | | |
|---|---|---|
| SYNOPSYS, INC | Plaintiff | Superior Court of New Jersey |
| vs. | | Venue |
| RICOH COMPANY, LTD. | Defendant | Docket Number: C03 02289 PVY |

**Person to be served** (Name and Address):
RICOH COMPANY, LTD.
38 LENAPE TRAIL
DENVILLE NJ 07834
By serving: KATSUMI YOSHIDA

## AFFIDAVIT OF SERVICE
(For Use by Private Service)

**Attorney**: ERIK MOLLER, ESQ

Cost of Service pursuant to R. 4:4-3(c)
$ _____.___

**Papers Served**: Summons, Complaint for Declaratory Judgment, Exhibits

**Service Data**:
[X] Served Successfully     [ ] Not Served
Date: 06/06/03  Time: 6:00 PM

Attempts:  Date: __/__/____  Time: __:__ M
           Date: __/__/____  Time: __:__ M
           Date: __/__/____  Time: __:__ M

[X] Delivered a copy to him/her personally

[ ] Left a copy with a competent household member over 14 years of age residing therein (indicate name & relationship at right)

[ ] Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc. (indicate name & official title at right)

Name of Person Served and relationship/title:
Katsumi Yoshida

**Description of Person Accepting Service**:
Sex: M  Age: 50  Height: 5' 8"  Weight: 155 lbs.  Skin Color: W  Hair Color: BLK

**Unserved**:
[ ] Defendant is unknown at the address furnished by the attorney
[ ] All reasonable inquiries suggest defendant moved to an undetermined address
[ ] No such street in municipality
[ ] No response on:   __/__/____  Time: __:__ M
                      __/__/____  Time: __:__ M
                      __/__/____  Time: __:__ M
[ ] Other: _____  Comments or Remarks _____

**Served Data**:
Subscribed and Sworn to me this
8 day of June, 2003
Notary Signature: J. Santiago

JANIRA SANTIAGO-VELEZ
NOTARY PUBLIC OF NEW JERSEY
My Commission Exp. April 24, 2007

I, PAUL SANTANGELO,
was at the time of service a competent adult not having a direct interest in the litigation.
I declare under penalty of perjury that the foregoing is true and correct.

Signature of Process Server    06/08/03  Date

Name of Private Server: PAUL SANTANGELO   Address: 2009 Morris Avenue UNION, NJ 07083   Phone: (908) 687-0056