KENNETH W. BROTHERS, *pro hac vice petition pending*
GARY M. HOFFMAN, *pro hac vice petition pending*
Dickstein Shapiro Morin & Oshinsky, LLP
2101 L Street, N.W.
Washington, DC 20037-1526
Telephone:   (202) 785-9700
Facsimile:   (202) 887-0689

EDWARD A. MEILMAN, *pro hac vice petition pending*
Dickstein Shapiro Morin & Oshinsky, LLP
1177 Avenue of the Americas
New York, New York 10036-2714
Telephone:   (212) 835-1400
Facsimile:   (212) 997-9880

JEFFREY B. DEMAIN, State Bar No. 126715
JONATHAN WEISSGLASS, State Bar No. 185008
Altshuler, Berzon, Nussbaum, Rubin & Demain
177 Post Street, Suite 300
San Francisco, California 94108
Telephone:   (415) 421-7151
Facsimile:   (415) 362-8064

Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SYNOPSYS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> RICOH COMPANY, LTD., a Japanese corporation, <br><br> Defendant. | Case No. C03-02289 PVT <br><br> **STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** <br><br> Date:   N/A <br> Time:   N/A <br> Courtroom:   5 |

STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT
*Synopsys, Inc. v. Ricoh Co., Ltd.*, N.D. Cal. Case No. C03-02289 PVT

1  TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

2  It is hereby stipulated by the parties to the above-captioned action, by and through their

3  undersigned counsel of record, that Defendant shall have through and including July 15, 2003

4  to respond to the Complaint.

5  The foregoing is hereby so stipulated and agreed.

Respectfully submitted,
KENNETH W. BROTHERS
GARY M. HOFFMAN
EDWARD A. MEILMAN
Dickstein Shapiro Morin & Oshinksy, LLP

JEFFREY B. DEMAIN
JONATHAN WEISSGLASS
Altshuler, Berzon, Nussbaum, Rubin & Demain

Dated: June 25, 2003.

By: _____
Jeffrey B. Demain

Attorneys for Defendant

TERESA M. CORBIN, State Bar No. 132360
CHRISTOPHER KELLEY, State Bar No. 166608
ERIK K. MOLLER, State Bar No. 147674
Howrey Simon Arnold & White, LLP
301 Ravenswood Avenue
Menlo Park, California 94025
Telephone:   (650) 463-8100
Facsimile:    (650) 463-8400

Dated: June 24, 2003.

By: _____
Christopher Kelley

Attorneys for Plaintiff

STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT
*Synopsys, Inc. v. Ricoh Co., Ltd.*, N.D. Cal. Case No. C03-02289 PVT

2