1  KENNETH W. BROTHERS, *admitted pro hac vice*
   GARY M. HOFFMAN, *admitted pro hac vice*
2  Dickstein Shapiro Morin & Oshinksy, LLP
   2101 L Street, N.W.
3  Washington, DC  20037-1526
   Telephone:    (202) 785-9700
4  Facsimile:    (202) 887-0689

5  EDWARD A. MEILMAN, *admitted pro hac vice*
   Dickstein Shapiro Morin & Oshinksy, LLP
6  1177 Avenue of the Americas
   New York, New York  10036-2714
7  Telephone:    (212) 835-1400
   Facsimile:    (212) 997-9880
8
   JEFFREY B. DEMAIN, State Bar No. 126715
9  JONATHAN WEISSGLASS, State Bar No. 185008
   Altshuler, Berzon, Nussbaum, Rubin & Demain
10 177 Post Street, Suite 300
   San Francisco, California  94108
11 Telephone:    (415) 421-7151
   Facsimile:    (415) 362-8064
12
   Attorneys for Defendant
13

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| SYNOPSYS, INC., | ) | Case No. C03-02289 PVT |
|---|---|---|
| Plaintiff, | ) | |
| | ) | DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE |
| vs. | ) | |
| | ) | |
| RICOH COMPANY, LTD., a Japanese corporation, | ) | |
| | ) | |
| Defendant. | ) | |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and

///

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE
*Synopsys, Inc. v. Ricoh Co., Ltd.*, N.D. Cal. Case No. C03-02289 PVT

1  hereby requests the reassignment of this case to a United States District Judge.

2  Dated: July 7, 2003.

3                            Respectfully submitted,

4                            KENNETH W. BROTHERS
                             GARY M. HOFFMAN

5                            EDWARD A. MEILMAN
                             Dickstein Shapiro Morin & Oshinksy, LLP

6

7                            JEFFREY B. DEMAIN
                             JONATHAN WEISSGLASS

8                            Altshuler, Berzon, Nussbaum, Rubin & Demain

9

10

11                 By: _____/s/_____
                                 Jeffrey B. Demain

12                            Attorneys for Defendant

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE
*Synopsys, Inc. v. Ricoh Co., Ltd.*, N.D. Cal. Case No. C03-02289 PVT            2