**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

E-FILED 7/7/03

| | |
|---|---|
| **SYNOPSYS, INC.** | **C 03-2289 PVT** |
| Plaintiff(s), | |
| vs. | **CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| **RICOH COMPANY, LTD.,** | |
| Defendant(s). | |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

Dated: July 7, 2003

RICHARD W. WIEKING,
Clerk of Court

/s/ Corinne Moore

By: Corinne Moore
Deputy Clerk