**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

**CASE NUMBER:  CV 03-02289 PVT**
**CASE TITLE:  SYNOPSYS, INC-v-RICOH COMPANY, LTD**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable Martin J. Jenkins** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **MJJ** immediately after the

case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date:   7/8/03

FOR THE EXECUTIVE COMMITTEE:

_Richard W. Wieking, Clerk_ (signature)

NEW CASE FILE CLERK:
Copies to: Courtroom Deputies            Special Projects
Log Book Noted         7/8/03            Entered in Computer   7/8/03

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel    7/8/03         Transferor CSA         7/8/03