1  KENNETH W. BROTHERS, *admitted pro hac vice*
   GARY M. HOFFMAN, *admitted pro hac vice*
2  Dickstein Shapiro Morin & Oshinksy, LLP
   2101 L Street, N.W.
3  Washington, DC  20037-1526
   Telephone:     (202) 785-9700
4  Facsimile:     (202) 887-0689

5  EDWARD A. MEILMAN, *admitted pro hac vice*
   Dickstein Shapiro Morin & Oshinksy, LLP
6  1177 Avenue of the Americas
   New York, New York  10036-2714
7  Telephone:     (212) 835-1400
   Facsimile:     (212) 997-9880
8
   JEFFREY B. DEMAIN, State Bar No. 126715
9  JONATHAN WEISSGLASS, State Bar No. 185008
   Altshuler, Berzon, Nussbaum, Rubin & Demain
10 177 Post Street, Suite 300
   San Francisco, California  94108
11 Telephone:     (415) 421-7151
   Facsimile:     (415) 362-8064
12
   Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC., | Case No. C03-02289 MJJ |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS** |
| vs. | |
| RICOH COMPANY, LTD., a Japanese corporation, | Date:   August 19, 2003<br>Time:   9:30 am<br>Place:  Courtroom 11, 19th Floor<br>        The Honorable Martin J. Jenkins |
| Defendant. | |

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS,
*Synopsys, Inc. v. Ricoh Co., Ltd.*, N.D. Cal. Case No. C03-02289 MJJ

1 | Defendant's motion to dismiss or to transfer venue came before the Court for a hearing on August 19, 2003.  After considering the papers filed in support of and in opposition to the motion and the arguments of counsel, and all other matters presented to the Court,

IT IS HEREBY ORDERED that defendant's motion to dismiss is GRANTED.  The Court lacks personal jurisdiction over defendant.  Alternatively, if the Court did have jurisdiction, the motion to dismiss would still be granted because there is no justiciable controversy between the parties.

SO ORDERED.

Dated:

_____
DISTRICT COURT JUDGE