1  KENNETH W. BROTHERS, *admitted pro hac vice*
   GARY M. HOFFMAN, *admitted pro hac vice*
2  Dickstein Shapiro Morin & Oshinksy, LLP
   2101 L Street, N.W.
3  Washington, DC  20037-1526
   Telephone:    (202) 785-9700
4  Facsimile:    (202) 887-0689

5  EDWARD A. MEILMAN, *admitted pro hac vice*
   Dickstein Shapiro Morin & Oshinksy, LLP
6  1177 Avenue of the Americas
   New York, New York  10036-2714
7  Telephone:    (212) 835-1400
   Facsimile:    (212) 997-9880
8
   JEFFREY B. DEMAIN, State Bar No. 126715
9  JONATHAN WEISSGLASS, State Bar No. 185008
   Altshuler, Berzon, Nussbaum, Rubin & Demain
10 177 Post Street, Suite 300
   San Francisco, California  94108
11 Telephone:    (415) 421-7151
   Facsimile:    (415) 362-8064
12
   Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC., | Case No. C03-02289 MJJ |
| Plaintiff, | **DECLARATION OF KENJI TAKIGUCHI IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS** |
| vs. | |
| RICOH COMPANY, LTD., a Japanese corporation, | Date:   August 19, 2003 Time:   9:30 am |
| Defendant. | Place:  Courtroom 11, 19th Floor         The Honorable Martin J. Jenkins |

DECLARATION OF KENJI TAKIGUCHI IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS,
*Synopsys, Inc. v. Ricoh Co., Ltd*., N.D. Cal. Case No. C03-02289 MJJ

### IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC., <br><br>　　　　Plaintiff, <br><br> v. <br><br> RICOH COMPANY, LTD., <br><br>　　　　Defendant. | Case No.: C03 02289 |

### DECLARATION OF KENJI TAKIGUCHI IN SUPPORT OF DEFENDANT'S
### MOTION TO DISMISS

1. My name is Kenji Takiguchi. I am the Deputy General Manager of Legal Division and the General Manager of Legal & IP Licensing Department of Ricoh Company, Limited ("RCL"). I am over the age of 21 and am competent to make this declaration. Based on my personal knowledge and information, I hereby declare to all of the facts in this declaration.

2. RCL is a Japanese corporation headquartered in Tokyo.

3. RCL is not incorporated in California.

4. RCL is not registered to do business in California.

5. RCL has no offices in California.

6. RCL has no designated agent authorized to accept service of legal process in California.

7. RCL does not make any products in California.

8. RCL has not purposefully availed itself to jurisdiction in California.

9. RCL has neither sued nor threatened to sue Synopsys on either the '432 or '016 patent. RCL has not and will not assert any such claims against Synopsys.

1835106 v1; Z1NM01!.DOC

10. RCL unconditionally agrees not to sue Synopsys for infringement as to any claim of the '432 Patent and the '016 Patent based upon the products currently manufactured, sold, and used by Synopsys.

11. RCL has not and does not consent to the jurisdiction of the District Court of the Northern District of California for any action regarding the '432 Patent or the '016 Patent.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 14, 2003.    _____

1635106 v1; Z1NM01!.DOC