1  Teresa M. Corbin (SBN 132360)
   Christopher Kelley (SBN 166608)
2  Erik K. Moller (SBN 147674)
   HOWREY SIMON ARNOLD & WHITE, LLP
3  301 Ravenswood Avenue
   Menlo Park, California  94025
4  Telephone:  (650) 463-8100
   Facsimile:  (650) 463-8400
5
   Attorneys for Plaintiff Synopsys, Inc.
6

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC., | Case No. C03-02289 |
| Plaintiff, | |
| vs. | |
| RICOH COMPANY, LTD., a Japanese corporation., | |
| Defendant. | |

## NOTICE OF MANUAL FILING

HOWREY
SIMON
ARNOLD &
WHITE

Case No.  C03-02289                                        -1-
Notice of Manual Filing

The following documents filed by Plaintiff Synopsys, Inc. ("Synopsys") on this date are in paper form only and are being maintained in the case file in the Clerk's office:

1. Opposition To Motion To Dismiss Or In The Alternative To Stay Or Transfer Venue;

2. Exhibit B, a true and correct copy of pages 1-8 and 35-60 from the July 15, 2003 deposition of Hisashi Ishijima taken in *Ricoh Company, Ltd., v. Aeroflex Incorporated, et al.*, Civil Action No. 03-103-GMS pending in the United Stated District Court for the District of Delaware to Declaration of Erik Moller in Opposition to Defendant's Motion to Dismiss or in the Alternative to Stay or Transfer Venue;

3. Exhibit D, a true and correct copy of Plaintiff's Answers to Defendant AMI Semiconductor, Inc.'s First Set of Interrogatories (1-2) dated July 15, 2003 July 21, 2003 in *Ricoh Company, Ltd., v. Aeroflex Incorporated, et al.*, Civil Action No. 03-103-GMS pending in the United Stated District Court for the District of Delaware to Declaration of Erik Moller in Opposition to Defendant's Motion to Dismiss or in the Alternative to Stay or Transfer Venue.

These documents contain confidential information of Ricoh Company, Ltd. and are being filed under seal pursuant to Protective Order filed on June 9, 2003 in *Ricoh Company, Ltd. v. AeroFlex, Inc., et al.,* Case No. 03-103-GMS.

Dated: Dated: July 29, 2003          HOWREY SIMON ARNOLD & WHITE, LLP

By: /s/
Erik K. Moller
Attorneys for Plaintiff
Synopsys, Inc.

Case No. C03-02289
Notice of Manual Filing

-2-