Teresa M. Corbin (SBN 132360)
Christopher Kelley (SBN 166608)
Erik K. Moller (SBN 147674)
HOWREY SIMON ARNOLD & WHITE, LLP
301 Ravenswood Avenue
Menlo Park, California  94025
Telephone:  (650) 463-8100
Facsimile:  (650) 463-8400

Attorneys for Plaintiff Synopsys, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC.,<br><br>　　　　　Plaintiff,<br><br>　　　vs.<br><br>RICOH COMPANY, LTD., a Japanese corporation.,<br><br>　　　　　Defendant. | Case No. C03-02289<br><br>**MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE CERTAIN DOCUMENTS AND EXHIBITS UNDER SEAL** |

　　　　Plaintiff Synopsys, Inc. ("Synopsys") files this Miscellaneous Administrative Request with this Court pursuant to Civil Local Rule 7-10(b) for permission to file under seal the following documents and exhibits:

　　　　1.　　Opposition To Motion To Dismiss Or In The Alternative To Stay Or Transfer Venue;

　　　　2.　　Exhibit B, a true and correct copy of pages 1-8 and 35-60 from the July 15, 2003 deposition of Hisashi Ishijima taken in *Ricoh Company, Ltd., v. Aeroflex Incorporated, et al.*, Civil Action No. 03-103-GMS pending in the United Stated District Court for the District of Delaware to

HOWREY
SIMON
ARNOLD &
WHITE

Case No.  C03-02289
Miscellaneous Administrative Request to File Certain
Documents and Exhibits Under Seal

1  Declaration of Erik Moller in Opposition to Defendant's Motion to Dismiss or in the Alternative to
2  Stay or Transfer Venue;
3        3.      Exhibit D, a true and correct copy of Plaintiff's Answers to Defendant AMI
4  Semiconductor, Inc.'s First Set of Interrogatories (1-2) dated July 15, 2003 July 21, 2003 in *Ricoh*
5  *Company, Ltd., v. Aeroflex Incorporated, et al.*, Civil Action No. 03-103-GMS pending in the United
6  Stated District Court for the District of Delaware to Declaration of Erik Moller in Opposition to
7  Defendant's Motion to Dismiss or in the Alternative to Stay or Transfer Venue.
8        Because the above documents include or refer to materials produced in discovery by defendant
9  Ricoh Company, Ltd. and designated "Confidential" in *Ricoh Company, Ltd. v. AeroFlex Inc., et al*,
10 Case No. 03-103-GMS, this request is made pursuant to the Stipulated Protective Order entered on
11 June 9, 2003 in that action.
12       Submitted herewith is a proposed order granting Synopsys's request to file the foregoing
13 documents under seal.

Dated:  Dated: July 29, 2003          HOWREY SIMON ARNOLD & WHITE, LLP

By: _____
    Erik K. Moller
    Attorneys for Plaintiff
    Synopsys, Inc.

Teresa M. Corbin (SBN 132360)
Christopher Kelley (SBN 166608)
Erik K. Moller (SBN 147674)
HOWREY SIMON ARNOLD & WHITE, LLP
301 Ravenswood Avenue
Menlo Park, California 94025
Telephone: (650) 463-8100
Facsimile: (650) 463-8400

Attorneys for Plaintiff Synopsys, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> RICOH COMPANY, LTD., a Japanese corporation., <br><br> Defendant. | Case No. C03-02289 <br><br> **[PROPOSED] ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE CERTAIN DOCUMENTS AND EXHIBITS UNDER SEAL** |

Plaintiff Synopsys, Inc. ("Synopsys") has filed a Miscellaneous Administrative Request with this Court pursuant to Civil Local Rule 7-10(b) for permission to file under seal the following documents and exhibits:

1. Opposition To Motion To Dismiss Or In The Alternative To Stay Or Transfer Venue;

2. Exhibit B, a true and correct copy of pages 1-8 and 35-60 from the July 15, 2003 deposition of Hisashi Ishijima taken in *Ricoh Company, Ltd., v. Aeroflex Incorporated, et al.*, Civil Action No. 03-103-GMS pending in the United Stated District Court for the District of Delaware to Declaration of Erik Moller in Opposition to Defendant's Motion to Dismiss or in the Alternative to Stay or Transfer Venue;

1  3. Exhibit D, a true and correct copy of Plaintiff's Answers to Defendant AMI
2  Semiconductor, Inc.'s First Set of Interrogatories (1-2) dated July 15, 2003 July 21, 2003 in *Ricoh*
3  *Company, Ltd., v. Aeroflex Incorporated, et al.*, Civil Action No. 03-103-GMS pending in the United
4  Stated District Court for the District of Delaware to Declaration of Erik Moller in Opposition to
5  Defendant's Motion to Dismiss or in the Alternative to Stay or Transfer Venue).

Dated: Dated: July 29, 2003                HOWREY SIMON ARNOLD & WHITE, LLP

By: _____
    Erik K. Moller
    Attorneys for Plaintiff
    Synopsys, Inc.

1 | 1.
2 |
3 |
4 |
5 |
6 |
7 |
8 |
9 |
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

**HOWREY SIMON ARNOLD & WHITE**

Case No. C03-02289
[Proposed] Order Granting Misc Admin Request to File
Certain Documents and Exhibits Under Seal

-3-