KENNETH W. BROTHERS, *admitted pro hac vice*
GARY M. HOFFMAN, *admitted pro hac vice*
Dickstein Shapiro Morin & Oshinksy, LLP
2101 L Street, N.W.
Washington, DC  20037-1526
Telephone:     (202) 785-9700
Facsimile:     (202) 887-0689

EDWARD A. MEILMAN, *admitted pro hac vice*
Dickstein Shapiro Morin & Oshinksy, LLP
1177 Avenue of the Americas
New York, New York  10036-2714
Telephone:     (212) 835-1400
Facsimile:     (212) 997-9880

JEFFREY B. DEMAIN, State Bar No. 126715
JONATHAN WEISSGLASS, State Bar No. 185008
Altshuler, Berzon, Nussbaum, Rubin & Demain
177 Post Street, Suite 300
San Francisco, California  94108
Telephone:     (415) 421-7151
Facsimile:     (415) 362-8064

Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| SYNOPSYS, INC.*,* | ) | **Case No. C03-02289 MJJ** |
| | ) | |
| Plaintiff, | ) | **NOTICE OF MANUAL FILING** |
| | ) | |
| vs. | ) | |
| | ) | |
| RICOH COMPANY, LTD., a Japanese corporation, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**NOTICE OF MANUAL FILING**
*Synopsys, Inc. v. Ricoh Co., Ltd.*, N.D. Cal. Case No. C03-02289 MJJ

1    The Defendant Ricoh Company, Ltd.'s ("Ricoh") Reply in Support of Motion to

2    Dismiss or in the Alternative to Stay or to Transfer Venue is being filed on this date in paper

3    form only.  The document refers to materials produced in discovery by Ricoh and designated

4    "Confidential" pursuant to the Stipulated Protective Order entered on June 9, 2003 in *Ricoh*

5    *Company, Ltd. v. AeroFlex, Inc. et al.*, Case No. 03-103-GMS.  A request to file the document

6    under seal will be filed contemporaneously.  Plaintiff Synopsis, Inc., has agreed that

7    documents may be filed under seal and has previously filed documents under seal in this

8    matter to which Ricoh's filing responds.

9    Dated:  August 5, 2003.

10                                           Respectfully submitted,

11                                           KENNETH W. BROTHERS
                                             GARY M. HOFFMAN
12                                           EDWARD A. MEILMAN
                                             Dickstein Shapiro Morin & Oshinsky, LLP
13
                                             JEFFREY B. DEMAIN
14                                           JONATHAN WEISSGLASS
                                             Altshuler, Berzon, Nussbaum, Rubin & Demain
15

16

17
                                             By:_____/s/_____
18                                                          Kenneth W. Brothers

19                                           Attorneys for Defendant

20   F:\Ricoh\Synopsys\Drafts\Manual Filing.Notice.8-4-03.wpd

21

22

23

24

25

26

27

28