| | |
|---|---|
| 1 | KENNETH W. BROTHERS, *admitted pro hac vice* |
| | GARY M. HOFFMAN, *admitted pro hac vice* |
| 2 | Dickstein Shapiro Morin & Oshinksy, LLP |
| | 2101 L Street, N.W. |
| 3 | Washington, DC 20037-1526 |
| | Telephone: (202) 785-9700 |
| 4 | Facsimile: (202) 887-0689 |
| 5 | EDWARD A. MEILMAN, *admitted pro hac vice* |
| | Dickstein Shapiro Morin & Oshinksy, LLP |
| 6 | 1177 Avenue of the Americas |
| | New York, New York 10036-2714 |
| 7 | Telephone: (212) 835-1400 |
| | Facsimile: (212) 997-9880 |

JEFFREY B. DEMAIN, State Bar No. 126715
JONATHAN WEISSGLASS, State Bar No. 185008
Altshuler, Berzon, Nussbaum, Rubin & Demain
177 Post Street, Suite 300
San Francisco, California 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SYNOPSYS, INC., | Case No. C03-02289 MJJ |
| Plaintiff, | **REQUEST TO FILE DOCUMENT UNDER SEAL; [PROPOSED] ORDER** |
| vs. | |
| RICOH COMPANY, LTD., a Japanese corporation, | |
| Defendant. | |

**REQUEST TO FILE DOCUMENT UNDER SEAL; [PROPOSED] ORDER**
*Synopsys, Inc. v. Ricoh Co., Ltd.*, N.D. Cal. Case No. C03-02289 MJJ

1  The Defendant Ricoh Company, Ltd. ("Ricoh") hereby requests that its Reply in Support of Motion to Dismiss or in the Alternative to Stay or to Transfer Venue be filed under seal.  The document refers to materials produced in discovery by Ricoh and designated "Confidential" pursuant to the Stipulated Protective Order entered on June 9, 2003 in *Ricoh Company, Ltd. v. AeroFlex, Inc. et al.*, Case No. 03-103-GMS.  Plaintiff Synopsis, Inc., has agreed that documents may be filed under seal and has previously filed documents under seal in this matter to which Ricoh's filing responds.

Dated:  August 5, 2003.

          Respectfully submitted,

          KENNETH W. BROTHERS
          GARY M. HOFFMAN
          EDWARD A. MEILMAN
          Dickstein Shapiro Morin & Oshinksy, LLP

          JEFFREY B. DEMAIN
          JONATHAN WEISSGLASS
          Altshuler, Berzon, Nussbaum, Rubin & Demain

By:_____/s/_____
          Kenneth W. Brothers

Attorneys for Defendant

**PROPOSED ORDER**

Defendant Ricoh Company, Ltd.'s request to file its Reply in Support of Motion to Dismiss or in the Alternative to Stay or to Transfer Venue under seal is HEREBY GRANTED.

Dated:  _____

_____
DISTRICT COURT JUDGE

F:\Ricoh\Synopsys\Drafts\Reqest to Seal.Reply.wpd

**REQUEST TO FILE DOCUMENT UNDER SEAL; [PROPOSED] ORDER**
*Synopsys, Inc. v. Ricoh Co., Ltd.*, N.D. Cal. Case No. C03-02289 MJJ    2