IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC, | No. CV 03-2289 MJJ |
| Plaintiff, | **ORDER GRANTING REQUEST** |
| v. | |
| RICOH COMPANY, LTD, | |
| Defendant. | |

Request to File Document Under Seal filed on August 5, 2003, in the above captioned case is **GRANTED.**

**IT IS SO ORDERED**

Dated:  August 5, 2003

/s/
Martin J. Jenkins
UNITED STATES DISTRICT JUDGE