# IN THE UNITED STATED DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

**JUDGE MARTIN J. JENKINS**  **COURTROOM DEPUTY**:  Monica Tutson

**DATE:** August 19, 2003  **COURT REPORTER:** Kathy Wyatt

**CASE NO:**   C03-02289MJJ

**CASE NAME: SYNOPSYS, INC**   v.   **RICOH COMPANY, LTD**

| **COUNSEL FOR PLAINTIFF(S)**: | **COUNSEL FOR DEFENDANT(S):** |
|---|---|
| Teresa Corbin | Gary Hoffman |
| Erik Moller | Jonathan Weissglass |
| Tony Kim | |

**PROCEEDINGS:**  **RULING:**
1. Defendant's Motion to Dismiss, or in the alternative, Stay or Transfer Venue  **SUBMITTED**
2.

   () Status Conference          ()P/T Conference          ()Case Management Conference

**ORDERED AFTER HEARING:**

**ORDER TO BE PREPARED BY**:   Plntf ()  Deft ()  Court (**X**)

Referred to **Magistrate Judge**  For:

CASE CONTINUED TO:   for

Discovery Cut-Off:          Expert Discovery Cut-Off**:**

Parties to Name Experts by:    Expert Reports to be Tendered by:

Designation of Supplemental/Rebuttal Experts:    Reports:

Dispositive Motion Deadline:

Pre-Trial Conference Date :    **at 3:30 p.m.**

Trial Date:    **at 8:30 a.m.**  Set for  days
            **Type of Trial:**  ( )Jury    ( )Court

**Notes:**          Defense shall submit further briefing by close of business **Friday, August 22, 2003.**