**United States District Court**
For the Northern District of California

1

IN THE UNITED STATES DISTRICT COURT

2

FOR THE NORTHERN DISTRICT OF CALIFORNIA

3

SYNOPSYS, INC,

4

No. C03-2289 MJJ

5

Plaintiff,                                    **Clerk's Notice**

6

v.

7

RICOH COMPANY, LTD,

8

Defendant.

9

_____/

10

11

    (Plaintiff is required to serve, and file proof of service with the Court, any party involved not listed on the attached proof of service.)

12

13

YOU ARE NOTIFIED THAT the Court has rescheduled the **Case Management Conference** for

14

**October 7, 2003 @ 2:00 p.m.** before the Honorable Martin J. Jenkins. The parties are instructed to file a Joint Case Management Statement, pursuant to Civil L.R. 16-9, 10 days prior to the Case Management

15

Conference.  The hearing scheduled for September 23, 2003 is **vacated.**

16

17

Please report to courtroom 11, on the 19th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

18

19

20

21

22

23

24

25

26

27

28

1    Dated:  September 22, 2003                         FOR THE COURT,

2                                                        Richard W. Wieking, Clerk

3                                                        By:_____/s/_____
                                                              Monica Tutson
4                                                             Courtroom Deputy

5

6

7

8

9    Please refer to Judge Jenkin's standing order located @ www.cand.uscourts.gov for additional information.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California