Teresa M. Corbin (SBN 132360)
Christopher Kelley (SBN 166608)
Erik K. Moller (SBN 147674)
HOWREY SIMON ARNOLD & WHITE, LLP
301 Ravenswood Avenue
Menlo Park, California 94025
Telephone: (650) 463-8100
Facsimile: (650) 463-8400

Attorneys for Plaintiff Synopsys, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> RICOH COMPANY, LTD., a Japanese corporation., <br><br> Defendant. | Case No. C03-02289 MJJ <br><br> **NOTICE OF CASE MANAGEMENT CONFERENCE** <br><br> Date of CMC: October 7, 2003 <br> Time: 2:00 p.m. <br> Judge: Hon. Martin J. Jenkins <br> Dept.: 11 |

PLEASE TAKE NOTICE that on September 22, 2003, the Court filed its Notice of Case Management Conference in the within action, a true copy of which is attached hereto and incorporated herein by this reference.

Dated: September 23, 2003        HOWREY SIMON ARNOLD & WHITE, LLP


                                 By: /s/Teresa M. Corbin
                                     Teresa M. Corbin
                                     Attorneys for Plaintiff Synopsys, Inc.

HOWREY
SIMON
ARNOLD &
WHITE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SYNOPSYS, INC,

        Plaintiff,

v.

RICOH COMPANY, LTD,

        Defendant.

No. C03-2289 MJJ

**Clerk's Notice**

(Plaintiff is required to serve, and file proof of service with the Court, any party involved not listed on the attached proof of service.)

YOU ARE NOTIFIED THAT the Court has rescheduled the **Case Management Conference** for **October 7, 2003 @ 2:00 p.m.** before the Honorable Martin J. Jenkins. The parties are instructed to file a Joint Case Management Statement, pursuant to Civil L.R. 16-9, 10 days prior to the Case Management Conference. The hearing scheduled for September 23, 2003 is **vacated.**

Please report to courtroom 11, on the 19th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

| | | |
|---|---|---|
| 1 | Dated: September 22, 2003 | FOR THE COURT, |
| 2 | | Richard W. Wieking, Clerk |
| 3 | | By: _____/s/_____ |
| 4 | | Monica Tutson<br>Courtroom Deputy |

Please refer to Judge Jenkin's standing order located @ www.cand.uscourts.gov for additional information.

```
                   09.22.03 Notice of efiling of Clerk's Notice of CMC.txt
From: ECF-CAND@cand.uscourts.gov
Sent: Monday, September 22, 2003 4:26 PM
Subject: Activity in Case 3:03-cv-02289 Synopsys, Inc. v. Ricoh Company,
Ltd "Clerks Notice"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without
charge. To avoid later charges, download a copy of each document during this first
viewing.

                            U.S. District Court
                       Northern District of California

          Notice of Electronic Filing or Other Case Activity
_____

NOTE: As of January 2003, the format of these Notices has been
revised to make them more self-explanatory. Please read the entire
notice before calling the Help Desk.
If you have comments on the new format, please email the Help Desk by
replying to this email; include your question or comment along with
the original text.

Please note that these Notices are sent for all cases in the system
when any case activity occurs, regardless of whether the case is
designated for e-filing or not, or whether the activity is the filing
of an electronic document or not.
_____

The following transaction was received from mat, COURT STAFF on 9/22/2003 at 4:25 PM


Case Name: Synopsys, Inc. v. Ricoh Company, Ltd
Case Number: 3:03-cv-02289 https://ecf.cand.uscourts.gov/cgi-bin/DktRpt.pl?12884
Document Number: 38
Copy the URL address on the line below into the location bar of your Web browser to
view the document:
https://ecf.cand.uscourts.gov/cgi-bin/show_case_doc?38,12884,,69232178,

_____
NOTE: In both e-filing and non-e-filing cases, e-mail notices are
sent whenever docket activity occurs in a case. If there are TWO
URL (web) addresses above, the first will lead to the docket for the
case and the second will lead to an e-filed document.

If there is NO second URL (web) address for the document, either the filing
was done on paper (and should have been served on paper as well), or
the entry was made by a court clerk and no document was involved.
If there is no second URL (web) address, there is NO electronic document
available.

See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed
to me but there's no hyperlink...' on the ECF home page at
https://ecf.cand.uscourts.gov
_____
Docket Text:
CLERK'S NOTICE   Case Management Conference reset for 10/7/2003 at 02:00 PM. Case
Management Statement due by 9/29/2003.      (mat, COURT STAFF)

The following document(s) are associated with this transaction:
Document description: Main Document
 Original filename: 03-2289clkntc.pdf
 Electronic document Stamp:
 [STAMP CANDStamp_ID=977336130 [Date=9/22/2003] [FileNumber=876604-0]
                               Page 1
```

09.22.03 Notice of efiling of Clerk's Notice of CMC.txt
[5b3e17c1d3accd2985015e0957ec569964e0882cdf90cceb157beb36e3a8f40691426069f3aaec40145e6fcae36510b3da1e805b50bbeb56a013d93212e2545f]]

3:03-cv-02289 Notice will be electronically mailed to:

Teresa M. Corbin                                         corbint@howrey.com, cranes@howrey.com

Jeffrey B. Demain
jdemain@altshulerberzon.com,  jperley@altshulerberzon.com

Christopher L. Kelley
kelleyc@howrey.com,  guthartg@howrey.com

Erik K. Moller                                           MollerE@howrey.com, jacobg@howrey.com

Jonathan Weissglass
jweissglass@altshulerberzon.com,  elin@altshulerberzon.com


3:03-cv-02289 Notice will not be electronically mailed to:

# CERTIFICATE OF SERVICE

I am employed in the City and County of San Mateo, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over 18 years of age and am not a party to this action. My business address is 301 Ravenswood Avenue, Menlo Park, CA 94025.

On September 23, 2003, a true copy of

**NOTICE OF CASE MANAGEMENT CONFERENCE**

was served on the following:

Edward A. Meilman, Esq.
Dickstein Shapiro Morin & Oshinsky, LLP
1177 Avenue of the Americas
New York, NY 10036-2714                Facsimile (212) 896-5471

Gary M. Hoffman, Esq.
Kenneth W. Brothers, Esq.
Dickstein Shapiro Morin & Oshinsky, LLP
2101 L. Street N.W.
Washington, DC 20037-1526              Facsimile (202) 887-0689

Robert W. Whetzel, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19899                   Facsimile (302) 651-7701

☐ (BY U.S. MAIL – CCP § 1013a(1)) I am personally and readily familiar with the business practice of Howrey Simon Arnold & White, LLP for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at Menlo Park, California.

☐ (BY FACSIMILE – CCP § 1013(e)) I am personally and readily familiar with the business practice of Howrey Simon Arnold & White, LLP for collection and processing of document(s) to be transmitted by facsimile and I caused such document(s) on this date to be transmitted by facsimile to the offices of addressee(s) at the numbers listed below.

☐ (PERSONAL SERVICE) I caused each such envelope to be delivered by hand to the offices of each party at the address listed above.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on September 23, 2003, at Menlo Park, CA.

/s/ Susan J. Crane
Susan J. Crane

HOWREY
SIMON
ARNOLD &
WHITE