1  KENNETH W. BROTHERS, *admitted pro hac vice petition*
   GARY M. HOFFMAN, *admitted pro hac vice petition*
2  Dickstein Shapiro Morin & Oshinsky, LLP
   2101 L Street, N.W.
3  Washington, DC  20037-1526
   Telephone:     (202) 785-9700
4  Facsimile:      (202) 887-0689

5  EDWARD A. MEILMAN, *admitted pro hac vice petition*
   Dickstein Shapiro Morin & Oshinsky, LLP
6  1177 Avenue of the Americas
   New York, New York  10036-2714
7  Telephone:     (212) 835-1400
   Facsimile:      (212) 997-9880
8
   JEFFREY B. DEMAIN, State Bar No. 126715
9  JONATHAN WEISSGLASS, State Bar No. 185008
   Altshuler, Berzon, Nussbaum, Rubin & Demain
10 177 Post Street, Suite 300
   San Francisco, California  94108
11 Telephone:     (415) 421-7151
   Facsimile:      (415) 362-8064
12
   Attorneys for Defendant
13

14                    UNITED STATES DISTRICT COURT

15                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

16

17 SYNOPSYS, INC.,                           )  **Case No. C03-02289 MJJ**
                                             )
18         Plaintiff,                        )  **STIPULATION AND PROPOSED**
                                             )  **ORDER REGARDING DATE OF**
19    vs.                                    )  **SCHEDULING CONFERENCE**
                                             )
20 RICOH COMPANY, LTD., a Japanese           )
   corporation,                              )  **Scheduling Conf. Currently Set for:**
21                                           )  **Date:**        October 7, 2003
           Defendant.                        )  **Time:**         2:00 pm
22 _____  )  **Courtroom:**   11

23

24

25

26

27

28

STIPULATION REGARDING DATE OF SCHEDULING CONFERENCE
*Synopsys, Inc. v. Ricoh Co., Ltd.*, N.D. Cal. Case No. C03-02289 MJJ

1    It is hereby stipulated by the parties to the above-captioned action, by and through their undersigned counsel of record, as follows:

2.    1.    The parties request that the Case Management Conference set by the Court for October 7, 2003 at 2:00 p.m. be rescheduled because of scheduling difficulties for plaintiffs' lead counsel resulting from plans surrounding the Yom Kippur holiday.

    2.    The next date that is available for all counsel is October 28, 2003. Accordingly, the parties request that the Court reset the Case Management Conference for October 28, 2003 at 2:00 p.m.

    3.    If this date is not available, the parties request that the Court keep the Case Management Conference on October 7.

The foregoing is hereby so stipulated and agreed.

                          Respectfully submitted,

KENNETH W. BROTHERS
GARY M. HOFFMAN
EDWARD A. MEILMAN
Dickstein Shapiro Morin & Oshinsky, LLP

JEFFREY B. DEMAIN
JONATHAN WEISSGLASS
Altshuler, Berzon, Nussbaum, Rubin & Demain

Dated: September 24, 2003.    By:_____
                                    Jonathan Weissglass

Attorneys for Defendant

TERESA M. CORBIN, State Bar No. 132360
CHRISTOPHER KELLEY, State Bar No. 166608
ERIK K. MOLLER, State Bar No. 147674
Howrey Simon Arnold & White, LLP
301 Ravenswood Avenue
Menlo Park, California  94025
Telephone:    (650) 463-8100
Facsimile:    (650) 463-8400

Dated: September 24, 2003.    By:_____
                                    Erik Moller
Attorneys for Plaintiff

1    It is hereby stipulated by the parties to the above-captioned action, by and through their
2 undersigned counsel of record, as follows:
3    1.    The parties request that the Case Management Conference set by the Court for
4 October 7, 2003 at 2:00 p.m. be rescheduled because of scheduling difficulties for plaintiffs'
5 lead counsel resulting from plans surrounding the Yom Kippur holiday.
6    2.    The next date that is available for all counsel is October 28, 2003. Accordingly,
7 the parties request that the Court reset the Case Management Conference for October 28, 2003
8 at 2:00 p.m.
9    3.    If this date is not available, the parties request that the Court keep the Case
10 Management Conference on October 7.
11    The foregoing is hereby so stipulated and agreed.

Respectfully submitted,

KENNETH W. BROTHERS
GARY M. HOFFMAN
EDWARD A. MEILMAN
Dickstein Shapiro Morin & Oshinsky, LLP

JEFFREY B. DEMAIN
JONATHAN WEISSGLASS
Altshuler, Berzon, Nussbaum, Rubin & Demain

Dated: September 24, 2003.    By: _____
                                  Jonathan Weissglass

Attorneys for Defendant

TERESA M. CORBIN, State Bar No. 132360
CHRISTOPHER KELLEY, State Bar No. 166608
ERIK K. MOLLER, State Bar No. 147674
Howrey Simon Arnold & White, LLP
301 Ravenswood Avenue
Menlo Park, California 94025
Telephone:  (650) 463-8100
Facsimile:  (650) 463-8400

Dated: September 24, 2003.    By: _____
                                  Erik Moller

Attorneys for Plaintiff

STIPULATION REGARDING DATE OF SCHEDULING CONFERENCE
*Synopsys, Inc. v. Ricoh Co., Ltd.*, N.D. Cal. Case No. C03-02289 MJJ                                       1

**ORDER**

The Scheduling Conference will be held on October 28, 2003, at 2:00 p.m.  The parties are instructed to file a Joint Case Management Statement, pursuant to Civil L.R. 16-9, 10 days prior to the Case Management Conference.

Dated: _____    _____
                                                                                DISTRICT COURT JUDGE