| | |
|---|---|
| 1 | KENNETH W. BROTHERS, *admitted pro hac vice petition* |
|   | GARY M. HOFFMAN, *admitted pro hac vice petition* |
| 2 | Dickstein Shapiro Morin & Oshinsky, LLP |
|   | 2101 L Street, N.W. |
| 3 | Washington, DC 20037-1526 |
|   | Telephone: (202) 785-9700 |
| 4 | Facsimile: (202) 887-0689 |

**FILED**

SEP 2 6 2003

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

EDWARD A. MEILMAN, *admitted pro hac vice petition*
Dickstein Shapiro Morin & Oshinsky, LLP
1177 Avenue of the Americas
New York, New York 10036-2714
Telephone: (212) 835-1400
Facsimile: (212) 997-9880

JEFFREY B. DEMAIN, State Bar No. 126715
JONATHAN WEISSGLASS, State Bar No. 185008
Altshuler, Berzon, Nussbaum, Rubin & Demain
177 Post Street, Suite 300
San Francisco, California 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC., | Case No. C03-02289 MJJ |
| Plaintiff, | STIPULATION AND ~~PROPOSED~~ ORDER REGARDING DATE OF SCHEDULING CONFERENCE |
| vs. | |
| RICOH COMPANY, LTD., a Japanese corporation, | Scheduling Conf. Currently Set for: |
| | Date: October 7, 2003 |
| Defendant. | Time: 2:00 pm |
| | Courtroom: 11 |

STIPULATION REGARDING DATE OF SCHEDULING CONFERENCE
*Synopsys, Inc. v. Ricoh Co., Ltd.*, N.D. Cal. Case No. C03-02289 MJJ

1  It is hereby stipulated by the parties to the above-captioned action, by and through their undersigned counsel of record, as follows:

1. The parties request that the Case Management Conference set by the Court for October 7, 2003 at 2:00 p.m. be rescheduled because of scheduling difficulties for plaintiffs' lead counsel resulting from plans surrounding the Yom Kippur holiday.

2. The next date that is available for all counsel is October 28, 2003. Accordingly, the parties request that the Court reset the Case Management Conference for October 28, 2003 at 2:00 p.m.

3. If this date is not available, the parties request that the Court keep the Case Management Conference on October 7.

The foregoing is hereby so stipulated and agreed.

Respectfully submitted,

KENNETH W. BROTHERS
GARY M. HOFFMAN
EDWARD A. MEILMAN
Dickstein Shapiro Morin & Oshinsky, LLP

JEFFREY B. DEMAIN
JONATHAN WEISSGLASS
Altshuler, Berzon, Nussbaum, Rubin & Demain

Dated: September 24, 2003.          By:_____
                                        Jonathan Weissglass

                                    Attorneys for Defendant

                                    TERESA M. CORBIN, State Bar No. 132360
                                    CHRISTOPHER KELLEY, State Bar No. 166608
                                    ERIK K. MOLLER, State Bar No. 147674
                                    Howrey Simon Arnold & White, LLP
                                    301 Ravenswood Avenue
                                    Menlo Park, California 94025
                                    Telephone:   (650) 463-8100
                                    Facsimile:   (650) 463-8400

Dated: September 24, 2003.          By:_____
                                        Erik Moller
                                    Attorneys for Plaintiff

STIPULATION REGARDING DATE OF SCHEDULING CONFERENCE
*Synopsys, Inc. v. Ricoh Co., Ltd.*, N.D. Cal. Case No. C03-02289 MJJ           1

1    It is hereby stipulated by the parties to the above-captioned action, by and through their
2    undersigned counsel of record, as follows:
3    1.    The parties request that the Case Management Conference set by the Court for
4    October 7, 2003 at 2:00 p.m. be rescheduled because of scheduling difficulties for plaintiffs'
5    lead counsel resulting from plans surrounding the Yom Kippur holiday.
6    2.    The next date that is available for all counsel is October 28, 2003. Accordingly,
7    the parties request that the Court reset the Case Management Conference for October 28, 2003
8    at 2:00 p.m.
9    3.    If this date is not available, the parties request that the Court keep the Case
10   Management Conference on October 7.
11   The foregoing is hereby so stipulated and agreed.

Respectfully submitted,

KENNETH W. BROTHERS
GARY M. HOFFMAN
EDWARD A. MEILMAN
Dickstein Shapiro Morin & Oshinsky, LLP

JEFFREY B. DEMAIN
JONATHAN WEISSGLASS
Altshuler, Berzon, Nussbaum, Rubin & Demain

Dated: September 24, 2003.    By: _____
                                    Jonathan Weissglass

Attorneys for Defendant

TERESA M. CORBIN, State Bar No. 132360
CHRISTOPHER KELLEY, State Bar No. 166608
ERIK K. MOLLER, State Bar No. 147674
Howrey Simon Arnold & White, LLP
301 Ravenswood Avenue
Menlo Park, California 94025
Telephone:  (650) 463-8100
Facsimile:  (650) 463-8400

Dated: September 24, 2003.    By: _____
                                    Erik Moller

Attorneys for Plaintiff

STIPULATION REGARDING DATE OF SCHEDULING CONFERENCE
*Synopsys, Inc. v. Ricoh Co., Ltd.*, N.D. Cal. Case No. C03-02289 MJJ         1

**ORDER**

The Scheduling Conference will be held on October 28, 2003, at 2:00 p.m. The parties are instructed to file a Joint Case Management Statement, pursuant to Civil L.R. 16-9, 10 days prior to the Case Management Conference.

Dated: 9/26/2003

_____
DISTRICT COURT JUDGE

STIPULATION REGARDING DATE OF SCHEDULING CONFERENCE
*Synopsys, Inc. v. Ricoh Co., Ltd.*, N.D. Cal. Case No. C03-02289 MJJ

2