Gary M. Hoffman, pro hac vice
Kenneth W. Brothers, pro hac vice
Eric Oliver, pro hac vice
Dickstein Shapiro Morin & Oshinsky LLP
2101 L Street, NW
Washington, DC 20037-1526
Phone: (202) 785-9700
Fax: (202) 887-0689

Edward A. Meilman, pro hac vice
Dickstein Shapiro Morin & Oshinsky LLP
1177 Avenue of the Americas
New York, New York 10036-2714
Phone: (212) 835-1400
Fax: (212) 992-9880

Jeffrey B. Demain, State Bar No. 126715
Jonathan Weissglass, State Bar No. 185008
Altshuler, Berzon, Nussbaum, Rubin & Demain
177 Post Street, Suite 300
San Francisco, California 94108
Phone: (415) 421-7151
Fax: (415) 362-8064

Attorneys for the Defendant Ricoh Company, Ltd.

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SYNOPSYS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>RICOH COMPANY, LTD,<br><br>Defendant. | Case No. C03-02289 MJJ (Judge Jenkins),<br><br>DECLARATORY JUDGMENT ACTION<br><br>NOTICE OF RELATED ACTION CURRENTLY PENDING IN THE NORTHERN DISTRICT OF CALIFORNIA |

Pursuant to Northern District Civil Local Rule 3-12, Ricoh Company, Ltd. respectfully submits the following Notice of Related Case:

There are currently pending in this judicial district two cases that meet the definition of related cases within the meaning of Civil Local Rule 3-12(b). The first case pending in this district, which was filed on May 14, 2003, is entitled "Synopsys, Inc. v. Ricoh Company, Ltd.," and is Case No. C 03-02289 MJJ. The second case pending in this district, which was originally filed in the United States District Court for the District of Delaware on January 21, 2003 and was recently transferred to this district, is entitled "Ricoh Company, Ltd. v. Aeroflex Incorporated, et al.," and is Case No. C 03-4669 PVT. The first case is pending before Judge Jenkins. The second case is pending before Chief Magistrate Judge Trumbull.

Both actions are related and concern the enforcement of rights arising under a United States patent, U.S. Patent 4,922,432, owned by Ricoh Company, Ltd., which is the defendant in the first pending action and the plaintiff in the second pending action. The cases raise substantially the same questions of law, specifically, the enforceability of U.S. Patent No. 4,922,432. For the foregoing reasons, there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges, and assignment of both cases to a single Judge is likely to conserve judicial resources and promote an efficient determination of the actions.

Dated: October 20, 2003

Respectfully submitted,

Ricoh Company, Ltd.

By: ______________/s/__________________

Jeffrey B. Demain, State Bar No. 126715
Jonathan Weissglass, State Bar No. 185008
Altshuler, Berzon, Nussbaum, Rubin & Demain
177 Post Street, Suite 300
San Francisco, California 94108
Phone: (415) 421-7151
Fax: (415) 362-8064

Gary M. Hoffman
Kenneth W. Brothers
Eric Oliver
DICKSTEIN SHAPIRO MORIN & OSHINSKY LLP
2101 L Street NW
Washington, D.C. 20037-1526
Telephone: (202) 785-9700
Facsimile: (202) 887-0689

Edward A. Meilman
DICKSTEIN SHAPIRO MORIN & OSHINSKY LLP
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 896-5471
Facsimile: (212) 997-9880

Attorneys for the Defendant

NOTICE OF RELATED ACTION PENDING IN THE NORTHERN DISTRICT OF CALIFORNIA
*Synopsys v. Ricoh* C03-02289 (MJJ) Page 3