Teresa M. Corbin (SBN 132360)
Christopher Kelley (SBN 166608)
Thomas C. Mavrakakis (SBN 177927)
HOWREY SIMON ARNOLD & WHITE, LLP
301 Ravenswood Avenue
Menlo Park, California 94025
Telephone: (650) 463-8100
Facsimile: (650) 463-8400

Attorneys for Plaintiff Synopsys, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> RICOH COMPANY, LTD., <br><br> Defendant. | Case No. C03-02289 MJJ <br><br> **STATEMENT IN SUPPORT OF NOTICE OF RELATED CASE** |

Pursuant to Civil Local Rule 3-12(d), plaintiff Synopsys, Inc. ("Synopsys") hereby responds to defendant Ricoh Company, Ltd.'s ("Ricoh") Notice of Related Case filed on October 20, 2003, as follows:

Synopsys believes that two cases are currently pending in the Northern District of California that meet the definition of related case as described in L.R. 3-12(b)(1); *Synopsys, Inc. v. Ricoh Company, Ltd.*, Case No. C 03-02289 MJJ, filed May 15, 2003 and currently pending before Judge Jenkins, and *Ricoh Company, Ltd. v. Aeroflex Inc., et al.*, Case No. C 03-4669 PVT, transferred from the District of Delaware on August 29, 2003 and docketed into the Northern District of California on October 16, 2003 and currently pending before Magistrate Judge Trumbull.

Synopsys believes that these two cases are related as described in L.R. 3-12(b)(1) because both concern substantially similar factual and legal issues. Specifically, both cases have at their core the

STATEMENT IN SUPPORT OF NOTICE OF RELATED CASE
C03-02289 MJJ

HOWREY
SIMON
ARNOLD &
WHITE

factual and legal issues regarding whether the claims in Ricoh's U.S. Patent No. 4,922,432 are valid and whether the ordinary use of Synopsys' Design Compiler software infringes the claims in that patent. Resolution of these issues in the present action will resolve those same core issues in the related case brought against six of Synopsys' customers for their use of Design Compiler software in the related case *Ricoh Company, Ltd. v. Aeroflex Inc., et al.*, Case No. C 03-4669 PVT.

Given that the core issues in the case against Synopsys' customers will be resolved in the present action, "there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different judges," and "assignment to a single Judge is likely to conserve judicial resources and promote an efficient determination of the actions." L.R. 3-12(b)(2), 3-12(c)(3).

Dated: October 21, 2003            Respectfully submitted,

                                   HOWREY SIMON ARNOLD & WHITE, LLP


                                   By: /s/ Thomas C. Mavrakakis
                                       Thomas C. Mavrakakis
                                       Attorneys for Defendants

STATEMENT IN SUPPORT OF NOTICE OF RELATED CASE            -2-
C03-02289 MJJ

HOWREY
SIMON
ARNOLD &
WHITE