Gary M. Hoffman (*Pro Hac Vice*)
Kenneth W. Brothers(*Pro Hac Vice*)
DICKSTEIN SHAPIRO MORIN
  & OSHINSKY, LLP
2101 L Street, NW
Washington, DC  20037-1526
Phone (202) 785-9700
Fax (202) 887-0689

Edward A. Meilman (*Pro Hac Vice*)
DICKSTEIN SHAPIRO MORIN
  & OSHINSKY, LLP
1177 Avenue of the Americas
New York, New York  10036-2714
Phone (212) 835-1400
Fax (212) 997-9880

Jeffrey B. Demain, State Bar No. 126715
Jonathan Weissglass, State Bar No. 185008
ALTSHULER, BERZON, NUSSBAUM, RUBIN & DEMAIN
177 Post Street, Suite 300
San Francisco, California  94108
Phone  (415) 421-7151
Fax (415) 362-8064

Attorneys for Ricoh Company, Ltd.

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPYSY INC., | **CASE NO. CV 03-02289-MJJ** |
| Plaintiff, | **RICOH'S MOTION TO ADVANCE THE CASE MANAGEMENT CONFERENCE** |
| vs. | |
| RICOH COMPANY LTD., | **Date:  Not Set** |
| Defendant. | **Time: Not Set** |
| | **Courtroom:  11** |

Defendant, Ricoh Company, Ltd. (Ricoh), seeks an Order from this Court under Local Rule 6-3(a) to hold the Case Management Conference at a date to be set by the Court which is earlier than the presently scheduled date of February 10, 2004.

Plaintiff's counsel has stated they have no objection in principle to an earlier Case Management Conference.

### RELIEF REQUESTED

Specifically, Ricoh seeks an Order from this Court scheduling the Case Management Conference at a date earlier than the presently scheduled date of February 10, 2004.   Ricoh proposes the Case Management Conference be rescheduled for December 9, 2003 when counsel for all parties will be present to argue a pending motion.

### MEMORANDUM OF POINTS AND AUTHORITIES

### I. STATEMENT OF ISSUE TO BE DECIDED

*Whether this Court should schedule the Case Management Conference at a date earlier than the presently scheduled date?*

### II.  ARGUMENT

This case is related to another case now before this Court, *Ricoh Company Ltd v. Aeroflex, Inc. et al*, CV 03-04669-MJJ.  The *Ricoh v. Aeroflex* case was begun in Delaware in January 2003.  After a Case Management Conference was held in Delaware (a copy of the resulting Scheduling Order is attached to the Meilman Declaration as Exhibit A) and discovery was ongoing for months, the action was transferred to this Court.  After being received in the Northern District of California, the case transferred within the District several times and is now assigned to Judge Jenkins because it is a related case.  Case Management Conference notices by the clerk of this court were issued and vacated as transfers within this District took place - - the Case Management Conference in this District is now scheduled for February 10, 2004.  A motion to advance the Conference is being concurrently made in the case.

CASE NO. CV 03-02289-MJJ
RICOH'S MOTION TO ADVANCE
THE CASE MANAGEMENT CONFERENCE

The Case Management Conference in the above-captioned case was originally scheduled for September 16, 2003. The Conference was subsequently rescheduled multiples times and became set for hearing on October 28, 2003, and the parties prepared and filed a Joint Case Management Conference Report. The October 28, 2003 date was then rescheduled and the Case Management Conference is now set for February 10, 2004, five (5) months after the original date.

In their motion to transfer to this Court, the defendants in *Ricoh v. Aeroflex* asked the Delaware court to transfer the action here so that it could be consolidated with this *Synopsys v. Ricoh* action; Ricoh hereby joins in the suggestion for consolidation. While consolidation has not yet taken place, the defendants in *Ricoh v. Aeroflex* have filed a motion to stay that case in its entirety which is scheduled to be heard on December 9, 2003. Ricoh is opposing that motion on many grounds, including, *inter alia*, the need for discovery of those defendants in the present case even if a stay is granted and that even if Synopsys prevails in this action, the issues in the *Aeroflex* action will not necessarily be resolved, requiring that case to be reactivated anew after a delay of more than one year.

Ricoh submits that holding a Case Management Conference in this action concurrently with that in *Ricoh v. Aeroflex* is clearly appropriate. Accordingly, if the Case Management Conference in the related action is advanced, the Case Management Conference in this action should also be advanced to the same date and time. Ricoh proposes December 9, 2003 when the Court is scheduled to hear a motion in the related matter and counsel for all parties in this and the related case will be before the Court.

Even if a stay of the *Ricoh v. Aeroflex* case is granted, an earlier Case Management Conference should be held. Synopsys announced its contention that it was the real party in interest and intended to file a transfer motion at a court hearing in Delaware on May 16, 2003, although it then delayed for almost a month before filing the motion to transfer (Meilman Declaration, paragraph 3 and Exh. B). This dispute will thus have been effectively ongoing for almost nine months without a Conference by the date of the currently scheduled Conference.

1   **III  CONCLUSION**

2          For the foregoing reasons, the Court should reset the date for the Case Management Conference

3   earlier than February 10, 2004, and preferably on December 9, 2003.

4

5                                          Respectfully submitted,

6   Dated: November 17, 2003
                                           Ricoh Company, Ltd.

7

8                                          By: _____
                                           Jeffrey B. Demain, State Bar No. 126715
9                                          Jonathan Weissglass, State Bar No. 185008
                                           Altshuler, Berzon, Nussbaum, Rubin & Demain
10                                         177 Post Street, Suite 300
                                           San Francisco, California  94108
11                                         Phone:  (415) 421-7151
                                           Fax:  (415) 362-8064
12

13                                         Gary M. Hoffman
14                                         Ken Brothers
                                           Eric Oliver
15                                         DICKSTEIN SHAPIRO MORIN &
                                               OSHINSKY  LLP
16                                         2101 L Street NW
                                           Washington, D.C.  20037-1526
17                                         Telephone: (202) 785-9700
                                           Facsimile: (202) 887-0689
18

19

20                                         Edward A. Meilman
21                                         DICKSTEIN SHAPIRO MORIN &
                                               OSHINSKY  LLP
22                                         1177 Avenue of the Americas
                                           New York, New York  10036
23                                         Telephone:  (212) 896-5471
                                           Facsimile:  (212) 997-9880
24

25                                         Attorneys for Ricoh Company, Ltd.

26

27

28