1  Gary M. Hoffman (*Pro Hac Vice*)
   Kenneth W. Brothers(*Pro Hac Vice*)
2  DICKSTEIN SHAPIRO MORIN
     & OSHINSKY, LLP
3  2101 L Street, NW
   Washington, DC  20037-1526
4  Phone (202) 785-9700
   Fax (202) 887-0689
5
   Edward A. Meilman (*Pro Hac Vice*)
6  DICKSTEIN SHAPIRO MORIN
     & OSHINSKY, LLP
7  1177 Avenue of the Americas
   New York, New York  10036-2714
8  Phone (212) 835-1400
   Fax (212) 997-9880
9
   Jeffrey B. Demain, State Bar No. 126715
10 Jonathan Weissglass, State Bar No. 185008
   ALTSHULER, BERZON, NUSSBAUM, RUBIN & DEMAIN
11 177 Post Street, Suite 300
   San Francisco, California  94108
12 Phone  (415) 421-7151
   Fax (415) 362-8064
13
   Attorneys for Ricoh Company, Ltd.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS INC., | **CASE NO. CV 03-02289-MJJ** |
| Plaintiff, | **[PROPOSED] ORDER GRANTING RICOH'S MOTION TO ADVANCE THE CASE MANAGEMENT CONFERENCE** |
| vs. | |
| RICOH COMPANY, LTD., | **Date:  Not Set** |
| Defendants. | **Time: Not Set**<br>**Courtroom:  11** |

1  This matter came before the Court on motion by defendant Ricoh Company, Ltd seeking an order advancing the date of the Case Management Conference. After consideration of the papers filed in support of the motion, any papers filed in opposition and any oral argument of counsel:

IT IS ORDERED, ADJUDGED AND DECREED that:

1. The Case Management Conference is hereby rescheduled for _____, 200_ at _____.M.

Dated:_____, 2003

_____
The Honorable Martin J. Jenkins
United States District Court Judge

CASE NO. CV 03-02289-MJJ
[PROPOSED] ORDER GRANTING RICOH'S MOTION TO
ADVANCE THE CASE MANAGEMENT CONFERENCE