1  Teresa M. Corbin (SBN 132360)
   Christopher Kelley (SBN 166608)
2  Thomas Mavrakakis (SBN 177927)
   Erik K. Moller (SBN 147674)
3  HOWREY SIMON ARNOLD & WHITE, LLP
   301 Ravenswood Avenue
4  Menlo Park, California  94025
   Telephone:  (650) 463-8100
5  Facsimile:  (650) 463-8400

6  Attorneys for Plaintiff
   SYNOPSYS, INC.
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11 Synopsys, Inc.,                    ) Case No. CV 03-02289 MJJ
                                      )
12              Plaintiff,            ) **NOTICE OF MOTION AND MOTION**
                                      ) **REQUESTING COURT ORDER LIFTING**
13         vs.                        ) **RESTRICTIONS IMPOSED BY**
                                      ) **DELAWARE COURT ON DEPOSITION OF**
14 Ricoh Company, Ltd.,               ) **DR. DONALD THOMAS.**
                                      )
15              Defendant.            ) Date:    January 6, 2004
                                      ) Time:    9:30 a.m.
16                                    ) Place:   Courtroom 11, 19TH Floor
                                      )
17 _____    )

18

19

20

21

22

23

24

25

26

27

28

**HOWREY**
**SIMON**
**ARNOLD &**
**WHITE**

Case No. CV 03-02289 MJJ
NOTICE OF MOTION AND MOTION RE RESTRICTIONS ON
THOMAS DEPOSITION

## NOTICE OF MOTION AND RELIEF REQUESTED

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on January 6, 2004, at 9:30 A.M., or as soon thereafter as counsel may be heard in Courtroom 11 of the above-entitled Court, plaintiff Synopsys, Inc. ("Synopsys") will seek an order from this Court authorizing them to take the deposition of Dr. Donald Thomas. Synopsys' motion is based on the following memorandum of points and authorities, all pleadings and papers in the Court's file, the arguments of counsel, and any additional evidence this Court may consider at the time of the hearing.

## MEMORANDUM OF POINTS AND AUTHORITIES

Synopsys joins in and adopts the arguments made in the Motion Requesting Court Order Lifting Restrictions Imposed By Delaware Court on Deposition of Dr. Donald Thomas, filed December 2, 2003 in *Ricoh Co., Ltd. v. Aeroflex Inc., et al.*, Case No. CV 03-04669 MJJ.

Dated: December 2, 2003
Respectfully submitted,

HOWREY SIMON ARNOLD & WHITE, LLP

By: /s/
Teresa M. Corbin
Christopher Kelley
Thomas Mavrakakis
Erik K. Moller

Attorneys for Plaintiff SYNOPSYS, INC.

1  Teresa M. Corbin (SBN 132360)
   Christopher Kelley (SBN 166608)
2  Thomas Mavrakakis (SBN 177927)
   Erik K. Moller (SBN 147674)
3  HOWREY SIMON ARNOLD & WHITE, LLP
   301 Ravenswood Avenue
4  Menlo Park, California  94025
   Telephone:  (650) 463-8100
5  Facsimile:  (650) 463-8400

6  Attorneys for Plaintiff
   SYNOPSYS, INC.

7                              UNITED STATES DISTRICT COURT

8                             NORTHERN DISTRICT OF CALIFORNIA

9                                  SAN FRANCISCO DIVISION

10

11                                              ) Case No. CV 03-02289 MJJ
   Synopsys, Inc.,                              )
12                                              ) **[PROPOSED] ORDER GRANTING**
                  Plaintiff,                    ) **DEFENDANTS' MOTION REQUESTING**
13                                              ) **COURT ORDER LIFTING RESTRICTIONS**
         vs.                                    ) **IMPOSED BY DELAWARE COURT ON**
14                                              ) **DEPOSITION OF DR. DONALD THOMAS.**
   Ricoh Company, Ltd.,                         )
15                                              ) Date:    January 6, 2004
                  Defendant.                    ) Time:    9:30 a.m.
16                                              ) Ctrm:    11, 19th Floor
                                                ) Judge:   Hon. Martin J. Jenkins
17                                              )
                                                )
18                                              )

Case No.  C03-02289 MJJ
[PROPOSED] ORDER GRANTING
SYNOPSYS' MOTION RE THOMAS DEPO

1   This matter came before the Court on January 6, 2004 on motion by plaintiff Synopsys, Inc.
2   seeking an order from this Court authorizing it to take the deposition of Dr. Donald Thomas.
3   After consideration of the papers filed in support of the motion, any papers fil ed in opposition,
4   and any oral argument of counsel:

6   IT IS ORDERED, ADJUDGED AND DECREED that:
7   1.   Synopsys may take the deposition of Dr. Donald Thomas.

9   Dated: _____, 2003         _____
10                                           The Honorable Martin J. Jenkin s
                                             United States District Court Judge

Case No.  C03-02289 MJJ                    -2-
[PROPOSED] ORDER GRANTING
SYNOPSYS' MOTION RE THOMAS DEPO

HOWREY
SIMON
ARNOLD &
WHITE