UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC., <br>        Plaintiff, <br> vs. <br> RICOH COMPANY, LTD., <br>        Defendant. <br> RICOH COMPANY, LTD., <br>        Plaintiff, <br> vs. <br> AEROFLEX INCORPORATED, et al., <br>        Defendants | **CASE NO. C-03-2289-MJJ** <br><br> **CASE NO. C-03-4669-MJJ** <br><br><br><br><br> **[PROPOSED] ORDER GRANTING RICOH'S MOTION FOR SANCTIONS** |

This matter came before the Court on January 6, 2003 on a motion by Plaintiff and Declaratory Judgment Defendant Ricoh Company Ltd. ("Ricoh") for sanctions against declaratory judgment plaintiff Synopsys Inc. and Defendants Aeroflex Incorporated, AMI Semiconductor, Inc., Matrox Electronic Systems, Ltd., Matrox Graphics Inc., Matrox International Corp. and Matrox Tech, Inc. (collectively the "ASIC defendants").

After consideration of the papers filed in support of the motion, any papers filed in opposition, and any oral argument of counsel, the Court finds that:

IT IS ORDERED, ADJUDGED, AND DECREED that Ricoh's motion for sanctions is GRANTED.  The testimony of Dr. Thomas shall not be received into evidence, and no party shall seek his testimony relating to either the '432 patent or the '016 patent for any purpose.

IT IS FURTHER ORDERED that Ricoh shall receive an award of fees and expenses of $_____ for its attorneys' time and expenses related to Synopsys and the ASIC defendants' conduct with respect to Dr. Thomas.

1  IT IS FURTHER ORDERED that counsel for the defendants, [Christopher Kelley and Louis
2  Campbell] [the law firm of Howrey Simon Arnold & White], is hereby disqualified from representing
3  defendants, either directly or indirectly, with respect to either the '432 patent or the '016 patent for any
4  purpose.

8  SO ORDERED.

10 Dated: _____, 2004

   _____
   Honorable Martin J. Jenkins
   Judge, United States District Court

Submitted December 2, 2003 by:

Gary M. Hoffman (*Pro Hac Vice*)
Kenneth W. Brothers(*Pro Hac Vice*)
DICKSTEIN SHAPIRO MORIN
  & OSHINSKY, LLP
2101 L Street, NW
Washington, DC  20037-1526
Phone (202) 785-9700
Fax (202) 887-0689

Edward A. Meilman (*Pro Hac Vice*)
DICKSTEIN SHAPIRO MORIN
  & OSHINSKY, LLP
1177 Avenue of the Americas
New York, New York  10036-2714
Phone (212) 835-1400
Fax (212) 997-9880

Jeffrey B. Demain, State Bar No. 126715
Jonathan Weissglass, State Bar No. 185008
ALTSHULER, BERZON, NUSSBAUM, RUBIN & DEMAIN
177 Post Street, Suite 300
San Francisco, California  94108
Phone  (415) 421-7151
Fax (415) 362-8064

Attorneys for Ricoh