Teresa M. Corbin (SBN 132360)
Christopher Kelley (SBN 166608)
Erik K. Moller (SBN 147674)
HOWREY SIMON ARNOLD & WHITE, LLP
301 Ravenswood Avenue
Menlo Park, California 94025
Telephone: (650) 463-8100
Facsimile: (650) 463-8400

Attorneys for Plaintiff SYNOPSYS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC., | Case No. C03-02289 MJJ |
| Plaintiff, | DECLARATION OF WENDY MARIE HOBBS |
| vs. | |
| RICOH COMPANY, LTD., | |
| Defendant. | |

I, Wendy Marie Hobbs, declare:

1. I am employed as a secretary in the office of Howrey Simon Arnold & White LLP, in Menlo Park, California. I serve as a secretarial assistant to several attorneys, including Mr. Louis Campbell.

2. It is my understanding of general office practice regarding service of discovery, including third party subpoenas, that copies of all discovery served are to be supplied to all parties to any litigation. The secretarial staff is responsible for arranging service of copies of discovery on all parties.

3. I arranged service of a subpoena on Dr. Donald Thomas on June 26, 2003. I neglected to serve a copy of the subpoena on opposing counsel. This failure was the result of an accidental oversight and not intentional.

-1-

1   I declare under penalty of perjury the foregoing is true and correct to the best of my knowledge.

2   Executed this 16th day of December, 2003 in Menlo Park, California.

        /s/ Wendy Marie Hobbs
        Wendy Marie Hobbs

-2-

**HOWREY SIMON ARNOLD & WHITE**
DECLARATION OF WENDY MARIE HOBBS
CASE NO. C03-02289 MJJ