1 Teresa M. Corbin (SBN 132360)
Christopher L. Kelley (SBN 166608)
2 Thomas C. Mavrakakis (SBN 177927)
Erik K. Moller (SBN 147674)
3 HOWREY SIMON ARNOLD & WHITE, LLP
301 Ravenswood Avenue
4 Menlo Park, California 94025
Telephone: (650) 463-8100
5 Facsimile: (650) 463-8400

7 Attorneys for Plaintiff SYNOPSYS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC., | Case No. CV 03-02289 MJJ |
| Plaintiff, | **SYNOPSYS' REPLY BRIEF IN SUPPORT OF MOTION REQUESTING COURT ORDER LIFTING RESTRICTIONS IMPOSED BY DELAWARE COURT ON DEPOSITION OF DR. DONALD THOMAS** |
| v. | |
| RICOH COMPANY LTD., | Date: January 6, 2004 (Original Hearing Date) |
| Defendant. | Time: 9:30 a.m. |
| | Ctrm: Courtroom 11, 19th Floor |

1  Synopsys, Inc. joins in and adopts the arguments made in the Defendants' Reply Brief In
2  Support of Motion Requesting Court Order Lifting Restrictions Imposed By Delaware Court on
3  Deposition of Dr. Donald Thomas, filed December 23, 2003 in *Ricoh Co., Ltd. v. Aeroflex Inc., et al.*,
4  Case No. CV 03-04669 MJJ.

Respectfully submitted,

Date:   December 23, 2002            /s/ Erik K. Moller
                                     Christopher L. Kelley
                                     HOWREY SIMON ARNOLD & WHITE LLP
                                     Attorneys for Plaintiff SYNOPSYS, INC.

- 2 -

HOWREY
SIMON
ARNOLD &
WHITE

Case No. CV 03-02289 MJJ
Reply ISO Motion Requesting Relief