1 | Gary M. Hoffman (*Pro Hac Vice*)
Kenneth W. Brothers (*Pro Hac Vice*)
2 | DICKSTEIN SHAPIRO MORIN
   & OSHINSKY, LLP
3 | 2101 L Street, NW
Washington, DC  20037-1526
4 | Phone (202) 785-9700
Fax (202) 887-0689
5 |
Edward A. Meilman (*Pro Hac Vice*)
6 | DICKSTEIN SHAPIRO MORIN
   & OSHINSKY, LLP
7 | 1177 Avenue of the Americas
New York, New York  10036-2714
8 | Phone (212) 835-1400
Fax (212) 997-9880
9 |
Jeffrey B. Demain, State Bar No. 126715
10 | Jonathan Weissglass, State Bar No. 185008
ALTSHULER, BERZON, NUSSBAUM, RUBIN & DEMAIN
11 | 177 Post Street, Suite 300
San Francisco, California  94108
12 | Phone  (415) 421-7151
Fax (415) 362-8064
13 |
Attorneys for Ricoh Company, Ltd.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC.,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>RICOH COMPANY, LTD.,<br><br>　　　　Defendant. | **CASE NO. C-03-2289-MJJ**<br><br>**CASE NO. C-03-4669-MJJ** |
| RICOH COMPANY, LTD.,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>AEROFLEX INCORPORATED, et al.,<br><br>　　　　Defendants | **RICOH'S RE-NOTICE OF MOTION FOR SANCTIONS (PURSUANT TO COURT'S ORDER OF DECEMBER 19, 2003)**<br><br>**Date:  February 10, 2004**<br>**Time:  9:30 a.m.**<br>**Courtroom:  11** |

# NOTICE OF MOTION AND RELIEF REQUESTED

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to the Court's Order of December 19, 2003, on February 10, 2004, at 9:30 a.m. in Courtroom 11 of the above-referenced court plaintiff and declaratory judgment defendant Ricoh Company, Ltd. ("Ricoh"), will bring on for hearing its motion for sanctions against declaratory judgment plaintiff Synopsys, Inc. ("Synopsys") in Case No. C-03-2289-MJJ; accused infringement defendants Aeroflex Incorporated ("Aeroflex"), AMI Semiconductor, Inc. ("AMI"), Matrox Electronic Systems Ltd. ("Matrox"), Matrox Graphics Inc. ("Matrox Graphics"), Matrox Int'l. Corp. ("Matrox Int'l.") and Matrox Tech Inc. ("Matrox Tech") (collectively the "ASIC defendants") in Case No. C-03-4669-MJJ; and counsel for the foregoing parties in both cases, Howrey, Simon, Arnold & White ("Howrey"). This motion is based upon the intentional actions of Synopsys, the ASIC defendants and Howrey to wrongfully induce Ricoh's consulting expert, Dr. Thomas, to break his agreement with Ricoh, switch sides to become a consulting expert to Synopsys, misrepresent the relevant facts to Judge Sleet of the District of Delaware, then fail to comply with the Court's order with respect to the Court's investigation of the apparent fraud on the Court.

Ricoh bases this motion upon its Memorandum of Points and Authorities (previously filed on December 2, 2004), the supporting declarations and evidence, Ricoh's reply brief (previously filed on December 23, 2004), all pleadings on file in these cases, and such argument as may be heard by this Court.

Dated: January 6, 2004               Respectfully submitted,

                                     Ricoh Company, Ltd.


                                     By:   Ken Brothers
                                     Jeffrey B. Demain, State Bar No. 126715
                                     Jonathan Weissglass, State Bar No. 185008
                                     ALTSHULER, BERZON, NUSSBAUM,
                                        RUBIN & DEMAIN
                                     177 Post Street, Suite 300
                                     San Francisco, California 94108
                                     Phone: (415) 421-7151
                                     Fax: (415) 362-8064

```
 1                      Gary M. Hoffman
                        Ken Brothers
 2                      Eric Oliver
                        DICKSTEIN SHAPIRO MORIN &
 3                          OSHINSKY  LLP
                        2101 L Street NW
 4                      Washington, D.C.  20037-1526
                        Telephone: (202) 785-9700
 5                      Facsimile: (202) 887-0689
 6
                        Edward A. Meilman
 7                      DICKSTEIN SHAPIRO MORIN &
                            OSHINSKY  LLP
 8                      1177 Avenue of the Americas
                        New York, New York  10036
 9                      Telephone:  (212) 896-5471
                        Facsimile:  (212) 997-9880
10
11                      Attorneys for Ricoh Company, Ltd.
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```