```
Teresa M. Corbin (SBN 132360)
Christopher Kelley (SBN 166608)
Thomas Mavrakakis (SBN 177927)
Erik K. Moller (SBN 147674)
HOWREY SIMON ARNOLD & WHITE, LLP
301 Ravenswood Avenue
Menlo Park, California 94025
Telephone: (650) 463-8100
Facsimile: (650) 463-8400

Attorneys for Plaintiff
SYNOPSYS, INC.
```

**FILED**

JAN 1 6 2004

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| Synopsys, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Ricoh Company, Ltd., <br><br> Defendant. | Case No. C03-02289 MJJ <br><br> **STIPULATION AND ORDER FOR FILING OF AMENDED COMPLAINT AND ANSWER AND COUNTERCLAIMS** |

IT IS HEREBY STIPULATED, by and between the parties hereto through their respective attorneys of record that Plaintiffs may file an Amended Complaint, a copy of which is attached. The parties further stipulate that Defendant's Answer of October 6, 2003, will serve as an answer to Plaintiff's Amended Complaint.

////
////
////
////
////
////
////
////

HOWREY SIMON ARNOLD & WHITE

Stipulation and Order for Filing of Amended
Complaint and Answer and Counterclaims
Case No. C03-02289 MJJ

-1-

Plaintiff and Defendant waive notice and service of the Amended Complaint.

Dated: January 13, 2004

HOWREY SIMON ARNOLD & WHITE, LLP

By: _____
Erik K. Moller
Attorneys for Plaintiff Synopsys, Inc.

Dated: January 13, 20043

ALTSHULER, BERZON, NUSSBAUM,
RUBIN & DEMAIN

By: _____
Jeffrey Demain
Attorneys for Defendant Ricoh Company, Ltd.

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: 1/16/2003

_____
Honorable Martin J. Jenkins