IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC., | No. C 03-2289 MJJ |
|     Plaintiff, | **ORDER REGARDING PROTECTIVE ORDER** |
| v. | |
| RICOH CO., | |
|     Defendant. | |

On January 20, 2004, the parties submitted a Proposed Stipulated Protective Order. The Court hereby orders the parties to submit a revised protective order complying with the requirements set forth below.

1) Provide detailed instructions for filing confidential materials under seal. In addition to placing documents in a sealed envelope with instructions that the document is filed pursuant to the Stipulated Protective Order and that the envelope is not to be opened absent further order of the Court, the envelope should be labeled to identify the title of the case, the case number, and the title of the document.

2) Designate a time limit on the Court's jurisdiction to enforce the terms of the order. (e.g., six months after final termination of the action).

1 **IT IS SO ORDERED.**

3 Dated: January 21, 2004

                                                                          /s/
MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE