**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC., | No. C 03-2289 MJJ |
| Plaintiff, | **ORDER VACATING JANUARY 21, 2004 ORDER** |
| v. | |
| RICOH CO., | |
| Defendant. | |

Pursuant to the January 21, 2004 letter of correction submitted by counsel for Synopsis, the Court's Order of January 21, 2004 is hereby **VACATED**.

**IT IS SO ORDERED.**

Dated: January 22, 2004

/s/
MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE