**FILED**

FEB 0 3 2004

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSIS, INC., <br><br> Plaintiff, <br><br> v. <br><br> RICOH CO., LTD. <br><br> Defendant. | No. C 03-2289 MJJ <br> No. C 03-4669 MJJ <br><br> **ORDER** |
| RICOH CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> AEROFLEX INC., et al., <br><br> Defendants. | |

The Court has reviewed the discovery motions submitted by the parties. These motions are: (1) Ricoh's Motion for Approval of Protective Order; (2) Synopsis' Cross-Motion for Adoption of Synopsis' Protective Order and Discovery Procedures; (3) Ricoh's Motion Requesting Court Order Lifting Restrictions Imposed By Delaware Court on Deposition of Dr. Donald Thomas; (4) Ricoh's Motion for Sanctions; (5) Ricoh's Motion to Compel Production of Documents from Synopsis; (6)

Ricoh's Motion to Compel Production of Documents from the ASIC Defendants; (7) Ricoh's Motion to Compel Production of Initial Disclosure Documents from the ASIC Defendants; and (8) Ricoh's Motion to Compel Responses to Interrogatories. The parties appear to be at an impasse with respect to the discovery issues represented by these motions. Accordingly, after review of the motions, the Court will assign them to a Magistrate Judge for resolution.[1] The hearing scheduled for February 10, 2004 is therefore **VACATED**. The Case Management Conference also scheduled for February 10 is **CONTINUED** until March 2, 2004, when the Court will hear the Matrox Defendants' Motion for Summary Judgment.

**IT IS SO ORDERED.**

Dated: February _/_, 2004

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

---

[1] The parties will be notified of the Magistrate Judge assigned to resolve the motions listed above.