**FILED**

FEB 0 5 2004

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SYNOPSYS, INC,

        Plaintiff,

  v.

RICOH COMPANY, LTD,

        Defendant.

_____/

No.   C03-2289 MJJ
        C03-4469 MJJ

**ORDER OF REFERENCE**

# E-filing

    Pursuant to Civil Local Rule 72-1, it is HEREBY ORDERED that the following motions in the above captioned case are referred for the purpose of discovery to a Magistrate Judge.

(1)    Ricoh's Motion for Approval of Protective Order

(2)    Synopsis' Cross-Motion for Adoption of Synopsis' Protective Order and Discovery Procedures

(3)    Ricoh's Motion Requesting Court Order Lifting Restrictions Imposed by Delaware Court on Deposition of Dr. Donald Thomas

(4)    Ricoh's Motion for Sanctions

(5)    Ricoh's Motion to Compel Production of Documents from Synopsis

(6)    Ricoh's Motion to Compel Production of Documents from the ASIC Defendants

(7)    Ricoh's Motion to Compel Production of Initial Disclosure Documents from the ASIC Defendants

(8)    Ricoh's Motion to Compel Responses to Interrogatories

    Counsel will be advised of the date, time and place of the next appearance by notice from the Magistrate Judge. THE MOTION HEARING SET ON JUDGE JENKIN'S CALENDAR FOR **February 10, 2004** is hereby **VACATED**.

    **IT IS SO ORDERED.**

Dated:  2/5/2004

MARTIN J. JENKINS
United States District Judge

United States District Court
For the Northern District of California