Gary M. Hoffman, *admitted pro hac vice*
Kenneth W. Brothers, *admitted pro hac vice*
DICKSTEIN SHAPIRO MORIN & OSHINSKY, LLP
2101 L Street, N.W.
Washington, D.C. 20037-1526
Telephone: (202) 785-9700
Facsimile: (202) 887-0689

Edward A. Meilman, *admitted pro hac vice*
Dickstein Shapiro Morin & Oshinsky LLP
1177 Avenue of the Americas
New York, New York 10036-2714
Phone: (212) 835-1400
Fax: (212) 992-9880

Jeffrey B. Demain (SBN 126715)
Jonathan Weissglass (SBN 185008)
ALTSHULER, BERZON, NUSSBAUM,
RUBIN & DEMAIN
177 Post Street, Suite 300
San Francisco, California 94108
Phone: (415) 421-7151
Fax: (415) 362-8064

Attorneys for Ricoh Company, Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> RICOH COMPANY, LTD., <br><br> Defendant. | **Case No. C-03-02289 MJJ** <br><br> **DISCOVERY MATTER** <br><br> **RICOH'S STATEMENT TO THE MAGISTRATE JUDGE CONCERNING THE MOTIONS IDENTIFIED IN THE ORDER OF REFERENCE** |

  Plaintiff Ricoh Company, Ltd. ("Ricoh") respectfully submits this statement regarding this Court's February 5, 2004 Order of Reference. The Order of Reference identified eight motions that were to be referred to a Magistrate Judge. However, three of those motions were stayed pursuant to an order of this Court on November 17, 2003, have not been re-filed, and are thus not currently pending. Those motions are as follows:

1    Item (5) in the Order of Reference:  Ricoh's Motion to Compel Production of Documents from Synopsys;

2    Item (6) in the Order of Reference:  Ricoh's Motion to Compel Production of Documents from the ASIC Defendants; and

3    Item (8) in the Order of Reference:  Ricoh's Motion to Compel Responses to Interrogatories.

In addition, the Order of Reference misidentifies item (3) as a Ricoh motion.  Ricoh believes that item (3) refers to a pending motion submitted by Synopsys to lift certain restrictions imposed by the United States District Court for the District of Delaware on the deposition of Dr. Donald Thomas.

All of the following pending five discovery motions referred to the Magistrate Judge are fully briefed, and Ricoh stands ready to attend a hearing at the convenience of the Court:

1. Ricoh's Motion for Approval of Protective Order;

2. Synopsys' Cross-Motion for Adoption of Synopsys' Protective Order and Discovery Procedures;

3. Synopsys' Motion Requesting Court Order Lifting Restrictions Imposed by Delaware Court on Deposition of Dr. Donald Thomas;

4. Ricoh's Motion for Sanctions; and

5. Ricoh's Motion to Compel Production of Initial Disclosure Documents from the ASIC Defendants.

Dated:  February 6, 2004            Respectfully submitted,

Ricoh Company, Ltd.

By: /s/ Ken Brothers

Jeffrey B. Demain, State Bar No. 126715
Jonathan Weissglass, State Bar No. 185008
ALTSHULER, BERZON, NUSSBAUM,
   RUBIN & DEMAIN
177 Post Street, Suite 300
San Francisco, California  94108
Phone:  (415) 421-7151
Fax:  (415) 362-8064

1  
2  
3  
4  
5  
          Gary M. Hoffman  
          Ken Brothers  
          DICKSTEIN SHAPIRO MORIN *&*  
             OSHINSKY  LLP  
          2101 L Street NW  
          Washington, D.C.  20037-1526  
          Telephone: (202) 785-9700  
          Facsimile: (202) 887-0689  

6  
7  
8  
9  
10  
          Edward A. Meilman  
          DICKSTEIN SHAPIRO MORIN *&*  
             OSHINSKY  LLP  
          1177 Avenue of the Americas  
          New York, New York  10036  
          Telephone:  (212) 896-5471  
          Facsimile:  (212) 997-9880  
          Attorneys for Ricoh Company, Ltd.

11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28