**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC.,<br><br>   Plaintiff,<br><br>  v.<br><br>RICOH CO., LTD.,<br><br>   Defendant.<br>_____/<br>RICOH CO., LTD.,<br><br>   Plaintiff,<br><br>  v.<br><br>AEROFLEX, et al.,<br><br>   Defendants.<br>_____/ | No. C-03-2289 MJJ (EMC)<br>No. C-03-4669 MJJ (EMC)<br><br>**ORDER RE DISCOVERY MOTIONS** |

  The Court hereby orders the parties to **meet and confer in person** regarding the eight discovery motions that have been referred to this Court. For the meet and confer, the parties shall address *all* of the discovery motions, including those motions for which the parties did not satisfy the meet-and-confer requirements of the Federal and Local Rules. The Court instructs the parties that their meet and confer should be guided by Judge Jenkins's comments at the hearing on the ASIC Defendants' motion to stay -- specifically, that discovery shall be sequenced so that it is focused first on claim construction and a *select, limited* number of infringement contentions and that discovery on other issues be resolved at a later stage.

1   The Court further orders that, after the meet and confer, the parties shall file a **joint letter** with the
2   Court by **March 3, 2004**. In that letter, the parties shall certify for the Court that they have met and
3   conferred in good faith and state the length of time for which they met and conferred. The parties shall also
4   identify each specific dispute remaining and requiring adjudication now and the parties' respective positions
5   on each such dispute (on an item-by-item basis). Finally, the parties shall summarize the events that have
6   taken place since the discovery motions were first filed that affect the discovery at this stage.
7   The Court shall hold a hearing on the remaining discovery disputes on **March 24, 2004**, at 10:30
8   a.m.

10  Dated: February 9, 2004

11  /s/
    EDWARD M. CHEN
    United States Magistrate Judge