IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**SYNOPSYS, INC,**

        Plaintiff(s),

v.

**RICOH COMPANY, LTD**,

        Defendant(s),
_____/

No.   **C03-2289 MJJ**

**Clerk's Notice**

**C03-4669 MJJ**

(Plaintiff is required to serve, and file proof of service with the Court, any party involved not listed on the attached proof of service.)

YOU ARE NOTIFIED THAT the Case Management Conference scheduled for **March 2, 2004** before the Honorable Martin J. Jenkins is hereby **vacated**.  The Court will re-schedule the Case Management Conference following issuance of Judge Chen's order regarding the pending discovery motions.  The parties are requested to notify the Court when that order issues.

Dated:  February 11, 2004

FOR THE COURT,

Richard W. Wieking, Clerk

By:_____/s/_____
    Monica Tutson
    Courtroom Deputy

Please refer to Judge Jenkin's standing order located @ www.cand.uscourts.gov for additional information.