Teresa M. Corbin (SBN 132360)
Christopher Kelley (SBN 166608)
Thomas C. Mavrakakis (SBN 177927)
Erik K. Moller (SBN 147674)
HOWREY SIMON ARNOLD & WHITE, LLP
301 Ravenswood Avenue
Menlo Park, California  94025
Telephone:  (650) 463-8100
Facsimile:  (650) 463-8400

Attorneys for Plaintiff SYNOPSYS, INC.
And Defendants AEROFLEX
INCORPORATED, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> RICOH COMPANY, LTD., <br><br> Defendant. | Case No. C03-02289 MJJ <br><br> **ORDER ALLOWING DEPOSITIONS AT THE U.S. EMBASSY IN TOKYO, JAPAN** |
| RICOH COMPANY, LTD <br><br> Plaintiff, <br><br> vs. <br><br> AEROFLEX INCORPORATED, AMI SEMICONDUCTOR, INC., MATROX ELECTRONIC SYSTEMS, LTD., MATROX GRAPHICS, INC., MATROX INTERNATIONAL CORP., and MATROX TECH, INC., <br><br> Defendants. | Case No. C03-04669 MJJ |

Upon the application of Synopsys, Inc., the plaintiff in the *Synopsys, Inc. v. Ricoh Company, Ltd.* matter and Aeroflex Incorporated, AMI Semiconductor, Inc., Matrox Electronic Systems, Ltd., Matrox Graphics, Inc., Matrox International Corp., and Matrox Tech, Inc., the defendants in the *Ricoh*

1 *Company, Ltd. v. Aeroflex Incorporated, et al.*, matter, and pursuant to Article 17 of the U.S.-Japan
2 Consular Convention, it is ordered that the depositions on notice of the following witnesses, who will
3 appear voluntarily, be taken at the U.S. Embassy in Tokyo, Japan, commencing on or about May 24,
4 2004 and terminating on or about May 28, 2004:
5    1.   Mr. Hideaka Kobayashi
6    2.   Mr. Haruo Nakayama
7    3.   Mr. Zenji Oka
8    4.   Mr. Takahei Takada
9 Ricoh's counsel will be accompanied by Mr. Jared Taylor who will interpret.
10 Counsel for Synopsys, Aeroflexc, AMI, Matrox Electronic Systems, Matrox Graphics, Matrox
11 International and Matrox Tech who will participate in said depositions are:
12   1.   Ms. Theresa Corbin
13   2.   Mr. Matthew Hocker
14   3.   Mr. Christopher Kelley
15   4.   Mr. Thomas Mavrakakis
16   5.   Mr. Erik Moller
17 Counsel for Ricoh, Co. Ltd. who will participate in said depositions are:
18   1.   Mr. Gary Hoffman
19   2.   Mr. Edward Meilman
20   3.   Mr. Kenneth Brothers
21   4.   Mr. Eric Oliver
22   5.   Ms. DeAnna Allen
23 Counsel may arrive in Japan as early as May 17 in order to prepare for the deposition.
24 The proceedings will be reported by Ms. Louise Sousoures and will be interpreted by Mr.
25 William Lise.  The proceedings will be videotaped by Mr. Paul Diserio.
26 / / / /
27 / / / /
28 / / / /

**HOWREY
SIMON
ARNOLD &
WHITE**

1 | Please cause the testimony of said witnesses to be videotaped and reduced to writing.

2 | **SO ORDERED.**

4 | Dated: March _____, 2004

_____
HONORABLE MARTIN J. JENKINS

6 | Approved:

| HOWREY SIMON ARNOLD | DICKSTEIN SHAPIRO MORIN |
| & WHITE, LLP | & OSHINSKY, LLP |

By: /s/ Christopher L. Kelley              By: /s/ Kenneth W. Brothers
   CHRISTOPHER L. KELLEY                      KENNETH W. BROTHERS
   301 Ravenswood Avenue                      2101 L Street NW
   Menlo Park, CA  94025                      Washington, D.C.  20037
   Attorneys for Plaintiff                    Attorneys for Defendants

   Dated: March 9, 2004                       Dated: March 10, 2004

**HOWREY
SIMON
ARNOLD &
WHITE**