**United States District Court**
For the Northern District of California

1
2
3
4
5              UNITED STATES DISTRICT COURT
6              NORTHERN DISTRICT OF CALIFORNIA
7
8  SYNOPSYS, INC.,                    Case No. C-03-2289 MJJ (EMC)
                                      Case No. C-03-4669 MJJ (EMC)
9          Plaintiff,
10     v.
11 RICOH CO., LTD.,                   CLERK'S NOTICE
12         Defendant.
   _____/
13
   RICOH CO., LTD.,
14
           Plaintiff,
15
       v.
16
   AEROFLEX, et al.,
17
           Defendants.
18 _____/
19
20     TO ALL PARTIES AND COUNSEL OF RECORD:

21     YOU ARE NOTIFIED THAT the hearing on **(1) Ricoh's motion for approval of protective
22 order, (2) Synopsis's cross-motion for adoption of Synopsis's protective order and discovery
23 procedures, (3) Ricoh's motion requesting court order lifting restrictions imposed by Delaware
24 Court on Deposition of Dr. Donald Thomas, and (4) Ricoh's motion for sanctions** set for March 24,
25 2004 at 10:30 a.m. has been rescheduled to **March 24, 2004 at 2:00 p.m.** before Magistrate Judge
26 ///
27 ///
28

Edward M. Chen, Courtroom C, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: March 19, 2004

FOR THE COURT,
Richard W. Wieking, Clerk

by: /s/ _____
Betty Fong
Courtroom Deputy

2