**In the United States District Court
for the Northern District of California
Magistrate Judge Edward M. Chen**

**CIVIL MINUTES**            <u>**E-FILING**</u>

**Date:** March 24, 2004          **Time:** 2:35 p.m. to 4:58 p.m.

**Case Name and No.:**    C03-2289 MJJ Synopsys Inc. V. Ricoh
                          C03-4669 MJJ Ricoh v. Aeroflex

**Attorneys:**    Teresa Corbin, Erik Oliver and Erik Moller for Synopsys
                Kenneth Brothers and Jonathan Weissglass for Ricoh

**Deputy Clerk:** Betty Fong          **Court Reporter:** Kate Maree
                                                **FTR:** 2:35 p.m. - 4:58 p.m.

**PROCEEDINGS:**

(1) Synopsys's and Aeroflex's motion requesting court order lifting restrictions imposed by Delaware Court on Deposition of Dr. Donald Thomas

(2) Ricoh's motion for sanctions

**ORDERED AFTER HEARING:**

1) Parties to meet and confer. A joint letter brief due 4/24/04. Court took matter under submission.

2) Ricoh's Motion for sanctions is denied.

**Order to be prepared by:** [ ] Plntf  [ ] Deft  [ ] Court

**Case continued to:**

**In the United States District Court**
**for the Northern District of California**
**Magistrate Judge Edward M. Chen**

**CIVIL MINUTES**                                                **E-FILING**

**Date:** March 24, 2004                           **Time:** 2:35 p.m. to 4:58 p.m.

**Case Name and No.:**      C03-2289 MJJ Synopsys Inc. V. Ricoh
                            C03-4669 MJJ Ricoh v. Aeroflex

**Attorneys:**   Teresa Corbin, Erik Oliver and Erik Moller for Synopsys
                 Kenneth Brothers and Jonathan Weissglass for Ricoh

**Deputy Clerk:** Betty Fong                **Court Reporter:** Kate Maree
                                            **FTR:** 2:35 p.m. - 4:58 p.m.

**PROCEEDINGS:**

(1) Synopsys's and Aeroflex's motion requesting court order lifting restrictions imposed by Delaware Court on Deposition of Dr. Donald Thomas

(2) Ricoh's motion for sanctions

**ORDERED AFTER HEARING:**

1) Parties to meet and confer. A joint letter brief due 4/24/04. Court took matter under submission.

2) Ricoh's Motion for sanctions is denied.

**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [ ] Court

**Case continued to:**

**cc: EMC**

**cc: EMC**

Case 5:03-cv-02289-JW   Document 99   Filed 03/24/2004   Page 4 of 4

2