UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC.,<br><br>             Plaintiff,<br><br>     v.<br><br>RICOH CO., LTD.,<br><br>             Defendant.<br>_____/<br>RICOH CO., LTD.,<br><br>             Plaintiff,<br><br>     v.<br><br>AEROFLEX, et al.,<br><br>             Defendants.<br>_____/ | No. C-03-2289 MJJ (EMC)<br>No. C-03-4669 MJJ (EMC)<br><br>**ORDER RE DISCOVERY PLAN** |

On March 24, 2004, the Court held a hearing on discovery motions filed by the parties in the above-referenced cases. The Court instructed the parties at that hearing to provide a discovery plan within thirty days of the hearing.

IT IS SO ORDERED.

Dated: March 26, 2004

_____/s/_____
EDWARD M. CHEN
United States Magistrate Judge