1  Teresa M. Corbin (SBN 132360)
   Christopher Kelley (SBN 166608)
2  Thomas C. Mavrakakis (SBN 147674)
   Erik K. Moller (SBN 177927)
3  HOWREY SIMON ARNOLD & WHITE, LLP
   301 Ravenswood Avenue
4  Menlo Park, California 94025
   Telephone: (650) 463-8100
5  Facsimile: (650) 463-8400

6  Attorneys for Plaintiff

7

8                     UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11 SYNOPSYS, INC.,                    ) Case No. C03-02289 MJJ (EMC)
                                      )
12         Plaintiff,                 ) **MISCELLANEOUS ADMINISTRATIVE**
                                      ) **REQUEST TO FILE CERTAIN EXHIBITS**
13      vs.                           ) **UNDER SEAL**
                                      )
14 RICOH COMPANY, LTD.,               )
                                      )
15         Defendant.                 )
                                      )
16

17

18     Plaintiff SYNOPSYS, INC. ("Synopsys") files this Miscellaneous Administrative Request with

19 this Court pursuant to Civil Local Rule 7-10(b) for permission to file under seal the following

20 attachments and exhibits:

21     1.    Exhibit R to Declaration of Thomas C. Mavrakakis in Support of Plaintiff Synopsys,

22 Inc.'s Motion to Compel Responses to Synopsys First Set of Interrogatories, a true and correct copy of

23 a document Bates-numbered RCL008608-8642, produced by Ricoh in this litigation.

24     This request is made pursuant to the Stipulated Protective Order submitted by the parties on

25 March 23, 2004.

26     Submitted herewith is a proposed order granting Synopsys' request to file the forgoing

27 documents under seal.

28

| | | |
|---|---|---|
| 1 | Dated: March 31, 2004 | Respectfully submitted, |
| 2 | | HOWREY SIMON ARNOLD & WHITE, LLP |

By:  /s/ Thomas C. Mavrakakis
     Teresa M. Corbin
     Christopher Kelley
     Thomas C. Mavrakakis
     Erik K. Moller
     Attorneys for Plaintiff

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC., | ) Case No. C03-02289 MJJ (EMC) |
| Plaintiff, | ) **[PROPOSED] ORDER TO FILE** |
| vs. | ) **MISCELLANEOUS ADMINISTRATIVE** <br> ) **REQUEST TO FILE CERTAIN EXHIBITS** |
| RICOH COMPANY, LTD., | ) **UNDER SEAL** <br> ) |
| Defendant. | ) |

Plaintiff has filed a Miscellaneous Administrative Request with this Court to Civil Local Rule 7-10(b) for permission to file under seal the following exhibits:

1. Exhibit R to Declaration of Thomas C. Mavrakakis in Support of Plaintiff Synopsys, Inc.'s Motion to Compel Responses to Synopsys First Set of Interrogatories, a true and correct copy of a document Bates-numbered RCL008608-8642, produced by Ricoh in this litigation.

This request is made pursuant to the Stipulated Protective Order submitted by the parties on March 23, 2004.

After considering the requesting papers and all other matters presented to the Court, and finding good cause therefore,

**HOWREY SIMON ARNOLD & WHITE**

Case No. C03-02289 MJJ
[Proposed] Order

1  IT IS HEREBY ORDERED that Defendants' request is GRANTED.

2

3

4  Dated: _____, 2004    _____
                                      Hon. Edward M. Chen
5                                     United States Magistrate Judge

6

7

8  Submitted March 31, 2004 by:
   HOWREY SIMON ARNOLD & WHITE, LLP
9

10

11 BY:    /s/ Thomas C. Mavrakakis
          Teresa M. Corbin
12        Christopher Kelley
          Thomas C. Mavrakakis
13        Erik K. Moller
          301 Ravenswood Avenue
14        Menlo Park, CA  94025
          Telephone:  (650) 463-8100
15        Facsimile:   (650) 463-8400
          Attorneys for Plaintiff
16

17

18

19

20

21

22

23

24

25

26

27

28

**HOWREY SIMON ARNOLD & WHITE**

Case No.  C03-02289 MJJ
[Proposed] Order

-2-