```
 1  Teresa M. Corbin (SBN 132360)
    Christopher Kelley (SBN 166608)
 2  Thomas C. Mavrakakis (SBN 147674)
    Erik K. Moller (SBN 177927)
 3  HOWREY SIMON ARNOLD & WHITE, LLP
    301 Ravenswood Avenue
 4  Menlo Park, California 94025
    Telephone: (650) 463-8100
 5  Facsimile: (650) 463-8400

 6  Attorneys for Plaintiff
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC., | Case No. C03-02289 MJJ (EMC) |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| vs. | |
| RICOH COMPANY, LTD., | |
| Defendant. | |

I am employed in the County of San Mateo, State of California. I am over the age of 18 and not a party to the within action. My business address is 301 Ravenswood Avenue, Menlo Park, California 94025.

On March 31, 2004, I served on the interested parties in said action the within:

MANUAL FILING NOTIFICATION - EXHIBIT R TO DECLARATION OF THOMAS C. MAVRAKAKIS IN SUPPORT OF PLAINTIFF SYNOPSYS, INC.'S MOTION TO COMPEL RESPONSES TO SYNOPSYS FIRST SET OF INTERROGATORIES.

by placing true copies thereof in a sealed envelope(s) addressed as stated below and causing such envelope(s) to be deposited in the U.S. Mail at Menlo Park, California.

**HOWREY SIMON ARNOLD & WHITE**

Case No. C03-02289 MJJ
Certificate of Service

| | |
|---|---|
| Edward A. Meilman<br>Dickstein Shapiro Morin & Oshinsky, LLP<br>1177 Avenuye of the Americas<br>New York, NY  10036-2714<br><br>Facsimile No.: (212) 997-9880 | Gary M. Hoffman<br>Kenneth Brothers<br>Dickstein Shapiro Morin & Oshinsky, LLP<br>2101 L Street N.W.<br>Washington, DC  20037-1526<br><br>Facsimile No.: (202) 887-0689 |

[X]   (MAIL) I am readily familiar with this firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. postal service on that same day in the ordinary course of business.  I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

[X]   (FACSIMILE) I caused the foregoing document to be served by facsimile transmission to each interested party at the facsimile machine telephone number shown as stated above.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

Executed on March 31, 2004, at Menlo Park, California.

| | |
|---|---|
| _____Gayle L. Jacob_____<br>(Type or print name) | _/s/ Gayle L. Jacob_____<br>(Signature) |