United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SYNOPSYS, INC.,

        Plaintiff,

  v.

RICOH CO., LTD.,

        Defendant.

_____/

No. C-03-2289 MJJ (EMC)

CLERK'S NOTICE

TO ALL PARTIES AND COUNSEL OF RECORD:

    YOU ARE NOTIFIED THAT the hearing on Plaintiff Synopsys's Motion to Compel Responses to First Set of Interrogatories set for May 5, 2004 at 10:30 a.m. is rescheduled to **May 12, 2004 at 10:30 a.m.** before Magistrate Judge Edward M. Chen in Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.  Opposition shall be filed by April 14, 2004.  Reply shall be filed by April 21, 2004.

Dated: April 6, 2004

                                 FOR THE COURT,
                                 Richard W. Wieking, Clerk

                                 /s/
                        by: _____
                                 Betty Fong
                                 Courtroom Deputy