**HOWREY**
HOWREY SIMON ARNOLD & WHITE
ATTORNEYS AT LAW

301 RAVENSWOOD AVENUE
MENLO PARK, CA 94025-3434
PHONE 650.463.8100
FAX 650.463.8400
A LIMITED LIABILITY PARTNERSHIP

April 13, 2004

THOMAS C. MAVRAKAKIS
PARTNER
650.463.8169
mavrakakist@howrey.com

The Honorable Martin J. Jenkins
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Re:  *Synopsys, Inc., v. Ricoh Co., Ltd.*
     Case No. CV 03-02289 MJJ (MCC)

Dear Judge Jenkins:

The Court's April 6, 2004 Order in *Ricoh Co., Ltd. v. Aeroflex, Inc., et al.* (Case No. CV-03-4669 MJJ (EMC) set the Initial Case Management Conference to occur on May 4, 2004.

Ricoh has taken the position that the Court has not set the Initial Case Management in the present matter, *Synopsys, Inc., v. Ricoh Co., Ltd.*, (Case No. C03-2289 MJJ (EMC)), and did not intend to have the Initial Case Management Conference in this matter to occur at the same as the Conference in the related *Ricoh Co., Ltd. v. Aeroflex, Inc., et al.* matter. Synopsys believes that the Court intended for Initial Case Management Conferences in both matters to take place on May 4, 2004.

The parties therefore seek a clarification of the Court's scheduling of the Initial Case Management Conference in the present matter.

Furthermore, if the Court has *not* set the Initial Case Management Conference in the present matter, Synopsys believes that, given the substantial overlap of the issues in the two matters, judicial efficiency would be served if the Conference were heard on May 4, 2004, at the same time as the Conference in the *Ricoh Co., Ltd. v. Aeroflex, Inc., et al.* matter.

Ricoh's counsel has stated that they do not oppose Synopsys' request so long as it does not result in a delay of the Initial Case Management Conference in the *Ricoh Co., Ltd. v. Aeroflex, Inc., et al.* matter. Towards this end, Synopsys, working under the assumption that the Court intended to schedule the Conference in the present matter to be heard on the same date as the Conference in the *Ricoh Co., Ltd. v. Aeroflex, Inc., et al.* matter, has provided Ricoh with a draft Proposed Joint Case Management Conference Statement and has attempted to meet and confer as required under Fed. R. Civ. Proc. 26(f) and the Local Rules.

Very truly yours,

Thomas C. Mavrakakis

TCM:bal
cc:  Kenneth W. Brothers (via fax and mail)
     Edward A. Meilman (via fax and mail)
     Gary M. Hoffman (via fax and mail)

DM_US\8017453.v1