DICKSTEIN SHAPIRO MORIN & OSHINSKY LLP

2101 L Street NW • Washington, DC 20037-1526
Tel (202) 785-9700 • Fax (202) 887-0689
Writer's Direct Dial: (202) 828-2228
E-Mail Address: HoffmanG@dsmo.com

April 14, 2004


The Honorable Martin J. Jenkins
United States District Court
Northern District of California
450 Golden Gate Ave
San Francisco, CA 94102

Re:   *Synopsys, Inc., v. Ricoh Co., Ltd.*
      Case No. CV 03-02289 MJJ (MCC)

Dear Judge Jenkins:

      We have received the April 13, 2004, letter that Synopsys has sent to the Court requesting that a Case Management Conference be held in the above identified litigation at the same time, on May 4, as the Conference being held in the *Ricoh v. Aeroflex et al.* action. While this request by counsel for Synopsys and Aeroflex et al. should not have been controversial, the unfounded accusation added in that letter unfortunately requires a response.

      In accordance with the Local Rules, on April 12 counsel for Ricoh requested a conference with counsel for Aeroflex et al. to discuss a CMC Report. On April 13, Ricoh emailed a draft of the CMC Report to counsel for Aeroflex et al. Later that day, at Ricoh's request, an hour-long meet and confer was held to discuss Ricoh's proposed CMC statement. During the conference, counsel for Synopsys raised the question about a CMC in the *Synopsys v. Ricoh* action being held at the same time. Ricoh's counsel indicated that while no CMC conference in *Synopsys v. Ricoh* had been scheduled by the Court, Ricoh had no opposition to Synopsys asking the Court that a CMC in that case to be held on May 4, providing it did not delay the CMC in *Ricoh v. Aeroflex et al.* action. Ricoh's counsel also pointed out that they had not received from counsel for Synopsys any draft of a CMC statement in the *Synopsys v. Ricoh* action even though it should have been sent to us on April 13. Nevertheless, the parties discussed several of Synopsys' proposals, and agreed to continue the discussions after Synopsys sent their draft CMC Report. Ricoh's counsel never commented on the Court's intentions concerning the Synopsys case nor refused to hold a meet and confer conference for that case, as implied by Synopsys' counsel's letter to the Court.

      Late last night, after 8 P.M. our time, Synopsys' counsel sent a draft CMC Report to Ricoh's counsel in the *Synopsys v. Ricoh* matter. Now that Synopsys has circulated its draft, the parties can continue to meet and confer about Synopsys' proposals.

*1177 Avenue of the Americas • New York, NY 10036-2714*
*Tel (212) 835-1400 • Fax (212) 997-9880*
*www.DicksteinShapiro.com*

1756409 v1; 11N9501!.DOC

Honorable Martin J. Jenkins
April 14, 2004
Page 2

      Synopsys' letter to the Court attacking Ricoh's counsel is both unfounded and a waste of everyone's time. Ricoh wishes that it could simply focus on the merits of the litigation instead of having to address such matters but felt compelled to respond. We apologize to the Court for having to address this issue.

                              Very truly yours,

                              Gary M. Hoffman

GMH/ncz

cc:    Thomas C. Mavrakakis, Esq. (via fax and mail)
        Teresa M. Corbin, Esq. (via fax and mail)
        Jonathan Weissglass, Esq.
        Kenneth W. Brothers, Esq.