IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**SYNOPSYS, INC,**

       Plaintiff(s),

v.

**RICOH COMPANY, LTD**,

       Defendant(s),
_____/

No. **C03-2289 MJJ**

**Clerk's Notice**

(Plaintiff is required to serve, and file proof of service with the Court, any party involved not listed on the attached proof of service.)

YOU ARE NOTIFIED THAT the Court has scheduled a **Further Case Management Conference** for **Tuesday, May 4, 2004 @ 2:00 p.m.** before the Honorable Martin J. Jenkins. The parties are instructed to file a Joint Case Management Statement, pursuant to Civil L.R. 16-9, 10 days prior to the Case Management Conference.

Please report to courtroom 11, on the 19th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: April 15, 2004

FOR THE COURT,

Richard W. Wieking, Clerk

By:_____/s/_____
    Monica Tutson
    Courtroom Deputy

Please refer to Judge Jenkins' standing order located @ www.cand.uscourts.gov for additional information. Pursuant to this Court's Standing Order, the rescheduling of a hearing date for a motion does not change the date on which an opposition brief or reply brief is due; any opposition brief remains due not less than 21 days prior to the date of the *originally noticed* hearing and any reply is due not less than 14 days prior to the *originally noticed* hearing date.