1  Teresa M. Corbin (SBN 132360)
   Christopher Kelley (SBN 166608)
2  Thomas C. Mavrakakis (SBN 147674)
   Erik K. Moller (SBN 177927)
3  HOWREY SIMON ARNOLD & WHITE, LLP
   301 Ravenswood Avenue
4  Menlo Park, CA  94025
   Telephone:  (650) 463-8100
5  Facsimile:   (650) 463-8400

6  Attorneys for Plaintiff SYNOPSYS, INC.

7

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10                           SAN FRANCISCO DIVISION

11 SYNOPSYS, INC., a Delaware corporation,   ) Case No. CV 03-02289 MJJ(EMC)
                                             )
12              Plaintiffs,                  ) **MISCELLANEOUS ADMINISTRATIVE**
                                             ) **REQUEST TO FILE ATTACHMENT 1 TO**
13      v.                                   ) **PLAINTIFF'S REPLY BRIEF IN SUPPORT**
                                             ) **OF MOTION TO COMPEL RESPONSES**
14 RICOH COMPANY, LTD., a Japanese           ) **TO FIRST SET OF INTERROGATORIES**
   corporation,                              ) **UNDER SEAL**
15                                           )
                Defendants.                  )
16 _____  )

17       Plaintiff SYNOPSYS, INC. files this Miscellaneous Administrative Request with this Court

18 pursuant to Civil Local Rule 7-10(b) for permission to file under seal Attachment 1 to Plaintiff's Reply

19 Brief in Support of Motion to Compel Responses to Synopsys, Inc.'s First Set of Interrogatories.

20       This request is made pursuant to the Stipulated Protective Order submitted by the parties and

21 entered on March 24, 2004.

22       Submitted herewith is a proposed order granting Synopsys, Inc.'s request to file the forgoing

23 documents under seal.

24       Dated:  April 21, 2004              Respectfully submitted,

25                                           HOWREY SIMON ARNOLD & WHITE, LLP

26                                           By:    /s/ Thomas C. Mavrakakis

27                                                  Thomas C. Mavrakakis
                                                    Attorney for Plaintiff SYNOPSYS, INC.
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC., | ) Case No. C03-02289 MJJ (EMC) |
| Plaintiff, | ) **[PROPOSED] ORDER GRANTING** |
| vs. | ) **MISCELLANEOUS ADMINISTRATIVE** |
| | ) **REQUEST TO FILE ATTACHMENT 1 TO** |
| RICOH COMPANY, LTD., | ) **PLAINTIFF'S REPLY BRIEF IN SUPPORT** |
| | ) **OF MOTION TO COMPEL RESPONSES** |
| Defendant. | ) **TO FIRST SET OF INTERROGATORIES** |
| | ) **UNDER SEAL** |

Plaintiff has filed a Miscellaneous Administrative Request with this Court to Civil Local Rule 7-10(b) for permission to file under seal Attachment 1 to Plaintiff's Reply Brief in Support of Motion to Compel Responses to First Set of Interrogatories.

This request is made pursuant to the Stipulated Protective Order entered herein on or about March 24, 2004.

After considering the requesting papers and all other matters presented to the Court, and finding good cause therefore,

IT IS HEREBY ORDERED that Plaintiff's request is GRANTED.

Dated: _____, 2004

_____
Hon. Edward M. Chen
United States Magistrate Judge

**HOWREY
SIMON
ARNOLD &
WHITE**

Case No.  C03-02289 MJJ
[Proposed] Order

1

2  Submitted April 21, 2004 by:
   HOWREY SIMON ARNOLD & WHITE, LLP

3

4

5  BY:    /s/ Thomas C. Mavrakakis
          Teresa M. Corbin
6         Christopher Kelley
          Thomas C. Mavrakakis
7         Erik K. Moller
          301 Ravenswood Avenue
8         Menlo Park, CA  94025
          Telephone:  (650) 463-8100
9         Facsimile:   (650) 463-8400
          Attorneys for Plaintiff

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28