IN THE UNITED STATED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

**HONORABLE MARTIN J. JENKINS**          Courtroom Clerk: **Monica Tutson**

DATE: **May 4, 2004**          Court reporter: **Not reported**

Case Number:   **C03-2289MJJ**
               **C03-4669 MJJ**

Case Name:   **SYNOPSYS, INC**     v.   **RICOH COMPANY, LTD**
             **RICOH COMPANY**     v.   **AEROFLEX INC., et al.**

ATTORNEY(S):
**Teresa Corbin**                         **Jeffrey Demain**
**Thomas Mavrakakis**                     **Jonathan Weissglass**

PROCEEDINGS:                              RULING:
1.
2.
   (**X**) Status Conference        ( )P/T Conference        ( )Case Management Conference

ORDERED AFTER HEARING:


ORDER TO BE PREPARED BY:   Plntf ( )  Deft (**X**)  Court ( )

Referred to Magistrate Judge        For:


CASE CONTINUED TO:  **October 20, 2004 @ 2:30 p.m.**     for     **Tutorial**
CASE CONTINUED TO:  **October 29, 2004 @ 9:30 a.m.**     for     **Claims Construction**

Discovery Cut-Off:          Expert Discovery Cut-Off:

Parties to Name Experts by:     Expert Reports to be Tendered by:

Designation of Supplemental/Rebuttal Experts:     Reports:

Dispositive Motion shall be heard by:

Pre-Trial Conference Date :            at 3:30 p.m.

Trial Date:    at 8:30 a.m.  Set for  days
               Type of Trial:  ( )Jury     ( )Court

Notes:     **Defendants' shall prepare scheduling order.**