**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>RICOH CO., LTD.,<br><br>    Defendant.<br>_____/<br>RICOH CO., LTD.,<br><br>    Plaintiff,<br><br>    v.<br><br>AEROFLEX, et al.,<br><br>    Defendants.<br>_____/ | Case No. C-03-2289 MJJ (EMC)<br>Case No. C-03-4669 MJJ (EMC)<br><br><br><br><br>CLERK'S NOTICE |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the hearing on **(1) PLAINTIFF'S MOTION TO COMPEL RESPONSES TO SYNOPSYS'S FIRST SET OF INTERROGATORIES; and (2) DEFENDANT AEROFLEX, INC. ET AL.'S MOTION TO STRIKE PLAINTIFF'S DISCLOSURE OF ASSERTED CLAIMS AND PRELIMINARY INFRINGEMENT CONTENTIONS** has been

///

///

///

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC., <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>RICOH CO., LTD., <br><br>　　　　Defendant. <br>_____/ <br>RICOH CO., LTD., <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>AEROFLEX, et al., <br><br>　　　　Defendants. <br>_____/ | Case No. C-03-2289 MJJ (EMC) <br>Case No. C-03-4669 MJJ (EMC) <br><br><br><br><br>CLERK'S NOTICE |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the hearing on **(1) PLAINTIFF'S MOTION TO COMPEL RESPONSES TO SYNOPSYS'S FIRST SET OF INTERROGATORIES; and (2) DEFENDANT AEROFLEX, INC. ET AL.'S MOTION TO STRIKE PLAINTIFF'S DISCLOSURE OF ASSERTED CLAIMS AND PRELIMINARY INFRINGEMENT CONTENTIONS** has been

///

///

///

1 rescheduled to **June 16, 2004 at 10:30 a.m.** before Magistrate Judge Edward M. Chen, Courtroom C, 15th

2 Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102.

3 Dated: May 7, 2004                           FOR THE COURT,
                                               Richard W. Wieking, Clerk

                                                       /s/
                                               by: _____
                                                       Betty Fong
                                                       Courtroom Deputy

**United States District Court**
For the Northern District of California

2

1  rescheduled to **June 16, 2004 at 10:30 a.m.** before Magistrate Judge Edward M. Chen, Courtroom C, 15th

2  Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102.

3  Dated: May 7, 2004                                    FOR THE COURT,
                                                         Richard W. Wieking, Clerk

                                                              /s/
                                                   by: _____
                                                         Betty Fong
                                                         Courtroom Deputy

**United States District Court**
For the Northern District of California

2