UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC., | ) Case No. CV 03-02289 MJJ (EMC) |
| Plaintiff, | ) **[PROPOSED] CASE SCHEDULING ORDER** |
| vs. | ) Date:  N/A |
| RICOH COMPANY, LTD., a Japanese corporation., | ) Time:  N/A<br>) Ctrm:  N/A |
| Defendant. | ) |

On May 4, 2004, the initial case management conference in this matter was held pursuant to FRCP 16(b) and L.R. 16-9(a).  At the conference, the parties agreed to the following schedule:

| **Event** | **Date** |
|---|---|
| Preliminary Invalidity Contentions on the '432 patent | April 26, 2004 |
| Preliminary Invalidity Contentions on the '016 patent | May 14, 2004 |
| Meet and confer re: date for final invalidity Contentions | May 24, 2004 |
| Exchange of Proposed Terms and Claim Elements for Construction | May 24, 2004 |
| Exchange of Proposed Claim Constructions and Extrinsic Evidence | June 11, 2004 |
| Joint Claim Construction and Prehearing Statement | July 13, 2004 |

| Event | Date |
|---|---|
| Deadline to join parties and amend pleadings | July 19, 2004 |
| Completion of Claim Construction Discovery | August 12, 2004 |
| Opening Clai*m Construction Brief | August 27, 2004 |
| Responsive Claim Construction Brief | September 10, 2004 |
| Reply Claim Construction Brief | September 17, 2004 |
| Tutorial and Pre-Claim Construction Hearing Conference | October 20, 2004 @ 2:30 p.m. |
| Claim Construction Hearing | October 29, 2004 @ 9:30 a.m. |
| Claim Construction Ruling ("CCR") | Provided by the Court |

Synopsys shall go first with respect to the '016 patent. Ricoh shall go first with respect to the '432 patent. A further case management conference will be held after the Court's Claim Construction Ruling to establish a schedule for the remainder of the case.

IT IS SO ORDERED.

Dated: _____          _____
                                          Hon. Martin J. Jenkins

Submitted by:

Teresa M. Corbin (SBN 132360)
Christopher Kelley (SBN 166608)
Thomas C. Mavrakakis (SBN 177927)
HOWREY SIMON ARNOLD & WHITE, LLP
301 Ravenswood Avenue
Menlo Park, California 94025
Telephone: (650) 463-8100
Facsimile: (650) 463-8400

Attorneys for Synopsys, Inc.

Case No. CV 03-02289 MJJ (EMC)          -2-
[Proposed] Case Scheduling Order
DM_US\8023533.v1

1  Approved as to form by:

2  Gary M. Hoffman, admitted pro hac vice
   Kenneth W. Brothers, admitted pro hac vice
3  DICKSTEIN SHAPIRO MORIN & OSHINSKY, LLP
   2101 L Street, N.W.
4  Washington, D.C.  20037-1526
   Telephone:  (202) 785-9700
5  Facsimile:  (202) 887-0689

6  Edward A. Meilman, admitted pro hac vice
   Dickstein Shapiro Morin & Oshinsky LLP
7  1177 Avenue of the Americas
   New York, New York  10036-2714
8  Phone:  (212) 835-1400
   Fax:  (212) 992-9880
9
   Jeffrey B. Demain (SBN 126715)
10 Jonathan Weissglass (SBN 185008)
   ALTSHULER, BERZON, NUSSBAUM,
11 RUBIN & DEMAIN
   177 Post Street, Suite 300
12 San Francisco, California  94108
   Phone:  (415) 421-7151
13 Fax:  (415) 362-8064

14 Attorneys for Ricoh Company, Ltd.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No.  CV 03-02289 MJJ (EMC)            -3-
[Proposed] Case Scheduling Order
DM_US\8023533.v1