In the United States District Court
for the Northern District of California
Magistrate Judge Edward M. Chen

**CIVIL MINUTES**                                                **E-FILING**

**Date:** May 13, 2004                                    **Time:** 4:05 p.m. - 4:35 p.m.

**Case Name and No.:**   C03-2289 MJJ Synopsys Inc. V. Ricoh
                          C03-4669 MJJ Ricoh v. Aeroflex

**Attorneys:**   Chris Kelley for Synopsys
                 Kenneth Brothers for Ricoh

**Deputy Clerk:** Betty Fong                              **Tape No.:** 04-09-LD

**PROCEEDINGS:**

Discovery Conference Call re deposition of Mr. Kobayashi.

**ORDERED AFTER HEARING:**

The Deposition of Mr. Kobayashi in Japan shall proceed.

**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [ ] Court

**Case continued to:**

cc: EMC

**In the United States District Court**
**for the Northern District of California**
**Magistrate Judge Edward M. Chen**

**CIVIL MINUTES**                                                                 <u>**E-FILING**</u>

**Date:** May 13, 2004                                               **Time:**  4:05 p.m. - 4:35 p.m.

**Case Name and No.:**   C03-2289 MJJ Synopsys Inc. V. Ricoh
                                             C03-4669 MJJ Ricoh v. Aeroflex

   **Attorneys:**   Chris Kelley for Synopsys
                           Kenneth Brothers for Ricoh

   **Deputy Clerk:** Betty Fong                                      **Tape No.:**  04-09-LD

**PROCEEDINGS:**

Discovery Conference Call re deposition of Mr. Kobayashi.

**ORDERED AFTER HEARING:**

The Deposition of Mr. Kobayashi in Japan shall proceed.

**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [ ] Court

**Case continued to:**

**cc: EMC**

**In the United States District Court
for the Northern District of California
Magistrate Judge Edward M. Chen**

**CIVIL MINUTES**                                                    **E-FILING**

**Date:** May 13, 2004                                   **Time:** 4:05 p.m. - 4:35 p.m.

**Case Name and No.:**   C03-2289 MJJ Synopsys Inc. V. Ricoh
                        C03-4669 MJJ Ricoh v. Aeroflex

**Attorneys:**   Chris Kelley for Synopsys
                Kenneth Brothers for Ricoh

**Deputy Clerk:** Betty Fong                            **Tape No.:** 04-09-LD

**PROCEEDINGS:**

Discovery Conference Call re deposition of Mr. Kobayashi.

**ORDERED AFTER HEARING:**

The Deposition of Mr. Kobayashi in Japan shall proceed.

**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [ ] Court

**Case continued to:**

cc: EMC