United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SYNOPSYS, INC.,

    Plaintiff,

v.

RICOH CO., LTD.,

    Defendant.
_____/

RICOH CO., LTD.,

    Plaintiff,

v.

AEROFLEX, et al.,

    Defendants.
_____/

No. C-03-2289 MJJ (EMC)
No. C-03-4669 MJJ (EMC)

**ORDER RE TIME-SENSITIVE DISPUTES REGARDING SCOPE OF DISCOVERY AND UPCOMING DEPOSITIONS IN JAPAN**

On May 13, 2004, the Court held a conference call in the above-referenced cases and hereby orders as follows.

1. Based on guidance provided by Judge Jenkins, the Court confirmed for the parties that, as a general matter, discovery in the case is for the time being limited to claims construction only and that discovery regarding liability issues (*e.g.*, infringement, invalidity) will be addressed after the *Markman* hearing.

///

///

///

2. The Court ordered, and the parties agreed, that the depositions of Mr. Oka, Mr. Takada, and Mr. Nakayma shall be deferred; that the deposition of Mr. Kobayashi in Japan shall proceed; and that, because of expense and efficiency reasons, the deposition of Mr. Kobayashi shall be permitted to cover not only claims construction issues but also liability issues. This is the only exception that the Court has permitted to date with respect to paragraph 1, *supra*.

IT IS SO ORDERED.

Dated: May 13, 2004

/s/
EDWARD M. CHEN
United States Magistrate Judge

2