United States District Court

For the Northern District of California

1

2

3

4

5                    UNITED STATES DISTRICT COURT

6                    NORTHERN DISTRICT OF CALIFORNIA

7

8    SYNOPSYS, INC.,                          No. C-03-2289 MJJ (EMC)

9              Plaintiff,

                                              **ORDER GRANTING SYNOPSYS'S**
10         v.                                 **ADMINISTRATIVE REQUESTS TO**
                                              **FILE UNDER SEAL**
11   RICOH CO., LTD.,                         **(Docket Nos. 105, 115)**

12             Defendant.
     _____/
13

14

15        Synopsys has filed two administrative requests to file under seal, the first asking that the Court seal

16   Exhibit R to the Mavrakakis Declaration in Support of Synopsys's Motion to Compel Responses to First

17   Set of Interrogatories and the second asking that the Court seal Attachment 1 to Synopsys's Reply Brief in

18   Support of Synopsys's Motion to Compel Responses to First Set of Interrogatories.

19        Having reviewed the documents and good cause appearing therefor, the Court hereby GRANTS

20   both requests to file under seal.

21

22        IT IS SO ORDERED.

23

24   Dated:  May 14, 2004

25                                            _____
                                                        /s/
                                              EDWARD M. CHEN
26                                            United States Magistrate Judge

27

28