E-filing

FILED

MAY 1 4 2004

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC., | ) Case No. CV 03-02289 MJJ (EMC) |
| Plaintiff, | ) [~~PROPOSED~~] CASE SCHEDULING ORDER |
| vs. | ) Date: N/A |
| RICOH COMPANY, LTD., a Japanese corporation., | ) Time: N/A<br>) Ctrm: N/A |
| Defendant. | ) |

On May 4, 2004, the initial case management conference in this matter was held pursuant to FRCP 16(b) and L.R. 16-9(a). At the conference, the parties agreed to the following schedule:

| Event | Date |
|---|---|
| Preliminary Invalidity Contentions on the '432 patent | April 26, 2004 |
| Preliminary Invalidity Contentions on the '016 patent | May 14, 2004 |
| Meet and confer re: date for final invalidity Contentions | May 24, 2004 |
| Exchange of Proposed Terms and Claim Elements for Construction | May 24, 2004 |
| Exchange of Proposed Claim Constructions and Extrinsic Evidence | June 11, 2004 |
| Joint Claim Construction and Prehearing Statement | July 13, 2004 |

| Event | Date |
|---|---|
| Deadline to join parties and amend pleadings | July 19, 2004 |
| Completion of Claim Construction Discovery | August 12, 2004 |
| Opening Clai*m Construction Brief | August 27, 2004 |
| Responsive Claim Construction Brief | September 10, 2004 |
| Reply Claim Construction Brief | September 17, 2004 |
| Tutorial and Pre-Claim Construction Hearing Conference | October 20, 2004 @ 2:30 p.m. |
| Claim Construction Hearing | October 29, 2004 @ 9:30 a.m. |
| Claim Construction Ruling ("CCR") | Provided by the Court |

Synopsys shall go first with respect to the '016 patent. Ricoh shall go first with respect to the '432 patent. A further case management conference will be held after the Court's Claim Construction Ruling to establish a schedule for the remainder of the case.

IT IS SO ORDERED.

Dated: 5/14/204

_____
Hon. Martin J. Jenkins

Submitted by:

Teresa M. Corbin (SBN 132360)
Christopher Kelley (SBN 166608)
Thomas C. Mavrakakis (SBN 177927)
HOWREY SIMON ARNOLD & WHITE, LLP
301 Ravenswood Avenue
Menlo Park, California 94025
Telephone: (650) 463-8100
Facsimile: (650) 463-8400

Attorneys for Synopsys, Inc.

| | |
|---|---|
| 1 | Approved as to form by: |
| 2 | Gary M. Hoffman, admitted pro hac vice |
|   | Kenneth W. Brothers, admitted pro hac vice |
| 3 | DICKSTEIN SHAPIRO MORIN & OSHINSKY, LLP |
|   | 2101 L Street, N.W. |
| 4 | Washington, D.C. 20037-1526 |
|   | Telephone: (202) 785-9700 |
| 5 | Facsimile: (202) 887-0689 |
| 6 | Edward A. Meilman, admitted pro hac vice |
|   | Dickstein Shapiro Morin & Oshinsky LLP |
| 7 | 1177 Avenue of the Americas |
|   | New York, New York 10036-2714 |
| 8 | Phone: (212) 835-1400 |
|   | Fax: (212) 992-9880 |
| 9 | |
|   | Jeffrey B. Demain (SBN 126715) |
| 10 | Jonathan Weissglass (SBN 185008) |
|   | ALTSHULER, BERZON, NUSSBAUM, |
| 11 | RUBIN & DEMAIN |
|   | 177 Post Street, Suite 300 |
| 12 | San Francisco, California 94108 |
|   | Phone: (415) 421-7151 |
| 13 | Fax: (415) 362-8064 |
| 14 | Attorneys for Ricoh Company, Ltd. |

Case No. CV 03-02289 MJJ (EMC)         -3-
[Proposed] Case Scheduling Order
DM_US\8023533.v1