**In the United States District Court**
**for the Northern District of California**
**Magistrate Judge Edward M. Chen**

**CIVIL MINUTES**                              **E-FILING**

**Date:** May 27, 2004                         **Time:** 2:36 p.m. - 3:26 p.m.

**Case Name and No.:**   C03-2289 MJJ Synopsys Inc. V. Ricoh
                        C03-4669 MJJ Ricoh v. Aeroflex

**Attorneys:**   Tom Mavrakakis for Synopsys
                 Kenneth Brothers for Ricoh

**Deputy Clerk:** Betty Fong                   **Tape:** 4-12-LD & 4-13-LD (Chamber)

**PROCEEDINGS:**

Synopsys's motion to strike preliminary infringement contentions. (Telephonically)

**ORDERED AFTER HEARING:**

Parties to meet and confer after being given guidance by Court. Parties to file joint letter on 06-14-04, informing Court if there are any disputes remaining.

In addition, parties ordered to meet and confer regarding setting a briefing scheduling for interrogatories regarding 016 patent. Last brief must be filed no later than 06-09-04.

**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [ ] Court

**Case continued to:**

**cc:** EMC