In the United States District Court
for the Northern District of California
Magistrate Judge Edward M. Chen

**CIVIL MINUTES**                                    <u>**E-FILING**</u>

**Date:** June 16, 2004                               **Time:** 11:18 a.m. - 12:27 p.m.

**Case Name and No.:**   C03-2289 MJJ Synopsys Inc. V. Ricoh

   C03-4669 MJJ Ricoh v. Aeroflex

**Attorneys:**   Tom Mavrakakis, Erik Moller, and Erik Oliver for Synopsys and Aeroflex

   Kenneth Brothers for Ricoh

**Deputy Clerk:** Betty Fong                          **Court Reporter:** Debra Pas

                                                     **FTR:** 11:18 a.m. - 12:27 p.m.

**PROCEEDINGS:**

(1) PLAINTIFF'S MOTION TO COMPEL RESPONSES TO SYNOPSYS'S FIRST SET OF INTERROGATORIES

(2) DEFENDANT AEROFLEX, INC. ET AL.'S MOTION TO STRIKE PLAINTIFF'S DISCLOSURE

**ORDERED AFTER HEARING:**

(1) Plaintiff's Motion is granted.

(2) Parties to meet and confer and contact chamber by 6/17/04.

**Order to be prepared by:**   [ ] Plntf  [ ] Deft  [x] Court

**Case continued to:**

cc: EMC

In the United States District Court
for the Northern District of California
Magistrate Judge Edward M. Chen

**CIVIL MINUTES**               <u>**E-FILING**</u>

**Date:** June 16, 2004                           **Time:** 11:18 a.m. - 12:27 p.m.

**Case Name and No.:**    C03-2289 MJJ Synopsys Inc. V. Ricoh

   C03-4669 MJJ Ricoh v. Aeroflex

   **Attorneys:**   Tom Mavrakakis, Erik Moller, and Erik Oliver for Synopsys and Aeroflex

   Kenneth Brothers for Ricoh

**Deputy Clerk:** Betty Fong                **Court Reporter:** Debra Pas

   **FTR:** 11:18 a.m. - 12:27 p.m.

**PROCEEDINGS:**

(1) PLAINTIFF'S MOTION TO COMPEL RESPONSES TO SYNOPSYS'S FIRST SET OF INTERROGATORIES

(2) DEFENDANT AEROFLEX, INC. ET AL.'S MOTION TO STRIKE PLAINTIFF'S DISCLOSURE

**ORDERED AFTER HEARING:**

(1) Plaintiff's Motion is granted.

(2) Parties to meet and confer and contact chamber by 6/17/04.

**Order to be prepared by:**   [ ] Plntf  [ ] Deft  [x]  Court

**Case continued to:**

cc: EMC

In the United States District Court
for the Northern District of California
Magistrate Judge Edward M. Chen

**CIVIL MINUTES**                                             <u>**E-FILING**</u>

**Date:** June 16, 2004                                    **Time:** 11:18 a.m. - 12:27 p.m.

**Case Name and No.:**     C03-2289 MJJ Synopsys Inc. V. Ricoh

                                         C03-4669 MJJ Ricoh v. Aeroflex

**Attorneys:**   Tom Mavrakakis, Erik Moller, and Erik Oliver for Synopsys and Aeroflex

                    Kenneth Brothers for Ricoh

**Deputy Clerk:** Betty Fong                          **Court Reporter:** Debra Pas

                                                                            **FTR:** 11:18 a.m. - 12:27 p.m.

**PROCEEDINGS:**

(1) PLAINTIFF'S MOTION TO COMPEL RESPONSES TO SYNOPSYS'S FIRST SET OF INTERROGATORIES

(2) DEFENDANT AEROFLEX, INC. ET AL.'S MOTION TO STRIKE PLAINTIFF'S DISCLOSURE

**ORDERED AFTER HEARING:**

(1) Plaintiff's Motion is granted.

(2) Parties to meet and confer and contact chamber by 6/17/04.

**Order to be prepared by:**   [ ] Plntf  [ ] Deft  [x]  Court

**Case continued to:**

cc: EMC