

301 Ravenswood Avenue
Menlo Park, CA 94025-3434
Phone 650.463.8100
Fax 650.463.8400
A Limited Liability Partnership

July 6, 2004

<u>**VIA E-FILE**</u>

Hon. Edward M. Chen
United States Magistrate Judge
450 Golden Gate Ave.
San Francisco, CA  94102

Re:    *Synopsys, Inc. v. Ricoh Company, Ltd.*
       Case No. C03-02289 MJJ (EMC) and
       *Ricoh Company, Ltd. v. Aeroflex, Inc., et al.*
       Case No. C03-04669 MJJ (EMC)

Dear Magistrate Chen:

The parties to both the above-identified actions have reached agreements regarding their disputes over claims 1-12 and 18-20 of U.S. Patent No. 4,922,432 (the "'432 patent") and U.S. Patent No. 5,197,016 (the "'016 patent").  Attached is a copy of the stipulation between Synopys, Inc. and Ricoh Company, Ltd. filed today memorializing the agreement between the parties to *Synopsys, Inc. v. Ricoh Company, Ltd.*, Case No. C03-02289 MJJ (EMC).  The parties to *Ricoh Company, Ltd. v. Aeroflex, Inc., et al.*, Case No. C03-04669 MJJ (EMC) are finalizing the stipulation memorializing the agreement between them, and expect to file that stipulation tomorrow.

Based on these agreements and the attached stipulation, the parties have agreed that the date by which Ricoh must supplement its responses to Synopsys' Interrogatories 1-3 per this Court's order of June 18, 2004 should be extended to July 8, 2004, and respectfully request that the Order be so modified.  That portion of the Court's June 18, 2004 order requiring Ricoh to supplement its responses to Synopsys' Interrogatories 10-12 is moot.

Very truly yours,

Dated:  July 6, 2004

DICKSTEIN SHAPIRO MORIN &
OSHINSKY

By:  /s/ Kenneth W. Brothers
     Gary M. Hoffman
     Kenneth W. Brothers
     Edward A. Meilman
     Attorneys for Ricoh Company, Ltd.

Dated: July 6, 2004

HOWREY SIMON ARNOLD & WHITE, LLP

By:  /s/ Erik K. Moller
     Teresa M. Corbin
     Christopher Kelley
     Thomas C. Mavrakakis
     Erik Moller
     Attorneys for Synopsys, Inc. and
       Aeroflex Incorporated, et al.

1 | Teresa M. Corbin (SBN 132360)
Christopher Kelley (SBN 166608)
2 | Thomas C. Mavrakakis (SBN 147674)
Erik K. Moller (SBN 177927)
3 | HOWREY SIMON ARNOLD & WHITE, LLP
301 Ravenswood Avenue
4 | Menlo Park, California  94025
Telephone:  (650) 463-8100
5 | Facsimile:  (650) 463-8400

6 | Attorneys for Plaintiff

7

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10 | SAN FRANCISCO DIVISION

11 | SYNOPSYS, INC.,                              ) Case No. C03-02289 MJJ (EMC)
                                                 )
12 |            Plaintiff,                        ) **STIPULATION AND [PROPOSED] ORDER**
                                                 ) **DISMISSING CERTAIN CLAIMS**
13 |     vs.                                      )
                                                 )
14 | RICOH COMPANY, LTD.,                         )
                                                 )
15 |            Defendant.                        )
                                                 )
16 | ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾         )

17 |     WHEREAS declaratory judgment plaintiff Synopsys, Inc. ("Synopsys") and defendant Ricoh

18 | Company Ltd. ("Ricoh"), collectively referred to herein as "the Parties", through their respective

19 | counsel, STIPULATE AND AGREE as follows:

20 |     1.  Ricoh will not sue any customer or licensee of Synopsys for infringement of any claim of

21 | United States Patent No. 5,197,016 (the '016 patent) or of any of claims 1-12 and 18-20 of United

22 | States Patent No. 4,922,432 (the '432 patent) solely as a result of the operation or use of prior or

23 | current (e.g., v.2003.12) versions of Synopsys' Design Compiler software, HDL Compiler for Verilog

24 | software, VHDL Compiler software and DesignWare Foundation libraries, either alone or in

25 | combination (hereinafter "Synopsys Design Compiler Products").  Additionally, Ricoh shall release

26 | any customer or licensee of Synopsys for actions arising solely as a result of the operation or use of

27 | prior or current (e.g., v.2003.12) versions of the Synopsys Design Compiler Products with regard to

28 | claims 1-12 and 18-20 of the '432 patent and all claims of the '016 patent.  This shall not preclude

HOWREY
SIMON
ARNOLD &
WHITE

Case No.  C03-02289 MJJ (EMC)
Stipulation and [Proposed] Order Dismissing Certain Claims

Ricoh from suing any customer or licensee in the future based on any operation or use of these Synopsys' Design Compiler Products in conjunction with software other than the Synopsys Design Compiler Products that are utilized by the customer, whether provided by a third party or Synopsys or developed internally by such customer or licensee, that occurs after the date of this Stipulation, which other software is used to carry out or enable the carrying out of any of the functions or activities covered by any of the claims of the '016 patent or the claims of the '432 patent identified in this paragraph. Nothing herein shall have any bearing upon or be used in any manner by either Party, as any evidence or otherwise, in connection with any assertion by Ricoh of claims 13-17 of the '432 patent or of any assertion by Ricoh with respect to any future version of any Synopsys software. Except with respect to enforcement of the releases and covenants not to sue granted herein, nothing herein shall have any bearing upon or be used in any manner by the Court or either Party or any third party as any evidence or otherwise in connection with any administrative or judicial proceeding.

2.   Synopsys represents as follows:

a.   None of the prior or current (e.g., v.2003.12) versions of Synopsys Design Compiler Products contain a flow chart editor, or are able to and/or will be able to generate, process or directly receive and process input information in the form of a flow chart in the absence of other products or software.  For purposes of this subsection a, flow chart shall mean a graphical representation of flow, such as a series of boxes representing actions, diamonds representing conditions, and lines with arrows representing transitions between actions and conditions.

b.   None of the prior or current (e.g., v.2003.12) versions of Synopsys Design Compiler Products are able to and/or will be able to generate, process or directly receive and process information using an inference strategy in the absence of other products or software.  For purposes of this subsection b, an inference strategy is based upon a fast pattern matching algorithm where the rules are stored and the requirement to iterate through the rules is avoided.

A judicial determination that any of these representations is incorrect shall render this entire Stipulation null and void *ab initio* with respect to the '432 patent only.

These definitions are solely for purposes of this Stipulation and shall not be used by the Court or any Party or third party in any other proceedings, including, without limitation, the claim

HOWREY
SIMON
ARNOLD &
WHITE

-2-
Case No.  C03-02289 MJJ (EMC)
Stipulation and [Proposed] Order Dismissing Certain Claims

1  construction proceedings in either the instant action or in Ricoh v. Aeroflex et. al, Case No. 03-4669-
2  MJJ.

3     3.     Subject to paragraph 2 above, Ricoh acknowledges that customers of Synopsys, are
4  third party beneficiaries of the provisions of paragraph 1 above.

5     4.     Ricoh affirms the covenant not to sue Synopsys for infringement of either the '432
6  patent or the '016 patent as set forth in the July 14, 2003 Declaration of Kenji Takiguchi, Deputy
7  General Manager of the Legal Division and General Manager of Legal and IP Licensing for Ricoh,
8  which provided as follows: "Ricoh unconditionally agrees not to sue Synopsys for infringement as to
9  any claim of the '432 patent and the '016 patent based upon the products currently manufactured, sold,
10 and used by Synopsys."

11    5.     Ricoh's outside counsel shall provide Synopsys' outside counsel with a
12 contemporaneous courtesy copy of any written communication from Ricoh's outside counsel
13 materially regarding the enforcement by Ricoh of either the '432 or '016 patents to Synopsys'
14 customers with whom Ricoh has no prior licensing (including cross licensing) relationship.

15    6.     Synopsys hereby grants a full and perpetual release to Ricoh for any and all cause(s) of
16 action relating to or based upon any communication that Ricoh has had with any Synopsys customer or
17 licensee prior to the date of this Stipulation that relates to the '016 patent or claims 1-12 and 18-20 of
18 the '432 patent.

19    7.     Synopsys shall within one week of the execution of this Agreement dismiss the portion
20 of Counts I and II in its Amended Complaint relating to claims 1-12 and 18-20 of the '432 patent only,
21 and all portions of Counts III and IV thereof.  The portions of the Counts relating to claims 13-17 of
22 the '432 patent shall remain in the action.  Except to the extent it is inconsistent with Paragraph 8
23 herein, this dismissal shall be with prejudice with respect to the present action, and shall preclude any
24 other action by Synopsys against Ricoh regarding the '016 patent or claims 1-12 and 18-20 of the '432
25 patent that accrued prior to the date of this Stipulation.  The Parties further agree that, notwithstanding
26 this paragraph 7, if in the future Ricoh asserts or threatens any claim against Synopsys or any Synopsys
27 customer based upon the '016 patent or claims 1-12 and 18-20 of the '432 patent, Synopsys shall have
28 the right to initiate a declaratory judgment action on those claims against Ricoh.

HOWREY
SIMON
ARNOLD &
WHITE

-3-
Case No.  C03-02289 MJJ (EMC)
Stipulation and [Proposed] Order Dismissing Certain Claims

8.      Nothing in this Stipulation shall be interpreted as any admission by either Party relating to matters of validity or invalidity of any patent, or as any admission by either Party of its direct or contributory or inducement of infringement or lack of infringement of any patent, or as an admission by either Party of any issue relating to the above captioned action and/or the '016 or '432 patents. Except with regard to the enforcement of the covenants not to sue and the releases granted herein, it is understood that no Party is waiving or has waived any claim or affirmative defense that any patents are valid, invalid, enforceable, unenforceable, infringed or not infringed, or any other claim or defense, including any such claim or affirmative defense based upon the factual allegations made in the above captioned action, all of which the Parties expressly reserve.

9.      Both parties are prohibited from mentioning or referring to the existence of or any portion of this Stipulation or the dismissal pursuant to paragraph 7 in the present action or in Ricoh v. Aeroflex, et al., Case No. C-03-4669-MJJ, including but not limited to mentioning or referring to the existence of or any portion of this stipulation or the dismissal pursuant to paragraph 7 during any trial in the present action or in Ricoh v. Aeroflex, et al., Case No. C-03-4669-MJJ.  No press release shall be made regarding any portion of this Agreement.

Dated: July 6, 2004

Synopsys, Inc.                                            Ricoh Company, Ltd.


By: /s/ Erik K. Moller                                  By:   /s/ Kenneth W. Brothers
    Teresa M. Corbin                                         Gary M. Hoffman
    Christopher Kelley                                       Kenneth W. Brothers
    Thomas C. Mavrakakis                                DICKSTEIN SHAPIRO MORIN &
    Erik K. Moller                                          OSHINSKY  LLP
    HOWREY SIMON ARNOLD &                           2101 L Street NW
    WHITE, LLP                                          Washington, D.C.  20037-1526
    301 Ravenswood Avenue                               Telephone: (202) 785-9700
    Menlo Park, California  94025                        Facsimile: (202) 887-0689
    Telephone:  (650) 463-8100
    Facsimile:  (650) 463-8400
    Attorneys for Synopsys, Inc.                        Edward A. Meilman
                                                        DICKSTEIN SHAPIRO MORIN &
                                                            OSHINSKY  LLP
                                                        1177 Avenue of the Americas
                                                        New York, New York  10036
                                                        Telephone:  (212) 896-5471
                                                        Facsimile:  (212) 997-9880

HOWREY
SIMON
ARNOLD &
WHITE

-4-
Case No.  C03-02289 MJJ (EMC)
Stipulation and [Proposed] Order Dismissing Certain Claims

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Jeffrey B. Demain, State Bar No. 126715
Jonathan Weissglass, State Bar No. 185008
Altshuler, Berzon, Nussbaum, Rubin &
Demain
177 Post Street, Suite 300
San Francisco, California  94108
Telephone:  (415) 421-7151
Facsimile:  (415) 362-8064
Attorneys for Ricoh Company, Ltd.

HOWREY
SIMON
ARNOLD &
WHITE

-5-
Case No.  C03-02289 MJJ (EMC)
Stipulation and [Proposed] Order Dismissing Certain Claims

1

**ORDER**

2          **IT IS SO ORDERED.**

3

4    Dated: _____          _____
                                    Hon. Martin J. Jenkins
5                                   United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**HOWREY
SIMON
ARNOLD &
WHITE**

-6-

Case No.  C03-02289 MJJ (EMC)
Stipulation and [Proposed] Order Dismissing Certain Claims