UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC., | No. C-03-2289 MJJ (EMC) |
| Plaintiff, | |
| v. | **ORDER MODIFYING ORDER, DATED JUNE 18, 2004, GRANTING SYNOPSYS'S MOTIONS TO COMPEL RESPONSES TO INTERROGATORIES** |
| RICOH CO., LTD., | |
| Defendant. _____/ | |

Previously, the Court issued an order compelling Ricoh to respond to certain interrogatories propounded by Synopsys by July 6, 2004. *See* Docket No. 136 (order of 6/18/04). The parties have now submitted a joint letter to the Court, stating that they have agreed that: (1) the date by which Ricoh must supplement its responses to Interrogatories Nos. 1-3 should be extended to July 8, 2004, and (2) Ricoh need not supplement its responses to Interrogatories Nos. 10-12 as the parties have reached agreement regarding their disputes over the '016 patent and claims 1-12 and 18-20 of the '432 patent. *See* Docket No. 144 (joint letter of 7/6/04). Accordingly, the Court's order of June 18, 2004, is hereby modified pursuant to the parties' agreement.

IT IS SO ORDERED.

Dated: July 7, 2004

_____/s/_____
EDWARD M. CHEN
United States Magistrate Judge