IN THE UNITED STATED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTES

**HONORABLE MARTIN J. JENKINS**         Courtroom Clerk: **Monica Tutson**

DATE: **July 14, 2004**                 Court reporter: **Joan Columbini**

Case Number:    **C03-2289MJJ**    **SYNOPSYS, INC**    v.    **RICOH COMPANY, LTD**
                **C03-4669 MJJ**    **RICOH COMPANY**    v.    **AEROFLEX INC., et al.**

ATTORNEY(S):
**Ken Brothers**
**Eric Moeller**
**Thomas Mavrakakis**

PROCEEDINGS:                                                RULING:
1.
2.

(**X**)Telephone Status Conference     ( )P/T Conference     ( )Case Management Conference

ORDERED AFTER HEARING:


ORDER TO BE PREPARED BY:    Plntf ( )  Deft (**X**)  Court ( )

Referred to Magistrate Judge        For:


CASE CONTINUED TO:    for

Discovery Cut-Off:            Expert Discovery Cut-Off:

Parties to Name Experts by:    Expert Reports to be Tendered by:

Designation of Supplemental/Rebuttal Experts:    Reports:

Dispositive Motion shall be heard by:

Pre-Trial Conference Date :         at 3:30 p.m.

Trial Date:    at 8:30 a.m.  Set for  days
               Type of Trial:  ( )Jury    ( )Court

Notes: