Gary M. Hoffman (*Pro Hac Vice*)
Kenneth W. Brothers (*Pro Hac Vice*)
DICKSTEIN SHAPIRO MORIN
  & OSHINSKY, LLP
2101 L Street, NW
Washington, DC  20037-1526
Phone (202) 785-9700
Fax (202) 887-0689

Edward A. Meilman (*Pro Hac Vice*)
DICKSTEIN SHAPIRO MORIN
  & OSHINSKY, LLP
1177 Avenue of the Americas
New York, New York  10036-2714
Phone (212) 835-1400
Fax (212) 997-9880

Jeffrey B. Demain, State Bar No. 126715
Jonathan Weissglass, State Bar No. 185008
ALTSHULER, BERZON, NUSSBAUM, RUBIN & DEMAIN
177 Post Street, Suite 300
San Francisco, California  94108
Phone  (415) 421-7151
Fax (415) 362-8064

Attorneys for Ricoh Company, Ltd.

Teresa M. Corbin (SBN 132360)
Christopher Kelley (SBN 166608)
Thomas C. Mavrakakis (SBN 177927)
HOWREY SIMON ARNOLD & WHITE
301 Ravenswood Avenue
Menlo Park, California  94025
Telephone:  (650) 463-8100
Facsimile:  (650) 463-8400

Attorneys for Synopsys, Inc. and
  Aeroflex Incorporated, et al.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| RICOH COMPANY, LTD.,<br><br>  Plaintiff,<br><br>vs.<br><br>AEROFLEX INCORPORATED, et al.,<br><br>  Defendants | **CASE NO. C-03-4669-MJJ (EMC)**<br><br>**CASE NO. C-03-2289-MJJ (EMC)** |
| SYNOPSYS, INC.,<br><br>  Plaintiff,<br><br>vs.<br><br>RICOH COMPANY, LTD.,<br><br>  Defendant | **JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT**<br><br>Date:  October 20, 2004<br>Time:  2:30 p.m.<br>Courtroom:  11 |

1    Pursuant to Patent L.R. 4-3, plaintiff and declaratory judgment defendant Ricoh
2    Company, Ltd. ("Ricoh"), declaratory judgment plaintiff Synopsys, Inc., ("Synopsys"), and
3    defendants and declaratory judgment counterclaimants Aeroflex, et al. ("Aeroflex") (collectively,
4    "the Parties") submit their joint claim construction in the chart attached as Exhibit A.

5    Statement regarding subsection (a): The parties have been unable to agree on any
6    proposed construction of the claim language for claims 13-17 of the '432 patent.

7    Statement regarding subsection (b): Exhibit A contains each Party's proposed
8    construction of each disputed claim term, phrase or clause, together with an identification of all
9    references from the '432 patent's specification and/or the '432 patent's prosecution (or file)
10   history that support that construction. It also identifies all extrinsic evidence known to the party
11   on which it intends to rely either to support its proposed construction of each disputed claim
12   term, phrase or clause or to oppose any other party's proposed construction of each disputed
13   claim term, phrase or clause, including but not limited to, as permitted by law, dictionary
14   definitions, citations to learned treatises and prior art, and testimony of percipient and expert
15   witnesses. Synopsys and the Defendants have attached the identified intrinsic and extrinsic
16   evidence as well as dictionaries, etc. to Exhibit A.

17   Statement regarding subsection (c): The Parties agree that the amount of time for the
18   tutorial (scheduled for October 20, 2004, at 2:30 p.m.) and the claim construction hearing
19   (scheduled for October 29, 2004, at 9:30 a.m.) should be evenly divided between Ricoh, on the
20   one hand, and Synopsys and the Aeroflex et al. defendants, on the other hand.

21   Statement regarding subsection (d): No Party proposes to call percipient witnesses at
22   either the tutorial or the claim construction hearing. Pursuant to the Court's directives at the
23   telephone hearing on July 14, 2004, Ricoh has not cited extrinsic evidence. Ricoh objects to the
24   citation of extrinsic evidence by Synopsys and Aeroflex, and reserves its right to seek discovery
25   regarding any such extrinsic evidence and respond with its own extrinsic evidence. Attached as
26   Exhibit B is a summary of the testimony of Thaddeus J. Kowalski, Ph.D., an expert witness on
27   behalf of Synopsys and the Aeroflex et al. defendants, supporting Synopsys' and the Aeroflex et
28

1  al. defendants' proposed constructions and opposing Ricoh's proposed constructions for each
2  disputed claim term, phrase or clause.
3     Statement regarding subsection (e): The prehearing conference and tutorial is
4  scheduled for October 20, 2004 at 2:30 p.m. Other than the dispute referenced in the parties'
5  July 15, 2004, joint letter to the Court, the parties are not aware of any other issues at this time.
6  Dated: July 15, 2004

| Synopsys and Aeroflex, et. al | Ricoh Company, Ltd. |
|---|---|
| By: __/s/ Thomas C. Mavrakakis__ | By: __/s/ Kenneth W. Brothers__ |
| Teresa M. Corbin | Gary M. Hoffman |
| Christopher Kelley | Kenneth W. Brothers |
| Thomas C. Mavrakakis | DICKSTEIN SHAPIRO MORIN & |
| Erik K. Moller | OSHINSKY LLP |
| HOWREY SIMON ARNOLD & WHITE, LLP | 2101 L Street NW |
| 301 Ravenswood Avenue | Washington, D.C. 20037-1526 |
| Menlo Park, California 94025 | Telephone: (202) 785-9700 |
| Telephone: (650) 463-8100 | Facsimile: (202) 887-0689 |
| Facsimile: (650) 463-8400 | |
| | Edward A. Meilman |
| Attorneys for Synopsys and Aeroflex, et. al | DICKSTEIN SHAPIRO MORIN & |
| | OSHINSKY LLP |
| | 1177 Avenue of the Americas |
| | New York, New York 10036 |
| | Telephone: (212) 896-5471 |
| | Facsimile: (212) 997-9880 |
| | |
| | Jeffrey B. Demain, State Bar No. 126715 |
| | Jonathan Weissglass, State Bar No. 185008 |
| | Altshuler, Berzon, Nussbaum, Rubin & Demain |
| | 177 Post Street, Suite 300 |
| | San Francisco, California 94108 |
| | Phone: (415) 421-7151 |
| | Fax: (415) 362-8064 |
| | Attorneys for Ricoh Company, Ltd. |