E-filing

**FILED**
JUL 26 2004
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| RICOH COMPANY, LTD., <br><br> Plaintiff, <br><br> vs. <br><br> AEROFLEX INCORPORATED, et al., <br><br> Defendants | CASE NO. C-03-4669-MJJ (EMC) <br><br> CASE NO. C-03-2289-MJJ (EMC) |
| SYNOPSYS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> RICOH COMPANY, LTD., <br><br> Defendant | [PROPOSED] ORDER REGARDING TUTORIAL AND CLAIM CONSTRUCTION HEARING |

Upon consideration of the Parties' joint letter dated July 9, 2004, and the telephonic status conference conducted on July 14, 2004, it is HEREBY ORDERED:

Unless the Court orders otherwise at a later date, the Court will not consider extrinsic evidence, including expert testimony, relating to the claim construction of the patent-in-suit. The claim construction hearing scheduled for October 29, 2004, shall be limited to attorney argument.

**THE PARTIES' RESPECTIVE ALTERNATIVE PROPOSALS REGARDING THE TUTORIAL:**

**Ricoh's Proposal**

The tutorial scheduled for October 20, 2004, shall consist of a neutral expert presentation to the Court showing how the invention in the patent-in-suit works. The expert shall only be questioned by the Court. The parties are directed to meet and confer regarding the details of the tutorial presentation to the Court.

**Synopsys And Defendants' Proposal**

The tutorial scheduled for October 20, 2004, shall consist of a neutral expert demonstration(s) to the Court showing how the product of United States Patent No. 4,922,432 ("the '432 patent) works. Synopsys and the Defendants believe that this is the product referred to in the '432 patent as the

DICKSTEIN
SHAPIRO
MORIN &
OSHINSKY
LLP
1795668 v1; 12HL01!.DOC

Knowledge Based Silicon Compiler (KBSC) system or software ("KBSC software"). The expert (or experts) shall only be questioned by the Court. The parties are directed to meet and confer regarding the details of the demonstration(s) for the Court at the tutorial. Prior to any such meet and confer, Ricoh shall provide Synopsys and Defendants with working copies of the KBSC software or any other '432 patent product(s) that will be demonstrated at the tutorial.

IT IS SO ORDERED.

Dated: 7/22/2004

HON. MARTIN J. JENKINS