July 28, 2004

**VIA E-FILE**

Hon. Edward M. Chen
United States Magistrate Judge
450 Golden Gate Ave.
San Francisco, CA 94102

Re:  *Synopsys, Inc. v. Ricoh Company, Ltd.*
Case No. C03-02289 MJJ (EMC) and
*Ricoh Company, Ltd. v. Aeroflex, Inc., et al.*
Case No. C03-04669 MJJ (EMC)

Dear Magistrate Chen:

The parties are in receipt of the Court's July 28, 2004 "Order Denying Motion For Protective Order Re Kowalski Deposition." The Order does not refer to the portion of the Kowalski subpoena that sought a production of documents by July 30, 2004. The parties disagree and thus seek clarification of the Court's intent with respect to the production of documents from Dr. Kowalski. We are available for a telephone conference if the Court would find it helpful.

Very truly yours,

DICKSTEIN SHAPIRO MORIN & OSHINSKY

By:  Kenneth W. Brothers
Gary M. Hoffman
Kenneth W. Brothers
Edward A. Meilman
Attorneys for Ricoh Company, Ltd.

Hon. Edward M. Chen<br>
July 28, 2004<br>
Page 2

HOWREY SIMON ARNOLD & WHITE, LLP


By: <u>Jayna Whitt</u>
    Teresa M. Corbin
    Christopher Kelley
    Thomas C. Mavrakakis
    Jayna Whitt
    Attorneys for Synopsys, Inc. and
       Aeroflex Incorporated, et al.