United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC., <br>     Plaintiff, <br> v. <br> RICOH CO., LTD., <br>     Defendant. <br>_____/ <br> RICOH CO., LTD., <br>     Plaintiff, <br> v. <br> AEROFLEX, et al., <br>     Defendants. <br>_____/ | No. C-03-2289 MJJ (EMC) <br> No. C-03-4669 MJJ (EMC) <br><br> **AMENDED ORDER RE MOTION FOR PROTECTIVE ORDER RE KOWALSKI DEPOSITION** <br> **(Docket No. 159 in No. C-03-2289; Docket No. 227 in No. C-03-4669)** |

    This order amends the Court's previous order, issued on July 28, 2004, regarding the motion for protective order. *See* Docket No. 163 in No. C-03-2289; Docket No. 231 in No. C-03-4669.

    First, the caption in the Court's previous order contained a clerical error. The caption should have read "Order Granting Motion for Protective Order" rather than "Order Denying Motion for Protective Order."

    Second, the parties filed a letter on July 28, 2004, asking for clarification of the Court's intent with respect to the production of documents from Dr. Kowalski. *See* Docket No. 164 in No. C-03-2289; Docket No. 232 in No. C-03-4669. (The Kowalski subpoena sought production of documents by July 30, 2004.) To clarify, by granting the motion for protective order, the Court intended that the deposition of

Dr. Kowalski should not proceed *and* that the documents sought from Dr. Kowalski in the subpoena should not be produced.

IT IS SO ORDERED.

Dated: July 28, 2004

/s/
EDWARD M. CHEN
United States Magistrate Judge

2