1  Gary M. Hoffman (*Pro Hac Vice*)
2  Kenneth W. Brothers (*Pro Hac Vice*)
   Eric Oliver (*Pro Hac Vice*)
3  DICKSTEIN SHAPIRO MORIN
    & OSHINSKY LLP
4  2101 L Street, NW
   Washington, DC  20037-1526
   Phone (202) 785-9700
5  Fax (202) 887-0689

6  Edward A. Meilman (*Pro Hac Vice*)
   DICKSTEIN SHAPIRO MORIN
7   & OSHINSKY LLP
   1177 Avenue of the Americas
8  New York, New York  10036-2714
   Phone (212) 835-1400
9  Fax (212) 997-9880

   Jeffrey B. Demain, State Bar No. 126715
10 Jonathan Weissglass, State Bar No. 185008
   ALTSHULER, BERZON, NUSSBAUM, RUBIN & DEMAIN
11 177 Post Street, Suite 300
   San Francisco, California  94108
12 Phone (415) 421-7151
   Fax (415) 362-8064
13
   Attorneys for Ricoh Company, Ltd.
14
                   UNITED STATES DISTRICT COURT
15                 NORTHERN DISTRICT OF CALIFORNIA
                      SAN FRANCISCO DIVISION
16

17 RICOH COMPANY, LTD.,              )   CASE NO. C-03-4669-MJJ (EMC)
                                     )
18              Plaintiff,           )
                                     )
19      vs.                          )
                                     )
20 AEROFLEX INCORPORATED, et al.,    )
                                     )
21              Defendants.          )
                                     )
22                                   )
   SYNOPSYS, INC.,                   )   CASE NO. C-03-2289-MJJ (EMC)
23                                   )
                Plaintiff,           )   **DECLARATION OF ERIC OLIVER IN**
24                                   )   **SUPPORT OF RICOH'S CLAIM**
        vs.                          )   **CONSTRUCTION OPENING BRIEF**
25                                   )
   RICOH COMPANY, LTD.,              )   Date:  October 20, 2004
26                                   )   Time:  2:30 p.m.
                Defendant.           )   Courtroom:  11
27                                   )

28
         CASE NOS. C-03-4669-MJJ (EMC) and C-03-2289-MJJ (EMC)
   **DECLARATION OF ERIC OLIVER IN SUPPORT OF RICOH'S CLAIM CONSTRUCTION OPENING BRIEF**

Eric Oliver declares as follows:

1. My name is Eric Oliver. I am an attorney with the law firm of Dickstein Shapiro Morin & Oshinsky LLP, counsel for Ricoh Company, Ltd. I am over the age of 21 and am competent to make this declaration. Based on my personal knowledge and information, I hereby declare to all the facts in this declaration.

2. Attached hereto as Exhibit 1 is a true and correct copy of United States Patent No. 4,922,432 (RCL002929-54).

3. Attached hereto as Exhibit 2 is a true and correct copy of Exhibit A to the July 16, 2004 Joint Claim Construction and Prehearing Statement.

4. Attached hereto as Exhibit 3 is a true and correct copy of select pages from the IEEE Standard Dictionary of Electrical and Electronics Terms, Fourth Edition (1998) (RCL011382-88).

5. Attached hereto as Exhibit 4 is a true and correct copy of select pages from the Merriam-Webster's Ninth New Collegiate Dictionary (1987) (RCL011389-407).

6. Attached hereto as Exhibit 5 is a true and correct copy of the prosecution history of United States Patent No. 4,922,432 (RCL000001-265).

7. Attached hereto as Exhibit 6 is a true and correct copy of United States Patent No. 4,703,435 (RCL008592-607).

8. Attached hereto as Exhibit 7 is a true and correct copy of page 654 from the IBM Dictionary of Computing (DEF084598).

9. Attached hereto as Exhibit 8 is a true and correct copy of select pages from the Merriam-Webster's Ninth New Collegiate Dictionary (1987) (RCL011411-13).

10. Attached hereto as Exhibit C1 is a true and correct copy of Vitronics Corp. v. Conceptronic, Inc., 90 F.3d 1576 (Fed. Cir. 1996).

11. Attached hereto as Exhibit C2 is a true and correct copy of Markman v. Westview Instruments, Inc., 517 U.S. 370 (1996).

1   12. Attached hereto as Exhibit C3 is a true and correct copy of <u>Markman v. Westview
2   Instruments, Inc.</u>, 52 F.3d 967 (Fed. Cir. 1995) (en banc).
3   13. Attached hereto as Exhibit C4 is a true and correct copy of <u>Tex. Digital Sys., Inc.
4   v. Telegenix, Inc.</u>, 308 F.3d 1193 (Fed. Cir. 2002).
5   14. Attached hereto as Exhibit C5 is a true and correct copy of <u>Teleflex, Inc. v. Ficosa
6   N. Am. Corp.</u>, 299 F.3d 1313 (Fed. Cir. 2002).
7   15. Attached hereto as Exhibit C6 is a true and correct copy of <u>Golight, Inc. v.
8   Wal-Mart Stores, Inc.</u>, 355 F.3d 1327 (Fed. Cir. 2004).
9   16. Attached hereto as Exhibit C7 is a true and correct copy of <u>Sunrace Roots Enter.
10  Co. v. SRAM Corp.</u>, 336 F.3d 1298 (Fed. Cir. 2003).
11  17. Attached hereto as Exhibit C8 is a true and correct copy of <u>Omega Eng'g, Inc. v.
12  Raytek Corp.</u>, 334 F.3d 1314 (Fed. Cir. 2003).
13  18. Attached hereto as Exhibit C9 is a true and correct copy of <u>Pall Corp. v. Micron
14  Separations, Inc.</u>, 66 F.3d 1211 (Fed. Cir. 1995).
15  19. Attached hereto as Exhibit C10 is a true and correct copy of <u>Zimmer, Inc. v.
16  Howmedica Osteonics Corp.</u>, No. 03-1428, 2004 U.S. App. LEXIS 10598 (Fed. Cir. May 26,
17  2004).
18  20. Attached hereto as Exhibit C11 is a true and correct copy of <u>SRI Int'l v.
19  Matsushita Elec. Corp. of Am.</u>, 775 F.2d 1107 (Fed. Cir. 1985).
20  21. Attached hereto as Exhibit C12 is a true and correct copy of <u>Union Oil Co. v.
21  Atl. Richfield Co.</u>, 208 F.3d 989 (Fed. Cir. 2000).
22  22. Attached hereto as Exhibit C13 is a true and correct copy of <u>Scripps Clinic &
23  Research Found. v. Genentech, Inc.</u>, 927 F.2d 1565 (Fed. Cir. 1991).
24  23. Attached hereto as Exhibit C14 is a true and correct copy of <u>ZMI Corp. v. Cardiac
25  Resuscitator Corp.</u>, 844 F.2d 1576 (Fed. Cir. 1988).
26  24. Attached hereto as Exhibit C15 is a true and correct copy of <u>Eastman Kodak Co.
27  v. Goodyear Tire & Rubber Co.</u>, 114 F.3d 1547 (Fed. Cir. 1997).
28

25.  Attached hereto as Exhibit C16 is a true and correct copy of <u>Cybor Corp. v. FAS Techs., Inc.</u>, 138 F.3d 1448 (Fed. Cir. 1998).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Signed at Washington, D.C. on August 27, 2004.

August 27, 2004                                    /s/ Eric Oliver
                                                                Eric Oliver