Teresa M. Corbin (SBN 132360)
Thomas Mavrakakis (SBN 177927)
Matthew E. Hocker (SBN 188546)
HOWREY SIMON ARNOLD & WHITE, LLP
301 Ravenswood Avenue
Menlo Park, California 94025
Telephone: (650) 463-8100
Facsimile: (650) 463-8400

Attorneys for Defendants AEROFLEX INCORPORATED,
AMI SEMICONDUCTOR, INC., MATROX
ELECTRONIC SYSTEMS, LTD., MATROX
GRAPHICS INC., MATROX INTERNATIONAL
CORP. and MATROX TECH, INC. and for Plaintiff
SYNOPSYS, INC.

E-filing

FILED

SEP 10 2004

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICOH COMPANY, LTD.,<br><br>    Plaintiff,<br><br>    vs.<br><br>AEROFLEX INCORPORATED, et al.,<br><br>    Defendants.<br><br>SYNOPSYS, INC.,<br><br>    Plaintiff,<br><br>    vs.<br><br>RICOH COMPANY, LTD., a Japanese corporation<br><br>    Defendant. | Case No. C03-04669 MJJ (EMC)<br><br>Case No. C03-2289 MJJ (EMC)<br><br>**STIPULATION ALLOWING SYNOPSYS AND THE DEFENDANTS TO FILE A RESPONSIVE BRIEF IN SUPPORT OF CLAIM CONSTRUCTION EXCEEDING 25 PAGES AND ORDER THEREON** |

STIPULATION ALLOWING SYNOPSYS AND THE
DEFENDANTS TO FILE A RESPONSIVE BRIEF
EXCEEDING 25 PAGES
Case Nos. 03-04669 MJJ (EMC) and 03-02289 MJJ (EMC)

HOWREY
SIMON
ARNOLD &
WHITE

1  **IT IS HEREBY STIPULATED AND AGREED** by and between Ricoh Company, Ltd. and
2  Plaintiff Synopsys, Inc. and Defendants Aeroflex, Incorporated, AMI Semiconductor, Inc, Matrox
3  Electronic Systems, Ltd., Matrox Graphics, Inc., Matrox International Corp. and Matrox Tech, Inc.
4  ("Defendants") that due to the nature of the technology of the patent-in-suit and the number of claims
5  which must be addressed in the claim construction briefs, and that Ricoh's opening brief addressing
6  such issues was 53 pages, Synopsys and Defendants may file this Stipulation requesting leave of the
7  Court to file a responsive brief in support of their claim construction exceeding 25 pages up to and
8  including ~~80~~ 53 pages without opposition from Ricoh Company, Ltd.
9  Dated: September 8, 2004

HOWREY SIMON ARNOLD & WHITE, LLP

By: /s/ Matthew E. Hocker
Teresa M. Corbin
Thomas C. Mavrakakis
Matthew E. Hocker

Attorneys for Defendants
AEROFLEX INCORPORATED,
AMI SEMICONDUCTOR, INC., MATROX
ELECTRONIC SYSTEMS, LTD., MATROX
GRAPHICS INC., MATROX INTERNATIONAL
CORP. and MATROX TECH, INC. and Plaintiff
SYNOPSYS, INC.

DICKSTEIN SHAPIRO MORIN & OSHINSKY, LLP

By:_____
Gary Hoffman (*pro hac vice*)
Kenneth W. Brothers (*pro hac vice*)
Edward M. Meilman (*pro hac vice*)

ALTSHULER, BERZON NUSSBAUM, RUBIN &
DEMAIN
Jeffrey B. Demain

Attorneys for Plaintiff and Defendant
RICOH COMPANY, LTD.

STIPULATION ALLOWING SYNOPSYS AND THE
DEFENDANTS TO FILE A RESPONSIVE BRIEF       2
EXCEEDING 25 PAGES AND ORDER THEREON
Case Nos. 03-04669 MJJ (EMC) and 03-02289 MJJ (EMC)

HOWREY SIMON ARNOLD & WHITE

1  **IT IS HEREBY STIPULATED AND AGREED** by and between Ricoh Company, Ltd. and
2  Plaintiff Synopsys, Inc. and Defendants Aeroflex, Incorporated, AMI Semiconductor, Inc, Matrox
3  Electronic Systems, Ltd., Matrox Graphics, Inc., Matrox International Corp. and Matrox Tech, Inc.
4  ("Defendants") that due to the nature of the technology of the patent-in-suit and the number of claims
5  which must be addressed in the claim construction briefs, and that Ricoh's opening brief addressing
6  such issues was 53 pages, Synopsys and Defendants may file this Stipulation requesting leave of the
7  Court to file a responsive brief in support of their claim construction exceeding 25 pages up to and
8  including 80 pages without opposition from Ricoh Company, Ltd.
9  Dated: September 8, 2004

HOWREY SIMON ARNOLD & WHITE, LLP


By:_____
Teresa M. Corbin
Thomas C. Mavrakakis
Matthew E. Hocker

Attorneys for Defendants
AEROFLEX INCORPORATED,
AMI SEMICONDUCTOR, INC., MATROX
ELECTRONIC SYSTEMS, LTD., MATROX
GRAPHICS INC., MATROX INTERNATIONAL
CORP. and MATROX TECH, INC. and Plaintiff
SYNOPSYS, INC.


DICKSTEIN SHAPIRO MORIN & OSHINSKY, LLP

By:_____
Gary Hoffman (pro hac vice)
Kenneth W. Brothers (pro hac vice)
Edward M. Meilman (pro hac vice)

ALTSHULER, BERZON NUSSBAUM, RUBIN &
DEMAIN
Jeffrey B. Demain

Attorneys for Plaintiff and Defendant
RICOH COMPANY, LTD.

HOWREY SIMON ARNOLD & WHITE
STIPULATION ALLOWING SYNOPSYS AND THE   2
DEFENDANTS TO FILE A RESPONSIVE BRIEF
EXCEEDING 25 PAGES AND ORDER THEREON
Case Nos. 03-04669 MJJ (EMC) and 03-02289 MJJ (EMC)

RECEIVED TIME  SEP. 8.  2:44PM

1 **ORDER**

2 Having read and considered the foregoing stipulation, and good cause appearing therefor,

3 **PURSUANT TO STIPULATION, IT IS ORDERED** that the claim construction brief filed

4 on behalf of Synopsys, Inc. and Defendants Aeroflex Incorporated, AMI Semiconductor, Inc., Matrox

5 Electronic Systems, Ltd., Matrox Graphics, Inc., Matrox International Corp. and Matrox Tech, Inc.

6 may exceed the page limits specified in Civil L.R. 7.3, as stipulated by the parties.

7 Dated: 9/10/2004

8 _____
  Hon. Martin J. Jenkins

STIPULATION ALLOWING SYNOPSYS AND THE   2
DEFENDANTS TO FILE A RESPONSIVE BRIEF
EXCEEDING 25 PAGES AND ORDER THEREON
Case Nos. 03-04669 MJJ (EMC) and 03-02289 MJJ (EMC)

HOWREY SIMON ARNOLD & WHITE