Gary M. Hoffman (*Pro Hac Vice*)
Kenneth W. Brothers (*Pro Hac Vice*)
DICKSTEIN SHAPIRO MORIN
 & OSHINSKY, LLP
2101 L Street, NW
Washington, DC  20037-1526
Phone (202) 785-9700
Fax (202) 887-0689

Edward A. Meilman (*Pro Hac Vice*)
DICKSTEIN SHAPIRO MORIN
 & OSHINSKY, LLP
1177 Avenue of the Americas
New York, New York  10036-2714
Phone (212) 835-1400
Fax (212) 997-9880

Jeffrey B. Demain, State Bar No. 126715
Jonathan Weissglass, State Bar No. 185008
ALTSHULER, BERZON, NUSSBAUM, RUBIN & DEMAIN
177 Post Street, Suite 300
San Francisco, California  94108
Phone  (415) 421-7151
Fax (415) 362-8064

Attorneys for Ricoh Company, Ltd.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| RICOH COMPANY, LTD.,<br><br>            Plaintiff,<br><br>    vs.<br><br>AEROFLEX INCORPORATED, et al.,<br><br>            Defendants. | **CASE NO. C-03-4669-MJJ (EMC)**<br>**CASE NO. C-03-2289-MJJ (EMC)**<br><br>**[PROPOSED] ORDER GRANTING RICOH'S MISCELLANEOUS ADMINISTRATIVE REQUEST** |
| SYNOPSYS, INC.,<br><br>            Plaintiff,<br><br>    vs.<br><br>RICOH COMPANY, LTD.,<br><br>            Defendant. | |

1  This matter is presented on the miscellaneous administrative request by plaintiff and declaratory judgment defendant Ricoh Co., Ltd. ("Ricoh") regarding the Markman briefs filed by the ASIC Defendants and Synopsys on September 10, 2004, and any response, and having been sufficiently advised of the premises, it is HEREBY ORDERED:

The Markman briefs and related exhibits filed by ASIC Defendants and Synopsys on September 10, 2004, are hereby STRICKEN from the record.

By no later than September __, 2004, the ASIC Defendants and Synopsys may file Markman briefs and related exhibits in compliance with this Court's Order of September 10, 2004. The ASIC Defendants and Synopsys are instructed that any such briefs shall be limited to intrinsic evidence.

By no later than seven business days after it receives the ASIC Defendants and Synopsys' Markman brief, or seven days after the date of this order, whichever is later, Ricoh shall have the right to file a reply brief not to exceed 35 pages in length.

SO ORDERED.

_____
UNITED STATES DISTRICT COURT

September __, 2004