IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSIS, INC., | No. C 03-2289 MJJ |
| Plaintiff. | No. C 03-4669 MJJ |
| v. | **ORDER** |
| RICOH CO., LTD. | |
| Defendant. | |
| RICOH CO., LTD., | |
| Plaintiff, | |
| v. | |
| AEROFLEX INC., et al., | |
| Defendants. | |

The Court has read and considered the parties' submissions with respect to Ricoh's miscellaneous administrative request. The re-filed responsive brief filed September 14, 2004 (including accompanying

///
///
///
///

**United States District Court**
For the Northern District of California

1  exhibits)[1] will be the operative one in this matter.  Ricoh's reply brief, which may not exceed 20 pages, shall
2  be filed by September 20, 2004.

4  **IT IS SO ORDERED.**

6  Dated: September 15, 2004                              /s/
                                                         MARTIN J. JENKINS
7                                                        UNITED STATES DISTRICT JUDGE

---

[1] The Court requests chambers copies of the re-filed brief as well as supporting documents.

2