1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICOH COMPANY, LTD., <br><br>     Plaintiff, <br><br>     vs. <br><br> AEROFLEX INCORPORATED, et al., <br><br>     Defendants. | Case No. C03-04669 MJJ (EMC) <br><br> Case No. C03-2289 MJJ (EMC) <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF SYNOPSYS, INC.'S AND DEFENDANTS' MOTION REQUESTING EQUAL PRESENTATION TIME AT TUTORIAL** |
| SYNOPSYS, INC., <br><br>     Plaintiff, <br><br>     vs. <br><br> RICOH COMPANY, LTD., a Japanese corporation <br><br>     Defendant. | Date:  To Be Determined <br> Time:  To Be Determined <br> Courtroom: 11 <br> Judge:  Martin J. Jenkins |

Case Nos. C03-04669 MJJ (EMC) and C03-2289 MJJ (EMC)
[Proposed] Order

HOWREY
SIMON
ARNOLD &
WHITE

DM_US\8064279.v1

1

1    This matter came before the Court on October ___, 2004 on motion by Plaintiff Synopsis, Inc.
2  and Defendants Aeroflex, Inc., AMI Semiconductor Inc., Matrox Electronic Systems, Ltd., Matrox
3  Graphics, Inc., Matrox International Corp. and Matrox Tech, Inc. (collectively "Synopsys and
4  Defendants") requesting equal presentation time at the tutorial.
5    After consideration of the papers filed in support of the motion, any papers filed in opposition,
6  and any oral argument of counsel:
7    IT IS ORDERED, ADJUDGED, AND DECREED that:
8    Synopsys and Defendants are allowed equal presentation time at the October 20, 2004 neutral
9  expert tutorial.  The amount of time allocated for each presentation is _____.

Dated: _____, 2004                    _____
                                                   The Honorable Martin J. Jenkins
                                                   United States District Court Judge

Submitted October 5, 2004 by:
HOWREY SIMON ARNOLD & WHITE, LLP

By:     /s/ Thomas C. Mavrakakis
        Teresa M. Corbin
        Thomas C. Mavrakakis
        301 Ravenswood Avenue
        Menlo Park, CA  94025-3434
        Telephone:  (650) 463-8100
        Facsimile:  (650) 463-8400
        Attorneys for Plaintiff SYNOPSYS, INC.
        and for Defendants AEROFLEX INCORPORATED,
        AMI SEMICONDUCTOR, INC., MATROX
        ELECTRONIC SYSTEMS, LTD., MATROX
        GRAPHICS, INC., MATROX INTERNATIONAL
        CORP. and MATROX TECH, INC.

Case Nos. C03-04669 MJJ (EMC) and C03-2289 MJJ (EMC)                                              2
[Proposed] Order