UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICOH COMPANY, LTD., <br><br> Plaintiff, <br><br> vs. <br><br> AEROFLEX INCORPORATED, et al., <br><br> Defendants. | Case No. C03-04669 MJJ (EMC) <br><br> Case No. C03-2289 MJJ (EMC) <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF SYNOPSYS, INC.'S AND DEFENDANTS' MOTION TO SHORTEN TIME FOR HEARING ON MOTION REQUESTING EQUAL PRESENTATION TIME AT TUTORIAL** |
| SYNOPSYS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> RICOH COMPANY, LTD., a Japanese corporation <br><br> Defendant. | Date: To Be Determined <br> Time: To Be Determined <br> Courtroom: 11 <br> Judge: Martin J. Jenkins |

Case Nos. C03-04669 MJJ (EMC) and C03-2289 MJJ (EMC)
[Proposed] Order

**HOWREY SIMON ARNOLD & WHITE**

DM_US\8064400.v1

1

This matter came before the Court on October ___, 2004 on motion by Plaintiff Synopsis, Inc. and Defendants Aeroflex, Inc., AMI Semiconductor Inc., Matrox Electronic Systems, Ltd., Matrox Graphics, Inc., Matrox International Corp. and Matrox Tech, Inc. (collectively "Synopsys and Defendants") seeking shortened time for the hearing on the motion requesting equal presentation time at the tutorial.

After consideration of the papers filed in support of the motion, any papers filed in opposition, and any oral argument of counsel:

IT IS ORDERED, ADJUDGED, AND DECREED that:

1. The hearing date for the motion requesting equal presentation time at the tutorial is set for October 13, 2004.
2. Ricoh shall file and serve its opposition brief to that motion on October 8, 2004.
3. Synopsys and Defendants shall waive their right to a reply brief.

Dated: _____, 2004

_____
The Honorable Martin J. Jenkins
United States District Court Judge

Submitted October 5, 2004 by:
HOWREY SIMON ARNOLD & WHITE, LLP

By:    /s/ Thomas C. Mavrakakis
       Teresa M. Corbin
       Thomas C. Mavrakakis
       301 Ravenswood Avenue
       Menlo Park, CA  94025-3434
       Telephone:  (650) 463-8100
       Facsimile:  (650) 463-8400
       Attorneys for Plaintiff SYNOPSYS, INC.
       and for Defendants AEROFLEX INCORPORATED,
       AMI SEMICONDUCTOR, INC., MATROX
       ELECTRONIC SYSTEMS, LTD., MATROX
       GRAPHICS, INC., MATROX INTERNATIONAL
       CORP. and MATROX TECH, INC.

Case Nos. C03-04669 MJJ (EMC) and C03-2289 MJJ (EMC)
[Proposed] Order

HOWREY
SIMON
ARNOLD &
WHITE

DM_US\8064400.v1

2