Gary M. Hoffman (*Pro Hac Vice*)
Kenneth W. Brothers (*Pro Hac Vice*)
DICKSTEIN SHAPIRO MORIN
  & OSHINSKY, LLP
2101 L Street, NW
Washington, DC  20037-1526
Phone (202) 785-9700
Fax (202) 887-0689

Edward A. Meilman (*Pro Hac Vice*)
DICKSTEIN SHAPIRO MORIN
  & OSHINSKY, LLP
1177 Avenue of the Americas
New York, New York  10036-2714
Phone (212) 835-1400
Fax (212) 997-9880

Jeffrey B. Demain, State Bar No. 126715
Jonathan Weissglass, State Bar No. 185008
ALTSHULER, BERZON, NUSSBAUM, RUBIN & DEMAIN
177 Post Street, Suite 300
San Francisco, California  94108
Phone  (415) 421-7151
Fax (415) 362-8064

Attorneys for Ricoh Company, Ltd.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| RICOH COMPANY, LTD.,<br><br>        Plaintiff,<br><br>  vs.<br><br>AEROFLEX INCORPORATED, et al.,<br><br>        Defendants<br><br>SYNOPSYS, INC.,<br><br>        Plaintiff,<br><br>  vs.<br><br>RICOH COMPANY, LTD.,<br><br>        Defendant. | **CASE NO. C-03-2289-MJJ (EMC)**<br><br>**CASE NO. C-03-4669-MJJ (EMC)**<br><br>**DECLARATION OF EDWARD A. MEILMAN IN SUPPORT OF RICOH'S OPPOSITION TO MOTION TO SHORTEN TIME**<br><br>**Date:  To Be Determined**<br>**Time:  To Be Determined**<br>**Courtroom:  11**<br>**Judge:  Judge Jenkins** |

1  Edward A. Meilman declares as follows:

2  1.  I am an attorney with the law firm of Dickstein, Shapiro, Morin & Oshinsky, LLP, counsel for Ricoh Company Limited. I am over the age of 21 and am competent to make this declaration. Based on my personal knowledge and information, I hereby declare to all the facts in this declaration

2.  Attached hereto as Ex. 1 is a true and correct copy of a letter dated October 4, 2004 from Gary M. Hoffman, Ricoh's counsel, to Tom Mavrakakis, Defendants' counsel

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Signed at New York, New York on October 6, 2004

/s/ Edward A. Meilman
Edward A. Meilman

DICKSTEIN SHAPIRO MORIN & OSHINSKY LLP
2101 L Street NW • Washington, DC 20037-1526
Tel (202) 785-9700 • Fax (202) 887-0689
Writer's Direct Dial: (202) 828-2228
E-Mail Address: HoffmanG@dsmo.com

October 4, 2004

**BY FACSIMILE and US Mail**

Tom Mavrakakis, Esq.
Howrey Simon Arnold & White LLP
301 Ravenswood Ave.
Menlo Park, CA 94025

Re:   Synopsis, Inc. V Ricoh Company, Ltd.
      Ricoh v. Aeroflex et al.

Dear Tom:

We have received the letter that you faxed to us late Friday night (8:52 p.m. Washington time).

You were unavailable when we called for our scheduled conference call earlier on Friday afternoon(1:30 p.m. your time). We had set that time for a meet and confer to discuss the differences between each of our proposed presentations. As we have repeatedly indicated to you, we were prepared to discuss each of your specific objections to our proposed presentation and also our objections to your list of bullet points that you would like to see included in the presentation. We have repeatedly proposed that we exchange a list of what information in each of the other side's proposed presentation that we are willing to accept. This would permit us to have a proper meet and confer to see if we can reach a compromise. Hopefully, you will agree to exchange such information so that we can have a proper meet and confer on the matter.

Ricoh has taken care to make the tutorial presentation neutral and to avoid any of Ricoh's claim construction positions. We have repeatedly asked you to identify any non-neutral or improper claim construction points in the detailed presentation Ricoh provided to you. While you keep saying there are such points, you still refuse to identify what they are. You have therefore frustrated Ricoh's attempt to conduct a meet and confer.

To date, all that you have done is to continue your threat to take the matter to the Court unless Synopsys and the Defendants are provided with a 100% veto power over any information that we place in a tutorial or unless we simply limit the tutorial to the bullet points that Synopsys and the Defendants' propose. Both approaches are obviously completely inconsistent with the process set forth by the Court. If this is the sole issue that you wish to take to the Court, i.e. that Ricoh should have no say in any tutorial presentation at all and it should be totally controlled by Synopsys and the Defendants, then that issue is ripe for consideration by the Court. However, if the issue

1177 Avenue of the Americas • New York, NY 10036-2714
Tel (212) 835-1400 • Fax (212) 997-9880
www.DicksteinShapiro.com

DSMDB.1830552.1

October 4, 2004
Page 2

is as to what should be in a presentation being made by Ricoh and whether there is really any need for a separate presentation by Synopsys and the Defendants, then that issue is premature until there has been cooperation by Synopsys and the Defendants in exchanging information and having a meet and confer. Unfortunately, to date you have refused to participate in such activities.

Very truly yours,

Gary M. Hoffman

GMH/ncz
cc:   Edward Meilman, Esq.

```
*********************
***   TX REPORT    ***
*********************

TRANSMISSION OK

TX/RX NO              2468
CONNECTION TEL        180#0171#16504638400
SUBADDRESS
CONNECTION ID
ST. TIME              10/04 16:44
USAGE T               00'38
PGS. SENT             3
RESULT                OK
```

# FAX TRANSMISSION

**DICKSTEIN SHAPIRO MORIN & OSHINSKY LLP**

**DATE:** October 4, 2004

**CLIENT NO.:** R2180.0171

**MESSAGE TO:** Tom Mavrakakis, Esq.

**COMPANY:** Howrey Simon Arnold & White LLP

**FAX NUMBER:** 650-463-8400

**PHONE:**

**FROM:** Gary M. Hoffman, Esq.          **TIMEKEEPER NO.:**

**PHONE:** 202-828-2228

**PAGES (Including Cover Sheet):** 3    **HARD COPY TO FOLLOW:** _x_ YES ___ NO

| SENT BY: | | DATE/TIME: | |
|---|---|---|---|

**MESSAGE:**