**FILED**

OCT 15 2004

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSIS, INC., | No. C 03-2289 MJJ |
| Plaintiff. | No. C 03-4669 MJJ |
| v. | **ORDER** |
| RICOH CO., LTD. | |
| Defendant. | |
| | |
| RICOH CO., LTD., | |
| Plaintiff, | |
| v. | |
| AEROFLEX INC., et al., | |
| Defendants. | |

The Court hereby notifies the parties that the Court will construe only ten terms at the *Markman* hearing scheduled for October 29, 2004. The parties should meet and confer, and submit to the Court a list of ten terms no later than October 20, 2004.

**IT IS SO ORDERED.**

Dated: October 15, 2004

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE