IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSIS, INC., <br>    Plaintiff. <br>  v. <br> RICOH CO., LTD. <br>    Defendant. <br>_____/ <br> RICOH CO., LTD., <br>    Plaintiff, <br>  v. <br> AEROFLEX INC., et al., <br>    Defendants. <br>_____/ | No. C 03-2289 MJJ <br> No. C 03-4669 MJJ <br><br> **AMENDED ORDER** |

The Court hereby notifies the parties that the Court will construe only ten terms at the *Markman* hearing scheduled for October 29, 2004. The parties should meet and confer, and submit to the Court a list of ten terms no later than October 20, 2004. To the extent further construction of terms is necessary, the Court will address such terms at a later date.

**IT IS SO ORDERED.**

Dated: October ___, 2004

                    MARTIN J. JENKINS
                    UNITED STATES DISTRICT JUDGE