**United States District Court**
For the Northern District of California

1
2
3
4     IN THE UNITED STATES DISTRICT COURT
5     FOR THE NORTHERN DISTRICT OF CALIFORNIA
6
7  SYNOPSIS, INC.,                          No. C 03-2289 MJJ
                                            No. C 03-4669 MJJ
8            Plaintiff.
9       v.                                  **AMENDED ORDER**
10 RICOH CO., LTD.
11           Defendant.
12 _____/
13 RICOH CO., LTD.,
14           Plaintiff,
15      v.
16 AEROFLEX INC., et al.,
17           Defendants.
18 _____/

19     The Court hereby notifies the parties that the Court will construe only ten terms at the *Markman*
20 hearing scheduled for October 29, 2004.  The parties should meet and confer, and submit to the Court a
21 list of ten terms no later than October 20, 2004.  To the extent further construction of terms is necessary,
22 the Court will address such terms at a later date.
23
24     **IT IS SO ORDERED.**
25
26 Dated: October 15, 2004                        /s/
                                            MARTIN J. JENKINS
27                                          UNITED STATES DISTRICT JUDGE
28