

E-filing

1  Gary M. Hoffman (*Pro Hac Vice*)
   Kenneth W. Brothers (*Pro Hac Vice*)
2  DICKSTEIN SHAPIRO MORIN
     & OSHINSKY LLP
3  2101 L Street, NW
   Washington, DC 20037-1526
4  Telephone: (202) 785-9700
   Facsimile: (202) 887-0689
5
   Edward A. Meilman (*Pro Hac Vice*)
6  DICKSTEIN SHAPIRO MORIN
     & OSHINSKY LLP
7  1177 Avenue of the Americas
   New York, New York 10036-2714
8  Telephone: (212) 835-1400
   Facsimile: (212) 997-9880
9
   Jeffrey B. Demain, State Bar No. 126715
10 Jonathan Weissglass, State Bar No. 185008
   ALTSHULER, BERZON, NUSSBAUM, RUBIN & DEMAIN
11 177 Post Street, Suite 300
   San Francisco, California 94108
12 Telephone: (415) 421-7151
   Facsimile: (415) 362-8064
13
   Attorneys for Ricoh Company, Ltd.
14

**FILED**

OCT 19 2004

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

15              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
16                  SAN FRANCISCO DIVISION

| | |
|---|---|
| 17  SYNOPSYS, INC.,                                   | CASE NO. C-03-2289-MJJ (EMC) |
| 18              Plaintiff,                            | CASE NO. C-03-4669-MJJ (EMC) |
| 19      vs.                                           | APPLICATION FOR AN ORDER RE DELIVERY OF EQUIPMENT AND COURTROOM SET UP FOR CLAIM CONSTRUCTION TUTORIAL AND HEARING AND [PROPOSED] ORDER |
| 20  RICOH COMPANY, LTD.,                              | |
| 21              Defendant.                            | |
| 22  RICOH COMPANY, LTD.,                              | |
| 23              Plaintiff,                            | Tutorial Date: October 20, 2004 |
|                                                       | Tutorial Time: 2:30 PM |
|                                                       | Courtroom: 11 |
| 24      vs.                                           | Judge: Martin J. Jenkins |
| 25  AEROFLEX INCORPORATED, et al.,                    | Claim Construction Date: October 29, 2004 |
|                                                       | Claim Construction Time: 9:30 AM |
| 26              Defendants                            | Courtroom: 11 |
|                                                       | Judge: Martin J. Jenkins |
| 27  | |

28

CASE NOS. CV-03-2289-MJJ (EMC) and CV-03-4669-MJJ (EMC)
APPLICATION FOR AN ORDER RE DELIVERY OF EQUIPMENT AND COURTROOM SET UP FOR CLAIM CONSTRUCTION
TUTORIAL AND HEARING AND ][PROPOSED] ORDER

DSMDB.1835308.2

Ricoh Company, Ltd. ("Ricoh") is planning to use computer and video equipment during the claim construction tutorial scheduled for October 20, 2004, at 2:30 p.m. and at the claim construction hearing scheduled for October 29, 2004, at 9:30 a.m., both in Department 11 of this Court. Synopsys and the Aeroflex et al. Defendants (collectively "Defendants") and Ricoh have agreed to share the equipment listed at items 1.a) through d), and f) through j), as well as any external audio speakers (described at item 1.e)) of Defendants' Application for An Order Re Delivery Of Equipment And Courtroom Set Up For Claim Construction Tutorial And Hearing And [Proposed] Order, dated October 13, 2004.

For the convenience of the Court and the parties, Ricoh requests access by representatives of its vendor Animators at Law and by Ricoh's legal representatives to Department 11 in advance of the tutorial and claim construction hearings during the delivery and installation of the shared equipment into Department 11 by Defendants' vendors. Ricoh further requests access by its aforementioned representatives for the delivery and installation of the equipment listed below, prior to the time scheduled for start of the hearings.

Ricoh hereby applies for and respectfully requests the court to enter an Order as follows:

TO THE UNITED STATES MARSHALL, COURT PERSONNEL AND ALL OTHER PERSONS WITH NOTICE OF THIS ORDER:

On Wednesday, October 20, 2004, between the hours of 10:30 a.m. and 1:00 p.m. (in preparation for a tutorial hearing scheduled to be heard in Department 11 at 2:30 p.m.), and on Friday, October 29, 2004, between the hours of 8:00 a.m. and 9:30 a.m. (in preparation for a hearing scheduled to be heard in Department 11 at 9:30 a.m.), the following equipment, materials and persons SHALL be permitted entry into the United States Courthouse for the Northern District of California, and access to Department 11:

1. Personnel from and/or under the direction of Animators at Law, Dickstein Shapiro Morin & Oshinsky LLP, and Altshuler, Berzon, Nussbaum, Rubin & Demain will be delivering and moving into this Court the following equipment:

1         Two laptops including related docking stations and/or power adapters, disk drives and CD-ROM drives, keyboards, wired or wireless remote controls, light pens, and audio speakers.

2. Personnel from and/or under the direction of Ricoh and its counsel will be delivering numerous boxes of presentation binders/notebooks and related materials.

3. To the extent possible, Ricoh and its vendors and legal representatives shall be permitted to deliver the aforementioned materials and equipment into the courthouse through the service entrance.

4. Ricoh and the Court request the assistance of the United States Marshall Service in securing the courtroom and witness room containing the above equipment and materials.

Dated: October 15, 2004                               Respectfully submitted,

                                                        /s/
                                                  Gary M. Hoffman
                                                  Dickstein Shapiro Morin & Oshinsky LLP
                                                  Attorneys for Ricoh Company, Ltd.

**ORDER**

IT IS SO ORDERED

Dated: 10/18/2004

                                                  Honorable Martin J. Jenkins
                                                  United States District Court Judge