IN THE UNITED STATED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

**HONORABLE MARTIN J. JENKINS**     Courtroom Clerk: **Monica Tutson**

DATE: **October 20, 2004**     Court reporter: **Diane Skillman**

Case Number:     **C03-2289MJJ**
                 **C03-4669 MJJ**

Case Name:     **SYNOPSYS, INC**     v.     **RICOH COMPANY, LTD**
               **RICOH CO.**         v.     **AEROFLEX, INC., et al.**


COUNSEL FOR PLAINTIFF(S):                COUNSEL FOR DEFENDANT(S):
Jeffrey Demain                           Thomas Mavrakakis, Teresa Corbin
Gary Hoffman                             Thaddeus Kowalski, Erik Oliver


PROCEEDINGS:                             RULING:
1.
2.

(**X**) **Tutorial**     ( )P/T Conference     ( )Case Management Conference

ORDERED AFTER HEARING:


ORDER TO BE PREPARED BY:     Plntf ()  Deft ()  Court ()

Referred to Magistrate Judge     For:

CASE CONTINUED TO:   for

Discovery Cut-Off:          Expert Discovery Cut-Off:

Parties to Name Experts by:     Expert Reports to be Tendered by:

Designation of Supplemental/Rebuttal Experts:     Reports:

Dispositive Motion shall be heard by:

Pre-Trial Conference Date :          at 3:30 p.m.

Trial Date:     at 8:30 a.m.  Set for  days
                Type of Trial:  ( )Jury     ( )Court

Notes:

Case 5:03-cv-02289-JW    Document 212    Filed 10/20/2004    Page 2 of 2

Notes: