IN THE UNITED STATED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

**HONORABLE MARTIN J. JENKINS**          Courtroom Clerk: **Monica Tutson**

DATE: **December 15, 2004**          Court reporter: **Diane Skillman**

| Case Number: | C03-2289MJJ | SYNOPSYS, INC | v. | RICOH COMPANY, LTD |
|---|---|---|---|---|
| | C03-4669 MJJ | RICOH CO. | v. | AEROFLEX, INC., et al. |

COUNSEL(S) FOR SYNOPSYS:          COUNSEL(S) FOR RICOH:
**Thomas Mavrakakis, Teresa Corbin**          **Gary Hoffman**
**Thaddeus Kowalski, Erik Oliver**          **Eric Oliver**
**Jaclyn Fink**          **Jonathan Weissglass**

PROCEEDINGS:          RULING:
1. **Claims Constructions**
2.

() Status Conference          ()P/T Conference          ()Case Management Conference

ORDERED AFTER HEARING:
**Matter shall be continued to either 1/4/05 or 1/18/05.  Parties shall advise the court by close of business Friday, December 17, 2004.**

ORDER TO BE PREPARED BY:    Plntf ()  Deft ()  Court ()

Referred to Magistrate Judge          For:

CASE CONTINUED TO:   for

Discovery Cut-Off:          Expert Discovery Cut-Off:

Parties to Name Experts by:     Expert Reports to be Tendered by:

Designation of Supplemental/Rebuttal Experts:     Reports:

Dispositive Motion shall be heard by:

Pre-Trial Conference Date :          at 3:30 p.m.

Trial Date:     at 8:30 a.m.  Set for  days
          Type of Trial:  ()Jury     ( )Court