December 17, 2004

<u>Via Fax to 415-522-3605 and E-File</u>

The Honorable Martin J. Jenkins
United States District Court
Northern District of California
450 Golden Gate Ave
San Francisco, CA 94102

Re:   *Synopsys, Inc., v. Ricoh Co., Ltd.* Case No. CV 03-02289 MJJ (MCC)
      *Ricoh Co., Ltd. v. Aeroflex Inc. et. al,* Case No. CV 03-04669 MJJ (MCC)

Dear Judge Jenkins:

      The parties have consulted regarding the two dates you offered for continuing the claims construction hearing in the above-mentioned cases. The parties have agreed to January 18, 2005, as the date for continuing of the claims construction hearing. A corresponding proposed Order is respectfully submitted with this letter.

      Very truly yours,

Dated: December 17, 2004          DICKSTEIN SHAPIRO MORIN & OSHINSKY

                                            By: /s/ Gary M. Hoffman
                                                Gary M. Hoffman (202) 828-2228
                                                Eric Oliver (202) 861-9185
                                                DeAnna Allen (202) 572-2656
                                                Attorneys for Ricoh Company, Ltd.

Dated: December 17, 2004          HOWREY SIMON ARNOLD & WHITE, LLP

                                            By: /s/ Teresa M. Corbin
                                                Teresa M. Corbin
                                                Christopher Kelley
                                                Thomas C. Mavrakakis (650) 463-8169
                                                Attorneys for Synopsys, Inc. and
                                                      Aeroflex Incorporated, et al.

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>SAN FRANCISCO DIVISION | |

| | |
|---|---|
| RICOH COMPANY, LTD.,<br><br>    Plaintiff,<br><br>vs.<br><br>AEROFLEX INCORPORATED, et al.,<br><br>    Defendants | **CASE NO. C-03-4669-MJJ (EMC)**<br><br>**CASE NO. C-03-2289-MJJ (EMC)** |
| SYNOPSYS, INC.,<br><br>    Plaintiff,<br><br>vs.<br><br>RICOH COMPANY, LTD.,<br><br>    Defendant | **[PROPOSED] ORDER REGARDING CONTINUATION OF CLAIMS CONSTRUCTION HEARING**<br><br>**Date: January 18, 2005**<br>**Time: 2:00 p.m.**<br>**Courtroom: 11**<br>**Judge: Martin J. Jenkins** |

Upon consideration of the Parties' joint letter dated December 17, 2004, the Court being fully advised of the premises, it is HEREBY ORDERED:

The Claim Construction hearing, which began on December 15, 2004, shall be continued on January 18, 2005 at 2:00 p.m.

IT IS SO ORDERED.

Dated: _____

HON. MARTIN J. JENKINS

DICKSTEIN
SHAPIRO
MORIN &
OSHINSKY
LLP

DSMDB.1861417.2