**FILED**

DEC 22 2004

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| RICOH COMPANY, LTD., <br><br> Plaintiff, <br><br> vs. <br><br> AEROFLEX INCORPORATED, et al., <br><br> Defendants | CASE NO. C-03-4669-MJJ (EMC) <br><br> CASE NO. C-03-2289-MJJ (EMC) |
| SYNOPSYS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> RICOH COMPANY, LTD., <br><br> Defendant | [PROPOSED] ORDER REGARDING CONTINUATION OF CLAIMS CONSTRUCTION HEARING <br><br> Date: January 18, 2005 <br> Time: 2:00 p.m. <br> Courtroom: 11 <br> Judge: Martin J. Jenkins |

Upon consideration of the Parties' joint letter dated December 17, 2004, the Court being fully advised of the premises, it is HEREBY ORDERED:

The Claim Construction hearing, which began on December 15, 2004, shall be continued on January 18, 2005 at 2:00 p.m. (The parties will be given 2 hours to finish the presentation) mjj

IT IS SO ORDERED.

Dated: 12/21/2004

HON. MARTIN J. JENKINS

DICKSTEIN SHAPIRO MORIN & OSHINSKY LLP

DSMDB.1861417.2