E-filing

1  Teresa M. Corbin (SBN 132360)
   Thomas Mavrakakis (SBN 177927)
2  HOWREY SIMON ARNOLD & WHITE, LLP
   301 Ravenswood Avenue
3  Menlo Park, California 94025
   Telephone: (650) 463-8100
4  Facsimile: (650) 463-8400

5  Attorneys for Plaintiff SYNOPSYS, INC.
   and for Defendants AEROFLEX INCORPORATED,
6  AMI SEMICONDUCTOR, INC., MATROX
   ELECTRONIC SYSTEMS, LTD., MATROX
7  GRAPHICS INC., MATROX INTERNATIONAL
   CORP. and MATROX TECH, INC.

**FILED**

JAN 0 7 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICOH COMPANY, LTD., <br><br> Plaintiff, <br><br> vs. <br><br> AEROFLEX INCORPORATED, et al., <br><br> Defendants. | Case No. C03-04669 MJJ (EMC) <br><br> Case No. C03-2289 MJJ (EMC) <br><br> **JOINT APPLICATION FOR AN ORDER RE DELIVERY OF EQUIPMENT AND COURTROOM SET UP FOR CONTINUED CLAIM CONSTRUCTION HEARING AND [~~PROPOSED~~] ORDER** |
| SYNOPSYS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> RICOH COMPANY, LTD., a Japanese corporation <br><br> Defendant. | Claim Construction Date: January 18, 2005 <br> Claim Construction Time: 2:00 p.m. <br> Courtroom: 11 <br> Judge: Martin J. Jenkins |

HOWREY
SIMON
ARNOLD &
WHITE

1  Plaintiff Synopsys, Inc. ("Synopsys") and Defendants Aeroflex Incorporated, AMI Semiconductor, Inc., Matrox Electronic Systems, Ltd., Matrox Graphics Inc., Matrox International Corp. and Matrox Tech, Inc. ("Defendants"), and Plaintiff and Defendant Ricoh Company, Ltd. ("Ricoh") are planning to use computer and video equipment at the continued claim construction hearing scheduled for January 18, 2005, at 2:00 p.m. in Department 11 of this court. For the convenience of the Court and the parties, Synopsys, Defendants and Ricoh request access by their vendor ThinkTwice, Inc. and Animators at Law and by their legal representatives to Department 11 in advance of the claim construction hearing in order to move the equipment into Department 11, and install it prior to the time scheduled for start of the hearing.

Synopsys, Defendants and Ricoh hereby apply for and respectfully request the Court to enter an Order as follows:

TO THE UNITED STATES MARSHALL, COURT PERSONNEL AND ALL OTHER PERSONS WITH NOTICE OF THIS ORDER:

On Tuesday, January 18, 2005, between the hours of 12:30 p.m. and 2:00 p.m., the following equipment, materials and persons SHALL be permitted entry into the United States Courthouse for the Northern District of California, and access to Department 11:

1. Personnel from and/or under the direction of ThinkTwice, Inc., Animators at Law, Howrey Simon Arnold & White, LLP, Dickstein Shapiro Morin & Oshinsky, LLP and Altshuler, Berzon, Nussbaum, Rubin & Demain will be delivering and moving into this court the following equipment:

   a) one video/computer projector;
   b) one ELMO;
   c) one projector screen;
   d) 4 – 15" data monitors;
   e) four laptops including related docking stations and/or power adapters, disk drives and CD-ROM drives, keyboards, light pens, audio speakers;
   f) switches, distribution amps and line doublers for the above equipment;
   g) carts and stands for the above equipment;

HOWREY
SIMON
ARNOLD &
WHITE

-2-

h)   cables and power strips for the above equipment;

i)   tools and supplies, such as gaffer tape, necessary to install the above equipment; and

j)   auxiliary easels for presentation of posters and scratchpads;

2.   Personnel from and/or under the direction of Howrey Simon Arnold & White, LLP, Dickstein Shapiro Morin & Oshinsky, LLP and Altshuler, Berzon, Nussbaum, Rubin & Demain will be delivering numerous boxes of exhibits, exhibit binders, depositions and related materials.

3.   To the extent possible, Synopsys, Defendants and Ricoh and their vendors shall be permitted to deliver the aforementioned materials and equipment into the courthouse through the service entrance.

4.   Synopsys, Defendants and Ricoh and the Court request the assistance of the United States Marshall Service in securing the courtroom and witness room containing the above equipment and materials.

Dated: January 5, 2005                    Respectfully submitted,


/s/ Thomas C. Mavrakakis
Thomas C. Mavrakakis
Howrey Simon Arnold & White, LLP
Attorneys for Synopsys, Inc. and Defendants Aeroflex, et al.


/s/ Gary M. Hoffman
Gary M. Hoffman
Dickstein Shapiro Morin & Oshinsky, LLP
Attorneys for Ricoh Company, Ltd.


**ORDER**

IT IS SO ORDERED.

Dated: 1/7/2005

Honorable Martin J. Jenkins
United States District Court Judge