IN THE UNITED STATED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

**HONORABLE MARTIN J. JENKINS**         Courtroom Clerk: **Monica Tutson**

DATE: **January 18, 2005**            Court reporter: **Juanita Gonzales**

Case Number:      **C03-2289MJJ**

Case Name:        **SYNOPSYS, INC**        v.    **RICOH COMPANY, LTD**

COUNSEL FOR PLAINTIFF(S):         COUNSEL FOR DEFENDANT(S):
**Teresa Corbin**                 **Jonathan Weissglass, Eric Oliver, Gary Hoffman**

PROCEEDINGS:                      RULING:
1.  **Claims Construction**               **Submitted**
2.

( ) Status Conference        ( )P/T Conference        ( )Case Management Conference

ORDERED AFTER HEARING:


ORDER TO BE PREPARED BY:    Plntf ()  Deft ()  Court (**x**)

Referred to Magistrate Judge        For:


CASE CONTINUED TO:   for

Discovery Cut-Off:          Expert Discovery Cut-Off:

Parties to Name Experts by:      Expert Reports to be Tendered by:

Designation of Supplemental/Rebuttal Experts:     Reports:

Dispositive Motion shall be heard by:

Pre-Trial Conference Date :        at 3:30 p.m.

Trial Date:    at 8:30 a.m.  Set for  days
               Type of Trial:  ( )Jury     ( )Court

Notes: