Gary M. Hoffman (*Pro Hac Vice*)
Kenneth W. Brothers (*Pro Hac Vice*)
Eric Oliver (*Pro Hac Vice*)
DeAnna Allen (*Pro Hac Vice*)
DICKSTEIN SHAPIRO MORIN & OSHINSKY, LLP
2101 L Street, N.W.
Washington, D.C. 20037-1526
Telephone: (202) 785-9700
Facsimile: (202) 887-0689

Edward A. Meilman (*Pro Hac Vice*)
DICKSTEIN SHAPIRO MORIN & OSHINSKY LLP
1177 Avenue of the Americas
New York, New York 10036-2714
Phone: (212) 835-1400
Fax: (212) 992-9880

Jeffrey B. Demain (SBN 126715)
Jonathan Weissglass (SBN 185008)
ALTSHULER, BERZON, NUSSBAUM,
 RUBIN & DEMAIN
177 Post Street, Suite 300
San Francisco, California 94108
Phone: (415) 421-7151
Fax: (415) 362-8064

Attorneys for Ricoh Company, Ltd.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICOH COMPANY, LTD.,<br><br>        Plaintiff,<br><br>vs.<br><br>AEROFLEX INC., et al.,<br><br>        Defendants.<br><br>―――――――――――――<br><br>SYNOPSYS, INC.,<br><br>        Plaintiff,<br><br>vs.<br><br>RICOH COMPANY, LTD.,<br><br>        Defendant. | **Case No. C-03-4669 MJJ**<br><br>**Case No. C-03-2289 MJJ**<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE** |

It is hereby stipulated by the parties to the above-captioned actions, by and through their undersigned counsel of record, as follows:

1. The parties request that the Status Conference set by the Court for June 7, 2005 at 2:00 p.m. be rescheduled because of scheduling difficulties for Ricoh's lead counsel who will be out of the country on that date.

2. All counsel are available on June 14, 2005. Accordingly, the parties request that the Court reset the Status Conference for June 14, 2005 at 2:00 p.m.

The foregoing is hereby so stipulated and agreed.

Dated: April 21, 2005

Respectfully submitted,

Teresa M. Corbin
Christopher Kelley
Erik K. Moller
HOWREY SIMON ARNOLD & WHITE, LLP
301 Ravenswood Avenue
Menlo Park, California 94025
Telephone: (650) 463-8100
Fax: (650) 463-8400

By: _____
Teresa M. Corbin

Attorneys for Defendants Aeroflex, Inc., et al., and Plaintiff Synopsys, Inc.

Dated: April 21, 2005

Gary M. Hoffman
Kenneth W. Brothers
Eric Oliver
DeAnna Allen
DICKSTEIN SHAPIRO MORIN & OSHINSKY LLP
2101 L Street NW
Washington, D.C. 20037-1526
Telephone: (202) 785-9700
Facsimile: (202) 887-0689

Edward A. Meilman
DICKSTEIN SHAPIRO MORIN & OSHINSKY LLP
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 896-5471
Facsimile: (212) 997-9880

Case Nos. C03-4669 MJJ and C03-2289 MJJ  Page 2
STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE

Jeffrey B. Demain, State Bar No. 126715
Jonathan Weissglass, State Bar No. 185008
ALTSHULER, BERZON, NUSSBAUM,
RUBIN & DEMAIN
177 Post Street, Suite 300
San Francisco, California 94108
Phone: (415) 421-7151
Fax: (415) 362-8064

By: /s/ Gary Hoffman
Gary M. Hoffman

Attorneys for Plaintiff/Defendant Ricoh Company, Ltd.

# [PROPOSED] ORDER

The Status Conference is hereby continued to June 14, 2005 at 2:00 p.m. The parties are instructed to file a Joint Status Conference Statement, pursuant to Civil L.R. 16-9, 10 days prior to the Status Conference.

Dated: _____

_____
THE HONORABLE MARTIN J. JENKINS
UNITED STATES DISTRICT COURT JUDGE