1  Teresa M. Corbin (SBN 132360)
   Jaclyn C. Fink (SBN 217913)
2  HOWREY SIMON ARNOLD & WHITE, LLP
   525 Market Street, Suite 3600
3  San Francisco, California 94105
   Telephone: (415) 848-4900
4  Facsimile: (415) 848-4999

5  Attorneys for Plaintiff SYNOPSYS, INC.
   and for Defendants AEROFLEX INCORPORATED,
6  AEROFLEX COLORADO SPRINGS. INC.,
   AMI SEMICONDUCTOR, INC.,
7  MATROX ELECTRONIC SYSTEMS, LTD.,
   MATROX GRAPHICS INC.,
8  MATROX INTERNATIONAL CORP.,
   and MATROX TECH, INC.
9

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13

| | |
|---|---|
| 14  RICOH COMPANY, LTD., | Case No. C03-04669 MJJ (EMC) |
| 15        Plaintiff, | Case No. C03-2289 MJJ (EMC) |
| 16     vs. | **STIPULATION ALLOWING PARTIES** |
| 17  AEROFLEX INCORPORATED, et al., | **EXTENSION OF TWO DAYS TO FILE JOINT CASE MANAGEMENT** |
| 18        Defendants. | **CONFERENCE STATEMENT AND ORDER THEREON** |
| 19  | Granted |
| 20  SYNOPSYS, INC., | |
| 21        Plaintiff, | |
| 22     vs. | |
| 23  RICOH COMPANY, LTD., a Japanese corporation | |
| 24  | |
| 25        Defendant. | |

26
27
28

**HOWREY LLP**

STIPULATION ALLOWING TWO DAY EXTENSION
TO FILE JOINT CMC STATEMENT
Case Nos. 03-04669 MJJ (EMC) and 03-02289 MJJ (EMC)
DM_US\8212480.v1

**IT IS HEREBY STIPULATED AND AGREED** by and between Ricoh Company, Ltd. and Plaintiff Synopsys, Inc. and Defendants Aeroflex, Incorporated, Aeroflex Colorado Springs, Inc., AMI Semiconductor, Inc., Matrox Electronic Systems, Ltd., Matrox Graphics, Inc., Matrox International Corp. and Matrox Tech, Inc. ("Defendants") that due to requiring more time to complete the Joint Case Management Conference ("CMC") Statement, Synopsys and Defendants may file this Stipulation requesting leave of the Court to file the Joint CMC Statement on June 8, 2005, rather than June 6, 2005, for the June 14, 2005 Case Management Conference.

Dated: June 6, 2005

HOWREY SIMON ARNOLD & WHITE, LLP

By: /s/ Teresa M. Corbin
Teresa M. Corbin
Jaclyn C. Fink

Attorneys for Plaintiff SYNOPSYS, INC.
and Defendants AEROFLEX INCORPORATED,
AEROFLEX COLORADO SPRINGS, INC., AMI
SEMICONDUCTOR, INC., MATROX ELECTRONIC
SYSTEMS, LTD., MATROX GRAPHICS INC.,
MATROX INTERNATIONAL CORP. and MATROX
TECH, INC.

DICKSTEIN SHAPIRO MORIN & OSHINSKY, LLP

By: /s/ Gary Hoffman
Gary Hoffman (*pro hac vice*)
Kenneth W. Brothers (*pro hac vice*)
Edward M. Meilman (*pro hac vice*)

ALTSHULER, BERZON NUSSBAUM, RUBIN & DEMAIN
Jeffrey B. Demain

Attorneys for Plaintiff and Defendant
RICOH COMPANY, LTD.

STIPULATION ALLOWING TWO DAY EXTENSION   2
TO FILE JOINT CMC STATEMENT

**ORDER**

Having read and considered the foregoing stipulation, and good cause appearing therefor,

**PURSUANT TO STIPULATION, IT IS ORDERED** that the Joint Case Management Conference Statement may be filed on June 8, 2005 for the June 14, 2005 Joint Case Management Conference, as stipulated by the parties.

Dated: 6/13/2005

/s/ _____
Hon. Martin J. Jenkins

STIPULATION ALLOWING TWO DAY EXTENSION    2
TO FILE JOINT CMC STATEMENT