IN THE UNITED STATED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

**HONORABLE MARTIN J. JENKINS**                Courtroom Clerk: **Monica Tutson**

DATE:  **July 13, 2005**                            Court reporter: **Not reported**

Case Number:       **C03-2289MJJ**
                   **C03-4669 MJJ**

Case Name:     **SYNOPSYS, INC**         v.     **RICOH COMPANY, LTD**

COUNSEL FOR PLAINTIFF(S):                COUNSEL FOR DEFENDANT(S):
**Teresa Corbin , Thomas Marakakis**         **Jeffrey Demain, Gary Hoffman**
                                         **DeAnna Allen**

PROCEEDINGS:                             RULING:
1.
2.

(**X**) Status Conference       ( )P/T Conference        ( )Case Management Conference

ORDERED AFTER HEARING:


ORDER TO BE PREPARED BY:    Plntf ()  Deft ()  Court (**x**)

Referred to Magistrate Judge       For:


CASE CONTINUED TO:   **Friday, July 22, 2005 @ 2:00 pm**   for **Telephone Status Conference**
                                                          [Plaintiff shall initiate call]

Discovery Cut-Off:              Expert Discovery Cut-Off:

Parties to Name Experts by:     Expert Reports to be Tendered by:

Designation of Supplemental/Rebuttal Experts:     Reports:

Dispositive Motion shall be heard by:

Pre-Trial Conference Date :         at 3:30 p.m.

Trial Date:     at 8:30 a.m.   Set for  days
                Type of Trial:   ( )Jury     ( )Court

Notes: