IN THE UNITED STATED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

**HONORABLE MARTIN J. JENKINS**          Courtroom Clerk: **Monica Tutson**

DATE: **July 22, 2005**                   Court reporter: **Not reported**

Case Number:    **C03-2289MJJ**
                **C03-4669 MJJ**

Case Name:    **SYNOPSYS, INC**    v.    **RICOH COMPANY, LTD**

COUNSEL FOR PLAINTIFF(S):              COUNSEL FOR DEFENDANT(S):
**Teresa Corbin , Thomas Marakakis**    **Gary Hoffman, DeAnna Allen, Eric Oliver**

PROCEEDINGS:                                    RULING:
1.
2.

(**X**) Status Conference        ( )P/T Conference        ( )Case Management Conference

ORDERED AFTER HEARING:

ORDER TO BE PREPARED BY:    Plntf ( )  Deft ( )  Court (**x**)

Referred to Magistrate Judge **Spero**    For:    **Settlement in June 2006.**

CASE CONTINUED TO:        for

Discovery Cut-Off: **1/27/2006**        Expert Discovery Cut-Off:  **3/31/2006**

Parties to Name Experts by:    **2/10/2006**    Expert Reports to be Tendered by:    **2/7/2006**

Designation of Supplemental/Rebuttal Experts:    **3/10/2006**    Reports:  **3/10/2006**

Dispositive Motion shall be heard by:    **May 16, 2006.**

Pre-Trial Conference Date :    **July 11, 2006**    at 3:30 p.m.

Trial Date:    **July 24, 2006** at 8:30 a.m.    Set for **3 weeks**
              Type of Trial:  (**X**)Jury    ( )Court

Notes:    **Defendant's List of products by category due : 8/15/2005; Infringement Contingents due 10/17/2005; Final Invalidity Contingents due 11/7/2005**