DICKSTEIN SHAPIRO MORIN & OSHINSKY LLP

2101 L Street NW • Washington, DC 20037-1526
Tel (202) 785-9700 • Fax (202) 887-0689
Writer's Direct Dial: (202) 429-2184
E-Mail Address: BrothersK@dsmo.com

August 29, 2005

**VIA ELECTRONIC FILING**

Honorable Edward M. Chen
United States Magistrate Judge
U.S. District Court
450 Golden Gate Avenue
San Francisco, CA 94102

    Re:    Ricoh v. Aeroflex, et al., Case No. CV-03-4669 MJJ (EMC)
              Synopsys v. Ricoh, Case No. CV-03-2289 MJJ (EMC)

Dear Judge Chen:

        We write with respect to the Court's Order of August 16, 2005, and our letter to you of Friday, August 26, advising the Court that we had not received defendants' portion of the joint letter. Counsel for the defendants finally transmitted their portion of the joint letter at 11:30 p.m. (ET) on Friday, August 26. Ricoh's counsel was surprised to see that the length of the letter had more than tripled, and that defendants intended to submit 27 exhibits. Ricoh's counsel transmitted a revised draft to defendants' counsel this morning at 10:30 a.m. (PT). As of 5:50 p.m. (ET), we have not received anything back from defendants' counsel. Unfortunately, defendants' actions are delaying the process for Ricoh to quickly bring the issues in a clear and concise manner before the Court for resolution. Ricoh must again beg the Court's indulgence for yet another day delay, but it is for reasons solely under the control of the defendants.

                                                              Sincerely,

                                                           Kenneth W. Brothers

cc: Terry Corbin

1177 Avenue of the Americas • New York, NY 10036-2714
Tel (212) 835-1400 • Fax (212) 997-9880
www.DicksteinShapiro.com
DSMDB.1973419.2