Case 5:03-cv-02289-JW   Document 265   Filed 09/16/2005   Page 1 of 1



525 Market Street
Suite 3600
San Francisco, CA 94105-2708
T 415.848.4900
F 415.848.4999
www.howrey.com

Direct Dial 415.848.4944
File 06816.0060.000000

September 16, 2005

**VIA E-FILE**

Hon. Edward M. Chen
United States Magistrate Judge
United States District Court
 Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

      Re:   *Synopsys v. Ricoh Company, Ltd.,*
            **Case No. C03-2289 MJJ (EMC)**
            *Ricoh Company, Ltd. v. Aeroflex, Inc., et al.,*
            **Case No. C03-4669 MJJ (EMC)**

Dear Magistrate Judge Chen:

      Please be advised that the parties are still discussing the Special Master issues raised in your September 8, 2005 Order Regarding Guidance and Meet and Confer. The parties will file a joint letter relating to those issues and suggesting candidates by no later than Tuesday, September 20, 2005, at 4:00 p.m.

                                           Respectfully yours,

                                           /s/
                                           Kenneth Brothers
                                           Attorney for Ricoh Company, Ltd.

                                           /s/
                                           Teresa M. Corbin
                                           Attorney for Synopsys and the
                                           Customer Defendants