```
 1  Gary M. Hoffman (Pro Hac Vice)
    Kenneth W. Brothers (Pro Hac Vice)
 2  DICKSTEIN SHAPIRO MORIN
      & OSHINSKY, LLP
 3  2101 L Street, NW
    Washington, DC  20037-1526
 4  Phone (202) 785-9700
    Fax (202) 887-0689
 5
    Edward A. Meilman (Pro Hac Vice)
 6  DICKSTEIN SHAPIRO MORIN
      & OSHINSKY, LLP
 7  1177 Avenue of the Americas
    New York, New York  10036-2714
 8  Phone (212) 835-1400
    Fax (212) 997-9880
 9
    Jeffrey B. Demain, State Bar No. 126715
10  Jonathan Weissglass, State Bar No. 185008
    ALTSHULER, BERZON, NUSSBAUM, RUBIN & DEMAIN
11  177 Post Street, Suite 300
    San Francisco, California  94108
12  Phone  (415) 421-7151
    Fax (415) 362-8064
13
    Attorneys for Ricoh Company, Ltd.
14
```

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICOH COMPANY, LTD., <br><br> Plaintiff, <br><br> vs. <br><br> AEROFLEX ET AL, <br><br> Defendants. <br>_____ <br><br> SYNOPSYS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> RICOH COMPANY, LTD., <br><br> Defendants. <br>_____ | **CASE NO. CV 03-4669-MJJ (EMC)** <br><br> **Consolidated with** <br><br> **CASE NO. CV 03-2289** <br><br> **NOTICE OF WITHDRAWAL OF DISCOVERY MOTION** |

1 | Please take notice that due to an agreement in principle between the parties, Plaintiff Ricoh Company, Ltd., hereby withdraws without prejudice the discovery matter relating to sales and marketing information that the Court had set for hearing on October 14, 2005.

Dated: September 21, 2005

Respectfully submitted,

Ricoh Company, Ltd.

By: /s/ Kenneth W. Brothers

Gary M. Hoffman
Kenneth W. Brothers
Eric Oliver
DICKSTEIN SHAPIRO MORIN *&*
   OSHINSKY  LLP
2101 L Street NW
Washington, D.C.  20037-1526
Telephone: (202) 785-9700
Facsimile: (202) 887-0689

Edward A. Meilman
DICKSTEIN SHAPIRO MORIN *&*
   OSHINSKY  LLP
1177 Avenue of the Americas
New York, New York  10036
Telephone:  (212) 896-5471
Facsimile:  (212) 997-9880

Jeffrey B. Demain, State Bar No. 126715
Jonathan Weissglass, State Bar No. 185008
Altshuler, Berzon, Nussbaum, Rubin & Demain
177 Post Street, Suite 300
San Francisco, California  94108
Phone:  (415) 421-7151
Fax:  (415) 362-8064

Attorneys for Ricoh Company, Ltd.