IN THE UNITED STATED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTES

**HONORABLE MARTIN J. JENKINS**                    Courtroom Clerk: **Monica Tutson**

DATE: **November 1, 2005**                         Court reporter: **Belle Ball**

Case Number:    **C03-2289MJJ**    **Synopsys, Inc.**    v.    **Ricoh Co., Ltd**
                **C03-4669 MJJ**   **Ricoh Co., Ltd**    v.    **Aeroflex Inc., et al.**

COUNSEL FOR PLAINTIFF(S):                COUNSEL FOR DEFENDANT(S):
**Teresa Corbin**                        **Gary Hoffman**
**Erik Oliver**                          **Jonathan Weissglass**
**Denise De Mory**

PROCEEDINGS:                                             RULING:
1.   **Defendants' Motion for Partial Summary Judgent**   **Submitted**
2.

() Status Conference         ()P/T Conference         ()Case Management Conference

ORDERED AFTER HEARING:


ORDER TO BE PREPARED BY:   Plntf ()  Deft ()  Court (**X**)

Referred to Magistrate Judge        For:

CASE CONTINUED TO:        for


Discovery Cut-Off:         Expert Discovery Cut-Off:

Parties to Name Experts by:        Expert Reports to be Tendered by:

Designation of Supplemental/Rebuttal Experts:        Reports:

Dispositive Motion shall be heard by:

Pre-Trial Conference Date :              at 3:30 p.m.

Trial Date:    at 8:30 a.m.   Set for
                Type of Trial:   ()Jury      ( )Court

Notes: