1  Teresa M. Corbin (SBN 132360)
   Denise M. De Mory (SBN 168076)
2  Jaclyn C. Fink (SBN 217913)
   HOWREY LLP
3  525 Market Street, Suite 3600
   San Francisco, California 94105
4  Telephone:  (415) 848-4900
   Facsimile:   (415) 848-4999
5
   Attorneys for Plaintiff SYNOPSYS, INC.
6  and for Defendants AEROFLEX INCORPORATED,
   AMI SEMICONDUCTOR, INC., MATROX
7  ELECTRONIC SYSTEMS, LTD., MATROX
   GRAPHICS, INC., MATROX INTERNATIONAL
8  CORP., MATROX TECH, INC. and AEROFLEX
   COLORADO SPRINGS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICOH COMPANY, LTD.,<br><br>  Plaintiff,<br><br>  vs.<br><br>AEROFLEX INCORPORATED, et al.,<br><br>  Defendants.<br><br>SYNOPSYS, INC.,<br><br>  Plaintiff,<br><br>  vs.<br><br>RICOH COMPANY, LTD.,<br><br>  Defendant. | Case No. C03-04669 MJJ (EMC)<br><br>Case No. C03-2289 MJJ (EMC)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO AMEND THEIR ANSWERS AND COUNTERCLAIMS**<br><br><br>Date: December 13, 2005<br>Time: 9:30 a.m.<br>Courtroom: 11, 19th Floor<br>Judge: Martin J. Jenkins |

HOWREY LLP

Case Nos. C03-4669 MJJ (EMC) and C03-2289 MJJ (EMC)
[PROPOSED] ORDER GRANTING DEFENDANTS'
MOTION FOR LEAVE TO AMEND
DM_US\8276583.v1

1  On November 8, 2005, Defendants Aeroflex Incorporated, AMI Semiconductor, Inc., Matrox Electronic Systems, Ltd., Matrox Graphics, Inc., Matrox International Corp., Matrox Tech, Inc., and Aeroflex Colorado Springs, Inc. (collectively the "Customer Defendants") filed a Motion For Leave To Amend Their Answers And Counterclaims. The matter, having been fully briefed, came before the Court on December 13, 2005.

The motion, the memoranda, and supporting evidence of the parties having been considered, and oral argument having been heard, the Court GRANTS Customer Defendants' Motion For Leave To Amend Their Answers And Counterclaims.

This order is a final determination of the issues raised in Customer Defendants' Motion For Leave To Amend Their Answers And Counterclaims, and these issues are not subject to future proceedings prior to a final order of judgment in this case.

IT IS SO ORDERED.

DATED: _____

_____
The Honorable Martin J. Jenkins
United States District Court Judge

Submitted November 8, 2005 by:
HOWREY LLP


By: /s/ _____
    Denise M. De Mory
    Attorneys for Defendants
    AEROFLEX INCORPORATED, AMI
    SEMICONDUCTOR, INC., MATROX
    ELECTRONIC SYSTEMS, LTD., MATROX
    GRAPHICS INC., MATROX
    INTERNATIONAL CORP., MATROX
    TECH, INC., and AEROFLEX COLORADO
    SPRINGS, INC.

HOWREY LLP

Case Nos. C03-4669 MJJ (EMC) and C03-2289 MJJ (EMC)
[PROPOSED] ORDER GRANTING DEFENDANTS'
MOTION FOR LEAVE TO AMEND
DM_US\8276583.v1