Gary M. Hoffman (*Pro Hac Vice*)
Kenneth W. Brothers (*Pro Hac Vice*)
DICKSTEIN SHAPIRO MORIN & OSHINSKY LLP
2101 L Street, NW
Washington, DC 20037-1526
Telephone: (202) 785-9700
Facsimile: (202) 887-0689

Edward A. Meilman (*Pro Hac Vice*)
DICKSTEIN SHAPIRO MORIN & OSHINSKY LLP
1177 Avenue of the Americas
New York, New York 10036-2714
Telephone: (212) 835-1400
Facsimile: (212) 997-9880

Jeffrey B. Demain, State Bar No. 126715
Jonathan Weissglass, State Bar No. 185008
ALTSHULER, BERZON, NUSSBAUM, RUBIN & DEMAIN
177 Post Street, Suite 300
San Francisco, California 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

Attorneys for Ricoh Company, Ltd.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

SYNOPSYS , INC.,

Plaintiff,

v.

RICOH COMPANY, LTD.,

Defendants.

Case No. CV-03-2289-MJJ (EMC)

RICOH'S OPPOSITION TO SYNOPSYS' MOTION FOR LEAVE TO AMEND

Date: December 13, 2005
Time: 9:30 a.m.
Courtroom: 11, 19th floor
Judge: Martin J. Jenkins

The inclusion of this action in the Motion and proposed order headings is an obvious error in that the pleadings in this action are not sought to be changed in any way. If not withdrawn, the Motion for leave to amend should be denied for that reason and for the reasons set forth in Ricoh's Opposition To Defendants' Motion For Leave To Amend Their Answers And Counterclaims filed in companion action CV-03-4669-MJJ.

Dated: November 16, 2005

Ricoh Company, Ltd.

By: ______________________

Jeffrey B. Demain, State Bar No. 126715
Jonathan Weissglass, State Bar No. 185008
Altshuler, Berzon, Nussbaum, Rubin & Demain
177 Post Street, Suite 300
San Francisco, California 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

Gary M. Hoffman
Ken Brothers
Eric Oliver
DICKSTEIN SHAPIRO MORIN & OSHINSKY LLP
2101 L Street NW
Washington, D.C. 20037-1526
Telephone: (202) 785-9700
Facsimile: (202) 887-0689

Edward A. Meilman
DICKSTEIN SHAPIRO MORIN & OSHINSKY LLP
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 896-5471
Facsimile: (212) 997-9880

Attorneys for Ricoh Company, Ltd.

Gary M. Hoffman (*Pro Hac Vice*)
Kenneth W. Brothers (*Pro Hac Vice*)
DICKSTEIN SHAPIRO MORIN & OSHINSKY LLP
2101 L Street, NW
Washington, DC 20037-1526
Telephone: (202) 785-9700
Facsimile: (202) 887-0689

Edward A. Meilman (*Pro Hac Vice*)
DICKSTEIN SHAPIRO MORIN & OSHINSKY LLP
1177 Avenue of the Americas
New York, New York 10036-2714
Telephone: (212) 835-1400
Facsimile: (212) 997-9880

Jeffrey B. Demain, State Bar No. 126715
Jonathan Weissglass, State Bar No. 185008
ALTSHULER, BERZON, NUSSBAUM, RUBIN & DEMAIN
177 Post Street, Suite 300
San Francisco, California 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

Attorneys for Ricoh Company, Ltd.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

SYNOPSYS , INC.,

Plaintiff,

v.

RICOH COMPANY, LTD.,

Defendants.

Case No. CV-03-2289-MJJ (EMC)

[PROPOSED] ORDER DENYING MOTION FOR LEAVE TO AMEND

Date: December 13, 2005
Time: 9:30 a.m.
Courtroom: 11, 19th floor
Judge: Martin J. Jenkins

On November 8, 2005, Plaintiff Synopsys, Inc. filed a Motion For Leave To Amend. The matter, having been fully briefed, came before the Court on December 13, 2005.

The motion, the memoranda, and supporting evidence of the parties having been considered, and oral argument having been heard, the Court DENIES Synopsys, Inc.'s Motion For Leave To Amend.

IT IS SO ORDERED

DATED: ______________

______________________________
The Honorable Martin J. Jenkins
United States District Court Judge