# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

**CASE NOS.:** C-03-2289 MJJ (JCS); C-03-4669 MJJ (JCS)

**CASE NAMES:** *Synopsys, Inc. v. Ricoh Co., Ltd.*
*Ricoh Co., Ltd. v. Aeroflex, et al.*

**MAGISTRATE JUDGE JOSEPH C. SPERO**     **CLERK:** Mary A. Macudzinski-Gomez

**DATE:** 12/1/05   **TIME:** .5 hr.     **COURT REPORTER:** not reported

**COUNSEL FOR PLAINTIFF(S):**            **COUNSEL FOR DEFENDANT(S):**

Teresa M. Corbin                          Gary M. Hoffman
Denise M. De Mory

## PROCEEDINGS

☐ SETTLEMENT CONFERENCE         ☐ FURTHER SETTLEMENT CONFERENCE

☐ DISCOVERY CONFERENCE

☐ STATUS CONFERENCE RE:

X TELEPHONIC CONFERENCE RE: Settlement Conference Issues and Date

☐ OTHER:

CASE CONTINUED TO: _____ FOR _____

NOTES:

A joint Settlement Conference was scheduled for June 6, 2006, at 9:30 a.m. Letters to the Court identifying the principals who will attend both the Settlement Conference and the meeting of principals are due on or before December 8, 2005. Ricoh's settlement proposal shall be served no later than May 2, 2006. A response/counter-proposal from Synopsys and Aeroflex, et al. shall be served no later than May 9, 2006. A meeting of the principals shall take place on May 16, 2006. Settlement Conference Statements (no page limits) shall be lodged with Chambers (JCS) no later than May 23, 2006.