1  Gary M. Hoffman (*Pro Hac Vice*)
   Kenneth W. Brothers (*Pro Hac Vice*)
2  Eric Oliver (*Pro Hac Vice*)
   DeAnna Allen (*Pro Hac Vice*)
3  DICKSTEIN SHAPIRO MORIN & OSHINSKY, LLP
   2101 L Street, N.W.
4  Washington, D.C.  20037-1526
   Telephone:  (202) 785-9700
5  Facsimile:  (202) 887-0689

6  Edward A. Meilman (*Pro Hac Vice*)
   DICKSTEIN SHAPIRO MORIN & OSHINSKY LLP
7  1177 Avenue of the Americas
   New York, New York  10036-2714
8  Phone:  (212) 835-1400
   Fax:  (212) 992-9880
9
   Jeffrey B. Demain (SBN 126715)
10 Jonathan Weissglass (SBN 185008)
   ALTSHULER, BERZON, NUSSBAUM,
11   RUBIN & DEMAIN
   177 Post Street, Suite 300
12 San Francisco, California  94108
   Phone:  (415) 421-7151
13 Fax: (415) 362-8064

14 Attorneys for Ricoh Company, Ltd.

15            UNITED STATES DISTRICT COURT

16        FOR THE NORTHERN DISTRICT OF CALIFORNIA

17

18 RICOH COMPANY, LTD.,                    ) **Case No.  C-03-4669 MJJ**
                                           )
19              Plaintiff,                 )
                                           ) **Case No.  C-03-2289 MJJ**
20      vs.                                )
                                           )
21 AEROFLEX INC., et al.,                  )
                                           ) **PROOF OF SERVICE**
22              Defendants.                )
   _____)
23                                         )
   SYNOPSYS, INC.,                         )
24                                         )
                Plaintiff,                 )
25                                         )
        vs.                                )
26                                         )
   RICOH COMPANY, LTD.,                    )
27                                         )
                Defendant.                 )
28 _____)

1

**PROOF OF SERVICE**

2

**CASE:**      *Ricoh v. Aeroflex et al. / Synopsys, Inc. v. Ricoh Company, Ltd.*

3

**CASE NO:**   U.S. District Court, N.D. Cal., Nos. C03-4669 and C03-2289 MJJ (EMC)

4

     I am employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within action; my business address is 177 Post Street,

5

Suite 300, San Francisco, California 94108. On February 9, 2006, I served the following document(s):

6

FEBRUARY 9, 2006 JOINT LETTER TO THE HONORABLE EDWARD M. CHEN

7

(SUBMITTED UNDER SEAL VERSION)

8

on the parties, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below for service as designated below:

9

By Federal Express: I caused each such envelope to be delivered to Federal Express

10

Corporation at San Francisco, California, with whom we have a direct billing account to be delivered to the office of the addressee on the next business day.

11

12

| **ADDRESSEE** | **PARTY** |
|---|---|
| Teresa Corbin, Esq. | Attorneys for Plaintiff |
| Howrey LLP | Synopsys, Inc. and Defendants |
| 525 Market Street, Suite 3600 | Aeroflex et al. |
| San Francisco, CA 94105-2708 | |

13

14

15

     I declare under penalty of perjury under the laws of the State of California that the

16

foregoing is true and correct. Executed this February 9, 2006, at San Francisco, California.

17

18

                _____/s/_____
                        Edward Lin

19

20

21

22

23

24

25

26

27

28