1  Teresa M. Corbin (SBN 132360)
   Denise M. De Mory (SBN 168076)
2  Jaclyn C. Fink (SBN 217913)
   HOWREY LLP
3  525 Market Street, Suite 3600
   San Francisco, California  94105
4  Telephone: (415) 848-4900
   Facsimile: (415) 848-4999
5
   Attorneys for Plaintiff SYNOPSYS, INC.
6  and for Defendants AEROFLEX INCORPORATED,
   AEROFLEX COLORADO SPRINGS, INC., AMI
7  SEMICONDUCTOR, INC., MATROX
   ELECTRONIC SYSTEMS, LTD.,
8  MATROX GRAPHICS, INC.,
   MATROX INTERNATIONAL CORP.,
9  and MATROX TECH, INC.

                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                        SAN FRANCISCO DIVISION

| | |
|---|---|
| RICOH CORMPANY, LTD.,<br><br>     Plaintiff,<br><br>vs.<br><br>AEROFLEX INCORPORATED, et al.,<br><br>     Defendants. | Case No.  C03-04669 MJJ (EMC)<br>          C03-02289 MJJ (EMC)<br><br>**DECLARATION IN SUPPORT OF MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE CERTAIN DOCUMENTS AND EXHIBITS UNDER SEAL** |
| SYNOPSYS, INC.<br><br>     Plaintiff,<br><br>vs.<br><br>RICOH COMPANY, LTD.,<br><br>     Defendant. | |

I, DENISE M. DE MORY, declare as follows:

I am an attorney at law, admitted to practice law in the State of California, and am a partner in the law firm of Howrey LLP. I am counsel for Synopsys, Inc. and Aeroflex, et al. I have personal knowledge of the facts contained in this declaration, and if called upon to do so, I could and would testify competently thereto.

HOWREY LLP

Case No.  C03-04669 MJJ (EMC)/C03-02289 MJJ (EMC)
DECLARATION IN SUPPORT OF MISCELLANEOUS
ADMINISTRATIVE REQUEST TO FILE UNDER SEAL

DM_US\8314226.v1

1.  A Miscellaneous Administrative Request to File Certain Documents and Exhibits Under Seal ("Request") was filed February 9, 2006 pursuant to Civil Local Rule 7-11.

2.  The Request sought permission to file under seal a Joint Letter to Magistrate Judge Edward M. Chen, dated February 6, 2006, and some of its accompanying exhibits.

3.  A Stipulated Protective Order ("Order") was entered on June 3, 2003 between the Parties.

4.  The following 14 documents are designated confidential as defined in the Order.

    a) Tiedeman Deposition Exhibit #107 (Exhibit 6 to the Joint Letter).
    b) O'Brien Deposition Exhibit #122 (Exhibit 7 to the Joint Letter).
    c) Dwyer Deposition Exhibit #29 (Exhibit 8 to the Joint Letter).
    d) Tiedeman Deposition Exhibit #108 (Exhibit 9 to the Joint Letter).
    e) O'Brien Deposition Exhibit #126 (Exhibit 10 to the Joint Letter).
    f) Dorio Deposition Exhibit #245 (Exhibit 11 to the Joint Letter).
    g) Tiedeman Deposition Exhibit #127 (Exhibit 12 to the Joint Letter).
    h) O'Brien Deposition Exhibit #109 (Exhibit 13 to the Joint Letter).
    i) Tiedeman Deposition Exhibit #110 (Exhibit 14 to the Joint Letter).
    j) Dorio Deposition Exhibit #246 (Exhibit 15 to the Joint Letter).
    k) Dorio Deposition Exhibit #247 (Exhibit 16 to the Joint Letter).
    l) Tiedeman Deposition Transcript (Exhibit 17 to the Joint Letter).
    m) O'Brien Deposition Transcript (Exhibit 18 to the Joint Letter).
    n) Dorio Deposition Transcript (Exhibit 19 to the Joint Letter).

5.  The above 14 documents should be filed under seal pursuant to the Order.

Dated: February 17, 2006                                HOWREY LLP

                                                        By: _____/s/Denise M. De Mory_____
                                                            Denise De Mory
                                                            Attorneys for Plaintiff
                                                            Synopsys, Inc.

HOWREY LLP

Case No. C03-04669 MJJ (EMC)/C03-02289 MJJ (EMC)    -2-
DECLARATION IN SUPPORT OF MISCELLANEOUS
ADMINISTRATIVE REQUEST TO FILE UNDER SEAL              DM_US\8314226.v1