Gary M. Hoffman (*Pro Hac Vice*)
Kenneth W. Brothers(*Pro Hac Vice*)
DICKSTEIN SHAPIRO MORIN
  & OSHINSKY, LLP
2101 L Street, NW
Washington, DC  20037-1526
Phone (202) 785-9700
Fax (202) 887-0689

Edward A. Meilman (*Pro Hac Vice*)
DICKSTEIN SHAPIRO MORIN
  & OSHINSKY, LLP
1177 Avenue of the Americas
New York, New York  10036-2714
Phone (212) 835-1400
Fax (212) 997-9880

Jeffrey B. Demain, State Bar No. 126715
Jonathan Weissglass, State Bar No. 185008
ALTSHULER, BERZON, NUSSBAUM, RUBIN & DEMAIN
177 Post Street, Suite 300
San Francisco, California  94108
Phone  (415) 421-7151
Fax (415) 362-8064

Attorneys for Ricoh Company, Ltd.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICOH COMPANY, LTD., <br><br> Plaintiff, <br><br> vs. <br><br> AEROFLEX ET AL, <br><br> Defendants. <br><br>_____ <br> SYNOPSYS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> RICOH COMPANY, LTD., <br><br> Defendants. | **CASE NO. CV 03-4669 MJJ (EMC)** <br> **CASE NO. CV 03-2289 MJJ (EMC)** <br><br> ~~[PROPOSED]~~ **ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE CERTAIN DOCUMENTS AND EXHIBITS UNDER SEAL** |

CASE NO. CV 03-4669-MJJ  (EMC)  AND CV 03-2289 MJJ (EMC) Page 1
[PROPOSED] ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE CERTAIN DOCUMENTS AND EXHIBITS UNDER SEAL

DSMDB.2042549.1

1   The Parties have filed a Miscellaneous Administrative Request pursuant to Civil Local Rule 7-11, and request permission to file under seal a Joint Letter to Magistrate Judge Edward M. Chen, dated February 9, 2006, and the following 14 Exhibits:

 1. Tiedeman Deposition Exhibit 107 (Exhibit 6 to the Feb. 9, 2006 Joint Letter)
 2. O'Brien Deposition Exhibit 122 (Exhibit 7 to the Feb. 9, 2006 Joint Letter)
 3. Dwyer Deposition Exhibit 29 (Exhibit 8 to the Feb. 9, 2006 Joint Letter)
 4. Tiedeman Deposition Exhibit 108 (Exhibit 9 to the Feb. 9, 2006 Joint Letter)
 5. O'Brien Deposition Exhibit 126 (Exhibit 10 to the Feb. 9, 2006 Joint Letter)
 6. Dorio Deposition Exhibit 245 (Exhibit 11 to the Feb. 9, 2006 Joint Letter)
 7. Tiedeman Deposition Exhibit 127 (Exhibit 12 to the Feb. 9, 2006 Joint Letter)
 8. O'Brien Deposition Exhibit 109 (Exhibit 13 to the Feb. 9, 2006 Joint Letter)
 9. Tiedeman Deposition Exhibit 110 (Exhibit 14 to the Feb. 9, 2006 Joint Letter)
 10. Dorio Deposition Exhibit 246 (Exhibit 15 to the Feb. 9, 2006 Joint Letter)
 11. Dorio Deposition Exhibit 247 (Exhibit 16 to the Feb. 9, 2006 Joint Letter)
 12. Tiedeman Deposition Transcript (Exhibit 17 to the Feb. 9, 2006 Joint Letter)
 13. O'Brien Deposition Transcript (Exhibit 18 to the Feb. 9, 2006 Joint Letter)
 14. Dorio Deposition Transcript (Exhibit 19 to the Feb. 9, 2006 Joint Letter)

Because the above documents include and refer to materials produced in discovery and designated confidential by the ASIC Defendants and Synopsys, this request was made pursuant to the Stipulated Protective Order in this action.

The Court hereby GRANTS this request.

IT IS SO ORDERED.

Dated: February 17, 2006

_____
The Honorable Edward M. Chen
Magistrate Judge, United States District Court