| | |
|---|---|
| 1 | Teresa M. Corbin (SBN 132360) |
| | Denise M. De Mory (SBN 168076) |
| 2 | Jaclyn C. Fink (SBN 217913) |
| | HOWREY LLP |
| 3 | 525 Market Street, Suite 3600 |
| | San Francisco, California 94105 |
| 4 | Telephone: (415) 848-4900 |
| | Facsimile: (415) 848-4999 |
| 5 | |
| | Attorneys for Plaintiff SYNOPSYS, INC. |
| 6 | and for Defendants AEROFLEX INCORPORATED, |
| | AMI SEMICONDUCTOR, INC., MATROX |
| 7 | ELECTRONIC SYSTEMS, LTD., MATROX |
| | GRAPHICS, INC., MATROX INTERNATIONAL |
| 8 | CORP., MATROX TECH, INC. and AEROFLEX |
| | COLORADO SPRINGS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

RICOH COMPANY, LTD.,

    Plaintiff,

vs.

AEROFLEX INCORPORATED, et al.,

    Defendants.

SYNOPSYS, INC.,

    Plaintiff,

vs.

RICOH COMPANY, LTD.,

    Defendant.

Case No. C03-04669 MJJ (EMC)

Case No. C03-2289 MJJ (EMC)

**[PROPOSED] ORDER GRANTING PLAINTIFF SYNOPSYS' AND CUSTOMER DEFENDANTS' MOTION TO STAY LITIGATION PENDING COMPLETION OF REEXAMINATION**

Judge: Hon. Martin J. Jenkins

Date: April 4, 2006
Time: 9:00 a.m.
Ctrm: 11, 19th Floor

1  On February 28, 2006, Plaintiff Synopsys and Defendants Aeroflex Incorporated, AMI Semiconductor, Inc., Matrox Electronic Systems, Ltd., Matrox Graphics, Inc., Matrox International Corp., Matrox Tech, Inc., and Aeroflex Colorado Springs, Inc. (collectively the "Customer Defendants") filed a Motion To Stay Litigation Pending Completion of Reexamination. The matter, having been fully briefed, came before the Court on April 4, 2006.

The motion, the memoranda, and supporting evidence of the parties having been considered, and oral argument having been heard, the Court GRANTS Synopsys' and the Customer Defendants' Motion To Stay Litigation Pending Completion of Reexamination.

IT IS SO ORDERED.

DATED: _____

The Honorable Martin J. Jenkins
United States District Court Judge

Submitted February 28, 2006 by:
HOWREY LLP

By:/s/Denise M. De Mory
   Denise M. De Mory
Attorneys for Plaintiff SYNOPSYS and Defendants AEROFLEX INCORPORATED, AMI SEMICONDUCTOR, INC., MATROX ELECTRONIC SYSTEMS, LTD., MATROX GRAPHICS INC., MATROX INTERNATIONAL CORP., MATROX TECH, INC., and AEROFLEX COLORADO SPRINGS, INC.