Teresa M. Corbin (SBN 132360)
Denise M. De Mory (SBN 168076)
Jaclyn C. Fink (SBN 217913)
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, California 94105
Telephone: (415) 848-4900
Facsimile: (415) 848-4999

Attorneys for Plaintiff SYNOPSYS, INC. and Defendants AEROFLEX INCORPORATED, AMI SEMICONDUCTOR, INC., MATROX ELECTRONIC SSYTEMS, LTD., MATROX GRAPHICS, INC., MATROX INTERNATIONAL CORP., and MATROX TECH, INC.,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC.,<br><br>            Plaintiff,<br><br>     vs.<br><br>RICOH COMPANY, LTD.,<br><br>            Defendant. | Case No. C03-02289 MJJ (EMC)<br>GRANTED<br>**ORDER ALLOWING DEPOSITIONS AT THE U.S. EMBASSY IN OSAKA-KOBE JAPAN**<br><br>Trial Date: November 27, 2006 |
| RICOH COMPANY, LTD.,<br><br>            Plaintiff,<br><br>     vs.<br><br>AEROFLEX INCORPORATED, AMI SEMICONDUCTOR, INC., MATROX ELECTRONIC SSYTEMS, LTD., MATROX GRAPHICS, INC., MATROX INTERNATIONAL CORP., and MATROX TECH, INC.,<br><br>            Defendants. | Case No. C03-4669 MJJ (EMC) |

Upon the application of Synopsys, Inc., the plaintiff in the *Synopsys, Inc. v. Ricoh Company, Ltd.* matter and Aeroflex Incorporated, AMI Semiconductor, Inc., Matrox Electronic Systems, Ltd., Matrox Graphics, Inc., Matrox International Corp., and Matrox Tech, Inc., the defendants in the *Ricoh*

*Company, Ltd. v. Aeroflex Incorporated, et al.*, matter, and pursuant to Article 17 of the U.S.-Japan Consular Convention, it is ordered that the depositions on notice of the following witnesses, who will appear voluntarily, be taken at the U.S. Embassy in Osaka-Kobe, Japan, commencing on or about April 13, 2006 and terminating on or about April 20, 2006:

1. Mr. Zenji Oka
2. Mr. Takahei Takada
3. Mr. Hisashi Ishijima

Ricoh's counsel will be accompanied by Mr. Jared Taylor who will interpret.

Counsel for Synopsys, Aeroflex, AMI, Matrox Electronic Systems, Matrox Graphics, Matrox International and Matrox Tech who will participate in said depositions are:

1. Ms. Denise M. De Mory
2. Ms. Jaclyn C. Fink

Counsel for Ricoh, Co. Ltd. who will participate in said depositions are:

1. Mr. Gary Hoffman
2. Mr. Eric Oliver
3. Ms. DeAnna Allen
4. Ms. Rebecca Barbisch

Counsel may arrive in Japan as early as April 9, 2006, in order to prepare for the deposition.

The proceedings will be reported by Ms. Louise Sousoures and will be interpreted by Mr. William Lise, Mr. Sadaaki Matsutani, or Mr. Toyu Yazaki. The proceedings will be videotaped by Mr. Paul Diserio.

Please cause the testimony of said witnesses to be videotaped and reduced to writing.

**SO ORDERED.**

Dated: March 14, 2006

_____
HON. MARTIN J. JENKINS
JUDGE, UNITED STATES DISTRICT COURT

\\\\\
\\\\\
\\\\\

1 | Approved:

2 | HOWREY LLP                                         DICKSTEIN SHAPRIO MORIN &
                                                        OSHINSKY, LLP
3

4 | By:    */s/ Denise M. De Mory*                     By:    */s/Kenneth W. Brothers*
       Denise M. De Mory                                     Kenneth W. Brothers
5      525 Market Street, Suite 3600                         2101 L Street NW
       San Francisco, CA 94105                               Washington, DC 20037
6      Attorneys for Synopsys and Aeroflex                   Attorneys for Ricoh Company, Ltd
       Incorporated, Aeroflex Colorado Springs,
7      AMI Semiconductor, Inc., Matrox
       Electronic Systems, Ltd., Matrox
8      Graphics, Inc., Matrox International
       Corp., and Matrox Tech, Inc.

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**HOWREY LLP**

Case No. C03-02289 MJJ (EMC)/C03-04669 MJJ (EMC)
ORDER ALLOWING DEPOSITIONS AT THE U.S. EMBASSY IN          -3-
OSAKA-KOBE JAPAN