1  Teresa M. Corbin (SBN 132360)
   Denise M. De Mory (SBN 168076)
2  Jaclyn C. Fink (SBN 217913)
   HOWREY LLP
3  525 Market Street, Suite 3600
   San Francisco, California 94105
4  Telephone: (415) 848-4900
   Facsimile: (415) 848-4999
5
   Attorneys for Defendants AEROFLEX INCORPORATED,
6  AEROFLEX COLORADO SPRINGS, INC., AMI
   SEMICONDUCTOR, INC., MATROX ELECTRONIC
7  SYSTEMS, LTD., MATROX GRAPHICS INC., MATROX
   INTERNATIONAL CORP., and MATROX TECH, INC.
8

9                UNITED STATES DISTRICT COURT
10               NORTHERN DISTRICT OF CALIFORNIA
11                   SAN FRANCISCO DIVISION

| | |
|---|---|
| 12  RICOH COMPANY, LTD., | Case No. C03-4669 MJJ (EMC) |
| 13      Plaintiff, | Case No. C03-2289 MJJ (EMC) |
| 14      vs. | **(PROPOSED) ORDER GRANTING EXPEDITED CONSIDERATION OF THE PARTIES' JOINT LETTERS** |
| 15  AEROFLEX INCORPORATED, AMI SEMICONDUCTOR, INC., MATROX ELECTRONIC SYSTEMS LTD., MATROX GRAPHICS INC., MATROX INTERNATIONAL CORP., MATROX TECH, INC., AND AEROFLEX COLORADO SPRINGS, INC. | Judge: Hon. Edward M. Chen |
| 19      Defendants. | |
| 20  SYNOPSYS, INC., | |
| 21      Plaintiff, | |
| 22      vs. | |
| 23  RICOH COMPANY, LTD., | |
| 24      Defendant. | |

25
26
27
28

1      The court has read and considered the Unopposed Administrative Motion (Civ. L.R. 7-11) for
2 Expedited Consideration of the Parties' Joint Letters.
3      The Court hereby GRANTS this request.
4      IT IS SO ORDERED.

6 DATED: _____

                                            THE HONORABLE EDWARD M. CHEN
                                            UNITED STATES MAGISTRATE JUDGE

HOWREY LLP

Case No. C03-4669 MJJ (EMC)
Case No. C03-2289-MJJ (EMC)
PROPOSED ORDER GRANTING EXPEDITED CONSIDERATION
OF THE PARTIES' JOINT LETTERS

-1-