| | |
|---|---|
| 1 | Teresa M. Corbin (SBN 132360) |
|   | Denise M. De Mory (SBN 168076) |
| 2 | Jaclyn C. Fink (SBN 217913) |
|   | HOWREY LLP |
| 3 | 525 Market Street, Suite 3600 |
|   | San Francisco, California 94105 |
| 4 | Telephone: (415) 848-4900 |
|   | Facsimile: (415) 848-4999 |
| 5 | |
| 6 | Attorneys for Defendants AEROFLEX INCORPORATED, AEROFLEX COLORADO SPRINGS, INC., AMI SEMICONDUCTOR, INC., MATROX ELECTRONIC SYSTEMS, LTD., MATROX GRAPHICS INC., MATROX INTERNATIONAL CORP., and MATROX TECH, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICOH COMPANY, LTD., | Case No. C03-4669 MJJ (EMC) |
| Plaintiff, | Case No. C03-2289 MJJ (EMC) |
| vs. | **(PROPOSED) ORDER ALLOWING DEPOSITIONS AT THE U.S. EMBASSY IN OSAKA-KOBE, JAPAN** |
| AEROFLEX INCORPORATED, AMI SEMICONDUCTOR, INC., MATROX ELECTRONIC SYSTEMS LTD., MATROX GRAPHICS INC., MATROX INTERNATIONAL CORP., MATROX TECH, INC., AND AEROFLEX COLORADO SPRINGS, INC. | Judge: Hon. Edward M. Chen |
| Defendants. | |
| SYNOPSYS, INC., | |
| Plaintiff, | |
| vs. | |
| RICOH COMPANY, LTD., | |
| Defendant. | |

HOWREY LLP

Case No. C03-4669 MJJ (EMC)
Case No. C03-2289-MJJ (EMC)
PROPOSED ORDER ALLOWING DEPOSITIONS AT THE US
EMBASSY IN OSAKA-KOBE JAPAN

1  Upon the application of Synopsys, Inc., the plaintiff in *Synopsys, Inc. v. Ricoh Company, Ltd.*
2  matter and Aeroflex, Inc., Aeroflex Colorado Springs, Inc., AMI Semiconductor, Inc., Matrox
3  Electronic Systems, Ltd., Matrox Graphics, Inc., Matrox International Corp., and Matrox Tech, Inc.,
4  the defendants in the *Ricoh Company, Ltd. v. Aeroflex Incorporated, et al.*, matter, and pursuant to
5  Article 17 of the U.S.-Japan Consular Convention, it is ordered that the deposition on notice of the
6  following witnesses, who will appear voluntarily, be taken at the U.S. Embassy in Osaka-Kobe, Japan,
7  commencing on or about April 13, 2006 and terminating on or about April 20, 2006:

    1.  Hideaki Kobayashi
    2.  Masahiro Shindo
    3.  Kazunori Sugaya
    4.  Hidetaka Minami
    5.  Kazunobu Sugaya
    6.  Masafumi Iida
    7.  Yasutaka Tsukamoto
    8.  Yoshinori Kumano

Ricoh's counsel will be accompanied by Mr. Jared Taylor who will interpret.

Counsel for Synopsys, Aeroflex, AMI, Matrox Electronic Systems, Matrox Graphics, Matrox International and Matrox Tech who will participate in said depositions are:

    1.  Ms. Denise M. De Mory
    2.  Ms. Jaclyn C. Fink

Counsel for Ricoh, Co. Ltd. who will participate in said depositions are:

    1.  Mr. Gary Hoffman
    2.  Mr. Eric Oliver
    3.  Ms. DeAnna Allen
    4.  Ms. Rebecca Barbisch

Counsel may arrive in Japan as early as April 9, 2006, to prepare for the deposition.

HOWREY LLP

Case No. C03-4669 MJJ (EMC)
Case No. C03-2289-MJJ (EMC)
PROPOSED ORDER ALLOWING DEPOSITIONS AT THE US
EMBASSY IN OSAKA-KOBE JAPAN

-1-

1  　　　The proceedings will be reported by Ms. Louise Sousoures and will be interpreted by Mr.
2  William Lise, Mr. Sadaaki Matsutani, or Mr. Toyu Yazaki. The proceedings will be videotaped by Mr.
3  Paul Diserio.
4  　　　Please cause the testimony of said witnesses to be videotaped and reduce to writing.
5  　　　IT IS SO ORDERED.
6
7  DATED: _____
8  　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　THE HONORABLE EDWARD M. CHEN
9  　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

HOWREY LLP

Case No. C03-4669 MJJ (EMC)
Case No. C03-2289-MJJ (EMC)
PROPOSED ORDER ALLOWING DEPOSITIONS AT THE US
EMBASSY IN OSAKA-KOBE JAPAN

-2-