1  Teresa M. Corbin (SBN 132360)
   Denise M. De Mory (SBN 168076)
2  Jaclyn C. Fink (SBN 217913)
   HOWREY LLP
3  525 Market Street, Suite 3600
   San Francisco, California 94105
4  Telephone: (415) 848-4900
   Facsimile: (415) 848-4999
5
   Attorneys for Defendants AEROFLEX INCORPORATED,
6  AEROFLEX COLORADO SPRINGS, INC., AMI
   SEMICONDUCTOR, INC., MATROX ELECTRONIC
7  SYSTEMS, LTD., MATROX GRAPHICS INC., MATROX
   INTERNATIONAL CORP., and MATROX TECH, INC.
8

9                   UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

| | |
|---|---|
| 12  RICOH COMPANY, LTD., | Case No. C03-4669 MJJ (EMC) |
| 13        Plaintiff, | Case No. C03-2289 MJJ (EMC) |
| 14        vs. | **(PROPOSED) ORDER ALLOWING DEPOSITIONS AT THE U.S. EMBASSY IN OSAKA-KOBE, JAPAN** |
| 15  AEROFLEX INCORPORATED, AMI SEMICONDUCTOR, INC., MATROX ELECTRONIC SYSTEMS LTD., MATROX GRAPHICS INC., MATROX INTERNATIONAL CORP., MATROX TECH, INC., AND AEROFLEX COLORADO SPRINGS, INC. | Judge: Hon. Edward M. Chen |
| 19        Defendants. | |
| 20  SYNOPSYS, INC., | |
| 21        Plaintiff, | |
| 22        vs. | |
| 23  RICOH COMPANY, LTD., | |
| 24        Defendant. | |

1  Upon the application of Synopsys, Inc., the plaintiff in *Synopsys, Inc. v. Ricoh Company, Ltd.*
2  matter and Aeroflex, Inc., Aeroflex Colorado Springs, Inc., AMI Semiconductor, Inc., Matrox
3  Electronic Systems, Ltd., Matrox Graphics, Inc., Matrox International Corp., and Matrox Tech, Inc.,
4  the defendants in the *Ricoh Company, Ltd. v. Aeroflex Incorporated, et al.*, matter, and pursuant to
5  Article 17 of the U.S.-Japan Consular Convention, it is ordered that the deposition on notice of the
6  following witnesses, who will appear voluntarily, be taken at the U.S. Embassy in Osaka-Kobe, Japan,
7  commencing on or about April 13, 2006 and terminating on or about April 20, 2006:

8      1.    Hideaki Kobayashi
9      2.    Masahiro Shindo
10     3.    Kazunori Sugaya
11     4.    Hidetaka Minami
12     5.    Kazunobu Sugaya
13     6.    Masafumi Iida
14     7.    Yasutaka Tsukamoto
15     8.    Yoshinori Kumano

16 Ricoh's counsel will be accompanied by Mr. Jared Taylor who will interpret.
17 Counsel for Synopsys, Aeroflex, AMI, Matrox Electronic Systems, Matrox Graphics, Matrox
18 International and Matrox Tech who will participate in said depositions are:

19     1.    Ms. Denise M. De Mory
20     2.    Ms. Jaclyn C. Fink

21 Counsel for Ricoh, Co. Ltd. who will participate in said depositions are:

22     1.    Mr. Gary Hoffman
23     2.    Mr. Eric Oliver
24     3.    Ms. DeAnna Allen
25     4.    Ms. Rebecca Barbisch

26 Counsel may arrive in Japan as early as April 9, 2006, to prepare for the deposition.
27
28

HOWREY LLP

Case No. C03-4669 MJJ (EMC)
Case No. C03-2289-MJJ (EMC)
PROPOSED ORDER ALLOWING DEPOSITIONS AT THE US
EMBASSY IN OSAKA-KOBE JAPAN

-1-

1    The proceedings will be reported by Ms. Louise Sousoures and will be interpreted by Mr.
2 William Lise, Mr. Sadaaki Matsutani, or Mr. Toyu Yazaki. The proceedings will be videotaped by Mr.
3 Paul Diserio.

4    Please cause the testimony of said witnesses to be videotaped and reduce to writing.

5    IT IS SO ORDERED.

7 DATED: _____

                                                    _____
                                                    THE HONORABLE EDWARD M. CHEN
                                                    UNITED STATES MAGISTRATE JUDGE

HOWREY LLP

Case No. C03-4669 MJJ (EMC)
Case No. C03-2289-MJJ (EMC)                              -2-
PROPOSED ORDER ALLOWING DEPOSITIONS AT THE US
EMBASSY IN OSAKA-KOBE JAPAN