| | |
|---|---|
| 1 | Teresa M. Corbin (SBN 132360) |
| | Denise M. De Mory (SBN 168076) |
| 2 | Jaclyn C. Fink (SBN 217913) |
| | HOWREY LLP |
| 3 | 525 Market Street, Suite 3600 |
| | San Francisco, California 94105 |
| 4 | Telephone: (415) 848-4900 |
| | Facsimile: (415) 848-4999 |
| 5 | |
| 6 | Attorneys for Defendants AEROFLEX INCORPORATED, AEROFLEX COLORADO SPRINGS, INC., AMI SEMICONDUCTOR, INC., MATROX ELECTRONIC |
| 7 | SYSTEMS, LTD., MATROX GRAPHICS INC., MATROX INTERNATIONAL CORP., and MATROX TECH, INC. |
| 8 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICOH COMPANY, LTD., | Case No. C03-4669 MJJ (EMC) |
| Plaintiff, | Case No. C03-2289 MJJ (EMC) |
| vs. | ADMINISTRATIVE MOTION FOR A SEALING ORDER |
| AEROFLEX INCORPORATED, AMI SEMICONDUCTOR, INC., MATROX ELECTRONIC SYSTEMS LTD., MATROX GRAPHICS INC., MATROX INTERNATIONAL CORP., MATROX TECH, INC., AND AEROFLEX COLORADO SPRINGS, INC. | (Civil L.R. 79-5(d))<br><br>Judge: Hon. Edward M. Chen |
| Defendants. | |
| SYNOPSYS, INC., | |
| Plaintiff, | |
| vs. | |
| RICOH COMPANY, LTD., | |
| Defendant. | |

**HOWREY LLP**

Case No. C03-4669 MJJ (EMC)
Case No. C03-2289-MJJ (EMC)
ADMINISTRATIVE MOTION FOR A SEALING ORDER

Pursuant to Civil L.R. 7-11, Synopsys and the Customer Defendants hereby bring this administrative motion for an order to file under seal the following documents being lodged this day with the Clerk of the Court:

1. Joint Letter to Judge Chen re Continued Deposition of Dr. Kobayashi in Japan, including exhibits 1-16 thereto
2. Joint Letter to Judge Chen re Depositions in Japan, including exhibits 1-16 thereto

The only allegedly confidential information attached to or contained within these documents is information designated as such by Ricoh Company, Ltd. ("Ricoh"). Thus, pursuant to Civil L.R. 79-5(d), Rioch is to file, within five court days, (i) a declaration establishing that the above information is sealable and (ii) a proposed order.

Dated: March 29, 2006              Respectfully submitted,

                                   HOWREY LLP


                                   By:   /s/Denise M. De Mory
                                         Denise M. De Mory
                                         Attorneys for Plaintiff
                                         SYNOPSYS, INC. and for Defendants
                                         AEROFLEX INCORPORATED,
                                         AEROFLEX COLORADO SPRINGS,
                                         INC., AMI SEMICONDUCTOR, INC.,
                                         MATROX ELECTRONIC SYSTEMS,
                                         LTD., MATROX GRAPHICS, INC.,
                                         MATROX INTERNATIONAL CORP.,
                                         and MATROX TECH, INC.