1  Teresa M. Corbin (SBN 132360)
   Denise M. DeMory (SBN 168076)
2  Jaclyn C. Fink (SBN 217913)
   HOWREY LLP
3  525 Market Street, Suite 3600
   San Francisco, California 94105
4  Telephone: (415) 848-4900
   Facsimile: (415) 848-4999
5
   Elizabeth Hoult Fontaine (SBN 207557)
6  HOWREY LLP
   2020 Main Street
7  Irvine, California 92614
   Telephone: (949) 721-6900
8  Facsimile: (949) 721-6910

9  Attorneys for Plaintiff SYNOPSYS, INC.

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                         SAN FRANCISCO DIVISION

| | |
|---|---|
| 13  SYNOPSYS, INC., | Case No. C-03-2289 MJJ<br>Case No. C-03-4669 MJJ |
| 14           Plaintiff, | |
| 15      vs. | PATENT INFRINGEMENT ACTION |
| 16  RICOH COMPANY, LTD., | **NOTICE OF MANUAL FILING OF (1) JOINT LETTER TO JUDGE CHEN RE CONTINUED DEPOSITION OF DR. KOBAYASHI IN JAPAN, INCLUDING EXHIBITS 1 – 16 THERETO (DOCUMENTS SUBMITTED UNDER SEAL); and (2) JOINT LETTER TO JUDGE CHEN RE DEPOSITIONS IN JAPAN, INCLUDING EXHIBIT 1 – 16 THERETO (DOCUMENTS TO BE SUBMITTED UNDER SEAL)** |
| 17           Defendant. | |
| 18  RICOH COMPANY, LTD., | |
| 19           Plaintiff, | |
| 20      vs. | |
| 21  AEROFLEX INCORPORATED, et al., | |
| 22           Defendant. | |

**HOWREY LLP**

Case No. C-03-2289 MJJ/C-03-4669 MJJ
NOTICE OF MANUAL FILING OF JOINT LETTERS

*Regarding: (1) Joint Letter to Judge Chen Re Continued Deposition of Dr. Kobayashi in Japan, including exhibits 1 – 16 thereto; and (2) Joint Letter to Judge Chen re Depositions in Japan, including exhibits 1 – 16 thereto, to be filed under seal.*

This filing is in paper form only, and is being maintained in the case file in the Clerk's office. The documents will be served by overnight delivery in hard-copy form on counsel.

This filing was not e-filed for the reason that the documents involved are being filed under seal.

Dated: March 29, 2006                              HOWREY LLP


By: /s/ Denise M. DeMory
       Denise M. DeMory
Attorneys for Plaintiff
SYNOPSYS, INC. and for Defendants
AEROFLEX INCORPORATED,
AEROFLEX COLORADO SPRINGS,
INC., AMI SEMICONDUCTOR, INC.,
MATROX ELECTRONIC SYSTEMS,
LTD., MATROX GRAPHICS, INC.,
MATROX INTERNATIONAL CORP.,
and MATROX TECH, INC.