1  Teresa M. Corbin (SBN 132360)
   Denise M. De Mory (SBN 168076)
2  Jaclyn C. Fink (SBN 217913)
   HOWREY LLP
3  525 Market Street, Suite 3600
   San Francisco, California  94105
4  Telephone:  (415) 848-4900
   Facsimile:  (415) 848-4999
5
   Attorneys for Plaintiff SYNOPSYS, INC.
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10             SAN FRANCISCO DIVISION

11 SYNOPSYS, INC.,                  Case No. C03-2289 MJJ (EMC)

12         Plaintiff,                STIPULATION AND [PROPOSED] ORDER
                                     TO REMOVE ERRONEOUSLY FILED
13     vs.                           MATERIALS FROM PUBLIC DOCKET

14 RICOH COMPANY, LTD.,              Judge:   Hon. Edward M. Chen

15         Defendant.

1  Synopsys and Ricoh, by and through their attorneys, hereby stipulate and agree that the
2  following docket entries were erroneously e-filed on the public docket by Synopsys on March 28, 2006
3  rather than being filed under seal:

5  1. Dkt. No. 304 (Joint Letter to Judge Chen re Continued Deposition of Dr. Kobayashi in
6  Japan), including exhibits 1-16 thereto
7  2. Dkt. No. 305 (Joint Letter to Judge Chen re Depositions in Japan), including exhibits 1-
8  16 thereto

10 The above docket entries contain information which has been designated as non-public information
11 pursuant to the Protective Order governing this case.  Synopsys has resubmitted these documents to the
12 Court for filing under seal in accordance with Civil L.R. 79-5.  Therefore, the parties jointly request
13 that the Court order the Clerk to remove the above docket entries from the public docket.

15 Dated:  March 29, 2006                          Respectfully submitted,

16                                                By:      /s/Denise M. De Mory
                                                         Denise M. De Mory
17                                                Attorneys for Plaintiff
                                                  SYNOPSYS, INC.

19                                                By:      /s/Kenneth W. Brothers
                                                         Kenneth W. Brothers
20                                                Attorneys for Defendant
                                                  RICOH COMPANY, LTD.

22                          **[PROPOSED] ORDER**

24 PURSANT TO STIPULATION, IT IS SO ORDERED.

27                                                _____
                                                  United States Magistrate Judge

**HOWREY LLP**

Case No.  C03-2289-MJJ (EMC)                     -1-
STIPULATION AND [PROPOSED] ORDER TO REMOVE
MATERIALS

DM_US\8329270.v1