Gary M. Hoffman (*Pro Hac Vice*)
Kenneth W. Brothers (*Pro Hac Vice*)
DICKSTEIN SHAPIRO MORIN
  & OSHINSKY, LLP
2101 L Street, NW
Washington, DC  20037-1526
Phone (202) 785-9700
Fax (202) 887-0689

Edward A. Meilman (*Pro Hac Vice*)
DICKSTEIN SHAPIRO MORIN
  & OSHINSKY, LLP
1177 Avenue of the Americas
New York, New York  10036-2714
Phone (212) 835-1400
Fax (212) 997-9880

Jeffrey B. Demain, State Bar No. 126715
Jonathan Weissglass, State Bar No. 185008
ALTSHULER, BERZON, NUSSBAUM, RUBIN & DEMAIN
177 Post Street, Suite 300
San Francisco, California  94108
Phone  (415) 421-7151
Fax (415) 362-8064

Attorneys for Ricoh Company, Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICOH COMPANY, LTD., <br><br> Plaintiff, <br> vs. <br><br> AEROFLEX INC., et al. <br><br> Defendants. | Case No. C03-4669 MJJ (EMC) <br> Case No. C03-2289 MJJ (EMC) <br><br> **DECLARATION OF MICHAEL A. WEINSTEIN IN SUPPORT OF ADMINISTRATIVE MOTION FOR A SEALING ORDER** |
| SYNOPSYS., <br><br>   Plaintiff, <br> vs. <br><br> RICOH COMPANY, LTD. <br>    Defendant. | |

Michael A. Weinstein declares as follows:

1. My name is Michael A. Weinstein, an attorney with the law firm of Dickstein, Shapiro, Morin & Oshinsky, LLP, counsel for Ricoh Company Limited. I am over the age of 21 and am competent to make this declaration. Based on my personal knowledge and information, I hereby declare to all the facts in this declaration.

2. In case C03-4669, a Stipulated Protective Order ("Order1") was entered into on June 3, 2003 between the parties.

3. In case C03-2289, a Stipulated Protective Order ("Order2") was entered into on March 24, 2004 between the parties.

4. On March 29, 2006, counsel for the Aeroflex et al. filed with the court a Joint Letter *to Judge Chen re Continued Deposition of Dr. Kobayashi in Japan* along with numerous exhibits to the Joint letter, including a copy of the transcript of the deposition of Hideaki Kobayashi. The first page of the Kobayashi transcript is clearly marked "CONFIDENTIAL Subject to Protective Order" (Exhibit 14a).

5. Ricoh Company, Ltd requests permission to file under seal the following documents and exhibits which are designated confidential as defined in both Order1 and Order2.

   a. Exhibits 1, 14a, 14b-1, and 14b-2--the Deposition of H. Kobayashi.

6. On March 29, 2006, counsel for Synopsys/Aeroflex et al. filed with the court "Administrative Motion for a Sealing Order" requesting the joint letters and the respective exhibits be filed under seal.

7. It is believed that the identified documents of 5a, *supra*, are privileged or protectable as a trade secret or otherwise entitled to protection.

8. As such, the identified four documents should be filed under seal pursuant to Order1 and Order2.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

CASE NOS. CV -03-2289-MJJ (EMC) / CV-03-4669-MJJ (EMC)   Page 2
DECLARATION OF MICHAEL A. WEINSTEIN IN SUPPORT OF ADMINISTRATIVE MOTION FOR A SEALING ORDER

2066114.1

1  Signed at Washington, D.C. on April 3, 2006.

April 3, 2006                                              /s/ Michael A.Weinstein
                                                                                Michael A.Weinstein

CASE NOS. CV -03-2289-MJJ (EMC) /  CV-03-4669-MJJ (EMC)   Page 3
DECLARATION OF MICHAEL A. WEINSTEIN IN SUPPORT OF ADMINISTRATIVE MOTION FOR A SEALING ORDER

2066114.1