Gary M. Hoffman (*Pro Hac Vice*)
Kenneth W. Brothers(*Pro Hac Vice*)
DICKSTEIN SHAPIRO MORIN
  & OSHINSKY, LLP
2101 L Street, NW
Washington, DC  20037-1526
Phone (202) 785-9700
Fax (202) 887-0689

Edward A. Meilman (*Pro Hac Vice*)
DICKSTEIN SHAPIRO MORIN
  & OSHINSKY, LLP
1177 Avenue of the Americas
New York, New York  10036-2714
Phone (212) 835-1400
Fax (212) 997-9880

Jeffrey B. Demain, State Bar No. 126715
Jonathan Weissglass, State Bar No. 185008
ALTSHULER, BERZON, NUSSBAUM, RUBIN & DEMAIN
177 Post Street, Suite 300
San Francisco, California  94108
Phone  (415) 421-7151
Fax (415) 362-8064

Attorneys for Ricoh Company, Ltd.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICOH COMPANY, LTD.,<br><br>                    Plaintiff,<br><br>         vs.<br><br>AEROFLEX ET AL,<br><br>                    Defendants.<br>_____<br><br>SYNOPSYS, INC.,<br><br>                    Plaintiff,<br><br>         vs.<br><br>RICOH COMPANY, LTD.,<br><br>                    Defendants.<br>_____ | **CASE NO. CV 03-4669 MJJ (EMC)**<br>**CASE NO. CV 03-2289 MJJ (EMC)**<br><br>**[PROPOSED] ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE CERTAIN DOCUMENTS AND EXHIBITS UNDER SEAL** |

CASE NO. CV 03-4669-MJJ  (EMC)  AND CV 03-2289 MJJ (EMC) Page 1
[PROPOSED] ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE CERTAIN DOCUMENTS AND EXHIBITS UNDER SEAL

2067074.1

1 | The Parties have filed a Miscellaneous Administrative Request pursuant to Civil Local Rules 7-11 and 79-5, and request permission to file under seal the following 4 Exhibits:

    1.    Exhibits 1, 14a, 14b-1, and 14b-2--the Deposition of H. Kobayashi.

Because the above documents include and refer to materials produced in discovery and designated confidential by the Ricoh Company, Ltd, this request was made pursuant to the Stipulated Protective Order in this action.

The Court hereby GRANTS this request.

IT IS SO ORDERED.

Dated: _____    _____

    The Honorable Edward M. Chen
    Magistrate Judge, United States District Court