**United States District Court**
For the Northern District of California

1

2

3

4

5                    UNITED STATES DISTRICT COURT

6                    NORTHERN DISTRICT OF CALIFORNIA

7

8    SYNOPSYS, INC.,                          No. C-03-2289 MJJ (EMC)
                                              No. C-03-4669 MJJ (EMC)
9              Plaintiff,

10        v.                                  **ORDER GRANTING IN PART MOTION
                                              FOR SEALING ORDER AND
11   RICOH CO., LTD.,                         GRANTING STIPULATION TO
                                              REMOVE ERRONEOUSLY FILED
12             Defendant.                      MATERIALS FROM PUBLIC DOCKET
     _____/
13                                            (Docket Nos. 312, 314, C-03-2289)
     RICOH CO., LTD.,                         (Docket Nos. 410, 412, C-03-4669)
14
               Plaintiff,
15
          v.
16
     AEROFLEX, et al.,
17
               Defendants.
18
     _____/
19

20

21        Synopsis and the Aeroflex, AMI and Matrox Defendants (the "Customer Defendants") have

22   filed an administrative motion for a sealing order of the parties' joint letters dated March 28, 2006,

23   pursuant to Civil Local Rule 79-5.  Ricoh has designated the following exhibits as confidential, and

24   supports the motion to seal only as those exhibits:

25        Exhibits 1, 14a, 14b-1 and 14b-2 to the joint letter re: continued deposition of Dr. Kobayashi

26        in Japan.

27        The Court hereby GRANTS the motion to file under seal Exhibits 1, 14a, 14b-1 and 14b-2 to

28   the joint letter re: continued deposition of Dr. Kobayashi.  The Court DENIES the motion to file

1   under seal as to the remainder of that joint letter and the exhibits thereto, and as to the joint letter re:

2   depositions in Japan (docket nos. 312 (C03-2289) and 410 (C03-4669)).

3        The Court GRANTS the parties' stipulation to remove erroneously filed materials from the

4   public docket (docket nos. 314 (C03-2289) and 412 (C03-4669)).  The joint letters erroneously filed

5   on March 28, 2006 shall remain locked from public access (docket nos. 304 and 305 (C03-2289) and

6   402 and 403 (C03-4669)).

7        Synopsis and the Customer Defendants shall electronically file (1) a public version of the

8   joint letter re: continued deposition of Dr. Kobayashi, without the sealable exhibits; and (2) the joint

9   letter re: depositions in Japan.  Synopsis and the Customer Defendants shall submit to the Clerk for

10  filing under seal Exhibits 1, 14a, 14b-1 and 14b-2 to the joint letter re: continued deposition of Dr.

11  Kobayashi, accompanied by a copy of this order.

12

13       IT IS SO ORDERED.

14

15  Dated:  April 4, 2006

16                                                           _____
                                                             EDWARD M. CHEN
17                                                           United States Magistrate Judge

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California