# HOWREY

525 Market Street
Suite 3600
San Francisco, CA 94105-2708
www.howrey.com

**Denise M. De Mory**
Partner
T 415.848.4983
F 415.848.4999
demoryd@howrey.com
File 06816.0060.000000

April 7, 2006

Hon. Edward M. Chen
Magistrate Judge
United States District Court
Northern District of California
450 Golden Gate Avenue
Courtroom C, 15th Floor
San Francisco, CA 94102

      Re:    *Synopsys v. Ricoh Company, Ltd.*,
              <u>Case No. C03-2289 MJJ (EMC)</u>
              *Ricoh Company, Ltd. v. Aeroflex, Inc., et al.*,
              <u>Case No. C03-4669 MJJ (EMC)</u>

Dear Judge Chen:

      The purpose of this letter is to request permission to appear telephonically at the hearing on Ricoh's Motion for Sanctions for Defendants' Violation of Judge Jenkins' CMC Order Regarding Identification of Products at Issue currently set for April 19, 2006 at 10:30 a.m. The reason for this request is that I will be in Osaka, Japan, on that date conducting depositions in the above-referenced matter. Ricoh's counsel has also indicated no objection to this request.

      On a related note, in view of the great time difference between Japan and the United States, counsel respectfully requests that the time of the hearing be rescheduled to the early afternoon if the Court's calendar would allow for such flexibility. Ricoh's counsel, Mr. Brothers, has also consented rescheduling the hearing at 1:00 p.m., but has indicated that he must depart for his 4:00 p.m. flight no later than 2:30 p.m.

      Thank you for your attention to these matters. Please do not hesitate to contact me if you or your staff has any questions.

                                                       Respectfully yours,

                                                         Denise M. De Mory

DMD:plk
cc:    Kenneth Brothers, Esq.
        Gary Hoffman, Esq.
        Edward Meilman, Esq.
        Eric Oliver, Esq.
        DeAnna Allen, Esq.
        Michael Weinstein, Esq.
        Seymour Seyoum