Teresa M. Corbin (SBN 132360)
Denise M. De Mory (SBN 168076)
Jaclyn C. Fink (SBN 217913)
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, California 94105
Telephone: (415) 848-4900
Facsimile: (415) 848-4999

Attorneys for Plaintiff SYNOPSYS and
Defendants AEROFLEX INCORPORATED,
AEROFLEX COLORADO SPRINGS, INC.,
AMI SEMICONDUCTOR, INC., MATROX
ELECTRONIC SYSTEMS, LTD., MATROX
GRAPHICS INC., MATROX
INTERNATIONAL CORP., and MATROX
TECH, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICOH COMPANY, LTD.,<br><br>     Plaintiff,<br><br>     vs.<br><br>AEROFLEX INCORPORATED, AMI SEMICONDUCTOR, INC., MATROX ELECTRONIC SYSTEMS LTD., MATROX GRAPHICS INC., MATROX INTERNATIONAL CORP., MATROX TECH, INC., AND AEROFLEX COLORADO SPRINGS, INC.,<br><br>     Defendants. | Case No. C03-4669 MJJ (EMC)<br><br>Case No. C03-2289 MJJ (EMC)<br><br>**DECLARATION OF DENISE M. DE MORY IN SUPPORT OF EXPEDITED MOTION TO COMPEL ACCESS TO INFORMATION ALLEGEDLY COVERED BY THE PROTECTIVE ORDER, OR IN THE ALTERNATIVE, TO DE-DESIGNATE ALLEGEDLY CONFIDENTIAL INFORMATION** |
| SYNOPSYS, INC.,<br><br>     Plaintiff,<br><br>     vs.<br><br>RICOH COMPANY, LTD.,<br><br>     Defendant. | |

HOWREY LLP

Case No. C03-4669 MJJ (EMC)/C03-2289 MJJ (EMC)
DE MORY DECL. ISO EXP MTN TO COMPEL ACCESS TO INFO
COVERED BY THE PRO. ORD OR TO DE-DESIGNATE ALLEGEDLY
CONF INFO
DM_US\8353035.v1

1    I, Denise M. De Mory, declare as follows:

2    1.    I am a partner at the law firm of Howrey LLP, counsel for Aeroflex Incorporated,

3 Aeroflex Colorado Springs, AMI Semiconductor, Inc., Matrox Electronic Systems, Ltd., Matrox

4 Graphics Inc., Matrox International Corp., and Matrox Tech, Inc. (collectively, the "Customer

5 Defendants") and Synopsys, Inc. ("Synopsys") in this action.  The following declaration is based on

6 my personal knowledge.  If called upon to testify, I could and would competently testify to the matters

7 set forth below.

8    2.    Attached hereto as Exhibit 1 is a true and correct copy of a letter dated June 1, 2006,

9 from Kenneth Brothers to Denise De Mory.

10    3.    Attached hereto as Exhibit 2 is a true and correct copy of an June 2, 2006 e-mail

11 communication between Denise De Mory and Kenneth Brothers.

12    4.    Attached hereto as Exhibit 3 is a true and correct copy of a document Bates numbered

13 KBSC000001-KBSC000028.

14    5.    Attached hereto as Exhibit 4 is a true and correct copy of a document Bates numbered

15 RCL002694-RCL002928.

16    6.    Attached hereto as Exhibit 5 is a true and correct copy of a document Bates numbered

17 RCL001513-RCL001633.

18    7.    Attached hereto as Exhibit 6 is true and correct copy of a document Bates numbered

19 KBSC000225-KBSC000229.

20    Executed this 5th day of June, 2006, at San Francisco, California.

21    I declare under penalty of perjury under the laws of the United States of America that the

22 foregoing is true and correct.

23

24    _____
       /s/*Denise M. De Mory*

25        Denise M. De Mory

26

27

28

HOWREY LLP

Case No.  C03-4669 MJJ (EMC)/C03-2289 MJJ (EMC)
DE MORY DECL. ISO EXP MTN TO COMPEL ACCESS TO INFO          1
COVERED BY THE PRO. ORD OR TO DE-DESIGNATE ALLEGEDLY
CONF INFO
DM_US\8353035.v1

# EXHIBIT
# 1

DICKSTEIN SHAPIRO MORIN & OSHINSKY LLP

2101 L Street NW • Washington, DC 20037-1526
Tel (202) 785-9700 • Fax (202) 887-0689

Writer's Direct Dial: (202) 429-2184
E-Mail Address: BrothersK@dsmo.com

June 1, 2006

**Via PDF**

Denise DeMory
Howrey LLP
525 Market Street, Suite 3600
San Francisco, CA  94105-2708

     Re:    Ricoh v. Aeroflex, et al.
             Synopsys v. Ricoh

Dear Denise:

      We recently received a notice from your firm that you had retained Charles Van Horn as a potential expert witness.  Mr. Van Horn is a partner with the Finnegan Henderson law firm in Washington D.C.  As you have long been aware, the Finnegan Henderson firm represents Elan Microelectronics Corp., which has received warning letters from Ricoh regarding the '432 patent.  See SP68389 (enclosed).  Under these circumstances, we object to your retention and designation of Mr Van Horn.

      Sincerely,

      Kenneth W. Brothers

cc:    Howrey distribution list

1177 Avenue of the Americas • New York, NY 10036-2714 • Tel (212) 835-1400 • Fax (212) 997-9880
10866 Wilshire Boulevard • Suite 300 • Los Angeles, CA 90024-4350 • Tel (310) 441-8460 • Fax (310) 441-8470
2094480.01            www.DicksteinShapiro.com

**FHF**

FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER LLP

1300 I Street, NW ▪ Washington, DC 20005-3315 ▪ 202.408.4000 ▪ Fax 202.408.4400
www.finnegan.com

YITAI HU
(202) 408-4203
Yitai.Hu@finnegan.com

May 27, 2003

Gary M. Hoffman, Esq.
Dickstein Shapiro Morin & Oshinsky LLP
2101 L Street, N.W.
Washington, D.C. 20037-1526

Elan Microelectronics Corp.
Our Reference: 08488.0002-00000

Dear Mr. Hoffman:

We represent Elan Microelectronics Corp., and write to respond to your letter of April 25, 2003.

In your letter, you mentioned Elan's purported use of Synopsys' Design Compiler and then offered a license of U.S. Patent No. 4,922,432 assigned to Ricoh Company, Ltd. However, your letter is unclear as to the relationship between the Design Compiler and '432 patent. If you are alleging that Elan infringes the '432 patent through its use of the Design Compiler, we request that you provide us with a claim chart or similar analysis so that we may assess Ricoh's position and respond accordingly.

Sincerely,

Yitai Hu

YH;rel
cc: Elan Microelectronics Corp.

**SP68389**

Washington, DC ▪ Atlanta ▪ Cambridge ▪ Palo Alto ▪ Brussels ▪ Tokyo

# EXHIBIT 2

## DeMory, Denise

| | |
|---|---|
| **From:** | Brothers, Kenneth [BrothersK@dsmo.com] |
| **Sent:** | Friday, June 02, 2006 8:43 AM |
| **To:** | DeMory, Denise |
| **Cc:** | Su, Henry; Fink, Jacky |
| **Subject:** | RE: Van Horn |

Denise:

Ricoh declines to withdraw its objection. We believe that Mr. Van Horn has a conflict of interest within his firm that should preclude him from accepting the proposed engagement as an expert witness. In addition, Ricoh does not want its confidential information to be disclosed to a law firm that is representing other parties that Ricoh has contacted regarding licensing the same patent.

Regards, Ken

Ken Brothers
Dickstein Shapiro Morin & Oshinsky LLP

---

**From:** DeMory, Denise [mailto:demoryd@Howrey.com]
**Sent:** Friday, June 02, 2006 11:37 AM
**To:** Brothers, Kenneth
**Cc:** Su, Henry
**Subject:** Van Horn
**Importance:** High

Ken:

With regard to your objection to Van Horn, based on our research it appears to be totally unfounded and improper. Indeed, the terms of the Protective Order itself, to which Van Horn has already agreed to be bound, more than adequately address your concerns. Notwithstanding this, Van Horn has agreed to set up an ethical wall whereby he would not have any involvement in Finnegan's defense of Elan Microelectronics against any allegations of infringement by Ricoh on the '432 patent. Will you withdraw your objections in view of the ethical wall? Obviously, I need a prompt response and note that you have not yet responded to Ms. Fink's e-mail on this topic from yesterday.

Regards,

Denise

---

----------------------------------------------------------------------------------------------
This email and any attachments contain information from the law firm of Howrey LLP, which may be co
The information is intended to be for the use of the individual or entity named on this email.
If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the con
If you receive this email in error, please notify us by reply email immediately so that we can arrange for

----------------------------------------------------------

This e-mail message and any attached files are confidential and are intended solely for the use of the addressee(s) named above. This communication may contain material protected by attorney-client, work product, or other privileges. If you are not the intended recipient or person responsible for delivering this confidential communication to the intended recipient, you have received this communication in error, and any review, use, dissemination, forwarding, printing, copying, or other distribution of this e-mail message and any attached files is strictly prohibited. Dickstein Shapiro reserves the right to monitor any communication that is created, received, or sent on its network. If you have received this confidential communication in error, please notify the sender immediately by reply e-mail message and permanently delete the original message.

To reply to our email administrator directly, send an email to postmaster@dsmo.com

Dickstein Shapiro Morin & Oshinsky LLP
http://www.DicksteinShapiro.com
================================================================================

# EXHIBIT
# 3

# Exhibit 3 to De Mory Declaration Filed Under Seal Pursuant to Protective Order

# EXHIBIT
# 4

# Exhibit 4 to De Mory Declaration Filed Under Seal Pursuant to Protective Order

# EXHIBIT
# 5

# Exhibit 5 to De Mory Declaration Filed Under Seal Pursuant to Protective Order

# EXHIBIT
# 6

# Exhibit 6 to De Mory Declaration Filed Under Seal Pursuant to Protective Order