Teresa M. Corbin (SBN 132360)
Denise M. De Mory (SBN 168076)
Jaclyn C. Fink (SBN 217913)
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, California 94105
Telephone: (415) 848-4900
Facsimile: (415) 848-4999

Attorneys for Defendants AEROFLEX INCORPORATED,
AEROFLEX COLORADO SPRINGS, INC., AMI
SEMICONDUCTOR, INC., MATROX ELECTRONIC
SYSTEMS, LTD., MATROX GRAPHICS INC., MATROX
INTERNATIONAL CORP., and MATROX TECH, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICOH COMPANY, LTD., | Case No. C03-4669 MJJ (EMC) |
| Plaintiff, | Case No. C03-2289 MJJ (EMC) |
| vs. | ADMINISTRATIVE MOTION FOR AN ORDER PLACING DOCUMENTS UNDER SEAL |
| AEROFLEX INCORPORATED, AMI SEMICONDUCTOR, INC., MATROX ELECTRONIC SYSTEMS LTD., MATROX GRAPHICS INC., MATROX INTERNATIONAL CORP., MATROX TECH, INC., AND AEROFLEX COLORADO SPRINGS, INC. | (Civil L.R. 79-5(d))<br><br>Judge: Hon. Edward M. Chen |
| Defendants. | |
| SYNOPSYS, INC., | |
| Plaintiff, | |
| vs. | |
| RICOH COMPANY, LTD., | |
| Defendant. | |

HOWREY LLP

Case No. C03-4669 MJJ (EMC) /Case No. C03-2289-MJJ (EMC)
ADMINISTRATIVE MOTION FOR ORDER PLACING
DOCUMENTS UNDER SEAL
DM_US\8353053.v1

Pursuant to Civil L.R. 7-11, Synopsys and the Customer Defendants hereby bring this administrative motion for an order to file under seal the following documents being lodged with the Clerk of the Court on June 6, 2006:

1.      Exhibit 3 to the Declaration of Denise M. De Mory in Support of Expedited Motion to Compel Access to Information Allegedly Covered by the Protective Order, or in the Alternative, to De-Designate Allegedly Confidential Information, document Bates numbered KBSC000001-KBSC000028.

2.      Exhibit 4 to the Declaration of Denise M. De Mory in Support of Expedited Motion to Compel Access to Information Allegedly Covered by the Protective Order, or in the Alternative, to De-Designate Allegedly Confidential Information, document Bates numbered RCL002694-RCL002928.

3.      Exhibit 5 to the Declaration of Denise M. De Mory in Support of Expedited Motion to Compel Access to Information Allegedly Covered by the Protective Order, or in the Alternative, to De-Designate Allegedly Confidential Information, document Bates numbered RCL002694-RCL002928.

4.      Exhibit 6 to the Declaration of Denise M. De Mory in Support of Expedited Motion to Compel Access to information allegedly covered by the Protective Order, or in the Alternative, to De-Designate Allegedly Confidential Information, document Bates numbered RCL001513-RCL001633.

The only allegedly confidential information attached to or contained within these documents is information designated as such by Ricoh Company, Ltd. ("Ricoh").  Thus, pursuant to Civil L.R. 79-5(d), Ricoh is to file, within five court days, (i) a declaration establishing that the above information is sealable and (ii) a proposed order.

Dated:  June 5, 2006                                 Respectfully submitted,

                                                     HOWREY LLP
                                                     By:_____/s/*Denise M. De Mory*_____
                                                              Denise M. De Mory
                                                     Attorneys for Plaintiff SYNOPSYS, INC.
                                                     and for Defendants AEROFLEX
                                                     INCORPORATED, AEROFLEX
                                                     COLORADO SPRINGS, INC., AMI
                                                     SEMICONDUCTOR, INC., MATROX
                                                     ELECTRONIC SYSTEMS, LTD.,
                                                     MATROX GRAPHICS, INC., MATROX
                                                     INTERNATIONAL CORP., and
                                                     MATROX TECH, INC.

HOWREY LLP

-1-

Case No.  C03-4669 MJJ (EMC) /Case No.  C03-2289-MJJ (EMC)
ADMINISTRATIVE MOTION FOR ORDER PLACING
DOCUMENTS UNDER SEAL
DM_US\8353053.v1