**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC., <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>RICOH CO., LTD., <br><br>　　　　Defendant. <br>_____/ <br>RICOH CO., LTD., <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>AEROFLEX, et al., <br><br>　　　　Defendants. <br>_____/ | No. C-03-2289 MJJ (EMC) <br><br>No. C-03-4669 MJJ (EMC) <br><br>**ORDER SETTING BRIEFING SCHEDULE AND TELEPHONIC HEARING ON SYNOPSIS AND CUSTOMER DEFENDANTS' EXPEDITED MOTION TO COMPEL ACCESS TO INFORMATION ALLEGEDLY COVERED BY THE PROTECTIVE ORDER, OR IN THE ALTERNATIVE, TO DE-DESIGNATE ALLEGEDLY CONFIDENTIAL INFORMATION AND ORDER THEREON** <br><br>**(Docket No. 329 in No. C-03-2289; Docket No. 466 in No. C-03-4669)** <br><br>**Telephonic Hearing: June 14, 2006, 11:00 a.m.** |

　　　　Plaintiff Synopsis, Inc. ("Synopsis") and Defendants Aeroflex Inc., Aeroflex Colorado Springs, Inc., AMI Semiconductor, Inc., Matrox Electronic Systems, Ltd., Matrox Graphics Inc., Matrox International Corp., and Matrox Tech, Inc. (collectively, the "Customer Defendants") have filed an expedited motion to compel access by their designated expert to information that Ricoh Co. has designated as confidential. Synopsis and Customer Defendants have requested expedited resolution of this matter because of the approaching June 19, 2006 deadline for opening expert reports. Counsel for the moving parties, Denise DeMory, and counsel for Ricoh, Gary Hoffman,

have communicated to the Court that the parties are willing to continue the deadline for expert reports for a brief period of time, commensurate with a continuation of the deadline for rebuttal expert reports, so as not to disturb the cutoff date for dispositive motions.

Ricoh shall file an opposition to Synopsis and Customer Defendants' expedited motion to compel access to confidential information by noon, Pacific time, on June 9, 2006. The moving parties shall file any reply brief by no later than 4 p.m. that day. The parties are reminded to provide the Court with courtesy copies of any electronic filings, particularly if they are filed under seal, per General Order 45.

The Court will conduct a telephonic hearing on the motion to compel access to confidential information at 11 a.m., Pacific time, June 14, 2006. The Court will initiate the telephonic conference call.

IT IS SO ORDERED.

Dated: June 6, 2006

_____
EDWARD M. CHEN
United States Magistrate Judge