# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# <u>CIVIL MINUTE ORDER</u>

**CASE NOS.:** <u>C-03-2289 MJJ (JCS); C-03-4669 MJJ (JCS)</u>

**CASE NAMES:** <u>*Synopsys, Inc. v. Ricoh Co., Ltd.*</u>
<u>*Ricoh Co., Ltd. v. Aeroflex, et al.*</u>

**MAGISTRATE JUDGE JOSEPH C. SPERO**    **CLERK:** <u>Mary A. Macudzinski-Gomez</u>

**DATE:** <u>6/6/2006</u>    **TIME:** <u>3 hrs.</u>    **COURT REPORTER:** <u>not reported</u>

**<u>COUNSEL FOR PLAINTIFF(S):</u>**    **<u>COUNSEL FOR DEFENDANT(S):</u>**

Teresa M. Corbin                          Gary M. Hoffman
Denise M. De Mory

---

**PROCEEDINGS**

X    SETTLEMENT CONFERENCE    ☐    FURTHER SETTLEMENT CONFERENCE

☐    DISCOVERY CONFERENCE

☐    STATUS CONFERENCE RE: _____

     TELEPHONIC CONFERENCE RE: _____

☐    OTHER: _____

CASE CONTINUED TO: _____ FOR _____

NOTES:

A Settlement Conference was held. The case did not settle. A Further Settlement Conference for October 30, 2006, and related dates, will be scheduled shortly by the Court (JCS).