Gary M. Hoffman (*Pro Hac Vice*)
Kenneth W. Brothers (*Pro Hac Vice*)
DICKSTEIN SHAPIRO MORIN
  & OSHINSKY, LLP
2101 L Street, NW
Washington, DC  20037-1526
Phone (202) 785-9700
Fax (202) 887-0689

Edward A. Meilman (*Pro Hac Vice*)
DICKSTEIN SHAPIRO MORIN
  & OSHINSKY, LLP
1177 Avenue of the Americas
New York, New York  10036-2714
Phone (212) 835-1400
Fax (212) 997-9880

Jeffrey B. Demain, State Bar No. 126715
Jonathan Weissglass, State Bar No. 185008
ALTSHULER, BERZON, NUSSBAUM, RUBIN & DEMAIN
177 Post Street, Suite 300
San Francisco, California  94108
Phone  (415) 421-7151
Fax (415) 362-8064

Attorneys for Plaintiff Ricoh Company, Ltd.

Teresa M. Corbin (SBN 132360)
Denise DeMory
HOWREY LLP
525 Market Street
Suite 3600
San Francisco, CA  94105
Phone (415) 848-4900
Attorneys for Defendants and Synopsys, Inc.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC., ) | **CASE NO. C-03-2289-MJJ** |
| Plaintiff, ) | |
| ) | **CASE NO. C-03-4669-MJJ** |
| v. ) | |
| ) | |
| RICOH COMPANY, LTD., ) | |
| Defendant. ) | |
| ) | |
| RICOH COMPANY, LTD., ) | **STIPULATION AND [PROPOSED] ORDER** |
| ) | **REGARDING BRIEFING SCHEDULE ON** |
| Plaintiff, ) | **DEFENDANTS' NOTICE OF MOTION AND** |
| ) | **CORRECTED MOTION TO COMPEL** |
| v. ) | **DISCOVERY** |
| ) | |
| AEROFLEX INCORPORATED, et al., ) | |
| ) | |
| Defendants ) | |

STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANTS' NOTICE OF MOTION AND CORRECTED
MOTION TO COMPEL DISCOVERY

Ricoh Company, Ltd., Synopsys, Inc., and Defendants Aeroflex, Inc., et al. (collectively "the Parties"), hereby stipulate to the following briefing schedule on Defendants' Notice Of Motion And Corrected Motion To Compel Discovery. Ricoh shall submit its brief in opposition by no later than 10 am Pacific Time on Wednesday, June 14, 2006. Defendants shall submit their reply by no later than Friday, June 16, 2006. The Court shall advise the parties of when it will schedule a hearing.

Dated: June 9, 2006                          DICKSTEIN SHAPIRO MORIN & OSHINSKY


By:  /s/ Kenneth W. Brothers
     Gary M. Hoffman
     Kenneth W. Brothers
     Attorneys for Ricoh Company, Ltd.

Dated: June 9, 2006                          HOWREY, LLP


By:  /s/ Denise De Mory
     Teresa M. Corbin
     Denise De Mory
     Attorneys for Defendants and Synopys

SO ORDERED:


By:  _____
     United States Magistrate Judge

Dated:  June __, 2006

STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANTS' NOTICE OF MOTION AND CORRECTED MOTION TO COMPEL DISCOVERY

2098707.01