**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC., | No. C-03-2289 MJJ (EMC) |
| Plaintiff, | No. C-03-4669 MJJ (EMC) |
| v. | |
| RICOH CO., LTD., | **ORDER SETTING BRIEFING SCHEDULE FOR (1) DEFENDANTS' MOTION TO COMPEL AND (2) PLAINTIFF'S MOTION TO QUASH** |
| Defendant. / | |
| RICOH CO., LTD., | |
| Plaintiff, | |
| v. | |
| AEROFLEX, et al., | |
| Defendants. / | |

On June 7, 2006, Synopsys and the Customer Defendants (for purposes of convenience, collectively "Defendants") filed a motion to compel discovery, and Ricoh a motion to quash. The parties orally informed the Court that they have agreed upon the following briefing schedule for the above motions: Opposition briefs shall be filed by June 16, 2006, and reply briefs by June 21, 2006. The Court hereby adopts that briefing schedule.

///

///

///

The Court has advised the parties that, although the above briefing schedule has been set, it still expects the parties to further meet and confer to see if they can reach agreement on the discovery disputes raised in the motions. The parties have also been advised that, even after briefing, the Court may still order a further meet and confer. Such a meet and confer would take place on June 26, 2006, at the U.S. District Court courthouse, and the participation of *lead trial counsel* would be required.

IT IS SO ORDERED.

Dated: June 13, 2006

_____
EDWARD M. CHEN
United States Magistrate Judge