**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RICOH CO., LTD.,<br><br>　　　　Defendant.<br>_____/<br>RICOH CO., LTD.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AEROFLEX, *et al.*,<br><br>　　　　Defendants.<br>_____/ | No. C-03-2289 MJJ (EMC)<br><br>No. C-03-4669 MJJ (EMC)<br><br>**ORDER GRANTING EXTENSION FOR FILING OF EXPERT REPORTS AND DENYING WITHOUT PREJUDICE DEFENDANTS' MOTION TO DE-DESIGNATE CONFIDENTIAL DOCUMENTS**<br><br>**(Docket No. 329 - C-03-2289)**<br>**(Docket No. 466 - C-03-4669)** |

On June 14, 2006, the Court heard argument in these matters. Having considered the papers filed by the parties and the argument of counsel, and for the reasons stated on the record, the Court **GRANTS** both parties four (4) days within which to complete and exchange their expert and expert rebuttal reports. The Court **DENIES** without prejudice Defendants' motion to de-designate four (4)

///
///
///
///

documents previously designated by Plaintiff as confidential. The motion is premature. The parties are ordered to meet and confer to work out limited disclosure of the documents to those individuals identified by Defendants as needed to further their defense.

IT IS SO ORDERED.

Dated: June 14, 2006

EDWARD M. CHEN
United States Magistrate Judge