1  Gary M. Hoffman (*Pro Hac Vice*)
   Kenneth W. Brothers (*Pro Hac Vice*)
2  DICKSTEIN SHAPIRO MORIN
     & OSHINSKY, LLP
3  2101 L Street, NW
   Washington, DC  20037-1526
4  Phone (202) 785-9700
   Fax (202) 887-0689
5
   Edward A. Meilman (*Pro Hac Vice*)
6  DICKSTEIN SHAPIRO MORIN
     & OSHINSKY, LLP
7  1177 Avenue of the Americas
   New York, New York  10036-2714
8  Phone (212) 835-1400
   Fax (212) 997-9880
9
   Jeffrey B. Demain, State Bar No. 126715
10 Jonathan Weissglass, State Bar No. 185008
   ALTSHULER, BERZON, NUSSBAUM, RUBIN & DEMAIN
11 177 Post Street, Suite 300
   San Francisco, California  94108
12 Phone  (415) 421-7151
   Fax (415) 362-8064
13
   Attorneys for Ricoh Company, Ltd.
14

15                  UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA
16                     SAN FRANCISCO DIVISION

17  _____

18  RICOH COMPANY, LTD.,                )
                                         ) Case No. C03-4669 MJJ (EMC)
19          Plaintiff,                   ) Case No. C03-2289 MJJ (EMC)
        vs.                              )
20                                       ) **DECLARATION OF MICHAEL A.**
    AEROFLEX INC., et al.                ) **WEINSTEIN IN SUPPORT OF**
21                                       ) **ADMINISTRATIVE MOTION FOR A**
            Defendants.                  ) **SEALING ORDER**
22                                       )
    _____
    SYNOPSYS.,                           )
23                                       )
            Plaintiff,                   )
24      vs.                              )
                                         )
25  RICOH COMPANY, LTD.                  )
            Defendant.                   )
26                                       )
                                         )
27  _____

28

Michael A. Weinstein declares as follows:

1. My name is Michael A. Weinstein, an attorney with the law firm of Dickstein, Shapiro, Morin & Oshinsky, LLP, counsel for Ricoh Company Limited. I am over the age of 21 and am competent to make this declaration. Based on my personal knowledge and information, I hereby declare to all the facts in this declaration.

2. In case C03-4669, a Stipulated Protect Order ("Order1") was entered into on June 3, 2003 between the parties.

3. In case C03-2289, a Stipulated Protect Order ("Order2") was entered into on March 24, 2004 between the parties.

4. On June 8, 2006, counsel for Synopsys/Aeroflex et al. filed with the court a Notice of Motion and Motion to Compel Discovery, and a declaration with numerous exhibits in support of Motion to Compel Discovery, including a number of Ricoh's confidential discovery responses clearly marked "CONFIDENTIAL."

5. Ricoh Company, Ltd. requests permission to file under seal the following documents and exhibits which are designated confidential as defined in both Order1 and Order2.

   a. Exhibits 3, 17, 27, 28, 29, 33, 34, 35, 36, 37, 38, 39, 41, 42, 47, 48, 49, and 53.

6. On June 8, 2006, counsel for Synopsys/Aeroflex et al. filed with the court "Administrative Motion for a Sealing Order" requesting certain exhibits be filed under seal.

7. It is believed that the identified documents of 5a, *supra*, are privileged or protectable as a trade secret or otherwise entitled to protection.

8. As such, the above identified exhibits should be filed under seal pursuant to Order1 and Order2.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Signed at Washington, D.C. on June 14, 2006.

June 14, 2006                           /s/ Michael A. Weinstein
                                        Michael A. Weinstein

1

2  Gary M. Hoffman (*Pro Hac Vice*)
   Kenneth W. Brothers(*Pro Hac Vice*)
3  DICKSTEIN SHAPIRO MORIN
     & OSHINSKY, LLP
4  2101 L Street, NW
   Washington, DC  20037-1526
5  Phone (202) 785-9700
   Fax (202) 887-0689
6
   Edward A. Meilman (*Pro Hac Vice*)
7  DICKSTEIN SHAPIRO MORIN
     & OSHINSKY, LLP
8  1177 Avenue of the Americas
   New York, New York  10036-2714
9  Phone (212) 835-1400
   Fax (212) 997-9880
10
   Jeffrey B. Demain, State Bar No. 126715
11 Jonathan Weissglass, State Bar No. 185008
   ALTSHULER, BERZON, NUSSBAUM, RUBIN & DEMAIN
12 177 Post Street, Suite 300
   San Francisco, California  94108
13 Phone  (415) 421-7151
   Fax (415) 362-8064
14
   Attorneys for Ricoh Company, Ltd.
15
                    UNITED STATES DISTRICT COURT
16                  NORTHERN DISTRICT OF CALIFORNIA

17 RICOH COMPANY, LTD.,                )
                                       )
18         Plaintiff,                  )
                                       )  CASE NO. CV 03-4669 MJJ (EMC)
19    vs.                              )  CASE NO. CV 03-2289 MJJ (EMC)
                                       )
20 AEROFLEX ET AL,                     )  [PROPOSED] ORDER GRANTING
                                       )  MISCELLANEOUS ADMINISTRATIVE
21         Defendants.                 )  REQUEST TO FILE CERTAIN
                                       )  DOCUMENTS AND EXHIBITS UNDER
22 _____ )  SEAL
                                       )
23 SYNOPSYS, INC.,                     )
                                       )
24         Plaintiff,                  )
                                       )
25    vs.                              )
                                       )
26 RICOH COMPANY, LTD.,                )
                                       )
27         Defendants.                 )
                                       )
28 _____ )

CASE NO. CV 03-4669-MJJ (EMC) AND CV 03-2289 MJJ (EMC) Page 1
[PROPOSED] ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE CERTAIN DOCUMENTS
AND EXHIBITS UNDER SEAL

2100936.01

1  Counsel for Synopsys/Aeroflex et al. on June 8, 2006 have filed a Miscellaneous Administrative Request pursuant to Civil Local Rules 7-11 and 79-5, and request permission to file under seal the following Exhibits:

1. Exhibits 3, 17, 27, 28, 29, 33, 34, 35, 36, 37, 38, 39, 41, 42, 47, 48, 49, and 53.

Because the above documents include and refer to materials produced in discovery and designated confidential by Ricoh Company, Ltd., this request was made pursuant to the Stipulated Protective Order in this action.

The Court hereby GRANTS this request.

IT IS SO ORDERED.


Dated: _____          _____

The Honorable Edward M. Chen
Magistrate Judge, United States District Court

CASE NOS. CV -03-2289-MJJ (EMC) / CV-03-4669-MJJ (EMC)  Page 2
[PROPOSED] ORDER GRANTING MISCELLANEOUS ADMINISTATIVE REQUEST TO FILE CERTAIN DOCUMENTS
AND EXHIBITS UNDER SEAL

2100936.01