Gary M. Hoffman (*Pro Hac Vice*)
Kenneth W. Brothers (*Pro Hac Vice*)
DICKSTEIN SHAPIRO MORIN
 & OSHINSKY, LLP
2101 L Street, NW
Washington, DC 20037-1526
Phone (202) 785-9700
Fax (202) 887-0689

Edward A. Meilman (*Pro Hac Vice*)
DICKSTEIN SHAPIRO MORIN
 & OSHINSKY, LLP
1177 Avenue of the Americas
New York, New York 10036-2714
Phone (212) 835-1400
Fax (212) 997-9880

Jeffrey B. Demain, State Bar No. 126715
Jonathan Weissglass, State Bar No. 185008
ALTSHULER, BERZON, NUSSBAUM, RUBIN & DEMAIN
177 Post Street, Suite 300
San Francisco, California 94108
Phone (415) 421-7151
Fax (415) 362-8064

Attorneys for Ricoh Company, Ltd.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| RICOH COMPANY, LTD., <br><br> Plaintiff, <br> vs. <br><br> AEROFLEX INC., et al. <br><br> Defendants. | Case No. C03-4669 MJJ (EMC) <br> Case No. C03-2289 MJJ (EMC) <br><br> **DECLARATION OF MICHAEL A. WEINSTEIN IN SUPPORT OF ADMINISTRATIVE MOTION FOR A SEALING ORDER** |
| SYNOPSYS., <br><br> Plaintiff, <br> vs. <br><br> RICOH COMPANY, LTD. <br> Defendant. | |

Michael A. Weinstein declares as follows:

1. My name is Michael A. Weinstein, an attorney with the law firm of Dickstein, Shapiro, Morin & Oshinsky, LLP, counsel for Ricoh Company Limited. I am over the age of 21 and am competent to make this declaration. Based on my personal knowledge and information, I hereby declare to all the facts in this declaration.

2. In case C03-4669, a Stipulated Protect Order ("Order1") was entered into on June 3, 2003 between the parties.

3. In case C03-2289, a Stipulated Protect Order ("Order2") was entered into on March 24, 2004 between the parties.

4. On June 9, 2006, counsel for Synopsys/Aeroflex et al. filed with the court a Notice of Partial Withdrawal, and a declaration with exhibits in support of the Notice of Partial Withdrawal. The declaration contains 3 confidential documents produced by Ricoh Co., Ltd. during the course of this litigation.

5. Ricoh Company, Ltd. requests permission to file under seal the following exhibits which are designated confidential as defined in both Order1 and Order2.

    a. Exhibits 1, 2 and 3.

6. On June 9, 2006, counsel for Synopsys/Aeroflex et al. filed with the court "Administrative Motion for a Sealing Order" requesting certain exhibits be filed under seal.

7. It is believed that the identified documents of 5a, *supra*, are privileged or protectable as a trade secret or otherwise entitled to protection.

8. As such, the above identified exhibits should be filed under seal pursuant to Order1 and Order2.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Signed at Washington, D.C. on June 14, 2006.

June 14, 2006                          /s/ Michael A. Weinstein
                                                  Michael A. Weinstein

Gary M. Hoffman (*Pro Hac Vice*)
Kenneth W. Brothers (*Pro Hac Vice*)
DICKSTEIN SHAPIRO MORIN
 & OSHINSKY, LLP
2101 L Street, NW
Washington, DC 20037-1526
Phone (202) 785-9700
Fax (202) 887-0689

Edward A. Meilman (*Pro Hac Vice*)
DICKSTEIN SHAPIRO MORIN
 & OSHINSKY, LLP
1177 Avenue of the Americas
New York, New York 10036-2714
Phone (212) 835-1400
Fax (212) 997-9880

Jeffrey B. Demain, State Bar No. 126715
Jonathan Weissglass, State Bar No. 185008
ALTSHULER, BERZON, NUSSBAUM, RUBIN & DEMAIN
177 Post Street, Suite 300
San Francisco, California 94108
Phone (415) 421-7151
Fax (415) 362-8064

Attorneys for Ricoh Company, Ltd.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RICOH COMPANY, LTD.,

   Plaintiff,

vs.

AEROFLEX ET AL,

   Defendants.

SYNOPSYS, INC.,

   Plaintiff,

vs.

RICOH COMPANY, LTD.,

   Defendants.

**CASE NO. CV 03-4669 MJJ (EMC)**
**CASE NO. CV 03-2289 MJJ (EMC)**

**[PROPOSED] ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE CERTAIN DOCUMENTS AND EXHIBITS UNDER SEAL**

CASE NO. CV 03-4669-MJJ (EMC) AND CV 03-2289 MJJ (EMC) Page 1
[PROPOSED] ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE CERTAIN DOCUMENTS AND EXHIBITS UNDER SEAL

2100941.01

1  The Parties on July 9, 2006 have filed a Miscellaneous Administrative Request pursuant to Civil Local Rules 7-11 and 79-5, and request permission to file under seal the following Exhibits:

1. Exhibits 1, 2 and 3.

Because the above documents include and refer to materials produced in discovery and designated confidential by Ricoh Company, Ltd., this request was made pursuant to the Stipulated Protective Order in this action.

The Court hereby GRANTS this request.

IT IS SO ORDERED.

Dated: _____

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　The Honorable Edward M. Chen
　　　　　　　　　　　　　　　　　　　　　Magistrate Judge, United States District Court