Gary M. Hoffman (*Pro Hac Vice*)
Kenneth W. Brothers (*Pro Hac Vice*)
DICKSTEIN SHAPIRO MORIN
  & OSHINSKY, LLP
2101 L Street, NW
Washington, DC 20037-1526
Phone (202) 785-9700
Fax (202) 887-0689

Edward A. Meilman (*Pro Hac Vice*)
DICKSTEIN SHAPIRO MORIN
  & OSHINSKY, LLP
1177 Avenue of the Americas
New York, New York 10036-2714
Phone (212) 835-1400
Fax (212) 997-9880

Jeffrey B. Demain, State Bar No. 126715
Jonathan Weissglass, State Bar No. 185008
ALTSHULER, BERZON, NUSSBAUM, RUBIN & DEMAIN
177 Post Street, Suite 300
San Francisco, California 94108
Phone (415) 421-7151
Fax (415) 362-8064

Attorneys for Plaintiff Ricoh Company, Ltd.

Teresa M. Corbin (SBN 132360)
Denise DeMory
HOWREY LLP
525 Market Street
Suite 3600
San Francisco, CA 94105
Phone (415) 848-4900
Attorneys for Defendants and Synopsys, Inc.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SYNOPSYS, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RICOH COMPANY, LTD.,<br><br>　　　　　Defendant.<br><br>RICOH COMPANY, LTD.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AEROFLEX INCORPORATED, et al.,<br><br>　　　　　Defendants | **CASE NO. C-03-2289-MJJ**<br><br>**CASE NO. C-03-4669-MJJ**<br><br>**STIPULATION AND [PROPOSED] ORDER CONFORMING CERTAIN DATES TO EXISITNG SECOND AMENDED PRE-TRIAL SCHEDULE** |

2042166.1

2093645.01

1. Ricoh Company, Ltd., Synopsys, Inc., and Defendants Aeroflex, Inc., et al. (collectively "the Parties"), hereby stipulate to proposed schedule, and request that the Court modify its Second Amended Pre-trial Order in accordance with the stipulated proposed schedule.

2. Based on the progress of this case, the Parties, on November 16, 2005, submitted a Joint Stipulation and Request to Modify the Second Amended Pre-trial order, which this Court entered on November 22, 2005. That Stipulation and Proposed Order omitted certain items. This Stipulation and Order maintains the Trial and Pretrial Conference dates, but includes the omitted dates which are set out below.

3. IT IS HEREBY STIPULATED AND AGREED by and between the Parties that the case schedule be changed to the following:

| Event | Date pursuant to existing order | New date |
|---|---|---|
| Close of general fact discovery (responses due by this date) | 5/30/2006 | 5/30/2006 |
| Deadline for additional 30(b)(6) depositions relating to Judge Chen's May 8, 2006 Order | | 6/9/2006 |
| Settlement Conference with Judge Spero | 10/30/2006 | ~~6/6/2006~~ @ 9:30 |
| Last day to file discovery motions re general discovery deadline and non-deposition document discovery provided for in Judge Chen's May 8, 2006 Order | 6/7/2006 | 6/07/2006 |
| Service of proposed stipulations resolving various discovery issues | | 6/09/2006 |
| Last day to file discovery motions re (1) additional 30(b)(6) depositions, including document-related issues identified at the depositions relating to Judge Chen's May 8, 2006 Order; (2) Ricoh's responses to Matrox Tech's 4/17/06 interrogatories; and (3) any issues relating to the stipulations exchanged on 6/9/06 | | 6/15/2006 |
| Opening expert reports due: 1. Ricoh's report(s) on infringement; 2. Ricoh's report(s) on damages; 3. Synopsys and the Customer Defendants' report(s) on invalidity; 4. Synopsys and the Customer Defendants' report(s) on unenforceability; and 5. Synopsys and the Customer Defendants' report(s) on other affirmative defenses, except that noninfringement and any damages related issues will be addressed in responsive reports | 6/19/2006 | 6/19/2006 |
| No non-emergency filings or communications between parties due to DSMO office move | | 6/30/06, 6:30 pm ET to 7/10/06, 9 am ET |
| Responsive expert reports due | 7/19/2006 | 7/19/2006 |
| Close of Expert discovery | 8/18/2006 | 8/18/2006 |

2042166.1

2093645.01

| Event | Date pursuant to existing order | New date |
|---|---|---|
| Dispositive motions due | 8/18/2006 | 8/18/2006 |
| Opposition briefs to Dispositive motions | | 9/01/2006 |
| Reply briefs in support of Dispositive motions | | 9/08/2006 |
| Dispositive Motion hearing | 9/26/06 @ 9:30 | 9/26/06 @ 9:30 |
| Mutual exchange of proposed jury instructions; deposition designations in electronic form; draft pre-trial statement. | | 10/2/2006 |
| Mutual exchange of counter deposition designations in electronic form. | | 10/11/2006 |
| Mutual exchange of objections to jury instructions; and objections to deposition designations and counter-designations in electronic form. | | 10/16/2006 |
| Mutual exchange of proposed preliminary statements / instructions and proposed separate jury instructions; witness lists, exhibit lists | | 10/18/2006 |
| Meet and confer regarding jury instructions; pretrial statement; and deposition designations. | | 10/20/2006 |
| File Pre-Trial Statement, including witness lists, exhibit lists, and deposition designations; File Joint Set of Agreed Proposed Jury Instructions. | 6/21/2006 | 10/25/2006 |
| Mutual exchange of objections to witness lists, exhibit lists, and separate jury instructions. File motions in limine. | | 10/25/2006 |
| Meet and Confer regarding proposed trial exhibits and other evidence, separate jury instructions, proposed preliminary instructions | | 10/27/2006 |
| File List of Exhibits and Deposition Designations w/ Stipulations And Objections to Evidence; Proposed Voir Dire and Verdict Forms; Objections to Proposed Separate Jury Instructions | 6/27/2006 | 10/30/2006 |
| File Oppositions to Motions In Limine | | 11/6/2006 |
| Submissions Of Copies Of Exhibits To Court | 7/17/2006 | 11/13/2006 |
| Pre-trial Conference | 11/14/06 @ 3:30 | 11/14/06 @ 3:30 |
| Submission Of Joint Preliminary Statements/Instructions | 7/17/2006 | 11/20/2006 |
| Trial | 11/27-12/15/06 | 11/27-12/15/06 |

The Parties request that the Court modify its Second Amended Pre-trial order to adopt the dates set forth above.

2042166.1

2093645.01

1 | Dated: June 8, 2006 | DICKSTEIN SHAPIRO MORIN & OSHINSKY

By: /s/ Kenneth W. Brothers
Gary M. Hoffman
Kenneth W. Brothers
Attorneys for Ricoh Company, Ltd.

Dated: June 8, 2006 | HOWREY, LLP

By: /s/ Denise De Mory
Teresa M. Corbin
Denise De Mory
Attorneys for Defendants and Synopys

SO ORDERED:

By: *[signature: Martin J. Jenkins]*
United States Magistrate Judge

Dated: June 13, 2006

2042166.1

2093645.01