| | |
|---|---|
| 1 | Gary M. Hoffman (*Pro Hac Vice*) |
|   | Kenneth W. Brothers (*Pro Hac Vice*) |
| 2 | Eric Oliver (*Pro Hac Vice*) |
|   | DeAnna Allen (*Pro Hac Vice*) |
| 3 | DICKSTEIN SHAPIRO MORIN & OSHINSKY, LLP |
|   | 2101 L Street, N.W. |
| 4 | Washington, D.C. 20037-1526 |
|   | Telephone: (202) 785-9700 |
| 5 | Facsimile: (202) 887-0689 |
| 6 | Edward A. Meilman (*Pro Hac Vice*) |
|   | DICKSTEIN SHAPIRO MORIN & OSHINSKY LLP |
| 7 | 1177 Avenue of the Americas |
|   | New York, New York 10036-2714 |
| 8 | Telephone: (212) 277-6500 |
|   | Facsimile: (212) 277-6501 |
| 9 |   |
|   | Jeffrey B. Demain (SBN 126715) |
| 10 | Jonathan Weissglass (SBN 185008) |
|   | ALTSHULER, BERZON, NUSSBAUM, |
| 11 | RUBIN & DEMAIN |
|   | 177 Post Street, Suite 300 |
| 12 | San Francisco, California 94108 |
|   | Phone: (415) 421-7151 |
| 13 | Fax: (415) 362-8064 |
| 14 | Attorneys for Ricoh Company, Ltd. |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICOH COMPANY, LTD., | ) | **Case No. C-03-4669 MJJ** |
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) | **Case No. C-03-2289 MJJ** |
| vs. | ) |  |
|  | ) |  |
| AEROFLEX INC., et al., | ) |  |
|  | ) | **NOTICE OF CHANGE OF ADDRESS** |
| Defendants. | ) |  |
|  | ) |  |
| SYNOPSYS, INC., | ) |  |
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| vs. | ) |  |
|  | ) |  |
| RICOH COMPANY, LTD., | ) |  |
|  | ) |  |
| Defendant. | ) |  |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT the New York office of Dickstein Shapiro Morin & Oshinsky LLP has changed its phone and fax numbers as of June 5, 2006 to the following: Telephone: (212) 277-6500; Facsimile: (212) 277-6501.

In addition, the Washington, D.C. office of Dickstein Shapiro Morin & Oshinsky will change its address, phone and fax numbers to the following on July 10, 2006: 1825 Eye Street NW, Washington, DC 20006, Telephone: (202) 420-2200, Facsimile: (202) 420-2201.

Respectfully submitted,

Dated: June 15, 2006

Gary M. Hoffman
Kenneth W. Brothers
Eric Oliver
DeAnna Allen
DICKSTEIN SHAPIRO MORIN & OSHINSKY LLP
2101 L Street NW
Washington, D.C. 20037-1526
Telephone: (202) 785-9700
Facsimile: (202) 887-0689

Edward A. Meilman
DICKSTEIN SHAPIRO MORIN & OSHINSKY LLP
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 277-6500
Facsimile: (212) 277-6501

Jeffrey B. Demain, State Bar No. 126715
Jonathan Weissglass, State Bar No. 185008
ALTSHULER, BERZON, NUSSBAUM,
   RUBIN & DEMAIN
177 Post Street, Suite 300
San Francisco, California 94108
Phone: (415) 421-7151
Fax: (415) 362-8064

By: _____/s/_____
     Jonathan Weissglass

Attorneys for Plaintiff/Defendant Ricoh Company, Ltd.