1  Gary M. Hoffman (*Pro Hac Vice*)
   Kenneth W. Brothers (*Pro Hac Vice*)
2  DICKSTEIN SHAPIRO MORIN
     & OSHINSKY, LLP
3  2101 L Street, NW
   Washington, DC  20037-1526
4  Phone (202) 785-9700
   Fax (202) 887-0689
5
   Edward A. Meilman (*Pro Hac Vice*)
6  DICKSTEIN SHAPIRO MORIN
     & OSHINSKY, LLP
7  1177 Avenue of the Americas
   New York, New York  10036-2714
8  Phone (212) 835-1400
   Fax (212) 997-9880
9
   Jeffrey B. Demain, State Bar No. 126715
10 Jonathan Weissglass, State Bar No. 185008
   ALTSHULER, BERZON, NUSSBAUM, RUBIN & DEMAIN
11 177 Post Street, Suite 300
   San Francisco, California  94108
12 Phone  (415) 421-7151
   Fax (415) 362-8064
13
   Attorneys for Ricoh Company, Ltd.

14

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| RICOH COMPANY, LTD., | ) |
|---|---|
| Plaintiff, | ) Case No. C03-4669 MJJ (EMC) |
| vs. | ) Case No. C03-2289 MJJ (EMC) |
| AEROFLEX INC., et al. | ) **DECLARATION OF MICHAEL A.** |
| | ) **WEINSTEIN IN SUPPORT OF** |
| Defendants. | ) **ADMINISTRATIVE MOTION FOR A** |
| | ) **SEALING ORDER** |
| SYNOPSYS., | ) |
| Plaintiff, | ) |
| vs. | ) |
| RICOH COMPANY, LTD. | ) |
| Defendant. | ) |

Michael A. Weinstein declares as follows:

1. My name is Michael A. Weinstein, an attorney with the law firm of Dickstein, Shapiro, Morin & Oshinsky, LLP, counsel for Ricoh Company Limited. I am over the age of 21 and am competent to make this declaration. Based on my personal knowledge and information, I hereby declare to all the facts in this declaration.

2. In case C03-4669, a Stipulated Protect Order ("Order1") was entered into on June 3, 2003 between the parties.

3. In case C03-2289, a Stipulated Protect Order ("Order2") was entered into on March 24, 2004 between the parties.

4. On June 5, 2006, counsel for Synopsys/Aeroflex et al. filed with the court an Expedited Motion to Compel Access to Information Allegedly Covered by the Protective Order, or in the Alternative, to De-Designate Allegedly Confidential Information, and a declaration with exhibits in support of the Expedited Motion to Compel. The declaration refers to confidential documents (Exhibit 3, 4, 5 and 6) which were produced during discovery.

5. Ricoh Company, Ltd. requests permission to file under seal the following exhibits which are designated confidential as defined in both Order1 and Order2.

    a. Exhibits 3, 4, 5 and 6.

6. On June 5, 2006, counsel for Synopsys/Aeroflex et al. filed with the court "Administrative Motion for an Order Placing Documents Under Seal."

7. It is believed that the identified documents of 5a, *supra*, are privileged or protectable as a trade secret or otherwise entitled to protection.

8. As such, the above identified exhibits should be filed under seal pursuant to Order1 and Order2.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Signed at Washington, D.C. on June 15, 2006.

June 15, 2006        /s/ Michael A. Weinstein
        Michael A. Weinstein

1
2  Gary M. Hoffman (*Pro Hac Vice*)
   Kenneth W. Brothers(*Pro Hac Vice*)
3  DICKSTEIN SHAPIRO MORIN
     & OSHINSKY, LLP
4  2101 L Street, NW
   Washington, DC 20037-1526
5  Phone (202) 785-9700
   Fax (202) 887-0689
6
   Edward A. Meilman (*Pro Hac Vice*)
7  DICKSTEIN SHAPIRO MORIN
     & OSHINSKY, LLP
8  1177 Avenue of the Americas
   New York, New York 10036-2714
9  Phone (212) 835-1400
   Fax (212) 997-9880
10
   Jeffrey B. Demain, State Bar No. 126715
11 Jonathan Weissglass, State Bar No. 185008
   ALTSHULER, BERZON, NUSSBAUM, RUBIN & DEMAIN
12 177 Post Street, Suite 300
   San Francisco, California 94108
13 Phone (415) 421-7151
   Fax (415) 362-8064
14
   Attorneys for Ricoh Company, Ltd.
15
                    **UNITED STATES DISTRICT COURT**
16                  **NORTHERN DISTRICT OF CALIFORNIA**

17 RICOH COMPANY, LTD.,              )
                                     )
18          Plaintiff,                )
                                     )
19     vs.                            )  **CASE NO. CV 03-4669 MJJ (EMC)**
                                     )  **CASE NO. CV 03-2289 MJJ (EMC)**
20 AEROFLEX ET AL,                   )
                                     )  **[PROPOSED] ORDER GRANTING
21          Defendants.               )  MISCELLANEOUS ADMINISTRATIVE
                                     )  REQUEST TO FILE CERTAIN
22                                   )  DOCUMENTS AND EXHIBITS UNDER
                                     )  SEAL**
23 SYNOPSYS, INC.,                   )
                                     )
24          Plaintiff,                )
                                     )
25     vs.                            )
                                     )
26 RICOH COMPANY, LTD.,              )
                                     )
27          Defendants.               )

28
        CASE NO. CV 03-4669-MJJ (EMC) AND CV 03-2289 MJJ (EMC) Page 1
   [PROPOSED] ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE CERTAIN DOCUMENTS
                             AND EXHIBITS UNDER SEAL

2101792.01

1  Counsel for Synopsys/Aeroflex et al. on June 5, 2006 have filed an Administrative Motion for an
2  Order Placing Document Under Seal pursuant to Civil Local Rule 79-5(d), and requested permission to
3  file under seal the following Exhibits:
4      1.    Exhibits 3, 4, 5 and 6.
5  Because the above documents include and refer to materials produced in discovery and
6  designated confidential by Ricoh Company, Ltd., this request was made pursuant to the Stipulated
7  Protective Order in this action.
8  The Court hereby GRANTS this request.
9  IT IS SO ORDERED.

Dated: _____

_____
The Honorable Edward M. Chen
Magistrate Judge, United States District Court