UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>RICOH CO., LTD.,<br><br>    Defendant.<br>_____/<br>RICOH CO., LTD.,<br><br>    Plaintiff,<br><br>  v.<br><br>AEROFLEX, et al.,<br><br>    Defendants.<br>_____/ | No. C-03-2289 MJJ (EMC)<br><br>No. C-03-4669 MJJ (EMC)<br><br>**ORDER GRANTING SYNOPSYS' AND CUSTOMER DEFENDANTS' ADMINISTRATIVE MOTION FOR AN ORDER PLACING DOCUMENTS UNDER SEAL**<br><br>**(Docket No. 331 in No. C-03-2289; Docket No. 468 in No. C-03-4669)** |

Synopsys and the Customer Defendants have filed an administrative motion, asking that Exhibits 3-6 of the De Mory Declaration be filed under seal.

///

///

///

///

The Court hereby GRANTS the motion. Consistent with the Court's order of June 14, 2006, the Court does not preclude Synopsys and the Customer Defendants from later seeking de-designation of the documents.

IT IS SO ORDERED.

Dated: June 16, 2006

EDWARD M. CHEN
United States Magistrate Judge