UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| RICOH COMPANY, LTD., <br><br>  Plaintiff, <br><br> vs. <br><br> AEROFLEX INCORPORATED, et al., <br><br>  Defendants <br><br> SYNOPSYS, INC., <br><br>  Plaintiff, <br><br> vs. <br><br> RICOH COMPANY, LTD., <br><br>  Defendant. | **CASE NO. C-03-4669-MJJ (EMC)** <br><br> **CASE NO. C-03-2289-MJJ (EMC)** <br><br> **[PROPOSED] ORDER DENYING DEFENDANTS' CORRECTED MOTION TO COMPEL DISCOVERY** |

Upon consideration of DEFENDANTS' CORRECTED MOTION TO COMPEL DISCOVERY, and supporting evidence, Plaintiff's Opposition, and supporting evidence, and any reply and additional argument, and having conducted a hearing on the motions, and the Court being fully advised of the premises, the Court hereby DENYS DEFENDANTS' CORRECTED MOTION TO COMPEL DISCOVERY.

IT IS SO ORDERED.

DATED: _____     _____
                                    The Honorable Edward Chen
                                    Magistrate Judge, United States District Court

2102409.01