Gary M. Hoffman (*Pro Hac Vice*)
Kenneth W. Brothers(*Pro Hac Vice*)
DICKSTEIN SHAPIRO MORIN
  & OSHINSKY, LLP
2101 L Street, NW
Washington, DC  20037-1526
Phone (202) 785-9700
Fax (202) 887-0689

Edward A. Meilman (*Pro Hac Vice*)
DICKSTEIN SHAPIRO MORIN
  & OSHINSKY, LLP
1177 Avenue of the Americas
New York, New York  10036-2714
Phone (212) 835-1400
Fax (212) 997-9880

Jeffrey B. Demain, State Bar No. 126715
Jonathan Weissglass, State Bar No. 185008
ALTSHULER, BERZON, NUSSBAUM, RUBIN & DEMAIN
177 Post Street, Suite 300
San Francisco, California  94108
Phone  (415) 421-7151
Fax (415) 362-8064

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| RICOH COMPANY, LTD., ) <br><br> Plaintiff, ) <br><br> vs. ) <br><br> AEROFLEX ET AL, ) <br><br> Defendants. ) | **CASE NO. CV 03-4669 MJJ (EMC)** <br> **CASE NO. CV 03-2289 MJJ (EMC)** <br><br> **MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE CERTAIN DOCUMENTS AND EXHIBITS UNDER SEAL** |
| SYNOPSYS, INC., ) <br><br> Plaintiff, ) <br><br> vs. ) <br><br> RICOH COMPANY, LTD., ) <br><br> Defendant. ) | |

1    Ricoh files this Miscellaneous Administrative Request pursuant to Civil Local Rule 7-11 to
2    request permission to file under seal the following 8 Exhibits:
3         1.    Ricoh's Responses to Matrox Tech.'s  Second Set of Interrogatories (Exhibit 2 to the
4    Declaration of Kenneth W. Brothers).
5         2.    Ricoh's Restated Responses to Matrox International Corp.'s Third Set of Interrogatories
6    (Exhibit 4 to the Declaration of Kenneth W. Brothers).
7         3.    Ricoh's Restated Responses to AMI Semiconductor Inc.'s Third Set of Interrogatories
8    (Exhibit 6 to the Declaration of Kenneth W. Brothers).
9         4.    Ricoh's Restated Responses to Aeroflex Inc.'s Second Set of Interrogatories (Exhibit 7 to
10    the Declaration of Kenneth W. Brothers).
11         5.    Ricoh's Restated Responses to Aeroflex Colorado Inc.'s Second Set of Interrogatories
12    (Exhibit 8 to the Declaration of Kenneth W. Brothers).
13         6.    Ricoh's Restated Responses to Matrox Graphics Inc.'s Second Set of Interrogatories
14    (Exhibit 9 to the Declaration of Kenneth W. Brothers).
15         7.    Ricoh's Restated Responses to Matrox Electronic Systems Ltd.'s Second Set of
16    Interrogatories (Exhibit 10 to the Declaration of Kenneth W. Brothers).
17         8.    Plaintiff's deposition exhibits 245 (SP22701), 246 (SP22700) and 247 (DEF071902-906)
18    (Exhibit 15 to the Declaration of Kenneth W. Brothers)
19    Because the above documents include or refer to materials produced in discovery and designated
20    confidential, this request was made pursuant to the Stipulated Protective Order in this action.
21    Dated: June 16, 2006                    Respectfully submitted,
22                                            Ricoh Company, Ltd.
23                                            By: /s/ Ken Brothers
24                                            Gary M. Hoffman
25                                            Ken Brothers
                                             Michael A. Weinstein
26                                            DICKSTEIN SHAPIRO MORIN &
                                                 OSHINSKY  LLP
27                                            2101 L Street NW
                                             Washington, D.C.  20037-1526
28                                            Telephone: (202) 785-9700

1    Facsimile: (202) 887-0689

2    Edward A. Meilman
     DICKSTEIN SHAPIRO MORIN &
3          OSHINSKY  LLP
     1177 Avenue of the Americas
4    New York, New York  10036
     Telephone:  (212) 896-5471
5    Facsimile:  (212) 997-9880

6
     Jeffrey B. Demain, State Bar No. 126715
7    Jonathan Weissglass, State Bar No. 185008
     Altshuler, Berzon, Nussbaum, Rubin & Demain
8    177 Post Street, Suite 300
     San Francisco, California  94108
9    Phone:  (415) 421-7151
     Fax:  (415) 362-8064
10
11   Attorneys for Ricoh Company, Ltd.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2  Gary M. Hoffman (*Pro Hac Vice*)
   Kenneth W. Brothers(*Pro Hac Vice*)
3  DICKSTEIN SHAPIRO MORIN
     & OSHINSKY, LLP
4  2101 L Street, NW
   Washington, DC  20037-1526
5  Phone (202) 785-9700
   Fax (202) 887-0689
6
   Edward A. Meilman (*Pro Hac Vice*)
7  DICKSTEIN SHAPIRO MORIN
     & OSHINSKY, LLP
8  1177 Avenue of the Americas
   New York, New York  10036-2714
9  Phone (212) 835-1400
   Fax (212) 997-9880
10
   Jeffrey B. Demain, State Bar No. 126715
11 Jonathan Weissglass, State Bar No. 185008
   ALTSHULER, BERZON, NUSSBAUM, RUBIN & DEMAIN
12 177 Post Street, Suite 300
   San Francisco, California  94108
13 Phone  (415) 421-7151
   Fax (415) 362-8064
14
15 Attorneys for Ricoh Company, Ltd.

16             UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA

17 RICOH COMPANY, LTD.,                )
                                       )
18              Plaintiff,             )
                                       )
19        vs.                          )   **CASE NO. CV 03-4669 MJJ (EMC)**
                                       )   **CASE NO. CV 03-2289 MJJ (EMC)**
20 AEROFLEX ET AL,                     )
                                       )   **[PROPOSED] ORDER GRANTING**
21              Defendants.            )   **MISCELLANEOUS ADMINISTRATIVE**
                                       )   **REQUEST TO FILE CERTAIN**
22 _____    )   **DOCUMENTS AND EXHIBITS UNDER**
                                       )   **SEAL**
23 SYNOPSYS, INC.,                     )
                                       )
24              Plaintiff,             )
                                       )
25        vs.                          )
                                       )
26 RICOH COMPANY, LTD.,                )
                                       )
27              Defendants.            )
                                       )
28 _____    )

2042549.01

1    Ricoh filed a Miscellaneous Administrative Request pursuant to Civil Local Rule 7-11, and

2    request permission to file under seal the following 8 Exhibits:

3        1.    Ricoh's Responses to Matrox Tech.'s  Second Set of Interrogatories (Exhibit 2 to the

4    Declaration of Kenneth W. Brothers).

5        2.    Ricoh's Restated Responses to Matrox International Corp.'s Third Set of Interrogatories

6    (Exhibit 4 to the Declaration of Kenneth W. Brothers).

7        3.    Ricoh's Restated Responses to AMI Semiconductor Inc.'s Third Set of Interrogatories

8    (Exhibit 6 to the Declaration of Kenneth W. Brothers).

9        4.    Ricoh's Restated Responses to Aeroflex Inc.'s Second Set of Interrogatories (Exhibit 7 to

10   the Declaration of Kenneth W. Brothers).

11       5.    Ricoh's Restated Responses to Aeroflex Colorado Inc.'s Second Set of Interrogatories

12   (Exhibit 8 to the Declaration of Kenneth W. Brothers).

13       6.    Ricoh's Restated Responses to Matrox Graphics Inc.'s Second Set of Interrogatories

14   (Exhibit 9 to the Declaration of Kenneth W. Brothers).

15       7.    Ricoh's Restated Responses to Matrox Electronic Systems Ltd.'s Second Set of

16   Interrogatories (Exhibit 10 to the Declaration of Kenneth W. Brothers).

17       8.    Plaintiff's deposition exhibits 245 (SP22701), 246 (SP22700) and 247 (DEF071902-906)

18   (Exhibit 15 to the Declaration of Kenneth W. Brothers)

19       Because the above documents may include or refer to materials produced in discovery and

20   designated confidential, this request is made pursuant to the Stipulated Protective Order entered in this

21   action.

22       The Court hereby GRANTS this request.

23       IT IS SO ORDERED.

24

25   Dated: _____

26                                        _____

27                                        The Honorable Edward M. Chen
                                         Magistrate Judge, United States District Court
28