Teresa M. Corbin (SBN 132360)
Denise M. De Mory (SBN 168076)
Jaclyn C. Fink (SBN 217913)
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, California 94105
Telephone: (415) 848-4900
Facsimile: (415) 848-4999

Attorneys for Defendants AEROFLEX INCORPORATED, AEROFLEX COLORADO SPRINGS, INC., AMI SEMICONDUCTOR, INC., MATROX ELECTRONIC SYSTEMS, LTD., MATROX GRAPHICS INC., MATROX INTERNATIONAL CORP., and MATROX TECH, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICOH COMPANY, LTD., <br><br> Plaintiff, <br><br> vs. <br><br> AEROFLEX INCORPORATED, AMI SEMICONDUCTOR, INC., MATROX ELECTRONIC SYSTEMS LTD., MATROX GRAPHICS INC., MATROX INTERNATIONAL CORP., MATROX TECH, INC., AND AEROFLEX COLORADO SPRINGS, INC. <br><br> Defendants. | Case No. C03-4669 MJJ (EMC) <br><br> Case No. C03-2289 MJJ (EMC) <br><br> ADMINISTRATIVE MOTION FOR A SEALING ORDER <br> (Civil L.R. 79-5(d)) <br><br> Judge: Hon. Edward M. Chen |
| SYNOPSYS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> RICOH COMPANY, LTD., <br><br> Defendant. | |

1       Pursuant to Civil L.R. 7-11, Synopsys and the Customer Defendants hereby bring this
2   administrative motion for an order to file under seal the following documents being lodged this day
3   with the Clerk of the Court:

4

5       1. Exhibit 2 to Supplemental De Mory Declaration (selected excerpts from Takada
6          testimony).
7       2. Exhibit 7 to Supplemental De Mory Declaration (RCL documents).
8       3. Exhibit 8 to Supplemental De Mory Declaration (selected excerpts from Oka
9          testimony).
10      4. Exhibit 13 to Supplemental De Mory Declaration (selected excerpts from Kobayashi
11         testimony).
12      5. Exhibit 23 to Supplemental De Mory Declaration (KBSC documents).
13      6. Selected portions of the Reply that quote deposition testimony and discovery responses.
14  The only allegedly confidential information attached to or contained within these documents is
15  information designated as such by Ricoh Company, Ltd. ("Ricoh").  Thus, pursuant to Civil L.R. 79-
16  5(d), Ricoh is to file, within five court days, (i) a declaration establishing that the above information is
17  sealable and (ii) a proposed order.

18

19  Dated: June 21, 2006                                 Respectfully submitted,
20                                                HOWREY LLP

22                                    By: _____/s/Denise M. De Mory_____
23                                          Denise M. De Mory
                                            Attorneys for Plaintiff
24                                        SYNOPSYS, INC. and for Defendants
                                       AEROFLEX INCORPORATED,
25                                        AEROFLEX COLORADO SPRINGS,
                                       INC., AMI SEMICONDUCTOR, INC.,
26                                        MATROX ELECTRONIC SYSTEMS,
                                     LTD., MATROX GRAPHICS, INC.,
27                                       MATROX INTERNATIONAL CORP.,
                                     and MATROX TECH, INC.
28