Gary M. Hoffman (*Pro Hac Vice*)
Kenneth W. Brothers (*Pro Hac Vice*)
DICKSTEIN SHAPIRO MORIN
  & OSHINSKY, LLP
2101 L Street, NW
Washington, DC  20037-1526
Phone (202) 785-9700
Fax (202) 887-0689

Teresa M. Corbin (SBN 132360)
Denise DeMory
HOWREY LLP
525 Market Street
Suite 3600
San Francisco, CA  94105
Phone (415) 848-4900
Attorneys for Defendants and Synopsys, Inc.

Edward A. Meilman (*Pro Hac Vice*)
DICKSTEIN SHAPIRO MORIN
  & OSHINSKY, LLP
1177 Avenue of the Americas
New York, New York  10036-2714
Phone (212) 835-1400
Fax (212) 997-9880

Jeffrey B. Demain, State Bar No. 126715
Jonathan Weissglass, State Bar No. 185008
ALTSHULER, BERZON, NUSSBAUM, RUBIN & DEMAIN
177 Post Street, Suite 300
San Francisco, California  94108
Phone  (415) 421-7151
Fax (415) 362-8064

Attorneys for Plaintiff Ricoh Company, Ltd.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SYNOPSYS, INC., <br><br>          Plaintiff, <br><br>     v. <br><br> RICOH COMPANY, LTD., <br><br>          Defendant. | **CASE NO. C-03-2289-MJJ** <br><br> **CASE NO. C-03-4669-MJJ** |
| RICOH COMPANY, LTD., <br><br>          Plaintiff, <br><br>     v. <br><br> AEROFLEX INCORPORATED, et al., <br><br>          Defendants | **STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE ON RICOH'S MOTION TO COMPEL DISCOVERY AGAINST MATROX DEFENDANTS** |

STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE ON RICOH'S MOTION TO COMPEL DISCOVERY AGAINST MATROX DEFENDANTS

2105906.01

Ricoh Company, Ltd., Synopsys, Inc., and Defendants Aeroflex, Inc., et al. (collectively "the Parties"), hereby stipulate to the following briefing schedule on Ricoh's Notice Of Motion And Motion To Compel Discovery Against the Matrox Defendants. Defendants shall file their opposition to the motion by Friday, June 23, 2006. Ricoh's reply brief shall be filed by Wednesday, June 28, 2006. The Court will establish a time for the hearing, which may be conducted telephonically.

Dated: June 23, 2006                                    DICKSTEIN SHAPIRO MORIN & OSHINSKY

                                                        By:  /s/ Kenneth W. Brothers
                                                             Gary M. Hoffman
                                                             Kenneth W. Brothers
                                                             Attorneys for Ricoh Company, Ltd.

Dated: June 23, 2006                                    HOWREY, LLP

                                                        By:  /s/ Denise De Mory
                                                             Teresa M. Corbin
                                                             Denise De Mory
                                                             Attorneys for Defendants and Synopys

SO ORDERED:

                                                        By:  _____
                                                             United States Magistrate Judge

Dated: June __, 2006