| | |
|---|---|
| 1 | Teresa M. Corbin (SBN 132360) |
| | Denise M. De Mory (SBN 168076) |
| 2 | Jaclyn C. Fink (SBN 217913) |
| | HOWREY LLP |
| 3 | 525 Market Street, Suite 3600 |
| | San Francisco, California 94105 |
| 4 | Telephone: (415) 848-4900 |
| | Facsimile: (415) 848-4999 |
| 5 | |
| 6 | Attorneys for Plaintiff SYNOPSYS, INC. |
| | And Defendants AEROFLEX INCORPORATED, |
| | AMI SEMICONDUCTOR, INC., MATROX |
| 7 | ELECTRONIC SYSTEMS, LTD., MATROX |
| | GRAPHICS, INC., MATROX INTERNATIONAL |
| 8 | CORP., MATROX TECH, INC., and |
| | AEROFLEX COLORADO SPRINGS, INC. |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| RICOH COMPANY, LTD., | Case No. C03-04669 MJJ (EMC) |
| | Case No. C03-02889 MJJ (EMC) |
| Plaintiff, | |
| vs. | NOTICE OF APPEARANCE OF |
| | HENRY C. SU |
| AEROFLEX INCORPORATED, AMI SEMICONDUCTOR, INC., MATROX ELECTRONIC SYSTEMS LTD., MATROX GRAPHICS INC., MATROX INTERNATIONAL CORP., MATROX TECH, INC., AND AEROFLEX COLORADO SPRINGS, INC. | |
| Defendants. | |
| SYNOPSYS, INC., | |
| Plaintiff, | |
| vs. | |
| RICOH COMPANY, LTD., | |
| Defendant. | |

**HOWREY LLP**

C03-04469 MJJ (EMC)/C03-02889 MJJ (EMC)
NOTICE OF APPEARANCE
DM_US\8340126.v1

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Henry C. Su, a member of the bar of this Court, and also a partner of the Howrey LLP firm, hereby enters his appearance in the above-captioned action as counsel for Plaintiff SYNOPSYS, INC. And Defendants AEROFLEX INCORPORATED, AMI SEMICONDUCTOR, INC., MATROX ELECTRONIC SYSTEMS LTD., MATROX GRAPHICS INC., MATROX INTERNATIONAL CORP., MATROX TECH, INC., AND AEROFLEX COLORADO SPRINGS, INC. and respectfully requests service of pleadings and other papers filed in this action and any orders and notices from this Court using the contact information provided below:

> Henry C. Su
> HOWREY LLP
> 1950 University Avenue, 4th Floor
> East Palo Alto, CA 94303
> Tel: 650-798-3500
> Fax: 650-798-3600
> E-mail: suh@howrey.com

Dated: June 23, 2006                               HOWREY LLP

                                                   By:    /s/ Henry C. Su
                                                          Henry C. Su