1  Gary M. Hoffman (*Pro Hac Vice*)  
   Kenneth W. Brothers (*Pro Hac Vice*)  
2  DICKSTEIN SHAPIRO MORIN  
     & OSHINSKY, LLP  
3  2101 L Street, NW  
   Washington, DC  20037-1526  
4  Phone (202) 785-9700  
   Fax (202) 887-0689  
5  
   Edward A. Meilman (*Pro Hac Vice*)  
6  DICKSTEIN SHAPIRO MORIN  
     & OSHINSKY, LLP  
7  1177 Avenue of the Americas  
   New York, New York  10036-2714  
8  Phone (212) 835-1400  
   Fax (212) 997-9880  
9  
10 Jeffrey B. Demain, State Bar No. 126715  
   Jonathan Weissglass, State Bar No. 185008  
   ALTSHULER, BERZON, NUSSBAUM, RUBIN & DEMAIN  
11 177 Post Street, Suite 300  
   San Francisco, California  94108  
12 Phone  (415) 421-7151  
   Fax (415) 362-8064  
13  
   Attorneys for Plaintiff Ricoh Company, Ltd.  
14  

Teresa M. Corbin (SBN 132360)  
Denise DeMory  
HOWREY LLP  
525 Market Street  
Suite 3600  
San Francisco, CA  94105  
Phone (415) 848-4900  
Attorneys for Defendants and Synopsys, Inc.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC.,<br><br>            Plaintiff,<br><br>     v.<br><br>RICOH COMPANY, LTD.,<br><br>            Defendant. | **CASE NO. C-03-2289-MJJ**<br><br>**CASE NO. C-03-4669-MJJ** |
| RICOH COMPANY, LTD.,<br><br>            Plaintiff,<br><br>     v.<br><br>AEROFLEX INCORPORATED, et al.,<br><br>            Defendants | **STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE ON RICOH'S MOTION TO COMPEL DISCOVERY AGAINST MATROX DEFENDANTS** |

STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE ON RICOH'S MOTION TO COMPEL DISCOVERY AGAINST MATROX DEFENDANTS

2105906.01

1  Ricoh Company, Ltd., Synopsys, Inc., and Defendants Aeroflex, Inc., et al. (collectively "the
2  Parties"), hereby stipulate to the following briefing schedule on Ricoh's Notice Of Motion And Motion To
3  Compel Discovery Against the Matrox Defendants. Defendants shall file their opposition to the motion by
4  Friday, June 23, 2006. Ricoh's reply brief shall be filed by Wednesday, June 28, 2006. The Court will
5  establish a time for the hearing, which may be conducted telephonically.

Dated: June 23, 2006                   DICKSTEIN SHAPIRO MORIN & OSHINSKY

By:   /s/ Kenneth W. Brothers
      Gary M. Hoffman
      Kenneth W. Brothers
      Attorneys for Ricoh Company, Ltd.

Dated: June 23, 2006                   HOWREY, LLP

By:   /s/ Denise De Mory
      Teresa M. Corbin
      Denise De Mory
      Attorneys for Defendants and Synopys

SO ORDERED:

By: _____
    United States Judge Edward M. Chen

IT IS SO ORDERED

Dated: June 27, 2006

STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE ON RICOH'S MOTION TO
COMPEL DISCOVERY AGAINST MATROX DEFENDANTS

2105906.01