UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>RICOH CO., LTD.,<br><br>    Defendant.<br>_____/<br>RICOH CO., LTD.,<br><br>    Plaintiff,<br><br>    v.<br><br>AEROFLEX, et al.,<br><br>    Defendants.<br>_____/ | No. C-03-2289 MJJ (EMC)<br>No. C-03-4669 MJJ (EMC)<br><br>**ORDER GRANTING SYNOPSYS' AND CUSTOMER DEFENDANTS' ADMINISTRATIVE MOTION FOR AN ORDER PLACING DOCUMENTS UNDER SEAL**<br><br>**(Docket No. 362 in No. C-03-2289; Docket No. 498 in No. C-03-4669)** |

Synopsys and the Customer Defendants have asked the Court for permission to file under seal certain exhibits attached to the Adelman declaration in opposition to Ricoh's motion to quash (namely, Exhibits H, I, and M). The Court hereby GRANTS the motion to seal.

IT IS SO ORDERED.

Dated: July 6, 2006

_____
EDWARD M. CHEN
United States Magistrate Judge