July 12, 2006

Hon. Edward M. Chen
United States Magistrate Judge
U.S. District Court
450 Golden Gate Avenue
San Francisco, CA 94012

      **Re:**    *Synopsys v. Ricoh Company, Ltd.*,
               **Case No. C03-2289 MJJ (EMC)**
               *Ricoh Company, Ltd. v. Aeroflex, Inc., et al.*,
               **Case No. C03-4669 MJJ (EMC)**

Dear Judge Chen:

The parties submit this joint letter in response to this Court's Order of July 5, 2006, regarding the issue of whether the deposition of Dr. Kobayashi should be continued. As set forth in paragraph 5 of the parties' June 30, 2006 Stipulation, also entered by the Court on July 5, 2006, the parties have agreed to defer further consideration of this issue until after the resolution of all issues relating to the KBSC documents.

Respectfully submitted,

/s/ Kenneth W. Brothers
Counsel for Ricoh

/s/ Denise M. De Mory
Counsel for Synopsys and Aeroflex, et al.

DM_US\8365194.v1