UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>RICOH CO., LTD.,<br><br>    Defendant.<br>_____/<br>RICOH CO., LTD.,<br><br>    Plaintiff,<br><br>    v.<br><br>AEROFLEX, et al.,<br><br>    Defendants.<br>_____/ | No. C-03-2289 MJJ (EMC)<br>No. C-03-4669 MJJ (EMC)<br><br>**ORDER REMOVING DOCUMENTS**<br>**FROM FILING UNDER SEAL** |

Previously, the Court provisionally granted two of Ricoh's requests to file under seal and instructed Ricoh to file declarations justifying the filing under seal. *See* Docket No. 359 in C-03-2289 and Docket No. 495 in C-03-4669 (order filed on 6/16/06); Docket No. 387 and Docket No. 529 in C-03-4669 (order filed on 7/6/06). Ricoh did not file any declarations by the date ordered by the Court. Ricoh subsequently confirmed that it did not intend to file any declarations and that it understood that the documents at issue would be removed from filing under seal and become part of the public record.

Accordingly, the Court hereby orders that the following documents be removed from filing under seal and that the same documents shall be filed as part of the public record.

(1) Exhibits 1-3 attached to the De Mory declaration, filed in support of Synopsys and the Customer Defendants' notice of withdrawal of portion of expedited motion to compel access to information allegedly covered by the protective order.

(2) Exhibits 3, 17, 27, 28, 29, 33, 34, 35, 36, 37, and 38 attached to the De Mory declaration, filed in support of Synopsys and the Customer Defendants' motion to compel.

(3) Exhibits 2, 4, 6, 7, 8, 9, and 10 attached to the Brothers declaration, filed in support of the opposition to Synopsys and the Customer Defendants' motion to compel.

IT IS SO ORDERED.

Dated: July 18, 2006

_____
EDWARD M. CHEN
United States Magistrate Judge

2