1   GARY M. HOFFMAN, *admitted pro hac vice*
    KENNETH W. BROTHERS, *admitted pro hac vice*
2   ERIC OLIVER, *admitted pro hac vice*
    DEANNA ALLEN, *admitted pro hac vice*
3   Dickstein Shapiro, LLP
    1825 Eye Street, NW
4   Washington, DC 20006,
    Telephone:    (202) 420-2200
5   Facsimile:    (202) 420-2201

6   EDWARD A. MEILMAN, *admitted pro hac vice*
7   Dickstein Shapiro, LLP
    1177 Avenue of the Americas
    New York, New York  10036-2714
8   Telephone:    (212) 277-6500
    Facsimile:    (212) 277-6501
9
    JEFFREY B. DEMAIN, State Bar No. 126715
10  JONATHAN WEISSGLASS, State Bar No. 185008
    Altshuler, Berzon, Nussbaum, Rubin & Demain
11  177 Post Street, Suite 300
    San Francisco, California  94108
12  Telephone:    (415) 421-7151
    Facsimile:    (415) 362-8064
13
    Attorneys for Defendant
14

15              UNITED STATES DISTRICT COURT

16          FOR THE NORTHERN DISTRICT OF CALIFORNIA

17

18  RICOH COMPANY, LTD.,              )   Case No. C03-02289 MJJ

19          Plaintiff,                )   Case No. C03-04669 MJJ
                                      )
20      vs.                           )   **DECLARATION OF ABBY PHELPS
                                      )   RE: JULY 5, 2006 ORDER RE JOINT
21  AEROFLEX INC., et al.,            )   LETTER OF JUNE 30, 2006**
                                      )
22          Defendants.               )
                                      )
23  ─────────────────────────────────
                                      )
    SYNOPSYS, INC.,                   )
24                                    )
            Plaintiff,                )
25                                    )
        vs.                           )
26                                    )
    RICOH COMPANY, LTD.,              )
27                                    )
            Defendant.                )
28  ─────────────────────────────────)

1    I, Abby Phelps, hereby declare as follows:

2    1.    I am a litigation assistant at Altshuler, Berzon, Nussbaum, Rubin & Demain.  I

3    have personal knowledge of the facts set forth in this declaration and would competently testify

4    to them under oath if called as a witness.

5    2.    I, accompanied by Brian Bershader, went to a storage unit in Mountain View,

6    California, on three occasions.  There, I reviewed what Mr. Bershader told me were all of the

7    items in the storage unit belonging to Dr. Hideaki Kobayashi.  I sent a total of 60 boxes via

8    Federal Express to Mr. Gary M. Hoffman at Dickstein Shapiro, LLP, in Washington, D.C.

9    3.    On July 10, 2006, I sent a first set of 27 boxes, which consisted of 26 sealed

10    boxes that had been sent from Dickstein Shapiro and that I did not open, and one additional

11    box.  On July 14, 2006, I sent a second set consisting of 21 boxes.  On July 17, 2006, I sent a

12    third set of 12 boxes.  Where it was possible to ship boxes without repacking them, I sent the

13    boxes as I found them.  Some oversized or damaged boxes needed to be repacked.  Where a

14    box that I was able to send without repacking contained both documents and non-documents, I

15    sent the entire box including non-documents.  If a box did not contain any documents or only

16    manuals for electronic equipment, I did not send the box.

17    4.    Other than the 60 boxes I sent, the storage unit contained only the following

18    items, which I did not send: 18 boxes that contained such items as clothing, shoes, electronic

19.    equipment with manuals, dishes, and beverages, but no documents (excluding manuals for

20    electronic equipment); several empty boxes; several framed prints and several unframed prints;

21    a newspaper article regarding one of the prints; one framed patent; one large, empty water jug;

22    a sealed package of unused envelopes; and six bags that Mr. Bershader told me belonged to

23    him, not to Dr. Kobayashi.

24    I declare under penalty of perjury that the foregoing is true and correct.  Executed July

25    19, 2006, at San Francisco, California.

26

27    _____/s/ Abby Phelps_____
    Abby Phelps

28

DECLARATION OF ABBY PHELPS RE: JULY 5, 2006 ORDER RE JOINT LETTER OF JUNE 30, 2006,
N.D. Cal. Case Nos. C03-02289 MJJ, C03-04669 MJJ                                    1