**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>RICOH CO., LTD.,<br><br>    Defendant.<br>_____/<br>RICOH CO., LTD.,<br><br>    Plaintiff,<br><br>    v.<br><br>AEROFLEX, et al.,<br><br>    Defendants.<br>_____/ | No. C-03-2289 MJJ (EMC)<br>No. C-03-4669 MJJ (EMC)<br><br>**ORDER REMOVING DOCUMENTS FROM FILING UNDER SEAL** |

Previously, the Court provisionally granted a request to file under seal filed by Ricoh and instructed Synopsys and the Customer Defendants (collectively "Defendants") to file a declaration explaining why there is good cause to seal Exhibit 15 of the Brothers declaration. *See* Docket No. 387 in C-03-2289 and Docket No. 529 in C-03-4669 (order filed on 7/6/06). Defendants did not file any declaration by the date ordered by the Court. Defendants subsequently confirmed that they did not intend to file any declaration and that they understood that Exhibit 15 would be removed from filing under seal and become part of the public record.

Accordingly, the Court hereby orders that the following document be removed from filing under seal and that the same document shall be filed as part of the public record: Exhibit 15 attached

to the Brothers declaration, filed in support of the opposition to Synopsys and the Customer Defendants' motion to compel.

     IT IS SO ORDERED.

Dated: July 26, 2006

_____
EDWARD M. CHEN
United States Magistrate Judge