Gary M. Hoffman (*Pro Hac Vice*)
Kenneth W. Brothers(*Pro Hac Vice*)
DICKSTEIN SHAPIRO LLP
2101 L Street, NW
Washington, DC  20006-5403
Phone (202) 420-2200
Fax (202) 420-2201

Edward A. Meilman (*Pro Hac Vice*)
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, New York  10036-2714
Phone (212) 277-6500
Fax (212) 277-6501

Jeffrey B. Demain, State Bar No. 126715
Jonathan Weissglass, State Bar No. 185008
ALTSHULER, BERZON, NUSSBAUM, RUBIN & DEMAIN
177 Post Street, Suite 300
San Francisco, California  94108
Phone  (415) 421-7151
Fax (415) 362-8064

Attorneys for Ricoh Company, Ltd.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| RICOH COMPANY, LTD., | ) |
| | ) |
| Plaintiff, | ) |
| | ) **CASE NO. CV 03-4669 MJJ (EMC)** |
| vs. | ) |
| | ) **CASE NO. CV 03-2289 MJJ (EMC)** |
| AEROFLEX ET AL, | ) |
| | ) |
| Defendants. | ) **ADMINISTRATIVE MOTION FOR AN** |
| | ) **ORDER PLACING DOCUMENTS UNDER** |
| | ) **SEAL** |
| | ) **(Civil L.R. 79-5(d))** |
| SYNOPSYS, INC., | ) |
| | ) **Judge: Hon. Edward M. Chen** |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| RICOH COMPANY, LTD., | ) |
| | ) |
| Defendant. | ) |
| | ) |

CASE NOS. CV -03-2289-MJJ (EMC) / CV-03-4669-MJJ (EMC)   Page 1
ADMINISTRATIVE MOTION FOR AN ORDER PLACING DOCUMENTS UNDER SEAL

2127201.01

Pursuant to Civil L.R. 7-11, Ricoh Company, Ltd. ("Ricoh") hereby brings this administrative motion for an order to file under seal the following exhibit being lodged with the Clerk of the Court today, August 10, 2006:

1.    Exhibit 8 (to the joint letter to the Honorable Edward M. Chen).

Because the above exhibit includes and refers to materials produced in discovery and designated confidential by Ricoh, this request is made pursuant to the Stipulated Protective Order in this action.

The Court hereby GRANTS this request.

IT IS SO ORDERED.

Dated: _____        _____

The Honorable Edward M. Chen
Magistrate Judge, United States District Court

CASE NOS. CV -03-2289-MJJ (EMC) / CV-03-4669-MJJ (EMC)   Page 1
ADMINISTRATIVE MOTION FOR AN ORDER PLACING DOCUMENTS UNDER SEAL

2127201.01