1  Teresa M. Corbin (SBN 132360)
   Denise M. De Mory (SBN 168076)
2  Jaclyn C. Fink (SBN 217913)
   HOWREY LLP
3  525 Market Street, Suite 3600
   San Francisco, California 94105
4  Telephone: (415) 848-4900
   Facsimile:  (415) 848-4999
5
   Attorneys for Plaintiff SYNOPSYS, INC.
6  and for Defendants AEROFLEX INCORPORATED,
   AMI SEMICONDUCTOR, INC., MATROX
7  ELECTRONIC SYSTEMS, LTD., MATROX
   GRAPHICS, INC., MATROX INTERNATIONAL
8  CORP., MATROX TECH, INC. and AEROFLEX
   COLORADO SPRINGS, INC.
9

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                     SAN FRANCISCO DIVISION

13

| | |
|---|---|
| RICOH COMPANY, LTD., | Case No. C03-04669 MJJ (EMC) |
| Plaintiff, | Case No. C03-2289 MJJ (EMC) |
| vs. | **[PROPOSED] ORDER GRANTING PLAINTIFF SYNOPSYS, INC.'s AND DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT (RTL)** |
| AEROFLEX INCORPORATED, et al., | |
| Defendants. | |
| | **[SUMMARY JUDGMENT MOTION NO. 1]** |
| SYNOPSYS, INC., | Date:       September 26, 2006 |
| Plaintiff, | Time:       9:30 a.m. |
| vs. | Courtroom:  11, 19th Floor |
| RICOH COMPANY, LTD., | Judge:      Martin J. Jenkins |
| Defendant. | |

1  On September 26, 2006, Plaintiff Synopsys, Inc. ("Synopsys") and Defendants Aeroflex, Inc.,
2  AMI Semiconductor, Inc., Matrox Electronic Systems, Ltd., Matrox Graphics, Inc., Matrox
3  International Corp., Matrox Tech, Inc., and Aeroflex Colorado Springs, Inc. (collectively the
4  "Customer Defendants") brought before this Court a Motion for Summary Judgment of Non-
5  Infringement (RTL)  The matter has been fully considered, and finding good cause therefor,

6  IT IS HEREBY ORDERED that the Court GRANTS Synopsys' and Customer Defendants'
7  Motion for Summary Judgment of Non-Infringement (RTL).  An appropriate judgment dismissing this
8  case shall follow.

10 DATED: _____          _____

11                                  The Honorable Martin J. Jenkins
                                    United States District Court Judge
12

13
                                    Submitted August 18, 2006 by:
14                                  HOWREY LLP

15

16                                  By: /s/_____
                                    Denise M. De Mory
17                                  Attorneys for Plaintiff SYNOPSYS, INC.
                                    and for Defendants AEROFLEX
18                                  INCORPORATED, AMI SEMICONDUCTOR,
                                    INC., MATROX ELECTRONIC SYSTEMS,
19                                  LTD., MATROX GRAPHICS, INC., MATROX
                                    INTERNATIONAL CORP., MATROX TECH,
20                                  INC. and AEROFLEX COLORADO SPRINGS,
                                    INC.
21

**HOWREY LLP**

Case Nos. C03-4669 MJJ (EMC) and C03-2289 MJJ (EMC)          1