1  Teresa M. Corbin (SBN 132360)
   Denise M. De Mory (SBN 168076)
2  Jaclyn C. Fink (SBN 217913)
   HOWREY LLP
3  525 Market Street, Suite 3600
   San Francisco, California 94105
4  Telephone: (415) 848-4900
   Facsimile:  (415) 848-4999
5
   Attorneys for Plaintiff SYNOPSYS, INC.
6  and for Defendants AEROFLEX INCORPORATED,
   AMI SEMICONDUCTOR, INC., MATROX
7  ELECTRONIC SYSTEMS, LTD., MATROX
   GRAPHICS, INC., MATROX INTERNATIONAL
8  CORP., MATROX TECH, INC. and AEROFLEX
   COLORADO SPRINGS, INC.
9

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                   SAN FRANCISCO DIVISION

13

| | |
|---|---|
| 14  RICOH COMPANY, LTD., | Case No. C03-04669 MJJ (EMC) |
| 15         Plaintiff, | Case No. C03-2289 MJJ (EMC) |
| 16      vs. | **[PROPOSED] ORDER GRANTING PLAINTIFF SYNOPSYS, INC.'S AND DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT (HARDWARE CELLS)** |
| 17  AEROFLEX INCORPORATED, et al., | |
| 18         Defendants. | |
| 19  | **[SUMMARY JUDGMENT MOTION NO. 2]** |
| 20  | |
| 21  SYNOPSYS, INC., | Date:       September 26, 2006<br>Time:       9:30 a.m.<br>Courtroom:  11, 19th Floor<br>Judge:      Martin J. Jenkins |
| 22         Plaintiff, | |
| 23      vs. | |
| 24  RICOH COMPANY, LTD., | |
| 25         Defendant. | |

26
27
28

On September 26, 2006, Plaintiff Synopsys, Inc. ("Synopsys") and Defendants Aeroflex, Inc., AMI Semiconductor, Inc., Matrox Electronic Systems, Ltd., Matrox Graphics, Inc., Matrox International Corp., Matrox Tech, Inc., and Aeroflex Colorado Springs, Inc. (collectively the "Customer Defendants") brought before this Court a Motion for Summary Judgment of Non-Infringement (Hardware Cells). The matter has been fully considered, and finding good cause therefor,

IT IS HEREBY ORDERED that the Court GRANTS Synopsys' and Customer Defendants' Motion for Summary Judgment of Non-Infringement (Hardware Cells). An appropriate judgment dismissing this case shall follow.

DATED: _____                 _____
                                          The Honorable Martin J. Jenkins
                                          United States District Court Judge


Submitted August 18, 2006 by:
HOWREY LLP


By: /s/_____
    Denise M. De Mory
    Attorneys for Plaintiff SYNOPSYS, INC.
    and for Defendants AEROFLEX
    INCORPORATED, AMI SEMICONDUCTOR,
    INC., MATROX ELECTRONIC SYSTEMS,
    LTD., MATROX GRAPHICS, INC., MATROX
    INTERNATIONAL CORP., MATROX TECH,
    INC. and AEROFLEX COLORADO SPRINGS,
    INC.