1  Teresa M. Corbin (SBN 132360)
   Denise M. De Mory (SBN 168076)
2  Jaclyn C. Fink (SBN 217913)
   HOWREY LLP
3  525 Market Street, Suite 3600
   San Francisco, California 94105
4  Telephone: (415) 848-4900
   Facsimile:  (415) 848-4999
5
   Attorneys for Plaintiff SYNOPSYS, INC.
6  and for Defendants AEROFLEX INCORPORATED,
   AMI SEMICONDUCTOR, INC., MATROX
7  ELECTRONIC SYSTEMS, LTD., MATROX
   GRAPHICS, INC., MATROX INTERNATIONAL
8  CORP., MATROX TECH, INC. and AEROFLEX
   COLORADO SPRINGS, INC.
9

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                   SAN FRANCISCO DIVISION

13

14 RICOH COMPANY, LTD.,                  Case No. C03-04669 MJJ (EMC)

15         Plaintiff,                    Case No. C03-2289 MJJ (EMC)

16     vs.                               **[PROPOSED] ORDER GRANTING
                                         PLAINTIFF SYNOPSYS, INC.'S AND
17 AEROFLEX INCORPORATED, et al.,        DEFENDANTS' MOTION FOR
                                         SUMMARY JUDGMENT OF NON-
18         Defendants.                   INFRINGEMENT (OTHER ELEMENTS)**

19                                       **[SUMMARY JUDGMENT MOTION NO. 6]**

20 SYNOPSYS, INC.,                       Date:       September 26, 2006
                                         Time:       9:30 a.m.
21         Plaintiff,                    Courtroom:  11, 19th Floor
                                         Judge:      Martin J. Jenkins
22     vs.

23 RICOH COMPANY, LTD.,

24         Defendant.

25

26

27

28

HOWREY LLP

Case Nos. C03-4669 MJJ (EMC) and C03-2289 MJJ (EMC)
S
DM_US\8378982.v1

On September 26, 2006, Plaintiff Synopsys, Inc. ("Synopsys") and Defendants Aeroflex Incorporated, AMI Semiconductor, Inc., Matrox Electronic Systems, Ltd., Matrox Graphics, Inc., Matrox International Corp., Matrox Tech, Inc., and Aeroflex Colorado Springs, Inc. (collectively the "Customer Defendants") brought before this Court a Motion for Summary Judgment of Non-Infringement (Other Elements). The matter has been fully considered, and finding good cause therefor,

IT IS HEREBY ORDERED that the Court GRANTS Synopsys' and Customer Defendants' Motion for Summary Judgment of Non-Infringement (Other Elements). An appropriate judgment dismissing this case shall follow.

DATED: _____          _____

The Honorable Martin J. Jenkins
United States District Court Judge

Submitted August 18, 2006 by:
HOWREY LLP


By: /s/_____
Denise M. De Mory
Attorneys for Plaintiff SYNOPSYS, INC.
and for Defendants AEROFLEX
INCORPORATED, AMI SEMICONDUCTOR,
INC., MATROX ELECTRONIC SYSTEMS,
LTD., MATROX GRAPHICS, INC., MATROX
INTERNATIONAL CORP., MATROX TECH,
INC. and AEROFLEX COLORADO SPRINGS,
INC.