1  Teresa M. Corbin (SBN 132360)
   Denise M. De Mory (SBN 168076)
2  Jaclyn C. Fink (SBN 217913)
   HOWREY LLP
3  525 Market Street, Suite 3600
   San Francisco, California 94105
4  Telephone:  (415) 848-4900
   Facsimile:   (415) 848-4999
5
   Attorneys for Plaintiff SYNOPSYS, INC.
6  and for Defendants AEROFLEX INCORPORATED,
   AMI SEMICONDUCTOR, INC., MATROX
7  ELECTRONIC SYSTEMS, LTD., MATROX
   GRAPHICS, INC., MATROX INTERNATIONAL
8  CORP., MATROX TECH, INC., and
   AEROFLEX COLORADO SPRINGS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICOH COMPANY, LTD.,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>AEROFLEX INCORPORATED, AMI SEMICONDUCTOR, INC., MATROX ELECTRONIC SYSTEMS LTD., MATROX GRAPHICS INC., MATROX INTERNATIONAL CORP., MATROX TECH, INC., AND AEROFLEX COLORADO SPRINGS, INC.<br><br>　　　　Defendants. | Case No. C03-4669 MJJ (EMC)<br><br>Case No. C03-2289 MJJ (EMC)<br><br>**GUIDE TO SYNOPSYS' AND CUSTOMER DEFENDANTS' SUMMARY JUDGMENT MOTIONS**<br><br>Date:　September 26, 2006<br>Time:　9:30 a.m.<br>Courtroom: 11, 19th Floor<br>Judge: Martin J. Jenkins |
| SYNOPSYS, INC.,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>RICOH COMPANY, LTD.,<br><br>　　　　Defendant. | |

It is well past time for Ricoh's baseless case to be dismissed. To that end, Synopsys and/or the Customer Defendants have filed with this Court nine summary judgment motions. Filing such an overwhelming number of summary judgment motions has been done reluctantly, given the amount of resources required both on the part of the Court and counsel, but it is necessary in order to prevent an even greater and unneeded expenditure of resources for a trial on this meritless case. Indeed, many more summary judgment motions on many more issues could be filed, but the issues presented in these motions are most appropriate for summary judgment at this point in the case.

The issues presented in the majority of the motions are case dispositive. To lessen the burden on the Court, Synopsys and the Customer Defendants suggest that these dispositive motions should be considered by the Court in the following order. Should the Court find noninfringement based on Motion No. 1 or 2, it need not consider Motion No. 3; similarly, should the Court find invalidity through Motion No. 3, it need not consider Motion No. 4:

1. Noninfringement based upon the definition of RTL (Dkt. Nos. 568 & 422).[1]
2. Noninfringement based upon the definition of Hardware Cells (Dkt. Nos. 424 & 570).
3. Invalidity/dismissal based upon the joint inventorship of Dr. Foo (Dkt. Nos. 415 & 553).
4. Invalidity based upon Kowalski/VDAA references (Dkt. Nos. 421 & 572).
5. Unenforceability based upon inequitable conduct (Dkt. Nos. 419 & 565).
6. Noninfringement based upon various arguments (Dkt. Nos. 425 & 571).

Although Synopsys and the Customer Defendants are confident that the Court will find one of these motions (if not all of them) to be sufficient to dispose of this case, in the unlikely event the Court denies *all* of the above motions, there are three non-dispositive motions filed in the *Ricoh* case that the Court should consider:

7. Proper measure of damages (Dkt. No. 554).
8. Laches (Dkt. No. 556).

---

[1] The docket number in the *Synopsys* case (03-2289) is listed first; the number in the *Ricoh* case (03-4669) is listed second.

HOWREY LLP

Case Nos. C03-4669 MJJ (EMC) and C03-2289 MJJ (EMC)    -1-
GUIDE TO SUMMARY JUDGMENT MOTIONS

DM_US\8378764.v1

1        9.     Nonwillfulness (Dkt. No. 552).

2  The non-dispositive motions all deal with the measure of damages potentially available to Ricoh.

3  Should Ricoh's case survive the dispositive motions, a ruling on these three non-dispositive motions

4  would likely facilitate the settlement of the case, as it would give the parties guidance on the potential

5  value of this case.

6        Synopsys and the Customer Defendants respectfully suggest that above is the most efficient

7  way for the Court to tackle the issues raised in the various motions, and they appreciate the Court's

8  consideration of this proposal.

10  Dated: August 18, 2006                       HOWREY LLP

12                                          By:       /s/ Denise M. De Mory
                                                        Denise M. De Mory
13                                   Attorney for Plaintiff SYNOPSYS, INC. and Defendants AEROFLEX INCORPORATED, AMI SEMICONDUCTOR, INC., MATROX ELECTRONIC SYSTEMS, LTD., MATROX GRAPHICS INC., MATROX INTERNATIONAL CORP., MATROX TECH, INC., and AEROFLEX COLORADO SPRINGS, INC.