| | |
|---|---|
| 1 | Teresa M. Corbin (SBN 132360) |
| | Denise M. De Mory (SBN 168076) |
| 2 | Ethan B. Andelman (SBN 209101) |
| | Jaclyn C. Fink (SBN 217913) |
| 3 | HOWREY LLP |
| | 525 Market Street, Suite 3600 |
| 4 | San Francisco, California 94105 |
| | Telephone: (415) 848-4900 |
| 5 | Facsimile: (415) 848-4999 |
| 6 | Attorneys for Plaintiff SYNOPSYS and |
| 7 | Defendants AEROFLEX INCORPORATED, AEROFLEX COLORADO SPRINGS, INC., |
| 8 | AMI SEMICONDUCTOR, INC., MATROX ELECTRONIC SYSTEMS, LTD., MATROX |
| 9 | GRAPHICS INC., MATROX INTERNATIONAL CORP., and MATROX |
| 10 | TECH, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICOH COMPANY, LTD., | Case No. C03-4669 MJJ (EMC) |
| Plaintiff, | Case No. C03-2289 MJJ (EMC) |
| vs. | **PLAINTIFF SYNOPSYS AND CUSTOMER DEFENDANTS' NOTICE OF ERRATA TO MOTIONS FOR SUMMARY JUDGMENT FILED WITH THE COURT ON AUGUST 18, 2006** |
| AEROFLEX INCORPORATED, AMI SEMICONDUCTOR, INC., MATROX ELECTRONIC SYSTEMS LTD., MATROX GRAPHICS INC., MATROX INTERNATIONAL CORP., MATROX TECH, INC., AND AEROFLEX COLORADO SPRINGS, INC., | |
| Defendants. | |
| SYNOPSYS, INC., | |
| Plaintiff, | |
| vs. | |
| RICOH COMPANY, LTD., | |
| Defendant. | |

HOWREY LLP

Case No. C03-4669 MJJ (EMC)/C03-2289 MJJ (EMC)
NOTICE OF ERRATA TO MOTIONS FOR SUMMARY
JUDGMENT FILED ON AUGUST 18, 2006
DM_US\8379369.v1

Plaintiff Synopsys, Inc. and Defendants Aeroflex Incorporated, Aeroflex Colorado Springs, Inc., AMI Semiconductor, Inc., Matrox Electronic Systems Ltd., Matrox Graphics Inc., Matrox International Corp., and Matrox Tech, Inc. (collectively, "Synopsys and the Customer Defendants") submit this Errata to the Motions for Summary Judgment, filed August 18, 2006.

**Errata re Notice of Motion and Motion for Summary Judgment of Non-Infringement (RTL) [Summary Judgment Motion No. 1]**

At page 3, line 19, second column, the text currently reads: "Ex. 9 at 12:9-12." The correct text should read: "Ex. 8 at 12:9-12."

At page 3, line 23, second column, the text currently reads: "Ex. 9 at 12:5-7." The correct text should read: "Ex. 8 at 12:5-7."

At page 7, lines 23-24, the text currently reads: "Shir-Shen Chang Dep. At 54:1-3." The correct text should read: "Ex. 89 (Shir-Shen Chang) at 54:1-3."

At page 7, line 25, the text currently reads: Karen Pieper Dep. At 14:22-23." The correct text should read: "Ex. 90 (Karen Pieper) at 14:22-23."

**Errata re Notice of Motion and Motion for Summary Judgment of Non-Infringement (Hardware Cells [Summary Judgment Motion No. 2]**

At page 10, line 10, the text currently reads: "Soderman Rebuttal Report at 8." The correct text should read: "Ex. 91 at 8."

At page 16, line 2, the text currently reads: "['432 patent, col. 16:14-17:10]." The text should read: "Ex. 1 at col. 16:14-17:10."

**Errata re Notice of Motion and Motion for Summary Judgment of Invalidity of U.S. Patent No. 4,922,432 For Violation of 35 U.S.C. § 102(f), Or, In the Alternative, To Dismiss For Failure to Join All Co-Owners as Plaintiffs [Dispositive Motion No. 3]**

At page 2, line 17, the text currently reads: "[Foo 5:25-6:25]." The corrected text should read "Ex. 23 (Foo) at 5:25-6:25."

At page 3, line 16, the text currently reads: "[Foo Ex. 521; SC3406 (confirming Dr. Foo's enrollment in the class).]" The corrected text should read: "Ex. 26; Ex. 25 (confirming Dr. Foo's enrollment in the class)."

HOWREY LLP

Case No.  C03-4669 MJJ (EMC)/C03-2289 MJJ (EMC)
NOTICE OF ERRATA TO MOTIONS FOR SUMMARY
JUDGMENT  FILED ON AUGUST 18, 2006
DM_US\8379369.v1

1

1    At page 7, between lines 17 and 18, the text currently reads: "'432 patent at 9:24-34." The
2 corrected text should read: "Ex. 1 at 9:24-34."

3    At page 8, line 11, the text currently reads: "[Foo Ex. 521.]" The corrected text should read:
4 "Ex. 26."

**Errata re Notice of Motion and Motion for Summary Judgment of Invalidity of Claims 13-17 of U.S. Patent No. 4,922,432 [Dispositive Motion No. 4]**

7    At page 5, line 28, the text currently reads: "[1st Reexam Request.]" The corrected text should
8 read: "Ex. 38."

9    At page 8, fn. 5, the text currently reads: "Claim Construction Order at 10." The corrected text
10 should read: "Ex. 8 at 20."

**Errata re Notice of Motion and Motion for Summary Judgment of Unenforceability Due to Inequitable Conduct [Summary Judgment Motion No. 5]**

13    At page 8, line 18, the text currently reads: "Ex. 40 at RCL000228." The corrected text should
14 read: "Ex. 46 at RCL000228."

15    At page 9, line 17, the text currently reads: "*Id*. at RCL000197." The corrected text should
16 read: "Ex. 48 at RCL000197."

**Errata re Defendants' Motion for Summary Judgment Regarding the Scope of Patent Damages for Alleged Infringement of U.S. Patent No. 4,922,432 [Summary Judgment Motion No. 7]**

19    At page 4, line 16, the text currently reads: "*See* Olson Decl., ¶ 7." The corrected text should
20 read: "*See* Ex. 58 at ¶ 7."

21    At page 4, lines 18-19, the text currently reads: "('Heynes Decl."), ¶ 4". The corrected text
22 should read: "Ex. 59 at ¶ 4".

23    At page 4, line 21, the text currently reads: "*See* Heynes Decl., ¶¶ 5 and 6." The corrected text
24 should read: "*See* Ex. 59 at ¶¶ 5 and 6."

25    At page 4, line 22, the text currently reads: "*See* Heynes Decl., ¶¶ 12-14." The corrected text
26 should read: "Ex. 59 at ¶¶ 12-14."

27

28

**HOWREY LLP**

Case No.  C03-4669 MJJ (EMC)/C03-2289 MJJ (EMC)         -2-
NOTICE OF ERRATA TO MOTIONS FOR SUMMARY
JUDGMENT  FILED ON AUGUST 18, 2006
DM_US\8379369.v1

1 **<u>Errata re Notice of Motion and Motion for Summary Judgment of Non-Willfulness [Summary</u>**
2 **<u>Judgment No. 9]</u>**

3  At page 1, lines 16 and 17, the text currently reads, "*See* Amended Complaint at ¶¶ 20, 26, 32,
4 28, 44, 50, and 56." The corrected text should read: "*See* Ex. 82 at ¶¶ 20, 26, 32, 28, 44, 50, and 56."

5 Dated: August 21, 2006                    Respectfully submitted,

6                                            HOWREY LLP

8
                                            By:    */s/Denise M. De Mory*
9                                                  Denise M. De Mory
                                            Attorneys for Plaintiff
10                                          SYNOPSYS, INC. and for Defendants
                                            AEROFLEX INCORPORATED,
11                                          AEROFLEX COLORADO SPRINGS,
                                            INC., AMI SEMICONDUCTOR, INC.,
12                                          MATROX ELECTRONIC SYSTEMS,
                                            LTD., MATROX GRAPHICS, INC.,
13                                          MATROX INTERNATIONAL CORP.,
                                            and MATROX TECH, INC.

**HOWREY LLP**

Case No. C03-4669 MJJ (EMC)/C03-2289 MJJ (EMC)    -3-
NOTICE OF ERRATA TO MOTIONS FOR SUMMARY
JUDGMENT FILED ON AUGUST 18, 2006
DM_US\8379369.v1