1  Gary M. Hoffman (*Pro Hac Vice*)
   Kenneth W. Brothers (*Pro Hac Vice*)
2  DICKSTEIN SHAPIRO LLP
   1825 Eye Street, NW
3  Washington, DC 20006-5403
   Telephone: (202) 420-2200
4  Facsimile: (202) 420-2201

5
   Edward A. Meilman (*Pro Hac Vice*)
6  DICKSTEIN SHAPIRO LLP
   1177 Avenue of the Americas
7  New York, NY 10036-2714
   Telephone: (212) 227-6500
8  Facsimile: (212) 227-6501

9
   Jeffrey B. Demain, State Bar No. 126715
10 Jonathan Weissglass, State Bar No. 185008
   ALTSHULER, BERZON, NUSSBAUM, RUBIN & DEMAIN
11 177 Post Street, Suite 300
   San Francisco, CA 94108
12 Telephone: (415) 421-7151
   Facsimile: (415) 362-8064
13
   Attorneys for
14 RICOH COMPANY, LTD.

15                     UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF CALIFORNIA
16                       SAN FRANCISCO DIVISION

17 ┌─────────────────────────────────┐
   │ RICOH COMPANY, LTD.,            │ )
18 │                                 │ )
   │         Plaintiff,              │ )
19 │   vs.                           │ )
   │                                 │ ) **CASE NO. C-03-04669-MJJ (EMC)**
20 │ AEROFLEX INCORPORATED, et al.,  │ ) **CASE NO. C-03-02289 MJJ (EMC)**
   │                                 │ )
21 │         Defendants              │ ) **RICOH'S NOTICE OF SUBMISSION OF**
   │─────────────────────────────────│ ) **DOCUMENTS FOR *IN CAMERA***
22 │ SYNOPSYS, INC.,                 │ ) **INSPECTION PURSUANT TO ORDER OF**
   │                                 │ ) **AUGUST 28, 2006**
23 │         Plaintiff,              │ )
   │   vs.                           │ )
24 │                                 │ )
   │ RICOH COMPANY, LTD.,            │ )
25 │                                 │ )
   │         Defendant.              │ )
26 └─────────────────────────────────┘

27

28

Pursuant to the Court's Order of August 28, 2006, Ricoh hereby submits for *in camera* inspection the declaration of Gary M. Hoffman, which attaches the documents identified by the Court in its Order of August 28, 2006. The Hoffman declaration and the attached documents are submitted under seal and are not being served upon opposing counsel.

In preparing these documents, Ricoh discovered that document no. 104 on Ricoh's privilege log (which the Court ordered should be submitted for *in camera* inspection) is identical to document no. 86 on Ricoh's privilege log (which the Court did not identify for *in camera* submission. Ricoh submits both documents, and submits that if Ricoh's privilege claim for document no. 104 is sustained, the document no. 86 likewise should be sustained.

Dated: August 31, 2006

Jeffrey B. Demain, State Bar No. 126715
Jonathan Weissglass, State Bar No. 185008
ALTSHULER, BERZON, NUSSBAUM,
RUBIN & DEMAIN
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

RICOH COMPANY, LTD.
By: /s/ Kenneth W. Brothers
Gary M. Hoffman (*Pro Hac Vice*)
Kenneth W. Brothers (*Pro Hac Vice*)
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC 20006-1526
Telephone: (202) 420-2200
Facsimile: (202) 420-2201

Edward A. Meilman (*Pro Hac Vice*)
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, NY 10036-2714
Telephone: (212) 277-6500
Facsimile: (212) 277-6501

Attorneys for
RICOH COMPANY, LTD.

RICOH'S NOTICE OF SUBMISSION OF DOCUMENTS FOR *IN CAMERA* INSPECTION PURSUANT TO ORDER OF AUGUST 28, 2006
CASE NOS. CV-03-4669-MJJ (EMC) & CV-03-02289 MJJ (EMC)   Page 1
2137007.01