United States District Court<br>For the Northern District of California

1
2
3
4
5       UNITED STATES DISTRICT COURT
6       NORTHERN DISTRICT OF CALIFORNIA
7
8  SYNOPSYS, INC.,                           No. C-03-2289 MJJ (EMC)
                                             No. C-03-4669 MJJ (EMC)
9           Plaintiff,
10     v.                                    **ORDER RE SUBPOENAS AND
                                             INFORMAL DOCUMENT REQUESTS**
11 RICOH CO., LTD.,
12          Defendant.
   _____/
13
   RICOH CO., LTD.,
14
            Plaintiff,
15
       v.
16
   AEROFLEX, *et al.*,
17
            Defendants.
18
   _____/
19
20     Pursuant to this Court's August 24, 2006 Order (Synopsys Dkt. No. 440), the parties have
21 met and conferred to narrow the scope of the subpoenas and informal requests that were the subject
22 of Ricoh's Motion For Protective Order (Synopsys Dkt. No. 409). The parties were unable to
23 resolve their differences and each side has submitted its proposed limitations to the informal
24 document requests and Rule 45 subpoenas. The Court, having considered the submissions of the
25 parties, and good cause appearing therefor, hereby adopts the following limitations. The Court finds
26 with the refinements below that the limitations set forth by the Defendants as narrowed by its offer
27 to limit documents to those created by or for Dr. Papaefthymiou in addition to the limitations
28 contained in their proposed order establish a reasonable scope of production.

IT IS HEREBY ORDERED that:

1) The informal document requests are limited by restricting each category to documents that relate to or discuss in any way logic synthesis (including any discussion of the inputs to logic synthesis tools), register transfer level ('RTL'), or computer or circuit architecture and which documents authored were by Dr. Papaefthymiou.

2) Defendants shall not seek enforcement of Michigan Request No. 4, MIT Request No. 3, and Yale Request No. 3.

3) Defendants shall inform the subpoenaed parties that the remaining requests are limited to documents that relate to or discuss in any way logic synthesis (including any discussion of the inputs to logic synthesis tools), register transfer level ('RTL'), or computer or circuit architecture and which documents were authored by Dr. Papaefthymiou.

4) Defendants shall not enforce any third party subpoena beyond the scope set forth in point 3 above.

IT IS SO ORDERED.

Dated: September 1, 2006

EDWARD M. CHEN
United States Magistrate Judge