UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC.,<br><br>            Plaintiff,<br><br>    v.<br><br>RICOH CO., LTD.,<br><br>            Defendant.<br>_____/<br>RICOH CO., LTD.,<br><br>            Plaintiff,<br><br>    v.<br><br>AEROFLEX, *et al.*,<br><br>            Defendants.<br>_____/ | No. C-03-2289 MJJ (EMC)<br>No. C-03-4669 MJJ (EMC)<br><br>**ORDER RE SUBPOENAS AND INFORMAL DOCUMENT REQUESTS (RICOH'S MOTION FOR A PROTECTIVE ORDER)** |

The Court erroneously filed the order located at Docket No. 448 in C-03-2289 and Docket No. 607 in C-03-4669. The correct order is found at Docket No. 447 in C-03-2289 and Docket No. 606 in C-03-4669.

IT IS SO ORDERED.

Dated: September 1, 2006

_____
EDWARD M. CHEN
United States Magistrate Judge