**United States District Court**
For the Northern District of California

1

2

3

4

5              UNITED STATES DISTRICT COURT

6            NORTHERN DISTRICT OF CALIFORNIA

7

8  SYNOPSYS, INC.,                              No. C-03-2289 MJJ (EMC)
                                                No. C-03-4669 MJJ (EMC)
9            Plaintiff,

10      v.                                      **ORDER RE *IN CAMERA* INSPECTION
                                                OF DOCUMENTS PURSUANT TO
11  RICOH CO., LTD.,                            ORDER OF AUGUST 28, 2006**

12           Defendant.
   _____/
13
   RICOH CO., LTD.,
14
             Plaintiff,
15
        v.
16
   AEROFLEX, *et al.*,
17
             Defendants.
18
   _____/
19

20      The Court, having reviewed the documents RCLPriv-102A and RCLPriv-104 submitted for

21  *in camera* review pursuant to its Order of August 28, 2006, finds that the documents are privileged

22  and/or irrelevant.  Thus, they need not be produced.

23

24      IT IS SO ORDERED.

25

26  Dated:  September 1, 2006

27                                              _____
                                                EDWARD M. CHEN
                                                United States Magistrate Judge
28