UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| RICOH COMPANY, LTD.,<br>         Plaintiff,<br>vs.<br>AEROFLEX INCORPORATED, et al.,<br>         Defendants<br><br><br>SYNOPSYS, INC.,<br>         Plaintiff,<br>vs.<br>RICOH COMPANY, LTD.,<br>         Defendant. | **CASE NO. C-03-4669-MJJ (EMC)**<br>**CASE NO. C-03-2289 MJJ (EMC)**<br><br>**[PROPOSED] ORDER ON SUMMARY JUDGMENT MOTION NOS. 1-9**<br><br>Date:      September 26, 2006<br>Time:     9:30 a.m.<br>Courtroom: 11, 19th Floor<br>Judge:    Martin J. Jenkins |

      The Aeroflex Defendants and Synopsys have filed nine motions for summary judgment. Ricoh has opposed each of the motions. The Court having considered the parties' written submissions, the arguments of counsel, and having been fully advised of the premises, hereby denies each of the pending motions for summary judgment.

SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2006