1  Gary M. Hoffman (*Pro Hac Vice*)
   Kenneth W. Brothers(*Pro Hac Vice*)
2  DICKSTEIN SHAPIRO LLP
   2101 L Street, NW
3  Washington, DC  20006-5403
   Phone (202) 420-2200
4  Fax (202) 420-2201

5  Edward A. Meilman (*Pro Hac Vice*)
   DICKSTEIN SHAPIRO LLP
6  1177 Avenue of the Americas
   New York, New York  10036-2714
7  Phone (212) 277-6500
   Fax (212) 277-6501
8
   Jeffrey B. Demain, State Bar No. 126715
9  Jonathan Weissglass, State Bar No. 185008
   ALTSHULER, BERZON, NUSSBAUM, RUBIN & DEMAIN
10 177 Post Street, Suite 300
   San Francisco, California  94108
11 Phone  (415) 421-7151
   Fax (415) 362-8064
12
   Attorneys for Ricoh Company, Ltd.
13

14                    UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF CALIFORNIA
15
   _____
16 RICOH COMPANY, LTD.,                     )
                                            )
17                Plaintiff,                )
                                            )
18      vs.                                 )
                                            )
19 AEROFLEX ET AL,                          )
                                            )  **CASE NO. CV 03-4669 MJJ (EMC)**
20                Defendants.               )  **CASE NO. CV 03-2289 MJJ (EMC)**
                                            )
21 _____ )
                                            )  **MANUAL FILING NOTIFICATION**
22 SYNOPSYS, INC.,                          )
                                            )
23                Plaintiff,                )
                                            )
24      vs.                                 )
                                            )
25 RICOH COMPANY, LTD.,                     )
                                            )
26                Defendant.                )
                                            )
27 _____

28

1  Regarding: THE DECLARATION OF DONALD SODERMAN IN SUPPORT OF RICOH'S
2  OPPOSITION TO SYNOPSYS AND THE CUSTOMER DEFENDANTS' MOTIONS FOR
3  SUMMARY JUDGMENT AND EXHIBITS 1-3.

4  This filing is in paper or physical form only. If you are a participant in this case, this filing will
5  be served shortly. For information on retrieving this filing directly from the court, please see the court's
6  main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).
7  This filing was not e-filed for the following reason(s):
8  [_] Voluminous Document (PDF file size larger than the e-filing system allows)
9  [_] Unable to Scan Documents
10 [_] Physical Object (description): _____
11 _____
12 [_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media
13 [X] Item Under Seal
14 [_] Conformance with the Judicial Conference Privacy Policy (General Order 53).
15 [_] Other (description): _____
16
17 Dated: September 1, 2006                    Respectfully submitted,
18                                             Kenneth W. Brothers
                                                Gary M. Hoffman
19                                              Dickstein Shapiro LLP
20                                              Jeffrey B. Demain
                                                Jonathan Weissglass
21                                              Altshuler, Berzon, Nussbaum, Rubin & Demain
22
23                                              By:_____/s/_____
24                                                    Kenneth W. Brothers
25                                              Attorneys for Ricoh Company, Ltd.
26
27
28

CASE NOS. CV 03-4669 MJJ (EMC) AND CV 03-2289 MJJ (EMC)
MANUAL FILING NOTIFICATION

2127237.01