1

2   Gary M. Hoffman (*Pro Hac Vice*)
    Kenneth W. Brothers(*Pro Hac Vice*)
3   DICKSTEIN SHAPIRO LLP
    2101 L Street, NW
4   Washington, DC  20006-5403
    Phone (202) 420-2200
5   Fax (202) 420-2201

6   Edward A. Meilman (*Pro Hac Vice*)
    DICKSTEIN SHAPIRO LLP
7   1177 Avenue of the Americas
    New York, New York  10036-2714
8   Phone (212) 277-6500
    Fax (212) 277-6501
9
    Jeffrey B. Demain, State Bar No. 126715
10  Jonathan Weissglass, State Bar No. 185008
    ALTSHULER, BERZON, NUSSBAUM, RUBIN & DEMAIN
11  177 Post Street, Suite 300
    San Francisco, California  94108
12  Phone  (415) 421-7151
    Fax (415) 362-8064
13
    Attorneys for Ricoh Company, Ltd.
14
                    UNITED STATES DISTRICT COURT
15              NORTHERN DISTRICT OF CALIFORNIA

16  RICOH COMPANY, LTD.,                    )
                                            )
17              Plaintiff,                  )
                                            )
18      vs.                                 )   CASE NO. CV 03-4669 MJJ (EMC)
                                            )
19  AEROFLEX ET AL,                         )   CASE NO. CV 03-2289 MJJ (EMC)
                                            )
20              Defendants.                 )   ADMINISTRATIVE MOTION FOR AN
                                            )   ORDER PLACING DOCUMENTS UNDER
21  _____)   SEAL
                                            )   (Civil L.R. 79-5(d))
22  SYNOPSYS, INC.,                         )
                                            )   Judge: Martin J. Jenkins
23              Plaintiff,                  )
                                            )
24      vs.                                 )
                                            )
25  RICOH COMPANY, LTD.,                    )
                                            )
26              Defendant.                  )
                                            )
27  _____)

28

2127201.01

1    Pursuant to Civil L.R. 7-11, Ricoh Company, Ltd. ("Ricoh") hereby brings this administrative

2    motion for an order to file under seal the following documents:

3        1.    THE DECLARATION OF DONALD SODERMAN IN SUPPORT OF RICOH'S

4    OPPOSITION TO SYNOPSYS AND THE CUSTOMER DEFENDANTS' MOTIONS FOR

5    SUMMARY JUDGMENT AND EXHIBITS 1-3.

6        Because the above documents include and refer to materials produced in discovery and

7    designated confidential, this request is made pursuant to the Stipulated Protective Order in this action.

8        The Court hereby GRANTS this request.

9        IT IS SO ORDERED.

10

11
Dated: _____          _____

12
                                The Honorable Judge Martin J. Jenkins

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28