1  Gary M. Hoffman (*Pro Hac Vice*)
   Kenneth W. Brothers (*Pro Hac Vice*)
2  DICKSTEIN SHAPIRO LLP
   2101 L Street, NW
3  Washington, DC  20006-5403
   Phone (202) 420-2200
4  Fax (202) 420-2201

5  Edward A. Meilman (*Pro Hac Vice*)
   DICKSTEIN SHAPIRO LLP
6  1177 Avenue of the Americas
   New York, New York  10036-2714
7  Phone (212) 277-6500
   Fax (212) 277-6501
8
   Jeffrey B. Demain, State Bar No. 126715
9  Jonathan Weissglass, State Bar No. 185008
   ALTSHULER, BERZON, NUSSBAUM, RUBIN & DEMAIN
10 177 Post Street, Suite 300
   San Francisco, California  94108
11 Phone  (415) 421-7151
   Fax (415) 362-8064
12
   Attorneys for Ricoh Company, Ltd.
13

14                  UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA
15

16 RICOH COMPANY, LTD.,                      )
                                             )
17          Plaintiff,                       )
                                             )
18      vs.                                  )
                                             )
19 AEROFLEX ET AL,                           )
                                             )  **CASE NO. CV 03-4669 MJJ (EMC)**
20          Defendants.                      )  **CASE NO. CV 03-2289 MJJ (EMC)**
                                             )
21                                           )
                                             )  **MANUAL FILING NOTIFICATION**
22 SYNOPSYS, INC.,                           )
                                             )
23          Plaintiff,                       )
                                             )
24      vs.                                  )
                                             )
25 RICOH COMPANY, LTD.,                      )
                                             )
26          Defendant.                       )
                                             )
27

28

Regarding: EXHIBITS 1, 3-12, 16-17, 23-25, 27, 29, 31-34, 40, 43-51, 53-64, 70-77, 79-80, 87-91, AND 93 TO THE DECLARATION OF KENNETH W. BROTHRS IN SUPPORT OF RICOH'S OPPOSITION TO SUMMARY JUDGMENT MOTIONS.

This filing is in paper or physical form only. If you are a participant in this case, this filing will be served shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):

[_] Voluminous Document (PDF file size larger than the e-filing system allows)

[_] Unable to Scan Documents

[_] Physical Object (description): _____

_____

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[X] Item Under Seal

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description): _____

Dated: September 1, 2006          Respectfully submitted,

                                  Kenneth W. Brothers
                                  Gary M. Hoffman
                                  Dickstein Shapiro LLP

                                  Jeffrey B. Demain
                                  Jonathan Weissglass
                                  Altshuler, Berzon, Nussbaum, Rubin & Demain


                                  By:_____/s/_____
                                        Kenneth W. Brothers

                                  Attorneys for Ricoh Company, Ltd.

CASE NOS. CV 03-4669 MJJ (EMC) AND CV 03-2289 MJJ (EMC)
MANUAL FILING NOTIFICATION

2127237.01