Gary M. Hoffman (*Pro Hac Vice*)
Kenneth W. Brothers(*Pro Hac Vice*)
DICKSTEIN SHAPIRO LLP
2101 L Street, NW
Washington, DC 20006-5403
Phone (202) 420-2200
Fax (202) 420-2201

Edward A. Meilman (*Pro Hac Vice*)
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, New York 10036-2714
Phone (212) 277-6500
Fax (212) 277-6501

Jeffrey B. Demain, State Bar No. 126715
Jonathan Weissglass, State Bar No. 185008
ALTSHULER, BERZON, NUSSBAUM, RUBIN & DEMAIN
177 Post Street, Suite 300
San Francisco, California 94108
Phone (415) 421-7151
Fax (415) 362-8064

Attorneys for Ricoh Company, Ltd.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

RICOH COMPANY, LTD.,

        Plaintiff,

vs.

AEROFLEX ET AL,

        Defendants.

SYNOPSYS, INC.,

        Plaintiff,

vs.

RICOH COMPANY, LTD.,

        Defendant.

**CASE NO. CV 03-4669 MJJ (EMC)**

**CASE NO. CV 03-2289 MJJ (EMC)**

**ADMINISTRATIVE MOTION FOR AN ORDER PLACING DOCUMENTS UNDER SEAL**
(Civil L.R. 79-5(d))

**Judge: Martin J. Jenkins**

1   Pursuant to Civil L.R. 7-11, Ricoh Company, Ltd. ("Ricoh") hereby brings this administrative
2   motion for an order to file under seal the following documents:
3       1.   EXHIBITS 1, 3-12, 16-17, 23-25, 27, 29, 31-34, 40, 43-51, 53-64, 70-77, 79-80, 87-91,
4   AND 93 TO THE DECLARATION OF KENNETH W. BROTHRS IN SUPPORT OF RICOH'S
5   OPPOSITION TO SUMMARY JUDGMENT MOTIONS.
6       Because the above documents include and refer to materials produced in discovery and
7   designated confidential, this request is made pursuant to the Stipulated Protective Order in this action.
8       The Court hereby GRANTS this request.
9       IT IS SO ORDERED.

Dated: _____

_____
The Honorable Judge Martin J. Jenkins