1  Gary M. Hoffman (*Pro Hac Vice*)
   Kenneth W. Brothers (*Pro Hac Vice*)
2  DICKSTEIN SHAPIRO LLP
   2101 L Street, NW
3  Washington, DC  20006-5403
   Phone (202) 420-2200
4  Fax (202) 420-2201

5  Edward A. Meilman (*Pro Hac Vice*)
   DICKSTEIN SHAPIRO LLP
6  1177 Avenue of the Americas
   New York, New York  10036-2714
7  Phone (212) 277-6500
   Fax (212) 277-6501
8
   Jeffrey B. Demain, State Bar No. 126715
9  Jonathan Weissglass, State Bar No. 185008
   ALTSHULER, BERZON, NUSSBAUM, RUBIN & DEMAIN
10 177 Post Street, Suite 300
   San Francisco, California  94108
11 Phone  (415) 421-7151
   Fax (415) 362-8064
12
   Attorneys for Ricoh Company, Ltd.
13

14                    UNITED STATES DISTRICT COURT
                      NORTHERN DISTRICT OF CALIFORNIA
15

16 RICOH COMPANY, LTD.,                   )
                                          )
17                Plaintiff,              )
                                          )
18      vs.                               )
                                          )
19 AEROFLEX ET AL,                        )
                                          )  **CASE NO. CV 03-4669 MJJ (EMC)**
20                Defendants.             )  **CASE NO. CV 03-2289 MJJ (EMC)**
                                          )
21 _____    )
                                          )  **MANUAL FILING NOTIFICATION**
22 SYNOPSYS, INC.,                        )
                                          )
23                Plaintiff,              )
                                          )
24      vs.                               )
                                          )
25 RICOH COMPANY, LTD.,                   )
                                          )
26                Defendant.              )
                                          )
27

28

1	Regarding: the confidential/unredacted version of the following documents:

2	1.	RICOH'S OPPOSITION TO DEFENDANTS' SUMMARY JUDGMENT MOTION OF
3	NON-INFRINGEMTN NO. 1 (RTL);

4	2.	RICOH'S OPPOSITION TO DEFENDANTS' NOTICE OF MOTION AND MOTION
5	FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT (HARDWARE CELLS) (NO.2);

6	3.	RICOH'S OPPOSITION TO DEFENDANTS' NOTICE OF MOTION AND MOTION
7	FOR SUMMARY JUDGMENT OF INVALIDITY OF CLAIMS 13-17 OF U.S. PATENT NO.
8	4,922,432 (NO. 4);

9	4.	RICOH'S OPPOSITION TO DEFENDANTS' SUMMARY JUDGEMENT MOTION
10	OF NON-INFRINGEMENT (OTHER ELEMENTS) (NO. 6);

11	5.	RICOH'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY
12	JUDGMENT REGARDING THE SCOPE OF PATENT DAMAGES FOR ALLEGED
13	INFRINGEMENT OF U.S. PATENT NO. 4,922,432 (NO. 7); AND
14	RICOH'S OPPOSITION TO DEFENDNATS' MOTION FOR SUMMARY JUDGMENT OF LACHES
15	DEFENSE (NO. 8).

16	This filing is in paper or physical form only.  This filing has been served on counsel for
17	Synopsys/ASIC Defendants. For information on retrieving this filing directly from the court, please see
18	the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).
19	This filing was not e-filed for the following reason(s):
20	[_] Voluminous Document (PDF file size larger than the e-filing system allows)
21	[_] Unable to Scan Documents
22	[_] Physical Object (description): _____
23	     _____
24	[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media
25	[X] Item Under Seal
26	[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).
27	[_] Other (description): _____
28

CASE NOS. CV 03-4669 MJJ (EMC) AND CV 03-2289 MJJ (EMC)
MANUAL FILING NOTIFICATION

2127237.01

1

2  Dated: September 5, 2006            Respectfully submitted,

3                                      Kenneth W. Brothers
                                       Gary M. Hoffman
4                                      Dickstein Shapiro LLP

5                                      Jeffrey B. Demain
                                       Jonathan Weissglass
6                                      Altshuler, Berzon, Nussbaum, Rubin & Demain

7

8                                      By:_____/s/_____
                                             Kenneth W. Brothers
9
                                       Attorneys for Ricoh Company, Ltd.
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28