Gary M. Hoffman (*Pro Hac Vice*)
Kenneth W. Brothers (*Pro Hac Vice*)
DICKSTEIN SHAPIRO LLP
2101 L Street, NW
Washington, DC 20006-5403
Phone (202) 420-2200
Fax (202) 420-2201

Edward A. Meilman (*Pro Hac Vice*)
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, New York 10036-2714
Phone (212) 277-6500
Fax (212) 277-6501

Jeffrey B. Demain, State Bar No. 126715
Jonathan Weissglass, State Bar No. 185008
ALTSHULER, BERZON, NUSSBAUM, RUBIN & DEMAIN
177 Post Street, Suite 300
San Francisco, California 94108
Phone (415) 421-7151
Fax (415) 362-8064

Attorneys for Ricoh Company, Ltd.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICOH COMPANY, LTD., <br><br> Plaintiff, <br><br> vs. <br><br> AEROFLEX ET AL, <br><br> Defendants. <br>_____ <br><br> SYNOPSYS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> RICOH COMPANY, LTD., <br><br> Defendant. <br>_____ | **CASE NO. CV 03-4669 MJJ (EMC)** <br><br> **CASE NO. CV 03-2289 MJJ (EMC)** <br><br> **ADMINISTRATIVE MOTION FOR AN ORDER PLACING DOCUMENTS UNDER SEAL** <br> **(Civil L.R. 79-5(d))** <br><br> **Judge: Martin J. Jenkins** |

1    Pursuant to Civil L.R. 7-11, Ricoh Company, Ltd. ("Ricoh") hereby brings this administrative motion for an order to file under seal the following unredacted/confidential documents:

   1. RICOH'S OPPOSITION TO DEFENDANTS' SUMMARY JUDGMENT MOTION OF NON-INFRINGEMTN NO. 1 (RTL);

   2. RICOH'S OPPOSITION TO DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT (HARDWARE CELLS) (NO.2);

   3. RICOH'S OPPOSITION TO DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OF INVALIDITY OF CLAIMS 13-17 OF U.S. PATENT NO. 4,922,432 (NO. 4);

   4. RICOH'S OPPOSITION TO DEFENDANTS' SUMMARY JUDGEMENT MOTION OF NON-INFRINGEMENT (OTHER ELEMENTS) (NO. 6);

   5. RICOH'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT REGARDING THE SCOPE OF PATENT DAMAGES FOR ALLEGED INFRINGEMENT OF U.S. PATENT NO. 4,922,432 (NO. 7); AND

   6. RICOH'S OPPOSITION TO DEFENDNATS' MOTION FOR SUMMARY JUDGMENT OF LACHES DEFENSE (NO. 8).

   Because the above documents contain confidential information and refer to confidential materials produced in discovery; this request is made pursuant to the Stipulated Protective Order in this action.

   The Court hereby GRANTS this request.

   IT IS SO ORDERED.

Dated: _____        _____
                             The Honorable Judge Martin J. Jenkins