1  Teresa M. Corbin (SBN 132360)
   Denise M. De Mory (SBN 168076)
2  Jaclyn C. Fink (SBN 217913)
   HOWREY LLP
3  525 Market Street, Suite 3600
   San Francisco, California 94105
4  Telephone: (415) 848-4900
   Facsimile:  (415) 848-4999
5
   Attorneys for Plaintiff SYNOPSYS, INC.
6  and for Defendants AEROFLEX INCORPORATED,
   AMI SEMICONDUCTOR, INC., MATROX
7  ELECTRONIC SYSTEMS, LTD., MATROX
   GRAPHICS, INC., MATROX INTERNATIONAL
8  CORP., MATROX TECH, INC. and AEROFLEX
   COLORADO SPRINGS, INC.
9

10                 UNITED STATES DISTRICT COURT

11               NORTHERN DISTRICT OF CALIFORNIA

12                   SAN FRANCISCO DIVISION

13

14  RICOH COMPANY, LTD.,                    Case No. C03-04669 MJJ (EMC)

15              Plaintiff,                  Case No. C03-2289 MJJ (EMC)

16       vs.

17  AEROFLEX INCORPORATED, et al.,          [PROPOSED] ORDER GRANTING
                                            ADMINISTRATIVE MOTION FOR
18              Defendants.                 PLACING DOCUMENTS UNDER SEAL
                                            (Civil L.R. 7-11 and 79-5(d))
19
                                            Judge:   Hon. Martin J. Jenkins
20  SYNOPSYS, INC.,

21              Plaintiff,

22       vs.

23  RICOH COMPANY, LTD.,

24              Defendant.

25

26

27

28

HOWREY LLP

1    Pursuant to Civil L.R. 7-11, plaintiff Synopsys, Inc. and defendants Aeroflex Incorporated,

2  Aeroflex Colorado Springs, Inc., AMI Semiconductor, Inc., Matrox Electronic Systems, Ltd., Matrox

3  Graphics, Inc., Matrox International Corp., and Matrox Tech, Inc. ("the Customer Defendants") on

4  September 8, 2006 have filed an Administrative Motion for a Sealing Order pursuant to Civil Local

5  Rules 7-1 and 79-5(d), and request to file under seal, the following documents:

6    1)    Defendants' Reply Memorandum In Support of Defendants' Motion for Summary

7  Judgment Regarding the Scope of Patent Damages for Alleged Infringement of U.S. Patent No.

8  4,922,432.

9    2)    Exhibit No. 106 to the Supplemental Declaration of Denise M. De Mory In Support of

10  Motions For Summary Judgment.

11    Because the above documents include and refer to materials produced in discovery and

12  designated confidential by the Customer Defendants or Synopsys this request was made pursuant to the

13  Stipulated Protective Order in this action.

14    The Court hereby GRANTS this request.

15    IT IS SO ORDERED

16  Dated: _____9/12/2006_____    _____

17                                     Hon. Martin J. Jenkins
                                       Judge of the United States District Court

18

19

20

21

22

23

24

25

26

27

28

HOWREY LLP

Case Nos. C03-4669 MJJ (EMC) and C03-2289 MJJ (EMC)                    1
[PROPOSED] ORDER GRANTING ADMINISTRATIVE
MOTION FOR PLACING DOCUMENTS UNDER SEAL

DM_US\8378982.v1