1 Teresa M. Corbin (SBN 132360)
Denise M. De Mory (SBN 168076)
2 Jaclyn C. Fink (SBN 217913)
HOWREY LLP
3 525 Market Street, Suite 3600
San Francisco, California 94105
4 Telephone: (415) 848-4900
Facsimile: (415) 848-4999

Attorneys for Plaintiff SYNOPSYS, INC.
And Defendants AEROFLEX INCORPORATED,
AMI SEMICONDUCTOR, INC., MATROX
ELECTRONIC SYSTEMS, LTD., MATROX
GRAPHICS, INC., MATROX INTERNATIONAL
CORP., MATROX TECH, INC., and
AEROFLEX COLORADO SPRINGS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| RICOH COMPANY, LTD., <br><br> Plaintiff, <br><br> vs. <br><br> AEROFLEX INCORPORATED, AMI SEMICONDUCTOR, INC., MATROX ELECTRONIC SYSTEMS LTD., MATROX GRAPHICS INC., MATROX INTERNATIONAL CORP., MATROX TECH, INC., AND AEROFLEX COLORADO SPRINGS, INC. <br><br> Defendants. | Case No. C03-04669 MJJ (EMC) <br> Case No. C03-02889 MJJ (EMC) <br><br> NOTICE OF APPEARANCE OF BRIAN A.E. SMITH |
| SYNOPSYS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> RICOH COMPANY, LTD., <br><br> Defendant. | |

HOWREY LLP

C03-04469 MJJ (EMC)/C03-02889 MJJ (EMC)
NOTICE OF APPEARANCE
0.v0

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Brian A.E. Smith, a member of the bar of this Court, and also a partner of the Howrey LLP firm, hereby enters his appearance in the above-captioned action as counsel for Plaintiff SYNOPSYS, INC. and Defendants AEROFLEX INCORPORATED, AMI SEMICONDUCTOR, INC., MATROX ELECTRONIC SYSTEMS LTD., MATROX GRAPHICS INC., MATROX INTERNATIONAL CORP., MATROX TECH, INC., AND AEROFLEX COLORADO SPRINGS, INC. and respectfully requests service of pleadings and other papers filed in this action and any orders and notices from this Court using the contact information provided below:

>Brian A.E. Smith
>HOWREY LLP
>525 Market Street, Suite 3600
>San Francisco, CA 94105
>Telephone:  (415) 848-4936
>Facsimile:   (415) 848-4999
>E-mail:  smithb@howrey.com

Dated: September 20, 2006                    HOWREY LLP

By:    */s/Brian A.E. Smith*
       Brian A.E. Smith
       Attorneys for Plaintiff SYNOPSYS
       and Defendants AEROFLEX
       INCORPORATED, AMI
       SEMICONDUCTOR, INC., MATROX
       ELECTRONIC SYSTEMS, LTD.,
       MATROX GRAPHICS, INC., MATROX
       INTERNATIONAL CORP., MATROX
       TECH, INC., and AEROFLEX
       COLORADO SPRINGS, INC.