Teresa M. Corbin (SBN 132360)
Denise M. De Mory (SBN 168076)
Jaclyn C. Fink (SBN 217913)
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, California 94105
Telephone: (415) 848-4900
Facsimile: (415) 848-4999

Attorneys for Plaintiff SYNOPSYS, INC.
and for Defendants AEROFLEX INCORPORATED,
AMI SEMICONDUCTOR, INC., MATROX
ELECTRONIC SYSTEMS, LTD., MATROX
GRAPHICS, INC., MATROX INTERNATIONAL
CORP., MATROX TECH, INC. and AEROFLEX
COLORADO SPRINGS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICOH COMPANY, LTD., <br><br> Plaintiff, <br><br> vs. <br><br> AEROFLEX INCORPORATED, et al., <br><br> Defendants. <br><br> SYNOPSYS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> RICOH COMPANY, LTD., <br><br> Defendant. | Case No. C03-04669 MJJ (EMC) <br><br> Case No. C03-2289 MJJ (EMC) <br><br> **ADMINISTRATIVE MOTION FOR PLACING DOCUMENTS UNDER SEAL (L.R. 7-11 and 79-5)** <br><br> Judge: Hon. Martin J. Jenkins |

HOWREY LLP

Case Nos. C03-4669 MJJ (EMC) and C03-2289 MJJ (EMC)
ADMINISTRATIVE MOTION FOR PLACING DOCUMENTS
UNDER SEAL
DM_US\8392095.v1

Pursuant to Civil L.R. 7-11, Plaintiff Synopsys, Inc. and Defendants Aeroflex Incorporated, Aeroflex Colorado Springs, Inc., AMI Semiconductor, Inc., Matrox Electronic Systems, Ltd., Matrox Graphics, Inc., Matrox International Corp., and Matrox Tech, Inc. ("the Customer Defendants") hereby bring this administrative motion for an order to file under seal, and request permission to file under seal the following document lodged with the Clerk of the Court:

1) DECLARATION OF DENISE M. DE MORY PURSUANT TO CIVIL LOCAL RULE 56-2(b) (with Exhibits)

This request is made pursuant to Civil L.R. 79-5 and the Stipulated Protective Order in this action. The above documents include and refer to materials produced in discovery and designated confidential by Synopsys and the Customer Defendants because they contain confidential business information of Synopsys, the Customer Defendants, and third parties. Public dissemination of this information could cause Synopsys, the Customer Defendants, or third parties competitive harm. This request is supported by the accompanying declaration of Denise De Mory.

The Customer Defendant respectfully requests this Court to grant an order permitting the above documents to be filed under seal.

Dated: September 25, 2006                          Respectfully submitted,

By:  _____/s/Denise M. De Mory_____
Denise M. De Mory
Attorneys for Plaintiff SYNOPSYS and
Defendants AEROFLEX INCORPORATED, AMI
SEMICONDUCTOR, INC., MATROX
ELECTRONIC SYSTEMS, LTD., MATROX
GRAPHICS, INC., MATROX INTERNATIONAL
CORP., MATROX TECH, INC. and AEROFLEX
COLORADO SPRINGS, INC.

HOWREY LLP

Case Nos. C03-4669 MJJ (EMC) and C03-2289 MJJ (EMC)        1
ADMINISTRATIVE MOTION FOR PLACING DOCUMENTS
UNDER SEAL
DM_US\8392095.v1