1  Teresa M. Corbin (SBN 132360)
   Denise M. De Mory (SBN 168076)
   Jaclyn C. Fink (SBN 217913)
2  HOWREY LLP
   525 Market Street, Suite 3600
3  San Francisco, California 94105
   Telephone:  (415) 848-4900
4  Facsimile:   (415) 848-4999

5  Attorneys for Plaintiff SYNOPSYS, INC.
   and for Defendants AEROFLEX INCORPORATED,
6  AMI SEMICONDUCTOR, INC., MATROX
   ELECTRONIC SYSTEMS, LTD., MATROX
7  GRAPHICS, INC., MATROX INTERNATIONAL
   CORP., MATROX TECH, INC. and AEROFLEX
8  COLORADO SPRINGS, INC.

9

10                    UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                         SAN FRANCISCO DIVISION

13

| | |
|---|---|
| RICOH COMPANY, LTD., | Case No. C03-04669 MJJ (EMC) |
| Plaintiff, | Case No. C03-2289 MJJ (EMC) |
| vs. | |
| AEROFLEX INCORPORATED, et al., | **DECLARATION OF DENISE M. DE MORY IN SUPPORT OF ADMINISTRATIVE MOTION FOR PLACING DOCUMENTS UNDER SEAL (L.R. 7-11 and 79-5)** |
| Defendants. | |
| | Judge: Hon. Martin J. Jenkins |
| SYNOPSYS, INC., | |
| Plaintiff, | |
| vs. | |
| RICOH COMPANY, LTD., | |
| Defendant. | |

28  Case No. C03-4669 MJJ (EMC)
    DECLARATION OF DENISE M. DE MORY
    ISO ADMINISTRATIVE MOTION FOR PLACING
    DOCUMENTS UNDER SEAL

**HOWREY LLP**

I, DENISE M. DE MORY, declare as follows:

1. I am a partner in the law firm of Howrey LLP, counsel of record for Plaintiff Synopsys, Inc. and Defendants Aeroflex Incorporated, Aeroflex Colorado Springs, Inc., AMI Semiconductor, Inc., Matrox Electronic Systems, Ltd., Matrox Graphics, Inc., Matrox International Corp., and Matrox Tech, Inc. ("the Customer Defendants"). I have personal knowledge of the facts set forth in this Declaration and, if called upon to do so, I could and would testify competently to the matters set forth herein.

2. Synopsys and the Customer Defendants have lodged the following document with the clerk pursuant to Civil Local Rule 79-5:

    a. DECLARATION OF DENISE M. DE MORY PURSUANT TO CIVIL LOCAL RULE 56-2(b) (with exhibits)

3. This document contains nonpublic business information of Synopsys, the Customer Defendants, or third parties. This information is not publicly known and could cause Synopsys, the Customer Defendants, or third parties competitive harm were it to become publicly known.

4. Synopsys and the Customer Defendants believe that the document is properly designated under the protective order entered in this case, and respectfully requests that the Court order the Motion and Exhibit to be filed under seal.

I declare under penalty of perjury under the laws of the State of that the foregoing is true and correct.

This declaration was executed at San Francisco, California on September 25, 2006.

                                  /s/ Denise M. De Mory

**HOWREY LLP**

Case No. C03-4669 MJJ (EMC)     -2-
DECLARATION OF DENISE M. DE MORY
ISO ADMINISTRATIVE MOTION FOR PLACING
DOCUMENTS UNDER SEAL