1  Teresa M. Corbin (SBN 132360)
   Denise M. De Mory (SBN 168076)
2  Jaclyn C. Fink (SBN 217913)
   HOWREY LLP
3  525 Market Street, Suite 3600
   San Francisco, California 94105
4  Telephone:  (415) 848-4900
   Facsimile:   (415) 848-4999
5
   Attorneys for Plaintiff SYNOPSYS, INC.
6  and for Defendants AEROFLEX INCORPORATED,
   AMI SEMICONDUCTOR, INC., MATROX
7  ELECTRONIC SYSTEMS, LTD., MATROX
   GRAPHICS, INC., MATROX INTERNATIONAL
8  CORP., MATROX TECH, INC. and AEROFLEX
   COLORADO SPRINGS, INC.
9

10                    UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                      SAN FRANCISCO DIVISION

13

14  RICOH COMPANY, LTD.,                    Case No. C03-04669 MJJ (EMC)

15           Plaintiff,                     Case No. C03-2289 MJJ (EMC)

16      vs.

17  AEROFLEX INCORPORATED, et al.,          **[PROPOSED] ORDER GRANTING
                                            ADMINISTRATIVE MOTION FOR
18           Defendants.                    PLACING DOCUMENTS UNDER SEAL
                                            (Civil L.R. 7-11 and 79-5)**
19
                                            Judge:   Hon. Martin J. Jenkins
20  SYNOPSYS, INC.,

21           Plaintiff,

22      vs.

23  RICOH COMPANY, LTD.,

24           Defendant.

25

26

27

28

HOWREY LLP

Case Nos. C03-4669 MJJ (EMC) and C03-2289 MJJ (EMC)
[PROPOSED] ORDER GRANTING ADMINISTRATIVE
MOTION FOR PLACING DOCUMENTS UNDER SEAL
DM_US\8392105.v1

1    Pursuant to Civil L.R. 7-11, plaintiff Synopsys, Inc. and defendants Aeroflex Incorporated,

2    Aeroflex Colorado Springs, Inc., AMI Semiconductor, Inc., Matrox Electronic Systems, Ltd., Matrox

3    Graphics, Inc., Matrox International Corp., and Matrox Tech, Inc. ("the Customer Defendants") on

4    September 8, 2006 have filed an Administrative Motion for a Sealing Order pursuant to Civil Local

5    Rules 7-1 and 79-5, and request to file under seal, the following documents:

6        1)    DECLARATION OF DENISE M. DE MORY PURSUANT TO CIVIL LOCAL RULE

7    56-2(b) (with Exhibits).

8    Because the above documents includes nonpublic business information of Synopsys, the

9    Customer Defendants, or third parties,

10    the Court hereby GRANTS this request.

11    IT IS SO ORDERED

12    Dated: _____          _____

13                                             Hon. Martin J. Jenkins
                                               Judge of the United States District Court

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case Nos. C03-4669 MJJ (EMC) and C03-2289 MJJ (EMC)         1
[PROPOSED] ORDER GRANTING ADMINISTRATIVE
MOTION FOR PLACING DOCUMENTS UNDER SEAL

DM_US\8392105.v1