1  Gary M. Hoffman (*Pro Hac Vice*)
   Kenneth W. Brothers(*Pro Hac Vice*)
2  DICKSTEIN SHAPIRO LLP
   2101 L Street, NW
3  Washington, DC  20006-5403
   Phone (202) 420-2200
4  Fax (202) 420-2201

5  Edward A. Meilman (*Pro Hac Vice*)
   DICKSTEIN SHAPIRO LLP
6  1177 Avenue of the Americas
   New York, New York  10036-2714
7  Phone (212) 277-6500
   Fax (212) 277-6501
8
   Jeffrey B. Demain, State Bar No. 126715
9  Jonathan Weissglass, State Bar No. 185008
   ALTSHULER, BERZON, NUSSBAUM, RUBIN & DEMAIN
10 177 Post Street, Suite 300
   San Francisco, California  94108
11 Phone  (415) 421-7151
   Fax (415) 362-8064
12
   Attorneys for Ricoh Company, Ltd.
13

14                    UNITED STATES DISTRICT COURT
                      NORTHERN DISTRICT OF CALIFORNIA
15

16 RICOH COMPANY, LTD.,                  )
                                          )
17                Plaintiff,              )
                                          )
18      vs.                               )
                                          )
19 AEROFLEX ET AL,                        )
                                          )  **CASE NO. CV 03-4669 MJJ (EMC)**
20                Defendants.             )  **CASE NO. CV 03-2289 MJJ (EMC)**
                                          )
21 ─────────────────────────────          )
                                          )  **MANUAL FILING NOTIFICATION**
22 SYNOPSYS, INC.,                        )
                                          )
23                Plaintiff,              )
                                          )
24      vs.                               )
                                          )
25 RICOH COMPANY, LTD.,                   )
                                          )
26                Defendant.              )
                                          )
27

28

CASE NOS. CV 03-4669 MJJ (EMC) AND CV 03-2289 MJJ (EMC)
MANUAL FILING NOTIFICATION

2127237.01

Regarding: THE CONFIDENTIAL VERSION OF RICOH'S OPPOSITION TO DEFENDANTS' MOTION FOR RULE 11 SANCTIONS; AND EXHIBITS 4-6 AND 8-9 TO THE DECLARATION OF DEANNA ALLEN IN SUPPORT OF RICOH'S OPPOSITION TO DEFENDANTS' MOTION FOR RULE 11 SANCTIONS.

This filing is in paper or physical form only.  If you are a participant in this case, this filing will be served shortly.  For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):

[_] Voluminous Document (PDF file size larger than the e-filing system allows)

[_] Unable to Scan Documents

[_] Physical Object (description): _____
    _____

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[X] Item Under Seal

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description): _____

Dated: September 26, 2006                Respectfully submitted,

                                         Kenneth W. Brothers
                                         Gary M. Hoffman
                                         DeAnna Allen
                                         Dickstein Shapiro LLP

                                         Jeffrey B. Demain
                                         Jonathan Weissglass
                                         Altshuler, Berzon, Nussbaum, Rubin & Demain


                                         By:_____/s/_____
                                                DeAnna Allen

                                         Attorneys for Ricoh Company, Ltd.