1  Teresa M. Corbin (SBN 132360)
   Denise M. De Mory (SBN 168076)
2  Jaclyn C. Fink (SBN 217913)
   HOWREY LLP
3  525 Market Street, Suite 3600
   San Francisco, California 94105
4  Telephone: (415) 848-4900
   Facsimile: (415) 848-4999
5
   Attorneys for Plaintiff SYNOPSYS, INC.
6  and for Defendants AEROFLEX INCORPORATED,
   AMI SEMICONDUCTOR, INC., MATROX
7  ELECTRONIC SYSTEMS, LTD., MATROX
   GRAPHICS, INC., MATROX INTERNATIONAL
8  CORP., MATROX TECH, INC. and AEROFLEX
   COLORADO SPRINGS, INC.
9

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                      SAN FRANCISCO DIVISION

13

14 | RICOH COMPANY, LTD.,              | Case No. C03-04669 MJJ (EMC)
15 |         Plaintiff,                | Case No. C03-2289 MJJ (EMC)
16 |     vs.                           |
17 | AEROFLEX INCORPORATED, et al.,    | **[PROPOSED] ORDER GRANTING
                                         ADMINISTRATIVE MOTION FOR
18 |         Defendants.               | PLACING DOCUMENTS UNDER SEAL
                                         (Civil L.R. 7-11 and 79-5)**
19                                     |
                                         Judge: Hon. Martin J. Jenkins
20 | SYNOPSYS, INC.,
21 |         Plaintiff,
22 |     vs.
23 | RICOH COMPANY, LTD.,
24 |         Defendant.

25
26
27
28

HOWREY LLP

Case Nos. C03-4669 MJJ (EMC) and C03-2289 MJJ (EMC)
[PROPOSED] ORDER GRANTING ADMINISTRATIVE
MOTION FOR PLACING DOCUMENTS UNDER SEAL
DM_US\8394982.v1

1     Pursuant to Civil L.R. 7-11, plaintiff Synopsys, Inc. and defendants Aeroflex Incorporated, Aeroflex Colorado Springs, Inc., AMI Semiconductor, Inc., Matrox Electronic Systems, Ltd., Matrox Graphics, Inc., Matrox International Corp., and Matrox Tech, Inc. ("the Customer Defendants") on October 2, 2006 have filed an Administrative Motion for a Sealing Order pursuant to Civil Local Rules 7-1 and 79-5, and request to file under seal, the following documents:

    1)     Exhibits 4-6 to the parties' joint letter to Judge Chen re: Kobayashi deposition (documents bates labeled KBSC 2649-2881).

    2)     Exhibits 7-8 to the parties' joint letter to Judge Chen re: Kobayashi deposition (video bates labeled KBSC 2882-83).

    Because the above documents includes nonpublic business information of Synopsys, the Customer Defendants, or third parties,

    the Court hereby GRANTS this request.

    IT IS SO ORDERED

Dated: _____     _____
                                                                Hon. Edward M. Chen
                                                                United States Magistrate Judge

HOWREY LLP

Case Nos. C03-4669 MJJ (EMC) and C03-2289 MJJ (EMC)
[PROPOSED] ORDER GRANTING ADMINISTRATIVE
MOTION FOR PLACING DOCUMENTS UNDER SEAL

1

DM_US\8394982.v1