1  Teresa M. Corbin (SBN 132360)
   Denise M. De Mory (SBN 168076)
2  Jaclyn C. Fink (SBN 217913)
   HOWREY LLP
3  525 Market Street, Suite 3600
   San Francisco, California 94105
4  Telephone: (415) 848-4900
   Facsimile: (415) 848-4999
5
   Attorneys for Plaintiff Synopsys and Defendants AEROFLEX
6  INCORPORATED, AEROFLEX COLORADO SPRINGS,
   INC., AMI SEMICONDUCTOR, INC., MATROX
7  ELECTRONIC SYSTEMS, LTD., MATROX GRAPHICS INC.,
   MATROX INTERNATIONAL CORP., and MATROX TECH,
8  INC.

9
                   UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
                      SAN FRANCISCO DIVISION
12

| | |
|---|---|
| RICOH COMPANY, LTD., | Case No. C03-4669 MJJ (EMC) |
| Plaintiff, | Case No. C03-2289 MJJ (EMC) |
| vs. | ADMINISTRATIVE MOTION FOR AN ORDER PLACING DOCUMENTS UNDER SEAL |
| AEROFLEX INCORPORATED, AMI SEMICONDUCTOR, INC., MATROX ELECTRONIC SYSTEMS LTD., MATROX GRAPHICS INC., MATROX INTERNATIONAL CORP., MATROX TECH, INC., AND AEROFLEX COLORADO SPRINGS, INC. | (Civil L.R. 79-5(d)) |
| | Judge: Hon. Martin J. Jenkins |
| Defendants. | |
| SYNOPSYS, INC., | |
| Plaintiff, | |
| vs. | |
| RICOH COMPANY, LTD., | |
| Defendant. | |

HOWREY LLP

Case No. C03-4669 MJJ (EMC) /Case No. C03-2289-MJJ (EMC)
ADMINISTRATIVE MOTION FOR ORDER PLACING
DOCUMENTS UNDER SEAL
DM_US\8395540.v1

1    Pursuant to Civil L.R. 7-11, Synopsys and the Customer Defendants hereby bring this
2  administrative motion for an order to file under seal the following documents being lodged with the
3  Clerk of the Court on October 3, 2006:

4    1.    Reply In Support Of Motion For Rule 11 Sanctions Against Ricoh For Asserting
5  Frivolous Claims.

6    2.    Exhibits 1-5 to the Declaration Of Jaclyn C. Fink In Support Of Motion For Rule 11
7  Sanctions Against Ricoh For Asserting Frivolous Claims.

8    The only allegedly confidential information attached to or contained within these documents is
9  information designated as such by Ricoh Company, Ltd. ("Ricoh").  Thus, pursuant to Civil L.R. 79-
10 5(d), Ricoh is to file, within five court days, (i) a declaration establishing that the above information is
11 sealable and (ii) a proposed order.

13 Dated:  October 3, 2006                    Respectfully submitted,

                                              HOWREY LLP

                                                /s/*Jaclyn C. Fink*
                                              Jaclyn C. Fink
                                              Attorneys for Plaintiff SYNOPSYS, INC. and
                                              for Defendants AEROFLEX
                                              INCORPORATED, AEROFLEX COLORADO
                                              SPRINGS, INC., AMI SEMICONDUCTOR,
                                              INC., MATROX ELECTRONIC SYSTEMS,
                                              LTD., MATROX GRAPHICS, INC.,
                                              MATROX INTERNATIONAL CORP., and
                                              MATROX TECH, INC.

**HOWREY LLP**

-1-

Case No.  C03-4669 MJJ (EMC) /Case No.  C03-2289-MJJ (EMC)
ADMINISTRATIVE MOTION FOR ORDER PLACING
DOCUMENTS UNDER SEAL
DM_US\8395540.v1