Gary M. Hoffman (*Pro Hac Vice*)
Kenneth W. Brothers(*Pro Hac Vice*)
DICKSTEIN SHAPIRO LLP
2101 L Street, NW
Washington, DC  20006-5403
Phone (202) 420-2200
Fax (202) 420-2201

Edward A. Meilman (*Pro Hac Vice*)
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, New York  10036-2714
Phone (212) 277-6500
Fax (212) 277-6501

Jeffrey B. Demain, State Bar No. 126715
Jonathan Weissglass, State Bar No. 185008
ALTSHULER, BERZON, NUSSBAUM, RUBIN & DEMAIN
177 Post Street, Suite 300
San Francisco, California  94108
Phone  (415) 421-7151
Fax (415) 362-8064

Attorneys for Ricoh Company, Ltd.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICOH COMPANY, LTD., | ) |
| | ) |
| Plaintiff, | ) |
| | ) **CASE NO. CV 03-4669 MJJ (EMC)** |
| vs. | ) |
| | ) **CASE NO. CV 03-2289 MJJ (EMC)** |
| AEROFLEX ET AL, | ) |
| | ) |
| Defendants. | ) **ADMINISTRATIVE MOTION FOR AN** |
| | ) **ORDER PLACING DOCUMENTS UNDER** |
| | ) **SEAL**  AND ORDER |
| | ) **(Civil L.R. 79-5(d))** |
| SYNOPSYS, INC., | ) |
| | ) **Judge: Martin J. Jenkins** |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| RICOH COMPANY, LTD., | ) |
| | ) |
| Defendant. | ) |

Pursuant to Civil L.R. 7-11, Ricoh Company, Ltd. ("Ricoh") hereby brings this administrative motion for an order to file under seal the following documents:

1.    THE CONFIDENTIAL VERSION OF RICOH'S OPPOSITION TO DEFENDANTS' MOTION FOR RULE 11 SANCTIONS; AND

2.    EXHIBITS 4-6 AND 8-9 TO THE DECLARATION OF DEANNA ALLEN IN SUPPORT OF RICOH'S OPPOSITION TO DEFENDANTS' MOTION FOR RULE 11 SANCTIONS.

Because the above documents contain and refer to confidential information; this request is made pursuant to the Stipulated Protective Order in this action.

The Court hereby GRANTS this request.

IT IS SO ORDERED.

Dated: _____10/2/2006_____    _____

The Honorable Judge Martin J. Jenkins

CASE NOS. CV -03-2289-MJJ (EMC) /  CV-03-4669-MJJ (EMC)   Page 2
ADMINISTRATIVE MOTION FOR AN ORDER PLACING DOCUMENTS UNDER SEAL

2127201.01