1  Gary M. Hoffman (*Pro Hac Vice*)
   Kenneth W. Brothers (*Pro Hac Vice*)
2  DICKSTEIN SHAPIRO LLP
   1825 Eye Street, NW
3  Washington, DC  20006-1526
   Phone (202) 420-2200
4  Fax (202) 420-2201

5  Edward A. Meilman (*Pro Hac Vice*)
   DICKSTEIN SHAPIRO LLP
6  1177 Avenue of the Americas
   New York, New York  10036-2714
7  Phone (212) 277-6500
   Fax (212) 277-6501
8
   Jeffrey B. Demain, State Bar No. 126715
9  Jonathan Weissglass, State Bar No. 185008
   ALTSHULER, BERZON, NUSSBAUM, RUBIN & DEMAIN
10 177 Post Street, Suite 300
   San Francisco, California  94108
11 Phone  (415) 421-7151
   Fax (415) 362-8064
12
   Attorneys for Ricoh Company, Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICOH COMPANY, LTD.,<br><br>      Plaintiff,<br>vs.<br><br>AEROFLEX INC., et al.<br><br>      Defendants.<br><br>SYNOPSYS.,<br><br>      Plaintiff,<br>vs.<br><br>RICOH COMPANY, LTD.<br><br>      Defendant. | Case No. C03-4669 MJJ (EMC)<br><br>Case No. C03-2289 MJJ (EMC)<br><br>**DECLARATION OF MICHAEL A. WEINSTEIN IN SUPPORT OF ADMINISTRATIVE MOTION FOR AN ORDER PLACING DOCUMENTS UNDER SEAL** |

CASE NOS. CV -03-2289-MJJ (EMC) /  CV-03-4669-MJJ (EMC)
DECLARATION OF MICHAEL A. WEINSTEIN IN SUPPORT OF ADMINISTRATIVE MOTION
FOR AN ORDER PLACING DOCUMETNS UNDER SEAL

2155706.01

Michael A. Weinstein declares as follows:

1. My name is Michael A. Weinstein, an attorney with the law firm of Dickstein Shapiro LLP, counsel for Ricoh Company Limited. I am over the age of 21 and am competent to make this declaration. Based on my personal knowledge and information, I hereby declare to all the facts in this declaration.

2. In case C03-4669, a Stipulated Protect Order ("Order1") was entered into on June 3, 2003 between the parties.

3. In case C03-2289, a Stipulated Protect Order ("Order2") was entered into on March 24, 2004 between the parties.

4. On October 2, 2006, counsel for Synopsys/Aeroflex et al. and Ricoh filed with this Court a joint letter to Judge Chen regarding Kobayashi, with numerous exhibits in support thereof, including confidential documents.

5. On October 2, 2006, counsel for Synopsys/Aeroflex et al. filed with this Court "Administrative Motion for an Order Placing Documents Under Seal" requesting certain documents and exhibits be filed under seal.

6. Ricoh Company, Ltd. requests permission to file under seal the following documents and exhibits which are designated confidential as defined in both Order1 and/or Order2.

   a. Exhibits 4-8.

7. It is believed that the identified documents of 6a, *supra*, are privileged or protectable as a trade secret or otherwise entitled to protection.

8. As such, the above identified exhibits should be filed under seal pursuant to Order1 and/or Order2.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Signed at Washington, D.C. on October 10, 2006.

October 10, 2006                               /s/ Michael A.Weinstein
                                               Michael A.Weinstein

CASE NOS. CV -03-2289-MJJ (EMC) / CV-03-4669-MJJ (EMC)   Page 2
DECLARATION OF MICHAEL A. WEINSTEIN IN SUPPORT OF ADMINISTRATIVE MOTION
FOR AN ORDER PLACING DOCUMENTS UNDER SEAL

2155706.01