Gary M. Hoffman (*Pro Hac Vice*)
Kenneth W. Brothers (*Pro Hac Vice*)
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC 20006-5403
Telephone: (202) 420-2200
Facsimile: (202) 420-2201

Edward A. Meilman (*Pro Hac Vice*)
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, NY 10036-2714
Telephone: (212) 227-6500
Facsimile: (212) 227-6501

Jeffrey B. Demain, State Bar No. 126715
Jonathan Weissglass, State Bar No. 185008
ALTSHULER, BERZON, NUSSBAUM, RUBIN & DEMAIN
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

Attorneys for
RICOH COMPANY, LTD.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| RICOH COMPANY, LTD., <br><br> Plaintiff, <br><br> vs. <br><br> AEROFLEX INCORPORATED, et al., <br><br> Defendants <br><br> SYNOPSYS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> RICOH COMPANY, LTD., <br><br> Defendant. | CASE NO. C-03-4669-MJJ (EMC) <br> C-03-2289-MJJ (EMC) <br><br> **RICOH'S RESPONSE TO SYNOPSYS, INC.'S AND DEFENDANTS' DECLARATION OF DENISE M. DE MORY PURSUANT TO CIVIL LOCAL RULE 56-2(b)** |

RICOH'S RESPONSE TO SYNOPSYS, INC.'S AND DEFENDANTS' DECLARATION OF DENISE M. DE MORY PURSUANT TO CIVIL LOCAL RULE 56-2(b)
CASE NO. CV-03-4669-MJJ (EMC) and CV-03-2289-MJJ (EMC)

2155702.01

1  Ricoh hereby opposes the entry and consideration of Synopsys' and Defendants' September 25, 2006, Declaration of Denise De Mory Pursuant to Civil Local Rule 56-2(b) for the reasons set forth in the accompanying Declaration of Kenneth Brothers and supporting exhibits.  Defendants' September 25 Declaration is not permitted under the local rules, is incomplete and misleading with respect to the events leading to the filing of the uncontested fact statement, and is incomplete and misleading with respect to Defendants' proposed "uncontested facts."  A detailed summary of the De Mory Declaration proposed facts, the supposed source material from which the fact was derived and Ricoh's response to that proposed fact can be found at Brothers Dec. Ex. F.

Dated:  October 10, 2006

Jeffrey B. Demain, State Bar No. 126715
Jonathan Weissglass, State Bar No. 185008
ALTSHULER, BERZON, NUSSBAUM, RUBIN & DEMAIN
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064


Attorneys for
RICOH COMPANY, LTD.

RICOH COMPANY, LTD.

By:  /s/ Kenneth W. Brothers
Gary M. Hoffman (*Pro Hac Vice*)
Kenneth W. Brothers (*Pro Hac Vice*)
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC  20006-1526
Telephone: (202) 420-2200, Facsimile: (202) 420-2201

Edward A. Meilman (*Pro Hac Vice*)
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, NY 10036-2714
Telephone:  (212) 277-6500, Facsimile:  (212) 277-6501

RICOH'S RESPONSE TO SYNOPSYS, INC.'S AND DEFENDANTS' DECLARATION OF DENISE M. DE MORY PURSUANT TO CIVIL LOCAL RULE 56-2(b)
CASE NO. CV-03-4669-MJJ (EMC) and CV-03-2289-MJJ (EMC)

2155702.01