1  Teresa M. Corbin (SBN 132360)
   Denise M. De Mory (SBN 168076)
2  Jaclyn C. Fink (SBN 217913)
   HOWREY LLP
3  525 Market Street, Suite 3600
   San Francisco, California 94105
4  Telephone: (415) 848-4900
   Facsimile: (415) 848-4999
5
   Attorneys for Plaintiff SYNOPSYS, INC.
6  and for Defendants AEROFLEX INCORPORATED,
   AMI SEMICONDUCTOR, INC., MATROX
7  ELECTRONIC SYSTEMS, LTD., MATROX
   GRAPHICS, INC., MATROX INTERNATIONAL
8  CORP., MATROX TECH, INC. and AEROFLEX
   COLORADO SPRINGS, INC.
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICOH COMPANY, LTD., | Case No. C03-04669 MJJ (EMC) |
| Plaintiff, | Case No. C03-2289 MJJ (EMC) |
| vs. | |
| AEROFLEX INCORPORATED, et al., | **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR PLACING DOCUMENTS UNDER SEAL (Civil L.R. 7-11 and 79-5)** |
| Defendants. | |
| | Judge: Hon. Martin J. Jenkins |
| SYNOPSYS, INC., | |
| Plaintiff, | |
| vs. | |
| RICOH COMPANY, LTD., | |
| Defendant. | |

Case Nos. C03-4669 MJJ (EMC) and C03-2289 MJJ (EMC)
[PROPOSED] ORDER GRANTING ADMINISTRATIVE
MOTION FOR PLACING DOCUMENTS UNDER SEAL
DM_US\8392105.v1

HOWREY LLP

1  Pursuant to Civil L.R. 7-11, plaintiff Synopsys, Inc. and defendants Aeroflex Incorporated,
2  Aeroflex Colorado Springs, Inc., AMI Semiconductor, Inc., Matrox Electronic Systems, Ltd., Matrox
3  Graphics, Inc., Matrox International Corp., and Matrox Tech, Inc. ("the Customer Defendants") on
4  September 8, 2006 have filed an Administrative Motion for a Sealing Order pursuant to Civil Local
5  Rules 7-1 and 79-5, and request to file under seal, the following documents:
6  1)  DECLARATION OF DENISE M. DE MORY PURSUANT TO CIVIL LOCAL RULE
7  56-2(b) (with Exhibits).
8  Because the above documents includes nonpublic business information of Synopsys, the
9  Customer Defendants, or third parties,
10  the Court hereby GRANTS this request.
11  IT IS SO ORDERED
12  Dated: __10/13/2006__           _____
                                     Hon. Martin J. Jenkins
13                                   Judge of the United States District Court

---

HOWREY LLP

Case Nos. C03-4669 MJJ (EMC) and C03-2289 MJJ (EMC)
[PROPOSED] ORDER GRANTING ADMINISTRATIVE
MOTION FOR PLACING DOCUMENTS UNDER SEAL

1

DM_US\8392105.v1