1

2  Gary M. Hoffman (*Pro Hac Vice*)
   Kenneth W. Brothers (*Pro Hac Vice*)
3  DICKSTEIN SHAPIRO LLP
   2101 L Street, NW
4  Washington, DC  20006-5403
   Phone (202) 420-2200
5  Fax (202) 420-2201

6  Edward A. Meilman (*Pro Hac Vice*)
   DICKSTEIN SHAPIRO LLP
7  1177 Avenue of the Americas
   New York, New York  10036-2714
8  Phone (212) 277-6500
   Fax (212) 277-6501
9
   Jeffrey B. Demain, State Bar No. 126715
10 Jonathan Weissglass, State Bar No. 185008
   ALTSHULER, BERZON, NUSSBAUM, RUBIN & DEMAIN
11 177 Post Street, Suite 300
   San Francisco, California  94108
12 Phone  (415) 421-7151
   Fax (415) 362-8064
13
   Attorneys for Ricoh Company, Ltd.
14

15 **UNITED STATES DISTRICT COURT**
   **NORTHERN DISTRICT OF CALIFORNIA**

16

17 RICOH COMPANY, LTD., )
                       )
18           Plaintiff, )
                       )    **CASE NO. CV 03-4669 MJJ (EMC)**
19      vs.            )
                       )    **CASE NO. CV 03-2289 MJJ (EMC)**
20 AEROFLEX ET AL,     )
                       )
21          Defendants. )   **ADMINISTRATIVE MOTION FOR AN**
                       )   **ORDER PLACING DOCUMENTS UNDER**
22 _____ )   **SEAL   AND ORDER**
                       )   **(Civil L.R. 7-11 and 79-5(d))**
23 SYNOPSYS, INC.,     )
                       )   **Judge: Hon. Martin J. Jenkins**
24          Plaintiff,  )
                       )
25      vs.            )
                       )
26 RICOH COMPANY, LTD., )
                       )
27          Defendant. )
   _____ )
28

CASE NOS. CV-03-2289-MJJ (EMC) / CV-03-4669-MJJ (EMC)   Page 1
ADMINISTRATIVE MOTION FOR AN ORDER PLACING DOCUMENTS UNDER SEAL

2130581.01

1   Pursuant to Civil L.R. 7-11, Ricoh Company, Ltd. ("Ricoh") hereby brings this administrative
2   motion for an order to file under seal the following documents:
3   　　　1.　　**Exhibits 1-3 and 6** to the Declaration of Kenneth Brothers in Support of Ricoh's Motion
4   to File a Surreply in Opposition to Defendants' Motion for Rule 11 Sanctions and of Ricoh's [Proposed]
5   Surreply.
6   　　　Because the above documents refer to materials produced in discovery and designated
7   confidential, this request is made pursuant to the Stipulated Protective Order entered in this action.
8   　　　The Court hereby GRANTS this request.
9   　　　IT IS SO ORDERED.

Dated:  10/13/2006                              _____
                                                The Honorable Martin J. Jenkins
                                                United States District Court Judge