IN THE UNITED STATED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

**HONORABLE MARTIN J. JENKINS**         Courtroom Clerk: **Monica Tutson**

DATE: **October 17, 2006**    [**2:46 to 2:56 pm**]         Court reporter: **Not reported**

Case Number:   **C03-02289 MJJ**
              **C03-04669 MJJ**

Case Name:   **SYNOPSYS, INC.**   v.   **RICOH COMPANY, LTD**

COUNSEL FOR PLAINTIFF(S):                COUNSEL FOR DEFENDANT(S):
**Denise DeMory**                            **Ken Brothers**
**Brian Smith**

TYPE OF HEARING:   Status Conference

ORDERED AFTER HEARING:
- **Parties must submit joint letter re: Motions by 10/20/2006.**

ORDER TO BE PREPARED BY:   Plntf ()  Deft ()  Joint ()  Court (**x**)

Referred to Magistrate Judge **Spero**   For:   **Further Settlement in January 2007**

(The parties are directed to contact the courtroom deputy of the undersigned judge if they are not advised of the assigned magistrate judge with thirty (30) days.)

CASE CONTINUED TO:           for

Discovery Cut-Off: **12/5/2006**   Expert Discovery Cut-Off:

Parties to Name Experts by:         Expert Reports to be Tendered by:

Designation of Supplemental/Rebuttal Experts:   Reports:

Dispositive Motion shall be heard by:   **12/12/2006**

Pre-Trial Conference Date:   **February 27, 2007**   at 3:30 p.m.

Trial Date:   **March 12, 2007** at 8:30 a.m.   Set for **3** weeks
             Type of Trial:  (**X**)Jury    ( )Court

Notes:   **Willfulness issue to be withdrawn.**

cc:   **Karen**