**United States District Court**

For the Northern District of California

1

2

3

4

5                     UNITED STATES DISTRICT COURT

6                    NORTHERN DISTRICT OF CALIFORNIA

7

8   SYNOPSYS, INC.,                          Case No. C-03-2289 MJJ (JCS) and
                                             Case No. C-03-4669 MJJ (JCS)
9              Plaintiff,

10       v.

11  RICOH COMPANY, LTD.,

12             Defendants.                   **NOTICE AND ORDER CONTINUING
    _____/     FURTHER SETTLEMENT CONFERENCE**
13

14  RICOH COMPANY, LTD.,

15             Plaintiff,

16       v.

17  AEROFLEX INCORPORATED, ET AL.,

18             Defendants.
    _____/
19

20  TO ALL PARTIES AND COUNSEL OF RECORD:

21         You are hereby notified that the Further Settlement Conference previously scheduled for

22  October 30, 2006, at 9:30 a.m., has been continued until **February 8, 2007, at 9:30 a.m.**, in

23  Courtroom A, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California.

24         Lead trial counsel shall appear at the Further Settlement Conference with the parties.  In

25  addition, Dr. de Geus, Mr. Cabrera, Mr. Nonaka, and Mr. Takiguchi shall also attend the conference.

26         **Each party shall prepare an updated Settlement Conference Statement, which must be**

27  **lodged with Chambers no later than February 1, 2007.**  The Statement should **not** be

28  electronically filed, and need not be served on opposing counsel.

1     The parties shall notify Chambers immediately at (415) 522-3691 if this case settles prior to

2     the date set for the Further Settlement Conference.  All other provisions of this Court's December 9,

3     2005 "Notice of Settlement Conference and Settlement Conference Order" remain in effect.

4          IT IS SO ORDERED.

5

6     Dated: October 26, 2006

7

8     JOSEPH C. SPERO
      United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2