IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC., | No.  C03-02289 MJJ |
| Plaintiff, | C03-04669 MJJ |
| v. | **ORDER VACATING ORDERS** |
| RICOH COMPANY, LTD, | |
| Defendant. | |

The Order Regarding December 12, 2006 Summary Judgment Hearing (Docs. #533 & #726) was inadvertently signed on October 31, 2006, and are hereby **vacated.**

**IT IS SO ORDERED.**

Dated:     11/2/2006

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE