1

2                          UNITED STATES DISTRICT COURT
                          NORTHERN DISTRICT OF CALIFORNIA
3                            SAN FRANCISCO DIVISION

4
   _____
5  RICOH COMPANY, LTD.,                    )
                                           )
6              Plaintiff,                   )
                                           )
7        v.                                 )    **CASE NO. CV-03-4669-MJJ (EMC)**
                                           )    **CASE NO. CV-03-2289-MJJ (EMC)**
8  AEROFLEX INCORPORATED, et al.,          )
                                           )    **[█████████] ORDER**
9              Defendants.                  )
                                           )
10 _____)
                                           )
11 SYNOPSYS, INC.,                          )
                                           )
12             Plaintiff,                   )
                                           )
13       v.                                 )
                                           )
14 RICOH COMPANY, LTD.,                     )
                                           )
15 _____Defendant_____)

16       Pursuant to the Status Conference on October 12, 2006, Synopsys and the Aeroflex Defendants

17 have elected to proceed with a hearing on their summary judgment motions 1 and 6.  [Dkt. No. 568 and

18 571 in 03-4669, Dkt. No. 422 and 425 in 03-2289.]  Oral argument on these motions will be heard for

19 one hour commencing at 9:30 a.m. on December 12, 2006.

20       Based upon their decision to proceed with motions 1 and 6, the remaining motions for summary

21 judgment by Synopsys and the Aeroflex Defendants are hereby deemed to be withdrawn.  The

22 withdrawn motions consist of motions nos. 2, 3, 4, 5, 7, 8 and 9 [Dkt. Nos. 570, 553, 572, 565, 554, 556,

23 and 552 in 03-4669; and Dkt. Nos. 424, 415, 426 and 419 in 03-2289].  The clerk is instructed to remove

24 those motions from the calendar.

25       The Rule 11 motion of Synopsys and the Aeroflex defendants is denied for the reasons stated

26 during the status conference.  [Dkt. No. 664 in 03-4669, Dkt. No. 481 in 03-2289.]

27       Defendants Aeroflex and Aeroflex Colorado, Inc, have advised the Court that they consent to an

28

DSMDB-2166021v01

1  entry of judgment against them on their affirmative defense of authorization and consent.  The Court

2  hereby grants Ricoh's motion for summary judgment on this issue [Dkt. No. 558 in 03-4669.]  The clerk

3  is directed to enter a partial final judgment in Ricoh's favor.

4      SO ORDERED

5  DATED: __11/2/2006_____

6                                      The Honorable Martin J. Jenkins
                                        United States District Court Judge
7

8  Submitted by:

9  DICKSTEIN SHAPIRO LLP

10  By /s/ Kenneth W. Brothers
    Attorneys for Ricoh

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28