IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICOH COMPANY, LTD, | No. C03-04669 MJJ |
| Plaintiff, | No. C03-02289 MJJ |
| v. | |
| AEROFLEX INCORPORATED ET AL, | |
| Defendant. | **CLERK'S NOTICE** |
| _____ / | |
| SYNOPSYS, INC., | |
| Plaintiff, | |
| v. | |
| RICOH COMPANY, LTD, | |
| Defendant. | |

///
///
///

**YOU ARE NOTIFIED THAT** the Court has scheduled a Telephone Status Conference for Friday, December 8, 2006 at 9:30 a.m. before the Honorable Martin J. Jenkins. The attorneys for Synopsys and Customer Defendants will initiate the call to the Court after joining the necessary parties on the line. Once all parties are connected, the attorneys for Synopsys and Customer

1  Defendants shall call 415-522-4141 for instructions.

3  **IT IS SO ORDERED.**

6  Dated: December 7, 2006

_____
MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

2