United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICOH COMPANY, LTD, <br><br> Plaintiff, <br><br> v. <br><br> AEROFLEX INCORPORATED ET AL, <br><br> Defendant. <br>_____/ <br> SYNOPSYS, INC., <br><br> Plaintiff, <br><br> v. <br><br> RICOH COMPANY, LTD, <br><br> Defendant. <br>_____ | No. C03-04669 MJJ <br> No. C03-02289 MJJ <br><br><br><br><br> **ORDER SETTING BRIEFING SCHEDULE FOR MOTION TO STAY.** |

Before the Court is Synopsys, Inc. ("Synopsys") and Aeroflex Incorporated, AMI Semiconductor, Inc., Matrox Electronic Systems, Ltd., Matrox Graphics, Inc., Matrox International Corp., Matrox Tech, Inc. and Aeroflex Colorado Springs, Inc.'s (collectively the "Customer Defendants") Motion for Stay.[1] On December 8, 2006, this Court held a telephone case management conference wherein Ricoh Company, Ltd. ("Ricoh" or "Plaintiff"), requested an opportunity to file an Opposition Brief to Synopsys and the Customer Defendants' motion.

---

[1] Docket No. 729, Case No. 03-4669 and Docket No. 536, Case No. 03-2289.  Filed December 7, 2006

Ricoh shall file its Opposition Brief, not exceeding 5 pages in length, not later than 12:00 p.m. on December 11, 2006. Synopsys and the Customer Defendants shall file their Reply Brief, not exceeding 5 pages, on December 12, 2006.

**IT IS SO ORDERED.**

Dated: December 8, 2006

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE