Gary M. Hoffman (*Pro Hac Vice*)
Kenneth W. Brothers (*Pro Hac Vice*)
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, D.C. 20006-5403
Telephone: (202) 420-2200
Facsimile: (202) 420-2201

Edward A. Meilman (*Pro Hac Vice*)
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, New York 10036-2714
Telephone: (212) 277-6500
Facsimile: (212) 277-6501

Jeffrey B. Demain (SBN 126715)
Jonathan Weissglass (SBN 185008)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, California 94108
Phone: (415) 421-7151
Fax: (415) 362-8064

Attorneys for Ricoh Company, Ltd.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICOH COMPANY, LTD., <br><br> Plaintiff, <br><br> vs. <br><br> AEROFLEX INC., et al., <br><br> Defendants. | **Case No. C-03-4669 MJJ** <br><br> **Case No. C-03-2289 MJJ** <br><br> **NOTICE OF CHANGE OF FIRM NAME** |
| SYNOPSYS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> RICOH COMPANY, LTD., <br><br> Defendant. | |

TO THE CLERK OF THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that as of January 1, 2007, the law firm of ALTSHULER, BERZON, NUSSBAUM, RUBIN & DEMAIN, counsel for Plaintiffs/Defendant in the above-entitled action, has changed its name to ALTSHULER BERZON LLP.  The firm's address, telephone and fax numbers will remain the same.

Dated: January 12, 2007                    Respectfully submitted,


By:_____/s/_____
    Jonathan Weissglass


Jeffrey B. Demain, State Bar No. 126715
Jonathan Weissglass, State Bar No. 185008
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, California  94108
Telephone:  (415) 421-7151
Facsimile:  (415) 362-8064

Gary M. Hoffman
Kenneth W. Brothers
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC 20006-5403
Telephone: (202) 420-2200
Facsimile: (202) 227-6501

Edward A. Meilman
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, New York  10036
Telephone: (212) 277-6500
Facsimile: (212) 277-6501

Attorneys for Plaintiff/Defendant Ricoh Company, Ltd.