United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Synopsys, Inc., <br><br> Plaintiff, <br> v. <br><br> Ricoh Company, Ltd., <br><br> Defendant <br><hr> Ricoh Company, Ltd., <br><br> Third-Party Plaintiff, <br> v. <br><br> Aeroflex Inc., et al., <br><br> Third-Party Defendants. | NO. C 03-02289 JW <br> NO. C 03-04669 JW <br><br> **ORDER FOLLOWING CASE MANAGEMENT CONFERENCE** |

On April 7, 2008, the Court conducted a case management conference. Counsel for the respective parties were present. At the case management conference, the parties represented that U.S. Patent No. 4,922,432 (the "'432 Patent"), the key patent at issue in these related cases, remains in reexamination at the United States Patent and Trademark Office ("PTO"). According to the parties, a second, but non-final, office action issued by the examiner has canceled all of the '432 Patent's claims. However, given the age of these cases, and the fact that they were recently reassigned, the Court has determined that there is significant work that may be accomplished despite the pending reexamination. Therefore, the Court VACATES the order staying these related cases and ORDERS as follows:

1  (1)  The parties shall file cross-motions regarding: (a) whether the Court should adopt the claim construction reached by the previously assigned district judge; (b) whether the Court should reconsider any part of that construction; and (c) whether there are any words or phrases that remain to be construed.  In light of the parties' representation that the final office action should be issued by the PTO within the next four to six months, the Court sets a hearing on the parties' cross-motions for **September 26, 2008 at 9 a.m.**  The parties shall noticed their cross-motions in accordance with the Civil Local Rules of Court.

(2)  Following the hearing on the cross-motions, the Court will hold a further Case Management Conference to discuss a schedule for the case.  The parties shall file a Joint Case Management Statement updating the Court on the status of the reexamination on or before **September 16, 2008.**

(3)  Based on the discussion with the parties, the Court finds that these related cases should be consolidated into one action.  Since Case No. 03-2289 JW is the earlier filed action, it shall be the lead case.  All future filings shall be filed in Case No. 03-2289, and to avoid confusion, shall bear the caption: *In Re Ricoh Company Ltd. Patent Litigation.*   In light of the consolidation, the Clerk shall administratively close Case No. 03-4669 JW.

Dated:  April 16, 2008

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Brian A. E. Smith smithbrian@howrey.com
Christopher L. Kelley kelleyc@howrey.com
DeAnna Dahlyce Allen allend@dsmo.com
Denise M. De Mory demoryd@howrey.com
Eric  Oliver OLIVERE@DSMO.COM
Erik Keith Moller invalidaddress@myrealbox.com
Ethan B. Andelman andelmane@howrey.com
Gary M. Hoffman HoffmanG@dicksteinshapiro.com
Henry C. Su suh@howrey.com
Jaclyn C. Fink finkj@howrey.com
Jeffrey B. Demain jdemain@altshulerberzon.com
Jonathan David Weissglass jweissglass@altshulerberzon.com
Kenneth W. Brothers BrothersK@dicksteinshapiro.com
Matthew  Greinert greinertm@howrey.com
Matthew E. Hocker hockerm@howrey.com
Michael A. Weinstein weinsteinm@dicksteinshapiro.com
Teresa M. Corbin corbint@howrey.com
Thomas C. Mavrakakis tmavrakakis@mac.com

Dated:  April 16, 2008                                           **Richard W. Wieking, Clerk**

                                                                                 **By:   /s/ JW Chambers**
                                                                                       **Elizabeth Garcia**
                                                                                       **Courtroom Deputy**

**United States District Court**
For the Northern District of California