1  Teresa M. Corbin (SBN 132360)
   Denise M. De Mory (SBN 168076)
2  HOWREY LLP
   525 Market Street, Suite 3600
3  San Francisco, CA 94105
   Telephone: (415) 848-4900
4  Facsimile: (415) 848-4999

5  Ron E. Shulman (SBN 178263)
   Terry Kearney (SBN 160054)
6  Julie M. Holloway (SBN 196942)
   WILSON SONSINI GOODRICH & ROSATI
7  650 Page Mill Road
   Palo Alto, CA 94304-1050
8  Telephone:  (650) 493-9300
   Facsimile:   (650) 565-5100
9
   Michael A. Berta (SBN 194650)
10 WILSON SONSINI GOODRICH & ROSATI
   One Market, Spear Tower, Suite 3300
11 San Francisco, CA 94105
   Telephone:  (415) 947-2000
12 Facsimile:   (415) 947-2099

13 Attorneys for Plaintiff SYNOPSYS, INC.

14                    UNITED STATES DISTRICT COURT

15                    NORTHERN DISTRICT OF CALIFORNIA,

16                    SAN FRANCISCO DIVISION

17 IN RE RICOH COMPANY LTD. PATENT         )
   LITIGATION                              )   CASE NO.:  C-03-2289-MJJ-(EMC)
18                                         )
                                           )   **NOTICE OF APPEARANCE**
19 _____)

20      Please enter the appearance of Terry Kearney of Wilson Sonsini Goodrich & Rosati, 650

21 Page Mill Road, Palo Alto, CA 94304-1050, as counsel for plaintiff Synopsys, Inc., in the above-

22 entitled case.

23                                         Respectfully submitted,

24 Dated:  July 28, 2008                   WILSON SONSINI GOODRICH & ROSATI
                                           Professional Corporation
25

26
                                           By: /s/ Terry Kearney
27                                              Terry Kearney
                                                tkearney@wsgr.com
28
                                           Attorneys for Plaintiff SYNOPSYS, INC.

NOTICE OF APPEARANCE                       -1-
C-03-2289-MJJ-(EMC)

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing and paper or electronic copies will be delivered to those indicated as non-registered participants on July 28, 2008.

/s/ Terry Kearney
Terry Kearney