Teresa M. Corbin (SBN 132360)
Denise M. De Mory (SBN 168076)
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, CA 94105
Telephone: (415) 848-4900
Facsimile: (415) 848-4999

Ron E. Shulman (SBN 178263)
Terry Kearney (SBN 160054)
Julie M. Holloway (SBN 196942)
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:   (650) 565-5100

Michael A. Berta (SBN 194650)
WILSON SONSINI GOODRICH & ROSATI
One Market, Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone:  (415) 947-2000
Facsimile:   (415) 947-2099

Attorneys for Plaintiff SYNOPSYS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE RICOH COMPANY LTD. PATENT LITIGATION | CASE NO.:  C-03-2289-MJJ-(EMC)<br><br>**NOTICE OF APPEARANCE** |

Please enter the appearance of Michael A. Berta of Wilson Sonsini Goodrich & Rosati, One Market, Spear Tower, Suite 3300, San Francisco, CA 94105, as counsel for plaintiff Synopsys, Inc., in the above-entitled case.

Respectfully submitted,

Dated:  July 28, 2008

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


By: /s/ Michael A. Berta
       Michael A. Berta
       mberta@wsgr.com

Attorneys for Plaintiff SYNOPSYS, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing and paper or electronic copies will be delivered to those indicated as non-registered participants on July 28, 2008.

/s/ Michael A. Berta
Michael A. Berta