| | |
|---|---|
| Gary M. Hoffman (*Pro Hac Vice*) | Ron E. Shulman (State Bar No. 178263) |
| Kenneth W. Brothers (*Pro Hac Vice*) | WILSON SONSINI GOODRICH & ROSATI |
| DICKSTEIN SHAPIRO LLP | 650 Page Mill Road |
| 2101 L Street, NW | Palo Alto, CA  94304 |
| Washington, DC  20037-1526 | Phone (650) 493-9300 |
| Phone (202) 785-9700 | Fax (650) 493-6811 |
| Fax (202) 887-0689 | |
| | |
| Jeffrey B. Demain, State Bar No. 126715 | Teresa M. Corbin (State Bar No. 132360) |
| Jonathan Weissglass, State Bar No. 185008 | Denise M. De Mory (State Bar No. 168076) |
| ALTSHULER, BERZON, NUSSBAUM, RUBIN & DEMAIN | HOWREY LLP |
| | 525 Market Street |
| 177 Post Street, Suite 300 | Suite 3600 |
| San Francisco, California  94108 | San Francisco, CA  94105 |
| Phone  (415) 421-7151 | Phone (415) 848-4900 |
| Fax (415) 362-8064 | Attorneys for Defendants and Synopsys, Inc. |

Attorneys for Plaintiff Ricoh Company, Ltd.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

In Re Ricoh Company Ltd. Patent Litigation

Case No. 03-2289 JW

**JOINT STATEMENT REGARDING CLAIM CONSTRUCTION PURSUANT TO APRIL 16, 2008 ORDER**

Pursuant to paragraph 1 of the Court's April 16, 2008 Order, counsel for all parties stipulate and represent as follows: (a) the Court should adopt the claim construction issued by the previously assigned district judge; (b) the Court should not reconsider any part of that construction; and (c) there are no words or phrases that remain to be construed.  Counsel for the parties note, however, that upon completion of the pending reexamination of the '432 patent, there may be new intrinsic evidence that could affect one or more claim construction issues.  Counsel for the parties will determine whether any such new evidence exists promptly after the reexamination is completed, and inform the Court.

Ricoh requests that the September 26, 2008 hearing be postponed until further action by the Patent Office.

2482570

| | |
|---|---|
| Dated: August 15, 2008 | Respectfully Submitted,<br><br>DICKSTEIN SHAPIRO LLP<br><br>By:   /s/<br>     Kenneth W. Brothers<br>     Attorneys for Ricoh Company, Ltd. |
| Dated: August 15, 2008 | WILSON SONSINI GOODRICH & ROSATI<br><br>By:   /s/<br>     Michael A. Berta<br>     Attorneys for Defendants and Synopsys |

**ECF CERTIFICATION**

I, Michael A. Berta, am the ECF User whose identification and password are being used to file this JOINT STATEMENT REGARDING CLAIM CONSTRUCTION PURSUANT TO APRIL 16, 2008 ORDER. In compliance with General Order 45.X.B, I hereby attest that Kenneth W. Brothers has concurred in this filing.

| | |
|---|---|
| Dated: August 15, 2008 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br><br>By:  /s/<br>    Michael A. Berta<br>    Attorneys for Defendants and Synopsys |

2482570