UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CIVIL MINUTES

**Judge:** James Ware  
**Date:** September 8, 2008  
**Case No.:** C-03-02289 JW (Lead case)  
**Related Case No.:** 03-04669 JW (member case, consol'd, CLOSED)

**Courtroom Deputy:** Elizabeth Garcia  
**Court Reporter:** Not Reported  
**Interpreter:** N/A

### TITLE

In re Ricoh Company Ltd. Patent Litigation

**Attorney(s) for Plaintiff(s)**: No Appearance made  
**Attorney(s) for Defendant(s)**: No Appearance made

### PROCEEDINGS

Further Case Management Conference

### ORDER AFTER HEARING

No Appearances made by or on behalf of Plaintiff or Defendant. The Court to contact counsel to reschedule the further case management conference.

Elizabeth C. Garcia  
Courtroom Deputy  
Original: **E-Filed**  
CC: