United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| In re Ricoh Company Ltd. Patent Litigation _____/ | No. C 03-02289 JW<br><br>CLERK'S NOTICE RESETTING CASE MANAGEMENT CONFERENCE |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Case Management Conference before Judge James Ware previously noticed for September 8, 2008 at 10:00 AM has been reset to **September 15, 2008 at 10:00 AM in** Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California. The Court does not request a further case management conference statement to be filed.

Dated: September 9, 2008

FOR THE COURT,
Richard W. Wieking, Clerk


by: _____/s/_____
    Elizabeth Garcia
    Courtroom Deputy