**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In Re Ricoh Company, Ltd. Patent Litigation,

NO. C 03-02289 JW

**ORDER FOLLOWING CASE MANAGEMENT CONFERENCE**

_____/

On September 15, 2008, the Court conducted a case management conference. Counsel for the respective parties were present. Based on the discussion at the conference, the Court orders as follows:

(1) On **December 5, 2008 at 9 a.m.**, parties shall appear before the Court to present a tutorial of the patent-in-suit. The purpose of the tutorial is to allow each party to inform the Court about the background of the technical information which is involved in the case and the nature of the dispute. Presentations may include demonstrations, expert testimony, or audio visual materials. No cross-examination will be permitted. However, the Court may pose questions to parties or witnesses. No record will be made of the proceedings. Statements made during the tutorial may not be cited as judicial admissions against a party.

(2) On **January 23, 2009 at 9 a.m.**, the Court will conduct a hearing on Plaintiff's anticipated Motion of Non-Infringement. Plaintiff shall notice this motion in accordance with the Civil Local Rules of the Court. Once the briefing is closed, the moving party shall compile a three ring binder (to be lodged with the Court) containing (a) the motion and any supporting memorandum of law; (b) the opposition memorandum; (c) any reply memorandum; and (d) any exhibits in support or opposition to the motion, which shall be clearly labeled. At the beginning of each binder the

1  moving party shall include, as appropriate, Chart A as described below; each statement shall be
2  supported by appropriate citations to the motion papers and or exhibits.

**Chart A - Summary of Infringement/Non-Infringement Issues**

| Patent Claim/Elements | Stipulated Construction/Court Construction | Accused Product | Defense Asserted |
|---|---|---|---|
| '000 Patent, Claim 1 | | | |
| an apparatus comprising | apparatus means: "a device which. . ." | Riverside Model 2 | |
| 1.  a handle | "handle" means a part held by the human hand | Riverside Model 2 | the product lacks a handle |

(3)   Electronic Storage of Exhibits:  The Court has available a digital and video electronic evidence presentation system.  The parties are ordered to familiarize themselves with the system, and to meet and confer about whether the case will involve voluminous documentation.  If so, as the parties identify documentary material which is likely to be used as trial exhibits, the parties are ordered to electronically store these materials in a fashion which will facilitate displaying them electronically during the trial.  The parties are reminded that Civil L.R. 30-2(b) requires sequential numbering of exhibits during depositions and that numbering must be maintained for those exhibits throughout the litigation.  Each proposed exhibit shall be pre-marked for identification.  All exhibits shall be marked with numerals.  The parties shall meet and confer on a division which will avoid duplication (e.g., Plaintiff:  1-99,000; Defendant #1:  100,000-299,999;  Defendant #2:  300,000-500,000).

(4)   The Court refers the parties to the assigned Magistrate Judge for all discovery disputes.

Dated:  October 2, 2008

JAMES WARE
United States District Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Brian A. E. Smith smithbrian@howrey.com
Christopher L. Kelley kelleyc@howrey.com
DeAnna Dahlyce Allen allend@dsmo.com
Denise M. De Mory demoryd@howrey.com
Eric  Oliver OLIVERE@DSMO.COM
Erik Keith Moller invalidaddress@myrealbox.com
Ethan B. Andelman andelmane@howrey.com
Gary M. Hoffman HoffmanG@dicksteinshapiro.com
Henry C. Su suh@howrey.com
Jaclyn C. Fink finkj@howrey.com
Jeffrey B. Demain jdemain@altshulerberzon.com
Jonathan David Weissglass jweissglass@altshulerberzon.com
Kenneth W. Brothers BrothersK@dicksteinshapiro.com
Matthew  Greinert greinertm@howrey.com
Matthew E. Hocker hockerm@howrey.com
Michael A. Weinstein weinsteinm@dicksteinshapiro.com
Teresa M. Corbin corbint@howrey.com
Thomas C. Mavrakakis tmavrakakis@mac.com

Dated:  October 2, 2008                              **Richard W. Wieking, Clerk**

                                                     **By:  /s/ JW Chambers**
                                                          **Elizabeth Garcia**
                                                          **Courtroom Deputy**

**United States District Court**
For the Northern District of California