IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re Ricoh Company Ltd. Patent Litigation | NO. C 03-02289 JW |
| | **ORDER VACATING HEARING ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

On January 30, 2009, the parties are scheduled to appear for a hearing on Plaintiff's Motion for Summary Judgment of Non-Infringement of the '432 Patent. (See Docket Item No. 571.) Upon review of the parties' briefs, the Court finds that the motion is appropriate for submission without oral argument. See Civ. L.R. 7-1(b). Accordingly, the Court VACATES the January 30 hearing.

Dated: January 28, 2009

JAMES WARE
United States District Judge

**United States District Court**
For the Northern District of California

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Brian A. E. Smith smithbrian@howrey.com
Daniel J. Bergeson dbergeson@be-law.com
DeAnna Dahlyce Allen allend@dsmo.com
Denise M. De Mory demoryd@howrey.com
Donald P. Gagliardi dgagliardi@be-law.com
Eric Oliver OLIVERE@DSMO.COM
Erik Keith Moller invalidaddress@myrealbox.com
Ethan B. Andelman ethan.andelman@nxp.com
Gary M. Hoffman HoffmanG@dicksteinshapiro.com
Henry C. Su suh@howrey.com
Hway-Ling Hsu hhsu@be-law.com
Jaclyn C. Fink finkj@howrey.com
Julie M. Holloway jholloway@wsgr.com
Kenneth W. Brothers BrothersK@dicksteinshapiro.com
Matthew Greinert greinertm@howrey.com
Matthew E. Hocker hockerm@howrey.com
Michael A. Berta mberta@wsgr.com
Michael A. Berta mberta@wsgr.com
Richard Gregory Frenkel rfrenkel@wsgr.com
Ron Eleazer Shulman rshulman@wsgr.com
Teresa M. Corbin corbint@howrey.com
Terrence J.P. Kearney tkearney@wsgr.com
Thomas C. Mavrakakis tmavrakakis@mac.com

**Dated:  January 28, 2009**                              **Richard W. Wieking, Clerk**

                                                          **By:    /s/ JW Chambers**
                                                                **Elizabeth Garcia**
                                                                **Courtroom Deputy**