1  DANIEL J. BERGESON, Bar No. 105439
   dbergeson@be-law.com
2  DONALD P. GAGLIARDI, Bar No. 138979
   dgagliardi@be-law.com
3  HWAY-LING HSU, Bar No.196178
   hhsu@be-law.com
4  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
5  San Jose, CA 95110-2712
   Telephone:  (408) 291-6200
6  Facsimile:   (408) 297-6000

7  KENNETH W. BROTHERS (*Pro Hac Vice*)
   brothersk@dicksteinshapiro.com
8  GARY M. HOFFMAN (*Pro Hac Vice*)
   hoffmang@dicksteinshapiro.com
9  DICKSTEIN SHAPIRO, LLP
   1825 Eye Street, N.W.
10 Washington, D.C. 20006
   Telephone:  (202) 420-4128
11 Facsimile:   (202) 420-2201

12 Attorneys for Plaintiff/Counter-Defendant
   RICOH COMPANY, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| IN RE RICOH COMPANY, LTD. PATENT LITIGATION | Case No. 03-CV-02289 JW (HRL) |
|---|---|
| | **RICOH'S MISCELLANEOUS ADMINISTRATIVE REQUEST SEEKING PERMISSION TO BRING TECHNOLOGY INTO THE COURT** |
| | Hon. Judge James Ware |

1    Counsel for Plaintiff and Counter-Defendant Ricoh Company, LTD("Ricoh") hereby
2    requests the Court's permission to bring equipment to the Federal Courthouse for use in presenting
3    exhibits and evidence during the summary judgment hearing in the above captioned action on
4    Friday, January 30, 2009 in the courtroom of the Hon. James Ware, Courtroom 8, 4th Floor.  Ricoh
5    intends to bring a laptop computer and gyro mouse.  Ricoh therefore seeks leave of the Court to
6    bring a laptop computer, gyro mouse and the necessary cables to connect the above equipment into
7    the courthouse on Friday, January 30, 2009.

8    Date:  January 27, 2009             DICKSTEIN SHAPIRO, LLP

9                                        BERGESON, LLP

10                                       _____/s/_____
                                         Donald P. Gagliardi, Esq.
11

12

13   **IT IS SO ORDERED.**  The request is found as moot.  The Court vacated the hearing
     set for January 30, 2009 (see the Court's Order Docket Item No. 619) .  The parties may file
14   a new request, if needed, for future hearings.

15   Dated: February 6,  2009            _____/s/ James Ware_____
                                         Hon. Judge James Ware
16                                       UNITED STATES DISTRICT JUDGE

17

---

1

RICOH'S MISCELLEANOUS ADMINISTRATIVE REQUEST SEEKING PERMISSION TO BRING
TECHNOLOGY INTO THE COURT                              Case No. 03-CV-02289 JW (HRL)