1  DANIEL J. BERGESON, Bar No. 105439
   dbergeson@be-law.com
2  DONALD P. GAGLIARDI, Bar No. 138979
   dgagliardi@be-law.com
3  HWAY-LING HSU, Bar No. 196178
   hhsu@be-law.com
4  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
5  San Jose, CA 95110-2712
   Telephone:  (408) 291-6200
6  Facsimile:   (408) 297-6000

7  KENNETH W. BROTHERS (*Pro Hac Vice*)
   brothersk@dicksteinshapiro.com
8  GARY M. HOFFMAN (*Pro Hac Vice*)
   hoffmang@dicksteinshapiro.com
9  DICKSTEIN SHAPIRO, LLP
   1825 Eye Street, N.W.
10 Washington, D.C. 20006
   Telephone:  (202) 420-4128
11 Facsimile:   (202) 420-2201

12 Attorneys for Plaintiff/Counter-Defendant
   RICOH COMPANY, LTD.
13

**IT IS SO ORDERED**
/s/ James Ware
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE RICOH COMPANY, LTD. PATENT LITIGATION | Case No. 03-CV-02289 JW (HRL)<br><br>**STIPULATION AND PROPOSED ORDER MODIFYING BRIEFING SCHEDULE AND HEARING DATE ON SUPPLEMENTAL CLAIM CONSTRUCTION HEARING**<br><br>Courtrm.:   8, 4th Fl.<br>Judge:       Hon. James Ware |

## STIPULATION

Pursuant to N.D. Cal. Civil L.R. 6-2, Plaintiff and Counter-Defendant Ricoh Company, Ltd. ("Ricoh"), Declaratory Judgment Plaintiff Synopsys, Inc. ("Synopsys"), and Defendants Aeroflex, Inc., AMI Semiconductor, Inc., Matrox Electronic Systems, Ltd., Matrox Graphics, Inc., Matrox International Corp., Matrox Tech, Inc. and Aeroflex Colorado Springs, Inc. ("Defendants"), by and through their respective counsel of record, do hereby stipulate and agree, and hereby jointly request, that the Court modify the schedule for the supplemental claim construction hearing as set forth in the Court's Order filed March 6, 2009 [Docket No. 621], at pp. 10-11.

Counsel for all parties have multiple conflicts with the schedule, including a trial, appellate arguments, and overseas business trips. Counsel have met and conferred and agreed upon an alternative stipulated schedule set forth herein below, which the parties jointly and respectfully request that the Court adopt.

As set forth in the accompanying declaration of Kenneth W. Brothers, the parties' stipulated schedule for the supplemental claim construction hearing does not impact the schedule for the case going forward. Accordingly,

**IT IS HEREBY STIPULATED** by the parties hereto that the schedule for the supplemental claim construction (*Markman*) hearing set forth in this Court's Order filed March 6, 2009 [Docket No. 621], at pp. 10-11, should be modified such that the supplemental *Markman* briefing schedule and hearing date shall be as follows:

| | |
|---|---|
| Exchange of opening supplemental claim construction briefs | due April 3, 2009 |
| Exchange of reply supplemental claim construction briefs | due April 17, 2009 |
| Supplemental *Markman* Hearing | May 22, 2009 at 9 a.m. |

**SO STIPULATED THROUGH COUNSEL OF RECORD**.

Dated: March 12, 2009         BERGESON, LLP
                              DICKSTEIN SHAPIRO, LLP

                              By         /s/
                              Kenneth W. Brothers, Esq.
                              Attorneys for Plaintiff/Counter-Defendant
                              RICOH COMPANY, LTD.

- 1 -

Dated: March 12, 2009

WILSON SONSINI GOODRICH & ROSATI

By    /s/
    Ron E. Shulman, Esq.
Attorneys for Declaratory Judgment Plaintiff SYNOPSYS, INC. and Defendants AEROFLEX, INC., AMI SEMICONDUCTOR, INC., MATROX ELECTRONIC SYSTEMS, LTD., MATROX GRAPHICS, INC., MATROX INTERNATIONAL CORP., MATROX TECH, INC. and AEROFLEX COLORADO SPRINGS, INC.

## ORDER

Based on the foregoing Stipulation and the accompanying Declaration of Kenneth W. Brothers, and good cause appearing,

**IT IS HEREBY ORDERED** that the schedule for the supplemental claim construction (*Markman*) hearing set forth in this Court's previous Order filed March 6, 2009 [Docket No. 621] is vacated and the supplemental *Markman* briefing schedule and hearing date shall instead be as follows:

| | |
|---|---|
| Exchange of opening supplemental claim construction briefs | due April 3, 2009 |
| Exchange of reply supplemental claim construction briefs | due April 17, 2009 |
| Supplemental *Markman* Hearing | May 22, 2009 at 9 a.m. |

**SO ORDERED.**

Dated: March 16, 2009

    /s/ James Ware
Hon. Judge James Ware
UNITED STATES DISTRICT JUDGE

- 2 -

STIPULATION AND PROPOSED ORDER MODIFYING BRIEFING SCHEDULE
AND HEARING DATE ON SUPPL. CLAIM CONSTRUCTION HEARING    Case No. C03-02289 JW (HRL)