**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7           IN THE UNITED STATES DISTRICT COURT
8         FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                    SAN JOSE DIVISION
10  In re Ricoh Company Ltd. Patent Litigation    NO. C 03-02289 JW

11                                                **ORDER CONTINUING CLAIM CONSTRUCTION HEARING**
12
13                                    /
14      Please take note that due to the Court's unavailability, the May 22, 2009 Claim Construction
15  hearing is continued to **Friday, June 5, 2009 at 10 a.m.**  Each side will have one hour for their
16  presentation.
17
18  Dated:  May 7, 2009
                                                  JAMES WARE
19                                                United States District Judge
20
21
22
23
24
25
26
27
28

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Brian A. E. Smith smithbrian@howrey.com
Daniel J. Bergeson dbergeson@be-law.com
DeAnna Dahlyce Allen allend@dsmo.com
Denise M. De Mory demoryd@howrey.com
Donald P. Gagliardi dgagliardi@be-law.com
Eric Oliver OLIVERE@DSMO.COM
Erik Keith Moller invalidaddress@myrealbox.com
Ethan B. Andelman ethan.andelman@nxp.com
Gary M. Hoffman HoffmanG@dicksteinshapiro.com
Henry C. Su suh@howrey.com
Hway-Ling Hsu hhsu@be-law.com
Jaclyn C. Fink finkj@howrey.com
Julie M. Holloway jholloway@wsgr.com
Kenneth W. Brothers BrothersK@dicksteinshapiro.com
Matthew Greinert greinertm@howrey.com
Matthew E. Hocker hockerm@howrey.com
Michael A. Berta mberta@wsgr.com
Michael A. Berta mberta@wsgr.com
Richard Gregory Frenkel rfrenkel@wsgr.com
Ron Eleazer Shulman rshulman@wsgr.com
Teresa M. Corbin corbint@howrey.com
Terrence J.P. Kearney tkearney@wsgr.com
Thomas C. Mavrakakis tmavrakakis@mac.com

**Dated: May 7, 2009**                    **Richard W. Wieking, Clerk**

**By:      /s/ JW Chambers**
         **Elizabeth Garcia**
         **Courtroom Deputy**

**United States District Court**
For the Northern District of California