1  RON E. SHULMAN, State Bar No. 178263
   rshulman@wsgr.com
2  TERRY KEARNEY, State Bar No. 160054
   tkearney@wsgr.com
3  RICHARD G. FRENKEL, State Bar No. 204133
   rfrenkel@wsgr.com
4  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
5  650 Page Mill Road
   Palo Alto, CA 94304-1050
6  Telephone: (650) 493-9300
   Facsimile: (650) 565-5100
7
   Attorneys for Plaintiff SYNOPSYS, INC.
8  and for Defendants AEROFLEX INCORPORATED,
   AMI SEMICONDUCTOR, INC., MATROX
9  ELECTRONIC SYSTEMS, LTD., MATROX
   GRAPHICS, INC., MATROX INTERNATIONAL
10 CORP., MATROX TECH, INC., and
   AEROFLEX COLORADO SPRINGS, INC.
11

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*

12                UNITED STATES DISTRICT COURT

13                NORTHERN DISTRICT OF CALIFORNIA

14                      SAN JOSE DIVISION

15

16 IN RE RICOH COMPANY LTD. PATENT      )   CASE NO.: C 03-02289 JW
   LITIGATION,                          )
17                                      )   STIPULATION AND [PROPOSED]
                                        )   ORDER CONTINUING
18                                      )   SUPPLEMENTAL CLAIM
                                        )   CONSTRUCTION HEARING DATE
19                                      )
                                        )   Courtroom:  8, 4th Floor
20                                      )   Judge:      Hon. James Ware
                                        )
21                                      )
                                        )
22                                      )
                                        )
23                                      )
                                        )
24 ─────────────────────────────────────)

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
CONTINUING SUPPLEMENTAL CLAIM
CONSTRUCTION HEARING DATE
CASE NO.: C 03-02289 JW

1  Pursuant to N.D. Cal. Civil L.R. 6-2, Declaratory Judgment Plaintiff Synopsys, Inc. ("Synopsys"), Defendants Aeroflex, Inc., AMI Semiconductor, Inc., Matrox Electronic Systems, Ltd., Matrox Graphics, Inc., Matrox International Corp., Matrox Tech, Inc. and Aeroflex Colorado Springs, Inc. ("Defendants"), and Plaintiff and Counter-Defendant Ricoh Company, Ltd. ("Ricoh"), by and through their respective counsel of record, do hereby stipulate and agree, and hereby jointly request, that the Court continue the supplemental claim construction hearing date, which the Court previously set for May 22, 2009 at 9:00 a.m., [Docket No. 623], and which the Court recently continued *sua sponte* to June 5, 2009 at 10:00 a.m. [Docket No. 635].

The reason for the stipulation is that lead counsel for Synopsys and Defendants is unavailable on June 5 because he is lead counsel for another company in a multi-week patent infringement trial scheduled to start on June 2 in the courtroom of the Honorable Joseph Farnan in the District of Delaware. Counsel for all parties have met and conferred and agreed to continue the supplemental claim construction hearing until July 10, 2009 at 10:00 a.m.

As set forth in the accompanying declaration of Ron E. Shulman, the parties' stipulated continuation of the supplemental claim construction hearing does not impact the schedule for the case going forward. Accordingly,

**IT IS HEREBY STIPULATED** by the parties hereto that the supplemental claim construction hearing date previously set by the Court for June 5, 2009 at 10:00 a.m. [Docket No. 635] should be continued to July 10, 2009 at 10:00 a.m.

**SO STIPULATED THROUGH COUNSEL OF RECORD**.

Dated: May 18, 2009

WILSON SONSINI GOODRICH & ROSATI

By: _____/s/_____
Ron E. Shulman, Esq.

Attorneys for Declaratory Judgment Plaintiff SYNOPSYS, INC. and for Defendants AEROFLEX INCORPORATED, AMI SEMICONDUCTOR, INC., MATROX ELECTRONIC SYSTEMS, LTD., MATROX GRAPHICS, INC., MATROX INTERNATIONAL CORP., MATROX TECH, INC., and AEROFLEX COLORADO SPRINGS, INC.

1  Dated: May 18, 2009                          BERGESON, LLP
                                                DICKSTEIN SHAPIRO, LLP

                                                By: _____/s/_____
                                                        Kenneth W. Brothers, Esq.

                                                Attorneys for Plaintiff/Counter-Defendant
                                                RICOH COMPANY, LTD.

## ORDER

Based on the foregoing Stipulation and the accompanying Declaration of Ron E. Shulman, and good cause appearing,

**IT IS HEREBY ORDERED THAT** the supplemental claim construction hearing date previously set by the Court for June 5, 2009 at 10:00 a.m. [Docket No. 635] is continued to **Friday, June 12, 2009 at 9 a.m.**

**SO ORDERED.**

Dated: May 22, 2009

_____
The Honorable James Ware
United States District Judge