1  DANIEL J. BERGESON, Bar No. 105439
   dbergeson@be-law.com
2  DONALD P. GAGLIARDI, Bar No. 138979
   dgagliardi@be-law.com
3  HWAY-LING HSU, Bar No.196178
   hhsu@be-law.com
4  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
5  San Jose, CA 95110-2712
   Telephone: (408) 291-6200
6  Facsimile:  (408) 297-6000

7  KENNETH W. BROTHERS (*Pro Hac Vice*)
   brothersk@dicksteinshapiro.com
8  GARY M. HOFFMAN (*Pro Hac Vice*)
   hoffmang@dicksteinshapiro.com
9  DICKSTEIN SHAPIRO, LLP
   1825 Eye Street, N.W.
10 Washington, D.C. 20006
   Telephone: (202) 420-4128
11 Facsimile:  (202) 420-2201

12 Attorneys for Plaintiff/Counter-Defendant
   RICOH COMPANY, LTD.

**IT IS SO ORDERED**
*James Ware*
Judge James Ware
6/11/2009

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE RICOH COMPANY, LTD. PATENT LITIGATION | Case No. 03-CV-02289 JW (HRL)<br><br>**RICOH'S MISCELLANEOUS ADMINISTRATIVE REQUEST SEEKING PERMISSION TO BRING TECHNOLOGY INTO THE COURT**<br><br>Hon. Judge James Ware |

1 Counsel for Plaintiff and Counter-Defendant Ricoh Company, LTD ("Ricoh") hereby requests the Court's permission to bring equipment to the Federal Courthouse for use in presenting exhibits and evidence during the Supplemental Claim Construction hearing on Friday, June 12, 2009 at 9:00 a.m. in the courtroom of the Honorable James Ware, Courtroom 8, 4th Floor.  Ricoh intends to bring a laptop computer and gyro mouse.  Ricoh therefore seeks leave of the Court to bring a laptop computer and the necessary cables to connect the above equipment into the courthouse on Friday, June 12, 2009.

Date:  June 5, 2009          DICKSTEIN SHAPIRO, LLP

BERGESON, LLP

_____/s/_____
Donald P. Gagliardi

Attorneys for Plaintiff/Counter-Defendant
RICOH COMPANY, LTD.

**IT IS SO ORDERED.**

Dated:  June 11, 2009        _____
Hon. Judge James Ware
UNITED STATES DISTRICT JUDGE

---
1
RICOH'S MISCELLEANOUS ADMINISTRATIVE REQUEST SEEKING PERMISSION TO BRING
TECHNOLOGY INTO THE COURT                                Case No. 03-CV-02289 JW (HRL)