| | |
|---|---|
| KENNETH W. BROTHERS (*Pro Hac Vice*) brothersk@dicksteinshapiro.com GARY M. HOFFMAN (*Pro Hac Vice*) hoffmang@dicksteinshapiro.com DICKSTEIN SHAPIRO, LLP 1825 Eye Street, N.W. Washington, D.C. 20006 Telephone: (202) 420-2200 Facsimile: (202) 420-2201 | RON E. SHULMAN, SBN 178263 rshulman@wsgr.com TERRY KEARNEY, SBN 160054 tkearney@wsgr.com RICHARD G. FRENKEL, SBN 204133 rfrenkel@wsgr.com WILSON SONSINI GOODRICH & ROSATI 650 Page Mill Road Palo Alto, CA  94304 Telephone: (650) 493-9300 Facsimile: (650) 493-6811 |
| DANIEL J. BERGESON, SBN 105439 dbergeson@be-law.com DONALD P. GAGLIARDI, SBN 138979 dgagliardi@be-law.com HWAY-LING HSU, SBN 196178 hhsu@be-law.com BERGESON, LLP 303 Almaden Boulevard, Suite 500 San Jose, CA 95110-2712 Telephone: (408) 291-6200 Facsimile: (408) 297-6000 | Attorneys for Synopsys, Inc. and Aeroflex et al. Defendants |

Attorneys for Plaintiff
RICOH COMPANY, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE RICOH COMPANY, LTD. PATENT LITIGATION | Case No. 03-CV-02289 JW (HRL) **JOINT NOTICE REGARDING SELECTION OF MEDIATOR** |

1.      Pursuant to this Court's Order of November 23, 2009, Plaintiff and Counter-Defendant Ricoh Company, Ltd. ("Ricoh"), Declaratory Judgment Plaintiff Synopsys, Inc. ("Synopsys"), and Defendants Aeroflex, Inc., AMI Semiconductor, Inc., Matrox Electronics Systems, Ltd., Matrox Graphics, Inc., Matrox International Corp., Matrox Tech., Inc. and Aeroflex Colorado Springs, Inc. (the "Aeroflex et al. Defendants" or "Customer Defendants") (collectively "the Parties"), hereby jointly and collectively report that they have agreed on Hon. Dickran Tevrizian (Ret.) of JAMS as a mediator, and have confirmed that they will participate in a mediation on March 9, 2010 at a location to be determined, pending final resolution of a conflict check to be performed by Judge Tevrizian.

Dated: December 14, 2009

Respectfully Submitted,

DICKSTEIN SHAPIRO LLP

BERGESON, LLP


By: /s/ Kenneth W. Brothers
    Gary M. Hoffman
    Kenneth W. Brothers
    Attorneys for Ricoh Company, Ltd.


Dated: December 14, 2009

WILSON SONSINI GOODRICH & ROSATI


By: /s/ Ron E. Shulman
    Ron E. Shulman
    Attorneys for Defendants and Synopsys