| | |
|---|---|
| KENNETH W. BROTHERS (*Pro Hac Vice*) <br> brothersk@dicksteinshapiro.com <br> GARY M. HOFFMAN (*Pro Hac Vice*) <br> hoffmang@dicksteinshapiro.com <br> DICKSTEIN SHAPIRO, LLP <br> 1825 Eye Street, N.W. <br> Washington, D.C. 20006 <br> Telephone:  (202) 420-2200 <br> Facsimile:   (202) 420-2201 <br><br> DANIEL J. BERGESON, SBN 105439 <br> dbergeson@be-law.com <br> DONALD P. GAGLIARDI, SBN 138979 <br> dgagliardi@be-law.com <br> HWAY-LING HSU, SBN 196178 <br> hhsu@be-law.com <br> BERGESON, LLP <br> 303 Almaden Boulevard, Suite 500 <br> San Jose, CA 95110-2712 <br> Telephone:  (408) 291-6200 <br> Facsimile:   (408) 297-6000 <br><br> Attorneys for Plaintiff <br> RICOH COMPANY, LTD. | RON E. SHULMAN, SBN 178263 <br> rshulman@wsgr.com <br> TERRY KEARNEY, SBN 160054 <br> tkearney@wsgr.com <br> RICHARD G. FRENKEL, SBN 204133 <br> rfrenkel@wsgr.com <br> WILSON SONSINI GOODRICH & ROSATI <br> 650 Page Mill Road <br> Palo Alto, CA  94304 <br> Telephone:  (650) 493-9300 <br> Facsimile:   (650) 493-6811 <br><br> Attorneys for Synopsys, Inc. and Aeroflex et al. Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE RICOH COMPANY, LTD. PATENT LITIGATION | Case No. 03-CV-02289 JW (HRL) <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER SETTING CERTAIN PRE-TRIAL SCHEDULE DATES** |

1.     Pursuant to this Court's Order of November 23, 2009, Plaintiff and Counter-Defendant Ricoh Company, Ltd. ("Ricoh"), Declaratory Judgment Plaintiff Synopsys, Inc. ("Synopsys"), and Defendants Aeroflex, Inc., AMI Semiconductor, Inc., Matrox Electronics Systems, Ltd., Matrox Graphics, Inc., Matrox International Corp., Matrox Tech., Inc. and Aeroflex Colorado Springs, Inc. (the "Aeroflex et al. Defendants" or "Customer Defendants") (collectively "the Parties"), hereby jointly and collectively submit this Stipulation Setting Certain Pre-Trial Schedule Dates.

## PROPOSED SCHEDULE

2.     Counsel for the Parties verbally met and conferred, and exchanged email, to arrive at the proposed schedule regarding the close of discovery and a briefing schedule for the Summary Judgment Motion to be filed by Synopsys and the Customer Defendants, the Motion in Limine regarding Dirkes Thesis to be filed by Ricoh, and other pre-trial dates.

| Event | Date |
|---|---|
| Summary Judgment Motion by Synopsys and Aeroflex Defendants | Jan. 8, 2010 |
| Motion in Limine re Dirkes by Ricoh | Jan. 8, 2010 |
| Production of updated damages information by Aeroflex Defendants | Feb. 2010 |
| Opposition to Summary Judgment Motion and Motion in Limine | Feb. 5, 2010 |
| Reply on Summary Judgment Motion and Motion in Limine | Feb. 19, 2010 |
| Hearing on motions | Mar. 8, 2010 |
| Mediation | Mar. 9, 2010 |
| Updated expert reports by party bearing burden of proof (limited to supplemental claim construction, or damages) | June 25, 2010 |
| Rebuttal expert reports | July 26, 2010 |
| Mutual exchange of Trial Exhibits in electronic form | Aug. 2, 2010 |
| Mutual exchange of proposed jury instructions (in Word) | Aug. 2, 2010 |
| Mutual exchange of deposition designations in electronic form | Aug. 2, 2010 |

| | |
|---|---|
| Mutual exchange of draft pretrial statements (in Word) (including all attachments not previously served, e.g., list of claims/defense to be decided, statement of relief claimed, concise statement of all relevant facts not disputable, statement of all disputed factual issues, statement whether all or part of the action may be presented upon the agreed statement of facts, statement of stipulations requested or proposed, statement of each disputed point of law concerning liability or relief, list of witnesses to be called at trial, list of evidence to be presented from interrogatories or RFAs) | Aug. 16, 2010 |
| Mutual exchange of counter deposition designations in electronic form | Aug. 20, 2010 |
| Completion of expert depositions re new material in expert reports | Aug. 25, 2010 |
| Mutual exchange of objections to jury instructions; objections to deposition designations and counter-designations in electronic form | Aug. 27, 2009 |
| First meet and confer regarding pretrial statement; jury instructions; and deposition designations | Sept. 1, 2009 |
| Mutual exchange of objections to Witness Lists, Exhibit Lists (in Word) | Sept. 10, 2009 |
| Ricoh to assemble and serve revised joint pretrial statement with all attachments (in Word) | Sept. 10, 2009 |
| Second meet and confer re Pretrial Conference Statement, and all required attachments | Sept. 15, 2010 |
| In Limine Motions Due | Sept. 17, 2010 |
| Joint Pretrial Conference Statement filed (including list of claims/defense to be decided, statement of relief claimed, concise statement of all relevant facts not disputable, statement of all disputed factual issues, statement whether all or part of the action may be presented upon the agreed statement of facts, statement of stipulations requested or proposed, statement of each disputed point of law concerning liability or relief, list of witnesses to be called at trial, list of evidence to be presented, through excerpts from depositions, interrogatories or requests for admission) | Sept. 20, 2010 |
| Proposed Jury Instructions | Sept. 20, 2010 |
| Opposition to In Limine Motions | Sept. 27, 2010 |
| Reply in support of In Limine Motions | Oct. 1, 2010 |
| In Limine Binders due to Court | Oct. 4, 2010 |
| Joint Witness list, Joint Exhibit List to be lodged with Chambers | Oct. 18, 2010 |
| Final Pretrial Conference | Oct. 18, 2010, 11am |
| Trial | Nov. 2 - Nov 30, 2010 |

1  Dated: December 4, 2009                    Respectfully Submitted,

2                                              DICKSTEIN SHAPIRO LLP

3                                              BERGESON, LLP

4

5
                                               By: /s/ Kenneth W. Brothers
6                                                  Gary M. Hoffman
                                                   Kenneth W. Brothers
7                                                  Attorneys for Ricoh Company, Ltd.

8

9  Dated: December 4, 2009                    WILSON SONSINI GOODRICH & ROSATI

10

11                                             By: /s/ Ron E. Shulman
                                                   Ron E. Shulman
12                                                 Attorneys for Defendants and Synopsys

---

3
STIPULATION AND [PROPOSED] ORDER SETTING CERTAIN PRE-TRIAL SCHEDULE DATES
Case No. 03-CV-02289 JW (HRL)

1  SO ORDERED: As Stipulated above.

2
   Dated: December 14, 2009                    _____
3                                              Hon. Judge James Ware
                                               UNITED STATES DISTRICT JUDGE
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28