DANIEL J. BERGESON, Bar No. 105439
dbergeson@be-law.com
DONALD P. GAGLIARDI, Bar No. 138979
dgagliardi@be-law.com
BERGESON, LLP
303 Almaden Boulevard, Suite 500
San Jose, CA 95110-2712
Telephone:  (408) 291-6200
Facsimile:   (408) 297-6000

KENNETH W. BROTHERS (*Pro Hac Vice*)
brothersk@dicksteinshapiro.com
GARY M. HOFFMAN (*Pro Hac Vice*)
hoffmang@dicksteinshapiro.com
ERIC OLIVER (*Pro Hac Vice*)
olivere@dicksteinshapiro.com
DICKSTEIN SHAPIRO, LLP
1825 Eye Street, N.W.
Washington, D.C. 20006
Telephone: (202) 420-2200
Facsimile: (202) 420-2201

Attorneys for Plaintiff/Counter-Defendant
RICOH COMPANY, LTD.

DENIED
*Judge James Ware*
5/5/2010

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| IN RE RICOH COMPANY, LTD. PATENT LITIGATION | Case No. 03-CV-02289 JW (HRL) |
|---|---|
| | **RICOH'S REQUEST TO APPEAR BY TELEPHONE AT THE CASE MANAGEMENT CONFERENCE** |
| | Date:           May 10, 2010<br>Time:           10:00 a.m.<br>Location.:     Courtroom 8, 4th Floor<br>Judge:          Judge James Ware |
| | Complaint Filed: |

TO THE COURT AND ALL PARTIES IN THE ABOVE NAMED ACTION:

Pursuant to Northern District of California Local Rule 16-10(a), Kenneth W. Brothers, Co-Counsel for Plaintiff and Counter-Defendant Ricoh Company, Ltd., respectfully requests permission to appear and participate telephonically at the Case Management Conference in the above-captioned matter, scheduled for May 10, 2010.

Date:  May 4, 2010               BERGESON, LLP

                                 DICKSTEIN SHAPIRO, LLP

                                 _____/s/_____
                                 Kenneth W. Brothers

                                 Attorneys for Plaintiff/Counter-Defendant
                                 RICOH COMPANY, LTD.

**IT IS SO ORDERED:**

The request to appear by telephone for the May 10, 2010 case management conference is found as MOOT since the Clerk's Notice continued the matter to **May 17, 2010 at 10:00 AM.**

Dated: May 5, 2010                      _____James Ware_____
                                        United States District Judge

---

1

RICOH'S REQUEST TO APPEAR BY TELEPHONE AT THE CASE MANAGEMENT CONFERENCE
Case No. 03-CV-02289 JW (HRL)

# PROOF OF SERVICE

I, declare as follows:

I am an employee in Santa Clara County, the county in which the service described below occurs. My business address is 303 Almaden Boulevard, Suite 500, San Jose, California 95110. I am over the age of eighteen (18) years and am not a party to the cause for which I am serving the document(s) named below.

On May 4, 2010, I served the within:

**RICOH'S REQUEST TO APPEAR BY TELEPHONE AT THE CASE MANAGEMENT CONFERENCE**

on the parties below by placing a true copy thereof in a sealed envelope and served same as follows:

__X__    BY ELECTRONIC MAIL: I caused said documents to be sent via electronic mail to the interested party at the following email listed below. FRCP Title II, §5(b)(2)(D).

**COUNSEL FOR DEFENDANTS SYNOPSYS, INC.**
Ron E. Shulman, Esq.
Terrence J.P. Kearney, Esq.
Richard G. Frenkel, Esq.
WSGR
650 Page Mill Rd.
Palo Alto, CA 94304-1050
Tel: (650) 463-8100
Fax: (650) 565-5100
Email: rshulman@wsgr.com
       tkearney@wsgr.com
       rfrenkel@wsgr.com

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on May 4, 2010, at San Jose, California.

_____
Emma Tofelogo-Fernandez