| | |
|---|---|
| Ron E. Shulman (State Bar No. 178263)<br>Terry Kearney (State Bar No. 160054)<br>Richard G. Frenkel (State Bar No. 204133)<br>WILSON SONSINI GOODRICH & ROSATI<br>650 Page Mill Road<br>Palo Alto, CA  94304<br>Phone (650) 493-9300<br>Fax (650) 493-6811<br><br>Attorneys for Synopsys, Inc. and Customer Defendants | Gary M. Hoffman (*Pro Hac Vice*)<br>Kenneth W. Brothers (*Pro Hac Vice*)<br>DICKSTEIN SHAPIRO LLP<br>1825 Eye St. NW<br>Washington, DC  20006<br>Phone (202) 420-2200<br>Fax (202) 420-2201<br><br>DANIEL J. BERGESON, Bar No. 105439<br>BERGESON, LLP<br>303 Almaden Boulevard, Suite 500<br>San Jose, CA 95110-2712<br>Telephone:  (408) 291-6200<br>Facsimile:   (408) 297-6000<br><br>Attorneys for Plaintiff Ricoh Company, Ltd. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE RICOH COMPANY LTD. PATENT LITIGATION | ) CASE NO.:  C 03-02289 JW<br>)<br>) **STIPULATION AND [PROPOSED] ORDER**<br>)<br>) |

1  Plaintiff and Counter-Defendant Ricoh Company, Ltd. ("Ricoh"), Declaratory
2  Judgment Plaintiff Synopsys, Inc., and Defendants Aeroflex, Inc., AMI Semiconductor, Inc.,
3  Matrox Electronics Systems, Ltd., Matrox Graphics, Inc., Matrox International Corp., Matrox
4  Tech., Inc. and Aeroflex Colorado Springs, Inc. (collectively "Defendants"), hereby jointly and
5  collectively stipulate that Ricoh's opposition to Defendants' Bill of Costs shall be filed by no
6  later than July 1, 2010.

Respectfully submitted,

Dated:  June 23, 2010

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:  /s/ Richard G. Frenkel
       Richard G. Frenkel

Attorneys for Plaintiff SYNOPSYS, INC. and
for the Customer Defendants

DICKSTEIN SHAPIRO LLP

By:  /s/ Kenneth W. Brothers
       Gary M. Hoffman
       Kenneth W. Brothers

Attorneys for Ricoh Company, Ltd.

SO ORDERED

Dated: June 29, 2010

By: *[signature: James Ware]*
       JAMES WARE

**SIGNATURE ATTESTATION**

I, Kenneth W. Brothers, attest that I obtained the concurrence of Richard G. Frenkel in filing this document. I declare under penalty of the laws of the United States that the foregoing is true and correct.

Executed this 23rd day of June 2010 at Washington, D.C.

/s/ Kenneth W. Brothers
Kenneth W. Brothers