1  ARNOLD & PORTER LLP
   MICHAEL A. BERTA (SBN 194650)
2  One Embarcadero Center, 22nd Floor
   San Francisco, CA 94111-3711
3  Telephone: +1 415.356.3000
   Facsimile: +1 415.356.3099
4  E-Mail: Michael.Berta@aporter.com

5  Attorneys for Plaintiff SYNOPSIS, INC. and for
   Defendants AEROFLEX INCORPORATED, AMI
6  SEMICONDUCTOR, INC., MATROX GRAPHICS, INC.,
   MATROX INTERNATIONAL CORP., MATROX TECH
7  INC., and AEROFLEX COLORADO SPRINGS, INC.

*IT IS SO ORDERED*
*Judge James Ware*
3/28/2011

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| IN RE RICHOL COMPANY LTD. PATENT LITIGATION | Case No.: C03-02289 JW |
|---|---|
| | **NOTICE OF WITHDRAWAL AS COUNSEL OF RECORD** |

**PLEASE TAKE NOTICE THAT** Michael A. Berta hereby respectfully submits this Withdrawal of Appearance as Counsel of Record for Plaintiff Synopsys, Inc. and Defendants Aeroflex Incorporated, AMI Semiconductor, Inc., Matrox Electronics Systems, Ltd., Matrox Graphics, Inc., Matrox International Corp., Matrox Tech, Inc., and Aeroflex Colorado Springs, Inc. in this action. All other counsel of record remain unchanged.

Dated: March 15, 2011                                ARNOLD & PORTER LLP

                                                     By: _____
                                                          Michael A. Berta

30744724v1

NOTICE OF WITHDRAWAL AS COUNSEL OF RECORD: C03-02289 JW