1

2

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                           SAN FRANCISCO DIVISION

10   In re Ricoh Company Ltd. Patent Litigation        NO. C 03-02289 JW

11                                                      **ORDER VACATING CASE
                                                        MANAGEMENT CONFERENCE;**
12                                                      **SETTING HEARING ON MOTION FOR
                                                        FEES**
13
                     _____/
14
            This case is scheduled for a Case Management Conference on February 27, 2012.[1]  Pursuant
15
     to the Federal Rules of Civil Procedure and the Local Rules of this Court, the parties conferred and
16
     duly submitted a Joint Case Management Statement and Proposed Order.  (See Docket Item No.
17
     779.)  In their Joint Statement, the parties disagree as to whether additional discovery is necessary
18
     regarding the issue of attorney fees.  (Id. at 13.)  Defendant contends that additional discovery
19
     should occur prior to the filing of additional motions and that the issue of fees should not be
20
     reconsidered until August, 2012.  (Id.)  Plaintiff contends that all remaining issues can be resolved
21
     on the briefs and that additional discovery is unnecessary.  (Id.)
22
            Upon review, the Court finds that it can set a briefing schedule to resolve the issue on
23
     remand without the necessity of an appearance at this time.  Accordingly, the Court VACATES the
24
     Case Management Conference and orders as follows:
25

26

27   ─────────────────────

28          [1]  This case is before the Court on remand from the Federal Circuit solely on the issue of the
     proper amount of attorney fees to be awarded.  (See Docket Item No. 774.)

**United States District Court**
For the Northern District of California

United States District Court
For the Northern District of California

1  (1)  The Court finds no reason to require the production of additional documents prior to

2      the filing of briefs on the issue of fees.  In particular, the Court finds that the

3      documentation provided with Plaintiff's opening brief on the issue of fees should be

4      sufficient to allow Defendant to respond to Plaintiff's motion.

5  (2)  Because further production of documents in support of the application for fees is

6      unnecessary, the Court finds no reason to delay consideration of Plaintiff's fee

7      motion until August.  Thus, the Court sets **April 23, 2012 at 9 a.m.** for a hearing on

8      Plaintiff's anticipated motion for fees.  The parties shall notice and brief this motion

9      in accordance with the Local Rules.

Dated:  February 22, 2012

JAMES WARE
United States District Chief Judge

2

**United States District Court**
For the Northern District of California

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  Brian A. E. Smith baesmith@dl.com
   Caroline McIntyre cmcintyre@be-law.com
3  Cathy Chen chenc@dicksteinshapiro.com
   Daniel J. Bergeson dbergeson@be-law.com
4  DeAnna Dahlyce Allen allend@dsmo.com
   Denise M. De Mory ddemory@dl.com
5  Edward A. Meilman MeilmanE@dicksteinshapiro.com
   Eric Oliver OLIVERE@DSMO.COM
6  Erik Keith Moller invalidaddress@myrealbox.com
   Ethan B. Andelman ethan.andelman@nxp.com
7  Gary M. Hoffman HoffmanG@dicksteinshapiro.com
   Henry C. Su hsu@ftc.gov
8  Hway-Ling Hsu hhsu@be-law.com
   Jaclyn C. Fink finkj@howrey.com
9  Julie M. Holloway Julie.Holloway@LW.com
   Kenneth W. Brothers BrothersK@dicksteinshapiro.com
10 Krista Marie Carter carterk@dicksteinshapiro.com
   Matthew Greinert mgreinert@dl.com
11 Matthew E. Hocker hockerm@howrey.com
   Melinda Mae Morton mmorton@be-law.com
12 Richard Gregory Frenkel rick.frenkel@lw.com
   Ron Eleazer Shulman ron.shulman@lw.com
13 Teresa M Corbin tcorbin@fenwick.com
   Terrence J.P. Kearney terry.kearney@lw.com

14

15 **Dated:  February 22, 2012**                    **Richard W. Wieking, Clerk**

16
                                                   **By:____/s/ JW Chambers_____**
17                                                       **Susan Imbriani**
                                                        **Courtroom Deputy**
18

19

20

21

22

23

24

25

26

27

28