1  RON E. SHULMAN, State Bar No. 178263
   ron.shulman@lw.com
2  TERRY KEARNEY, State Bar No. 160054
   terry.kearney@lw.com
3  RICHARD G. FRENKEL, State Bar No. 204133
   rick.frenkel@lw.com
4  LATHAM & WATKINS LLP
5  140 Scott Drive
   Menlo Park, CA 94025
6  Telephone:  (650) 328-4600
7  Facsimile:  (650) 463-2600

8  Attorneys for Plaintiff SYNOPSYS, INC.

9

10                UNITED STATES DISTRICT COURT

11               NORTHERN DISTRICT OF CALIFORNIA

12                     SAN FRANCISCO DIVISION

13

14  IN RE RICOH COMPANY LTD.          CASE NO.  C 03-02289 JW
    PATENT LITIGATION
15                                    **DECLARATION OF RICHARD G.
16                                    FRENKEL IN SUPPORT OF
                                      SYNOPSYS'S MOTION FOR TAXATION
17                                    OF COSTS UPON REMAND**

18                                    Date: April 23, 2012
                                      Time: 9:00 a.m.
19                                    Judge: Hon. James Ware
20                                    Dept: Courtroom 9, 19th Floor

21
22
23
24
25
26
27
28

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

FRENKEL DECLARATION ISO SYNOPSYS'S MOTION FOR
TAXATION OF COST UPON REMAND
CASE NO.: C 03-02289 JW

I, Richard G. Frenkel, declare as follows:

1. I am an attorney at Latham & Watkins LLP, counsel for Synopsys, Inc. ("Synopsys") in the above-captioned case. I am over the age of 18 and have personal knowledge of the facts set forth in this declaration. I submit this declaration in support of Synopsys's Motion for Taxation of Costs Upon Remand.

2. Attached hereto as Exhibit 1 is a true and correct copy of Plaintiff's First Set of Document Requests to All Defendants, dated May 30, 2003.

3. Attached hereto as Exhibit 2 is a true and correct copy of the Federal Circuit opinion reported at *In re Ricoh Co. Patent Litig.*, 661 F.3d 1361 (Fed. Cir. 2011).

4. Attached hereto as Exhibit 3 is a true and correct copy of the Opening Briefing of Appellant Ricoh Co. Ltd. on the appeal of this Court's earlier judgment incorporating its Bill of Costs Order, Ricoh's appeal being dated May 17, 2011.

5. Attached hereto as Exhibit 4 is a true and correct copy of Ricoh's Second Set of Document Requests to All Defendants, dated July 2, 2003.

6. Attached hereto as Exhibit 5 is a true and correct copy of the Subpoena Duces Tecum served on Synopsys, Inc. on June 12, 2003.

7. Attached hereto as Exhibit 6 is a true and correct copy of Ricoh's First Set of Document Requests to Synopsys, dated October 23, 2003.

8. Attached hereto as Exhibit 7 is a true and correct copy of Ricoh's Second Set of Document Requests to Synopsys, dated April 17, 2006.

9. Attached hereto as Exhibit 8 is a true and correct copy of Ricoh's Third Set of Document Requests to Synopsys, dated November 25, 2009.

10. I have reviewed Ricoh's sets of document requests as reflected in Exhibits 1 and 4-8. Including subparts, and counting against each defendant, Ricoh's total number of requests exceeded 400 in number.

11. Attached hereto as Exhibit 9 is a true and correct coy of Ricoh's Brief in Opposition to Synopsys' Third Motion to Stay, dated March 14, 2006.

1    12.    Attached hereto as Exhibit 10 is a true and correct copy of the Joint Case Management Conference Statement and Proposed Order, dated April 23, 2004.

13.    Attached hereto as Exhibit 11 is a true and correct copy of the parties' joint letter regarding discovery disputes, dated August 30, 2005.

14.    Attached hereto as Exhibit 12 is a true and correct copy of Ricoh's letter to Synopsys, dated August 26, 2003.

15.    Attached hereto as Exhibit 13 is a true and correct copy of Synopsys's letter to Ricoh, dated September 8, 2003 and Ricoh's letter to Synopsys, dated September 10, 2003.

16.    Attached hereto as Exhibit 14 is a true and correct copy of Synopsys's letter to Ricoh, dated August 27, 2003.

17.    Attached hereto as Exhibit 15 is a true and correct copy of Ricoh's letter to Synopsys, dated December 23, 2003.

18.    Attached hereto as Exhibit 16 is a true and correct copy of Synopsys's letter to Ricoh, dated December 24, 2003.

19.    Attached hereto as Exhibit 17 is a true and correct copy of Defendant Aeroflex, Inc.'s Responses to Plaintiff Ricoh Company Ltd.'s Restated First Set of Interrogatories, dated October 24, 2005.

20.    Attached hereto as Exhibit 18 is a true and correct copy of Ricoh's Second Set of Interrogatories to Synopsys, dated April 17, 2006.

21.    Attached hereto as Exhibit 19 is a true and correct copy of a non-confidential excerpt from Ricoh's Written Report of Donald Soderman in Rebuttal to Reports of Kowalski, Mitchell and Van Horn, dated July 24, 2006.

22.    Attached hereto as Exhibit 20 is a true and correct copy of a non-confidential excerpt from Ricoh's Expert Report of R. Fred Lipscomb.

23.    Attached hereto as Exhibit 21 is a true and correct copy of a non-confidential excerpt from Ricoh's Expert Report of Maureen S. Loftus.

24.    Attached hereto as Exhibit 22 is a true and correct copy of an invoice showing charges for "Heavy Handling Litigation Copies."

1  25. Attached hereto as Exhibit 23 is a true and correct copy of an invoice showing
2  charges for "Medium Handling Litigation Copies."
3  26. Attached hereto as Exhibit 24 is a true and correct copy of an invoice showing
4  charges for "Litigation, Heavy."
5  27. Attached hereto as Exhibit 25 is a true and correct copy of an invoices showing
6  charges for "Handplacement Copies."
7  28. Attached hereto as Exhibit 26 is a true and correct copy of an invoice showing
8  charges for "Light Litigation Copies."

10  I declare under penalty of perjury under the laws of the United States of America that the
11  foregoing is true and correct.  This declaration was executed at Palo Alto, California on March
12  19, 2012.

By:  /s/ Richard G. Frenkel
Richard G. Frenkel

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

3

FRENKEL DECLARATION ISO SYNOPSYS'S MOTION FOR
TAXATION OF COST UPON REMAND
CASE NO.: C 03-02289 JW