| | |
|---|---|
| Gary M. Hoffman (*Pro Hac Vice*)<br>Kenneth W. Brothers (*Pro Hac Vice*)<br>Cathy Chen (*Pro Hac Vice*)<br>DICKSTEIN SHAPIRO LLP<br>1825 Eye Street, N.W.<br>Washington, D.C. 20006-5403<br>Phone (202) 420-2200<br>Fax (202) 420-2201 | Ron E. Shulman (State Bar No. 178263)<br>Terry Kearney (State Bar No. 160054)<br>Richard G. Frenkel (State Bar No. 204133)<br>LATHAM & WATKINS LLP<br>140 Scott Drive<br>Menlo Park, CA  94025-1008<br>Phone (650) 328-4600<br>Fax (650) 463-2600 |
| Krista Carter (State Bar No. 225229)<br>DICKSTEIN SHAPIRO LLP<br>700 Hansen Way<br>Palo Alto, CA 94304-1016<br>Phone (650) 690-9500<br>Fax (650) 690-9501 | Attorneys for Declaratory Judgment Plaintiff Synopsys, Inc. |
| Attorneys for Plaintiff and Declaratory Judgment Defendant Ricoh Company, Ltd. | |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE RICOH COMPANY LTD. PATENT LITIGATION | Case Number: C 03-02289 JW<br><br>**STIPULATION MODIFYING REPLY BRIEF DUE DATE AND HEARING DATE ON SYNOPSYS'S MOTION FOR TAXATION OF COSTS UPON REMAND & [PROPOSED] ORDER**<br><br>Date:   April 30, 2012<br>Time:  9:00 a.m.<br>Judge: James Ware<br>Dept:  Courtroom 9, 19th Floor |

Pursuant to N.D. Cal. Civil L.R. 6-2, Plaintiff and Declaratory Judgment Defendant Ricoh Company, Ltd. ("Ricoh") and Declaratory Judgment Plaintiff Synopsys, Inc. ("Synopsys"), by and through their respective counsel of record, do hereby stipulate and agree, and hereby jointly request, that the Court modify the schedule for Synopsys's Motion for Taxation of Costs Upon Remand hearing as set forth in the Court's Order filed February 22, 2012 [Docket No. 780].

Synopsys filed its Motion for Taxation of Costs Upon Remand on March 19, 2012. Ricoh's Opposition to Synopsys's Motion is due on April 2, 2012 and Synopsys's Reply is due on April 9, 2012. The Court's Order filed on February 22, 2012 [Docket No. 780] set the hearing date for April 23, 2012 at 9:00 AM.

Counsel for the parties have multiple conflicts with the current schedule including a medical related conflict with the scheduled hearing on April 23, 2012 and a scheduling conflict with the reply brief due on April 9, 2012. Counsel have met and conferred and agreed upon an alternative stipulated schedule set forth herein below, which the parties jointly and respectfully request that the Court adopt. Accordingly,

**IT IS HEREBY STIPULATED** by the parties hereto that the schedule for Synopsys's Motion for Taxation of Costs Upon Remand hearing set forth in this Court's Order filed February 22, 2012 [Docket No. 780], should be modified such that the briefing schedule and hearing date shall be as follows:

| | |
|---|---|
| Synopsys's Reply Brief | due April 11, 2012 |
| Motion Hearing | April 30, 2012 at 9 a.m. |

**SO STIPULATED THROUGH COUNSEL OF RECORD**.

Stipulation & [Proposed] Order                                          Case Number: 5:03-cv-02289-JW

Dated: March 21, 2012             Respectfully submitted,

DICKSTEIN SHAPIRO LLP

/s/ Kenneth W. Brothers
Gary M. Hoffman
Kenneth W. Brothers
Krista Carter
Cathy Chen
Counsel for Ricoh Company, Ltd.

LATHAM & WATKINS LLP

Dated: March 21, 2012             /s/ Richard G. Frenkel
Ron E. Shulman
Terry Kearney
Richard G. Frenkel
Counsel for Synopsys, Inc.

## ORDER

Based on the foregoing Stipulation and good cause appearing,

**IT IS HEREBY ORDERED** that the schedule for Synopsys's Motion for Taxation of Costs Upon Remand hearing set forth in this Court's previous Order filed February 22, 2012 [Docket No. 780] is modified such that the briefing schedule and hearing date shall instead be as follows:

Synopsys's Reply Brief                             due April 11, 2012

Motion Hearing                                     April 30, 2012 at 9 a.m.

**SO ORDERED.**

Dated:  March 27, 2012

Hon. Chief Judge James Ware
UNITED STATES DISTRICT JUDGE

Page 3 of 4

Stipulation & [~~Proposed~~] Order                           Case Number: 5:03-cv-02289-JW

**SIGNATURE ATTESTATION**

I, Kenneth W. Brothers, attest that I obtained the concurrence of Richard G. Frenkel in filing this document. I declare under penalty of the laws of the United States that the foregoing is true and correct.

Executed this 21st day of March 2012 at Washington, D.C.

/s/ Kenneth W. Brothers
Kenneth W. Brothers
Counsel for Ricoh Company, Ltd.

Stipulation & [~~Proposed~~] Order                       Case Number: 5:03-cv-02289-JW