| | |
|---|---|
| RON E. SHULMAN, State Bar No. 178263<br>ron.shulman@lw.com<br>TERRY KEARNEY, State Bar No. 160054<br>terry.kearney@lw.com<br>RICHARD G. FRENKEL, State Bar No. 204133<br>rick.frenkel@lw.com<br>LATHAM & WATKINS LLP<br>140 Scott Drive<br>Menlo Park, CA 94025<br>Telephone:  (650) 328-4600<br>Facsimile:  (650) 463-2600<br><br>Attorneys for Plaintiff SYNOPSYS, INC. | Gary M. Hoffman (*Pro Hac Vice*)<br>Kenneth W. Brothers (*Pro Hac Vice*)<br>Cathy Chen (*Pro Hac Vice*)<br>DICKSTEIN SHAPIRO LLP<br>1825 Eye Street, N.W.<br>Washington, D.C. 20006-5403<br>Phone (202) 420-2200<br>Fax (202) 420-2201<br>Email: hoffmang@dicksteinshapiro.com<br>           brothersk@dicksteinshapiro.com<br>           chenc@dicksteinshpiro.com<br><br>Krista Carter (State bar No. 225229)<br>DICKSTEIN SHAPIRO LLP<br>700 Hansen Way<br>Palo Alto, CA 94304-1016<br>Phone (650) 690-9500<br>Fax (650) 690-9501<br>Email: carterk@dicksteinshapiro.com<br><br>Attorneys for Defendant<br>RICOH COMPANY, LTD. |

**IT IS SO ORDERED**
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE RICOH COMPANY LTD.<br>PATENT LITIGATION | CASE NO.  C 03-02289 JW<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING DUE DATE FOR SYNOPSYS INC.'S OPPOSITION TO RICOH'S MOTION FOR STAY OF APRIL 26, 2012 ORDER PENDING APPEAL AND FOR EXPEDITED CONSIDERATION**<br><br>Date: June 18, 2012<br>Time: 9:00 a.m.<br>Judge: Hon. James Ware<br>Dept.: Courtroom 9, 19th Floor |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

STIPULATION AND [PROPOSED] ORDER
MODIFYING OPPOSITION DUE DATE
CASE NO.: C 03-02289 JW

1  WHEREAS, on April 26, 2012, the Court issued an order requiring Defendant Ricoh Company, Ltd. ("Ricoh") to pay to Plaintiff Synopsys, Inc. ("Synopsys") the amount of $675,154.75 by May 25, 2012 (D.I. 790, "the April 26 Order");

WHEREAS, Ricoh filed a Notice of Appeal on April 21, 2012 (D.I. 791) and a Motion for Stay of April 26, 2012 Order Pending Appeal and for Expedited Consideration on May 23, 2012 (D.I. 793, "Motion for Stay");

WHEREAS, Synopsys opposes Ricoh's Motion for Stay;

WHEREAS, Synopsys's opposition to Ricoh's Motion for Stay is due on June 6, 2012;

WHEREAS, the parties are currently negotiating a compromise regarding Ricoh's request for a stay of the payment of the $675,154.75 award to Synopsys in order to avoid further motion practice;

WHEREAS, as set forth in the accompanying declaration of Richard G. Frenkel, modification of the due date for Synopsys's Opposition to Ricoh's Motion for Stay will not impact the schedule for the case going forward;

WHEREAS, counsel for the parties have met and conferred and agreed upon an alternate due date for Synopsys's Opposition to Ricoh's Motion for Stay as set forth below, which the parties jointly and respectfully request that the Court adopt.

Accordingly, **IT IS HEREBY STIPULATED** by the parties pursuant to N.D. Cal. Civil L.R. 6-2, that the due date for Synopsys's Opposition to Ricoh's Motion for Stay shall be June 11, 2012.

**SO STIPULATED THROUGH COUNSEL OF RECORD.**

Respectfully submitted,

Dated: June 6, 2012         LATHAM & WATKINS LLP

By: /s/ Richard G. Frenkel
Ron E. Shulman
Terry Kearney
Richard G. Frenkel

Attorneys for SYNOPSYS, INC.

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

1     STIPULATION AND [PROPOSED] ORDER
MODIFYING OPPOSITION DUE DATE
CASE NO.: C 03-02289 JW

Dated: June 6, 2012                    DICKSTEIN SHAPIRO LLP


                                       By: /s/ Gary M. Hoffman
                                           Gary M. Hoffman
                                           Kenneth W. Brothers
                                           Krista Carter
                                           Cathy Chen

                                       Attorneys for RICOH COMPANY, LTD.


## **ORDER**

Based on the foregoing Stipulation and the accompanying Declaration of Richard G. Frenkel, and good cause appearing,

**IT IS HEREBY ORDERED** that the due date for Synopsys's Opposition to Ricoh's Motion for Stay is changed to June 11, 2012.

Dated: __June 7__, 2012

                                       _____
                                       Hon. Chief Judge James Ware
                                       UNITED STATES DISTRICT JUDGE

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

2    STIPULATION AND [PROPOSED] ORDER
     MODIFYING OPPOSITION DUE DATE
     CASE NO.: C 03-02289 JW