| | |
|---|---|
| RON E. SHULMAN, State Bar No. 178263<br>ron.shulman@lw.com<br>TERRY KEARNEY, State Bar No. 160054<br>terry.kearney@lw.com<br>RICHARD G. FRENKEL, State Bar No. 204133<br>rick.frenkel@lw.com<br>LATHAM & WATKINS LLP<br>140 Scott Drive<br>Menlo Park, CA 94025<br>Telephone:  (650) 328-4600<br>Facsimile:  (650) 463-2600<br><br>Attorneys for Plaintiff SYNOPSYS, INC. | Gary M. Hoffman (*Pro Hac Vice*)<br>Kenneth W. Brothers (*Pro Hac Vice*)<br>Cathy Chen (*Pro Hac Vice*)<br>DICKSTEIN SHAPIRO LLP<br>1825 Eye Street, N.W.<br>Washington, D.C. 20006-5403<br>Phone (202) 420-2200<br>Fax (202) 420-2201<br>Email: hoffmang@dicksteinshapiro.com<br>         brothersk@dicksteinshapiro.com<br>         chenc@dicksteinshpiro.com<br><br>Krista Carter (State bar No. 225229)<br>DICKSTEIN SHAPIRO LLP<br>700 Hansen Way<br>Palo Alto, CA 94304-1016<br>Phone (650) 690-9500<br>Fax (650) 690-9501<br>Email: carterk@dicksteinshapiro.com<br><br>Attorneys for Defendant<br>RICOH COMPANY, LTD. |

*IT IS SO ORDERED*
*James Ware*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE RICOH COMPANY LTD.<br>PATENT LITIGATION | CASE NO.  C 03-02289 JW<br><br>**STIPULATION AND [PROPOSED]<br>ORDER SUPPLEMENTING THE<br>COURT'S APRIL 26, 2012 ORDER<br>AWARDING COSTS WITH AGREED-TO<br>PAYMENT SCHEDULE**<br><br>Date: June 18, 2012<br>Time: 9:00 a.m.<br>Judge: Hon. James Ware<br>Dept.: Courtroom 9, 19th Floor |

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW
SILICON VALLEY

STIPULATION AND [PROPOSED] ORDER SUPPLEMENTING
APRIL 26, 2012 ORDER REGARDING PAYMENT OF COSTS
CASE NO.: C 03-02289 JW

1   WHEREAS, on April 26, 2012, the Court issued an order requiring Defendant Ricoh Company, Ltd. ("Ricoh") to pay to Plaintiff Synopsys, Inc. ("Synopsys") the amount of $675,154.75 by May 25, 2012 (D.I. 790, "the April 26 Order");

WHEREAS, Ricoh has not yet paid the amount or posted a bond, but instead filed a Notice of Appeal on April 21, 2012 (D.I. 791) and a Motion for Stay of April 26, 2012 Order Pending Appeal and for Expedited Consideration on May 23, 2012 (D.I. 793);

WHEREAS, Synopsys opposes Ricoh's Motion for Stay;

WHEREAS, the parties wish to resolve their differences regarding procedures associated with Ricoh's payment of the $675,154.75 award to Synopsys without the Court's involvement;

WHEREAS, counsel for the parties have met and conferred and agreed upon an alternate payment schedule for the costs awarded to Synopsys as set forth below, which the parties jointly and respectfully request that the Court adopt.

Accordingly, **IT IS HEREBY STIPULATED** by the parties pursuant to N.D. Cal. Civil L.R. 7-12, that the April 26 Order should be supplemented as set forth herein:

1. By July 3, 2012, Ricoh will pay the awarded costs into an interest bearing escrow account administered by Dickstein Shapiro LLP ("the Escrow Account").

2. Ricoh intends to appeal the April 26 Order as to some or all of the $675,154.75 awarded by the Court in costs to Synopsys. The date Ricoh files its appellant's brief is defined as the "Appeal Date."

3. Any amount in the Escrow Account that is not part of the portion of the April 26 Order appealed by Ricoh in its appellate brief filed on the Appeal Date shall be known as the "Unappealed Portion."

4. Within two (2) weeks of the Appeal Date, Ricoh (or Dickstein Shapiro LLP, on behalf of Ricoh) will pay to Synopsys the following amounts:

    a.   The Unappealed Portion;

    b.   Proportional Interest on the Unappealed Portion. As used herein, "Proportional Interest" is interest on the portion then in the Escrow Account, multiplied by a fraction representing the percentage of the amount in the Escrow Account to be

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

1   STIPULATION AND [PROPOSED] ORDER SUPPLEMENTING
APRIL 26, 2012 ORDER REGARDING PAYMENT OF COSTS
CASE NO.: C 03-02289 JW

        paid. In other words, if there is $675,000 in the Escrow Account, and Ricoh pays out $135,000, the Proportional Interest is 20% of the interest accrued at the time of payment. Later, if out of the $540,000 in remaining principle, $270,000 is paid, the Proportional Interest is 50% of the then-accrued interest at the time of payment.

5. Synopsys will provide wire instructions for all payments by Ricoh, by sending them to counsel of record for Ricoh.

6. Following the issuance of the Federal Circuit's mandate after a decision on Ricoh's appeal, the remaining amount in the Escrow Account will be settled as follows, within two (2) weeks of the issuance of the mandate:

    a. Any amount affirmed by the Federal Circuit will be paid to Synopsys plus Proportional Interest.

    b. Any amount reversed by the Federal Circuit will be refunded to Ricoh plus Proportional Interest.

    c. Any amount remanded by the Federal Circuit plus Proportional Interest will be kept in the Escrow Account, pending further order by the district court or further stipulation among the parties.

7. Ricoh (or Dickstein Shapiro LLP, on behalf of Ricoh) will provide Synopsys with account statements beginning on June 30, 2012 and every three months thereafter until the full amount of costs awarded by the Federal Circuit plus Proportional Interest has been paid.

8. Each party reserves all further rights and remedies not specified within this stipulation, such as the right to seek attorneys' fees on appeal or subsequent remand.

**SO STIPULATED THROUGH COUNSEL OF RECORD.**

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

2 STIPULATION AND [PROPOSED] ORDER SUPPLEMENTING APRIL 26, 2012 ORDER REGARDING PAYMENT OF COSTS
CASE NO.: C 03-02289 JW

...

Respectfully submitted,

Dated: June 7, 2012    LATHAM & WATKINS LLP

By: /s/ Richard G. Frenkel
    Ron E. Shulman
    Terry Kearney
    Richard G. Frenkel

Attorneys for SYNOPSYS, INC.

Dated: June 7, 2012    DICKSTEIN SHAPIRO LLP

By: /s/ Gary M. Hoffman
    Gary M. Hoffman
    Kenneth W. Brothers
    Krista Carter
    Cathy Chen

Attorneys for RICOH COMPANY, LTD.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: June 12, 2012

_____
Hon. Chief Judge James Ware
UNITED STATES DISTRICT JUDGE

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

3   STIPULATION AND [PROPOSED] ORDER SUPPLEMENTING
APRIL 26, 2012 ORDER REGARDING PAYMENT OF COSTS
CASE NO.: C 03-02289 JW